UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE and<br>SALOME TINKER,<br><br>    Plaintiffs,<br><br>v.<br><br>ALPHA KAPPA ALPHA SORORITY, INC.,<br><br>    Defendant. | Civil Action No.: 05-01982 (RBW) |

**DEFENDANT'S CONSENT MOTION FOR LEAVE TO FILE
RESPONSE TO PLAINTIFFS' COMPLAINT**

Defendant Alpha Kappa Alpha Sorority, Inc., respectfully moves this Court for leave to file out of time its response to Plaintiffs' Complaint, which is attached hereto.

Due to questions regarding whether service was properly effected, and delays associated with receiving a copy of the Complaint, Defendant has missed the deadline for filing a response to Plaintiffs' Complaint. With the consent of Plaintiffs' counsel, Defendant hereby moves to file the attached Answer out of time.

WHEREFORE, Defendant respectfully requests that its attached Answer to Plaintiffs' Complaint be accepted for filing.

/s/_____
Thomas S. Schaufelberger, Bar No. 371934
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C. 20015-3030
Telephone: 202-244-4668
Telecopy: 202-244-5135

## CERTIFICATE OF SERVICE

I certify that the foregoing **Consent Motion for Leave to File Response to Plaintiffs' Complaint** was served upon Plaintiffs by U.S. mail, addressed to:

>Jimmy A. Bell
>Law Office of Jimmy A. Bell, P.C.
>9610 Marlboro Pike
>Upper Marlboro, MD 20772

on this __16th__ day of December, 2005.


/s/_____
Thomas S. Schaufelberger, Bar No. 371934
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Ave., N.W., Suite 920
Washington, D.C.  20015-3030
Telephone:  202-244-4668
Telecopy:  202-244-5135