IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE<br><br>and<br><br>SALOME TINKER<br><br>    Plaintiffs,<br><br>v.<br><br>ALPHA KAPPA ALPHA SORORITY, INC.<br><br>    Defendant. | Case No. 1:05-cv-01982-RBW<br><br>Judge: Reggie B. Walton |

### ANSWER OF DEFENDANT ALPHA KAPPA ALPHA SORORITY, INC. TO PLAINTIFFS' COMPLAINT

Defendant Alpha Kappa Alpha Sorority, Inc. ("AKA"), by counsel, sets forth its response to the Complaint filed by Plaintiffs Joie Jolevare and Salome Tinker.

### First Defense

AKA responds to the numbered paragraphs of the Complaint as follows:

1. Admitted.

2. Denied that AKA operates a "licensed business" in the District of Columbia and AKA is without knowledge or information as to the remaining allegations of Plaintiffs' Complaint.

3. – 31. AKA is without knowledge or information sufficient to form a belief as to the truth of these allegations.

32. Admitted.

33. Admitted that the conduct described is among the conduct prohibited by AKA.

34. AKA is without knowledge or information sufficient to form a belief as to the truth of these allegations.

35. Denied.

36. – 45. AKA is without knowledge or information sufficient to form a belief as to the truth of these allegations.

### Count I: Violation of the District of Columbia Human Rights Act

46. AKA incorporates by reference its responses to the foregoing paragraphs.

47. – 48. Denied.

49. AKA is without knowledge or information sufficient to form a belief as to the truth of these allegations.

50. – 51. Denied.

### Count II: Breach of Contract

52. AKA incorporates by reference its responses to the foregoing paragraphs.

53. – 54. Denied.

55. These allegations constitute legal conclusions to which no response is required.

56. – 57. Denied.

### Count III: Defamation

58. AKA incorporates by reference its responses to the foregoing paragraphs.

59. – 63. Denied.

### Count IV: Negligence

64. AKA incorporates by reference its responses to the foregoing paragraphs.

65. – 69. Denied.

70. – 74. AKA denies that Plaintiffs are entitled to any of the relief sought.

75. All allegations not specifically admitted above are hereby denied.

### Second Defense

{D0056038.1}

76.     Plaintiffs have failed to state a claim upon which relief can be granted.

### Third Defense

77.     Plaintiffs have failed to exhaust their administrative remedies.

### Fourth Defense

78.     Plaintiffs have failed to state a claim for defamation or plead any defamatory statement with sufficient particularity.

### Fifth Defense

79.     Plaintiffs have failed to state a claim for punitive damages, for the recovery of the costs of litigation, or for pre-judgment interest.

### Sixth Defense

80.     Plaintiffs have waived and/or are estopped from bringing the claims asserted.

### Seventh Defense

81.     Plaintiffs' claims are not ripe for adjudication in this Court.

### Eighth Defense

82.     This matter represents a non-justiciable controversy, as it is one governed by the internal rules, practices, and procedures of the AKA.

### Ninth Defense

83.     Any allegedly defamatory statements made by AKA concerning Plaintiffs were true.

### Tenth Defense

84.     Plaintiffs have failed to state any claim under the District of Columbia Human Rights Act.

### Eleventh Defense

85.     Plaintiffs' defamation claim involves privileged communications.

## Twelfth Defense

86. Some or all of Plaintiffs' claims are barred by the applicable statute of limitations.

WHEREFORE, Alpha Kappa Alpha Sorority, Inc. requests that Plaintiffs' Complaint be dismissed with prejudice and that Defendant be awarded such other relief as the Court deems appropriate.

Respectfully submitted,

/s/_____
Thomas S. Schaufelberger, Bar No. 371934
Wright, Robinson, Osthimer & Tatum
5335 Wisconsin Avenue, NW
Suite 920
Washington, DC 20015-2054
Telephone: 202-244-4668
Facsimile: 202-244-5135

*Counsel for Alpha Kappa Alpha Sorority, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 16th day of December, 2005, a true and correct copy of the foregoing Answer of Defendant Alpha Kappa Alpha Sorority, Inc. to Plaintiffs' Complaint was served via first-class United States mail, postage prepaid, upon:

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772

*Counsel for Plaintiffs Joie Jolevare and Salome Tinker*

/s/_____
Thomas S. Schaufelberger