UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE and<br>SALOME TINKER,<br><br>    Plaintiffs,<br><br>v.<br><br>ALPHA KAPPA ALPHA SORORITY, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 05-01982 (RBW)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION FOR LEAVE TO FILE
DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT**

Upon consideration of Defendant's Motion for Leave to File Response to Plaintiffs' Complaint, it is this _____ day of _____, 200___, hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the Clerk shall accept for filing Defendant's Answer to Plaintiff's Complaint.

_____
United States District Judge