UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE and<br>SALOME TINKER,<br><br>    Plaintiffs,<br><br>v.<br><br>ALPHA KAPPA ALPHA SORORITY, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-01982 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Upon consideration of Defendant's Consent Motion for Enlargement of Time, it is this

_____ day of _____, 200\_\_\_, hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that Defendant shall have until December 16, 2005 to file a response to Plaintiffs' Complaint.

_____
United States District Judge