UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOIE JOLEVARE, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 05-1982 (RBW) |
| ALPHA KAPPA ALPHA SORORITY, INC, | ) | |
| Defendant. | ) | |

### SCHEDULING ORDER

The parties appeared before the Court on March 2, 2006, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 2nd day of March, 2006, hereby **ORDERED** that

1. The case shall be placed on the standard track. However, there are no limitations on the number of requests for admissions or requests for production of documents the parties may submit.

2. The parties shall make initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by March 20, 2006.

3. The parties shall amend their pleadings or join additional parties by March 31, 2006.

4. The plaintiffs shall serve their expert reports pursuant to Rule 26(a)(2) by May 31, 2006, and the defendant shall serve its expert reports pursuant to Rule 26(a)(2) by June 30, 2006.

5. Discovery shall be concluded by July 31, 2006.

6. This matter shall be referred to a magistrate judge for a period of sixty days, commencing on July 31, 2006 and concluding on September 29, 2006, 2006, for settlement discussions.

7.  A status conference shall be held on September 29, 2006 at 9:00 a.m. in Courtroom 5 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

                                                REGGIE B. WALTON
                                                United States District Judge