IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALPHA KAPPA ALPHA SORORITY, INC.) <br> ) <br> Defendant ) | Case No. 1:05-cv-01982-RBW <br><br> Judge Reggie B. Walton |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Joie Jolevare and Salome Tinker ("Plaintiffs"), and Defendant Alpha Kappa Alpha Sorority, Inc. ("AKA" or "Defendant"), by counsel, move the Court to amend the scheduling order in this matter by extending the deadline by which Plaintiffs must serve their expert reports pursuant to Rule 26(a)(2) of the Fed. R. Civ. P., as well as all other corresponding deadlines, by sixty (60) days. In support of this Motion, the parties respectfully represent as follows:

1.  Plaintiffs are to serve their expert reports on AKA by May 31, 2006. Defendant is to serve its expert reports on Plaintiffs by June 30, 2006. Discovery requests are to be made in this matter by July 1, and discovery is to close on July 31. A copy of the Scheduling Order is attached hereto as <u>Exhibit 1</u>.

2.  Plaintiff's counsel, Jimmy A. Bell ("Mr. Bell") was recently injured. This injury caused him to be hospitalized and lose several weeks from work. Mr. Bell is recovering, but needs additional time to designate Plaintiffs' experts in this matter and to respond to outstanding discovery requests from AKA.

3.  Consequently, AKA also needs an extension of time so that it may review Plaintiffs' discovery responses and complete discovery, which will include noticing and taking

depositions. AKA cannot determine what depositions it will take until it has reviewed Plaintiffs' discovery responses.

4. The parties submit that the additional time requested under the scheduling order would benefit both parties, and prevent either party's rights from being prejudiced in this matter.

5. This is the parties' first motion to amend the scheduling order.

WHEREFORE, Plaintiffs and Defendant AKA move for the Court to amend the scheduling order in this matter to extend the deadline by which Plaintiffs shall serve their expert reports pursuant to Rule 26(a)(2) of the Fed. R. Civ. P., as well as all other corresponding deadlines, by sixty (60) days, as set forth in the accompanying proposed order.

Respectfully submitted,

/s/_____
Jimmy A. Bell, MD Bar No. 14639
Law Office of Jimmy A. Bell, Esq.
9610 Marlboro Pike
Upper Marlboro, MD 20772
Washington, D.C. 20007
Telephone:    301-599-7620
Facsimile:     301-599-7623
*Counsel for Joie Jolevare & Salome Tinker*


/s/_____
Thomas S. Schaufelberger, Bar No. 371934
Saul Ewing LLP
1025 Thomas Jefferson Street, NW
Suite 425 West
Washington, D.C. 20007
Telephone:    202-295-6600
Facsimile:     202-295-6700
*Counsel for Alpha Kappa Alpha Sorority, Inc.*