IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOIE JOLEVARE, *et al.*          )
                                 )
        Plaintiffs,              )
                                 )      Case No. 1:05-cv-01982-RBW
v.                               )
                                 )      Judge Reggie B. Walton
ALPHA KAPPA ALPHA SORORITY, INC. )
                                 )
        Defendant                )

## MOTION TO COMPEL DISCOVERY

Defendant Alpha Kappa Alpha Sorority, Inc. ("AKA" or "Defendant"), by counsel, moves the Court to enter an order compelling discovery responses from plaintiffs Joie Jolevare and Salome Tinker ("Plaintiffs"). AKA respectfully represents the following in support of this Motion:

1. On March 9 2006, AKA served its First Set of Interrogatories and First Set of Requests for Production of Documents (the "Discovery Requests") on Plaintiffs via mail. Plaintiffs' responses to AKA were due on April 11, 2006. Copies of AKA's First Set of Interrogatories and First Set of Requests for Production of Documents are attached hereto as Exhibit 1 and Exhibit 2 respectively.

2. Prior to April 11, 2006, the Parties agreed to extend the deadline by which Plaintiffs would serve their responses to the Discovery Requests. By agreement, Plaintiffs' responses to the Discovery Requests were due on April 25.

3. As of June 1, 2006, AKA had not received responses to its Discovery Requests from Plaintiffs. On June 2, 2006, AKA's counsel sent a letter to Plaintiffs' counsel requesting Plaintiffs to serve their discovery responses on AKA by June 9, 2006. AKA's counsel also requested that Plaintiffs' counsel indicate by June 5 whether or not Plaintiffs intended to provide

their outstanding discovery responses to AKA by June 9. A copy of this letter from Shannon H. Bates to Jimmy A. Bell, dated June 2, 2006, is attached hereto as <u>Exhibit 3</u>.

4. Plaintiffs' counsel did not correspond with AKA's counsel on or before June 5. AKA's counsel sent an e-mail to Plaintiffs' counsel on June 6, stating that AKA's counsel had not heard from Plaintiffs' counsel and that AKA expected Plaintiffs to serve AKA with Plaintiffs' outstanding discovery responses by June 9, 2006. A copy of this e-mail from Shannon H. Bates to Jimmy Bell, dated June 6, 2006, is attached hereto as <u>Exhibit 4</u>.

5. Not having received anything from Plaintiffs, AKA's counsel called Plaintiffs' counsel on June 14, 2005, and requested that Plaintiffs' counsel contact AKA's counsel concerning Plaintiffs' outstanding discovery responses.

6. As of June 15, 2006, AKA has not received correspondence from Plaintiffs' counsel concerning Plaintiffs' outstanding discovery requests, nor has it received responses to its First Set of Interrogatories and First Set of Requests for Production of Documents, which were served on Plaintiffs on March 10, 2006, and due by agreement on April 25, 2006.

WHEREFORE, for the foregoing reasons, AKA requests that the Court enter an order: 1) compelling Plaintiffs to serve written responses to AKA's First Set of Interrogatories and First Set of Requests for Production of Documents on or before July 3, 2006; and 2) granting AKA fees, and such other and further relief as this Court deems just and proper.

## LCvR7(m) CERTIFICATION STATEMENT

Pursuant to LCvR 7(m) of the Local Rules of the United States District Court for the District of Columbia, AKA has attempted to address Plaintiffs' outstanding discovery responses

-3-

with Plaintiffs' counsel prior to filing this Motion. As discussed in paragraphs 3 – 5 of this Motion, AKA's attempts have been unsuccessful and AKA must seek redress with the Court.

                                           Respectfully submitted,

                                           /s/_____
                                         Thomas S. Schaufelberger, Bar No. 371934
                                         Shannon H. Bates, Bar No. 480186
                                         Saul Ewing LLP
                                         1025 Thomas Jefferson Street, NW
                                         Suite 425 West
                                         Washington, D.C. 20007
                                         Telephone:   202-295-6600
                                         Facsimile:    202-295-6700

## CERTIFICATE OF SERVICE

       I certify that the foregoing Motion to Compel Discovery was served this 15th day of June, 2006 upon Plaintiffs by U.S. first-class mail, postage prepaid, to:

Jimmy A. Bell
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772

                                           /s/_____
                                         Thomas S. Schaufelberger, Bar No. 371934
                                         Shannon H. Bates, Bar No. 480186
                                         Saul Ewing LLP
                                         1025 Thomas Jefferson Street, NW
                                         Suite 425 West
                                         Washington, D.C. 20007
                                         Telephone:   202-295-6600
                                         Facsimile:    202-295-6700