IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, *et al.* )<br>)<br>Plaintiffs, )<br>) <br>v. )<br>)<br>ALPHA KAPPA ALPHA SORORITY, INC.)<br>)<br>Defendant ) | Case No. 1:05-cv-01982-RBW<br><br>Judge Reggie B. Walton |

## ORDER

This matter is before the court on Defendant Alpha Kappa Alpha Sorority, Inc.'s ("AKA") Motion to Compel Discovery (the "Motion").

Upon consideration of the Motion, and plaintiffs Joie Jolevare and Salome Tinker's ("Plaintiffs") opposition thereto,

It appearing to the Court that good cause exists to do so, it is

ORDERED that AKA's Motion is granted; it is

FURTHER ORDERED that Plaintiffs shall serve written responses to AKA's First Set of Interrogatories and First Set of Requests for Production of Documents on or before July 3, 2006.

Entered on this____ day of _____, 2006.

_____
Reggie B. Walton
United States District Court Judge