UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALPHA KAPPA ALPHA )<br>SORORITY, INC, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1982 (RBW) |

**ORDER**

Currently before the Court is the defendant's Motion to Compel Discovery.  For the reasons set forth during the June 29, 2006 motions hearing, it is hereby this 30th day of June, 2006,

**ORDERED** that the defendant's motion is **GRANTED**.  It is further

**ORDERED** that the plaintiff shall respond to both the First Set of Interrogatories and the First Set of Requests for Production by June 29, 2006.[1]  It is further

**ORDERED** that the defendant may file an appropriate motion, including a request for sanctions, if the responses to the discovery requests are not complete and accurate.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge

---

[1] It is this Court's understanding that this obligation has now been satisfied.