IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALPHA KAPPA ALPHA SORORITY, INC.)<br>)<br>Defendant ) | Case No. 1:05-cv-01982-RBW<br><br>Judge Reggie B. Walton |

**DEFENDANT ALPHA KAPPA ALPHA SORORITY, INC.'S MOTION TO STRIKE,
AND MOTION FOR SANCTIONS**

Defendant Alpha Kappa Alpha Sorority, Inc. ("AKA" or "Defendant") obtained an order compelling discovery from plaintiffs Joie Jolevare and Salome Tinker ("Plaintiffs") on June 30, 2006 (the "Order"). Plaintiffs have not complied with, and are in violation of, that Order. Defendant now moves this Court, under Federal Rule of Civil Procedure 37(b), for entry of an order striking Plaintiffs' damages claim(s), and for sanctions. AKA respectfully represents the following in support of this Motion:

1.   This is an action by two individuals against the sorority to which they belong. Sorority AKA suspended Plaintiffs and others from AKA, for a designated period of time, after AKA determined that Plaintiffs and others had hazed certain individuals in violation of AKA policy. Plaintiffs claim AKA wrongfully suspended them. Plaintiffs allege claims of negligence, breach of contract, defamation, and violation of the District of Columbia Human Rights Act.

2.   On March 9 2006, AKA served its First Set of Interrogatories and First Set of Requests for Production of Documents on Plaintiffs. Plaintiffs failed to timely respond with signed answers. On June 30, 2006, Defendant obtained the Order compelling discovery. A copy of the Order is attached hereto as <u>Exhibit 1</u>.

3. Plaintiffs served their discovery responses on AKA. Plaintiffs' response to Interrogatory No. 17 of the First Set of Interrogatories is incomplete and insufficient. Interrogatory No. 17 requests:

> With respect to damages, itemize all amounts you are seeking to recover from AKA in this action, indicate the basis upon which you claim they are owed, how each item was calculated, persons with knowledge about these amounts and identify all documents that refer or reflect such amounts.

Plaintiffs stated in response to Interrogatory No. 17:

> Plaintiff seeks the maximum under the statute for Violation of the District of Columbia Human Rights Act. Plaintiff seeks the maximum under the statute for Breach of Contract. Plaintiff seeks the maximum under the statute for Defamation. Plaintiff seeks the maximum under the statute for Negligence. Plaintiff seeks punitive damages which are to be determined by a jury. Ten Million Dollars (10,000,000) is speculative and shall be determined by a jury.

Plaintiffs' response completely fails to provide an itemization of the amounts Plaintiffs seek to recover and the factual basis for those amounts sought. Consequently, the response also lacks any explanation of how the amounts Plaintiffs seek to recover were calculated. Finally, no person(s) with knowledge, or documents, were identified pursuant to the request. Plaintiffs' response, therefore, failed to comply with and is in violation of the Order. Copies of AKA's First Set of Interrogatories to Plaintiffs, and Plaintiffs' responses thereto are attached hereto as Exhibit 2 and Exhibit 3 respectively.

WHEREFORE, for the foregoing reasons, AKA requests that the Court enter an order: 1) striking Plaintiffs' damages claim; 2) granting Defendant fees, and such other and further relief as this Court deems just and proper.

## LCvR7(m) CERTIFICATION STATEMENT

Pursuant to LCvR 7(m) of the Local Rules of the United States District Court for the District of Columbia, AKA has attempted to address Plaintiffs' interrogatory responses with Plaintiffs' counsel prior to filing this Motion. As discussed in paragraph 2 of this Motion and more thoroughly in paragraphs 3 – 5 of AKA's Motion to Compel Discovery, a copy of which is attached hereto as Exhibit 4, AKA's attempts have been unsuccessful and AKA must seek further redress with the Court.

Respectfully submitted,

/s/_____
Thomas S. Schaufelberger, Bar No. 371934
Shannon H. Bates, Bar No. 480186
Saul Ewing LLP
1025 Thomas Jefferson Street, NW
Suite 425 West
Washington, D.C. 20007
Telephone:   202-295-6600
Facsimile:   202-295-6700

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Strike, and Motion for Sanctions was served this 23rd day of August 2006 upon Plaintiffs by U.S. first-class mail, postage prepaid, to:

Jimmy A. Bell
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772

/s/_____
Thomas S. Schaufelberger, Bar No. 371934