IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, *et al.* )<br>)<br>    Plaintiffs, )<br>) <br>v. )<br>)<br>ALPHA KAPPA ALPHA SORORITY, INC.)<br>)<br>    Defendant ) | Case No. 1:05-cv-01982-RBW<br><br>Judge Reggie B. Walton |

## ORDER

This matter is before the court on Defendant Alpha Kappa Alpha Sorority, Inc.'s ("AKA") Motion to Strike, and Motion for Sanctions (the "Motion").

Upon consideration of the Motion, and plaintiffs Joie Jolevare and Salome Tinker's ("Plaintiffs") opposition thereto,

It appearing to the Court that good cause exists to do so, it is

ORDERED that AKA's Motion is granted; it is

FURTHER ORDERED that Plaintiffs claim(s) for damages is struck, and Plaintiffs shall be prohibited from admitting into evidence or using in any way evidence of the alleged damages they incurred related to this matter.

Entered on this____ day of _____, 2006.


_____
Reggie B. Walton
United States District Court Judge