**Law Office of Jimmy A. Bell, P.C.**
9610 Marlboro Pike ~ Upper Marlboro, MD 20772
Phone (301) 599-7620 ~ Fax (301) 599-7623
Website: www.jimbellesq.com
Email: jimbellesq@aol.com

August 24, 2006

Mr. Thomas S. Schaufelberger, Esq.
Saul Ewing, LLP
1025 Thomas Jefferson Street, NW
Suite 425 West
Washington, DC 20007

      Re: *Jolevare, et al. v. Alpha Kappa Alpha Sorority, Inc.*, No. 05-1982 (D.D.C.)

Dear Mr. Schaufelberger:

      I have a copy of the motion that you filed for sanctions in this matter. In the motion you certify that you have "attempted to address Plaintiff's interrogatory responses with Plaintiff's counsel prior to filing this motion." That statement is not true. You have never mentioned anything to me about the interrogatory responses since you received them at the last hearing. So you have not attempted to address Plaintiff's interrogatory responses with Plaintiff's counsel prior to filing your motion. Please withdraw your motion because you have failed to comply with LCvR7(m).

      Additionally, I and my staff have left you several messages about deposition dates and I have not received your availability. I have the following dates open for depositions in this case:

August 31; September 1 (1pm – 6pm); September 5;11;12;13,;15; 18; 19; 22; 25.

Please get back to me by close of business Friday, August 25, 2006.

                                      Sincerely,

                                      Jimmy A. Bell, Esq.