IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE *et al.* : | |
| Plaintiffs : | CASE NUMBER 1:05CV-01982 |
| v. : | |
| ALPHA KAPPA ALPHA : | |
| SORORITY, INC. : | |
| Defendant : | |

From:    Salome Tinker
c/o Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772

To:    Defendant Alpha Kappa Alpha Sorority, Inc.
c/o  Thomas S. Schaufelberger
WRIGHT, ROBINSON, MCCAMMON, OSTHIMER & TATUM
5335 Wisconsin Avenue, NW
Washington, DC 20015-2030

**PLAINTIFF SALOME TINKER'S SUPPLEMENTED RESPONSES
TO DEFENDANT, ALPHA KAPPA ALPHA SORORITY, INC'S
FIRST SET OF INTERROGATORIES**

Pursuant to Fed. R. Civ. P. 33, Plaintiff Salome Tinker, by and through counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., hereby Supplements Plaintiff Tinker's response to Defendant Alpha Kappa Alpha's First Set of Interrogatories furnishes knowledge, facts, and information presently available and, as requested, if subsequent or different information is obtained before trial, this Response to Defendant's First Set of

Interrogatories will be appropriately further supplemented, either formally or informally, by communicating the information to all parties.

### GENERAL OBJECTIONS

A. The Plaintiff objects to the Defendant's First Set of Interrogatories to the extent that it is not designed to lead to relevant discovery in this case.

B. Plaintiff's investigation is continuing and to the extent further information, responsive to these Interrogatories becomes known to this Plaintiff, these answers will be supplemented.

C. In addition to these General Objections, which apply to each Response below, the Plaintiff has noted certain additional specific objections in response to the various requests for production.

D. Plaintiff re-raises any and all objections raised in Plaintiff Tinker's Responses to Defendant's First Set of Interrogatories

### SUPPLEMENTED RESPONSES

**INTERROGATORY NO. 17:** With respect to damages, itemize all amounts you are seeking to recover from AKA in this action, indicate the basis upon which you claim they are owed, how each item was calculated, persons with knowledge about these amounts and identify all documents that refer or reflect such amounts.

**SUPPLEMENTAL RESPONSE NO. 17:** In response to the foregoing Interrogatory, Plaintiff states that, as a result of events and/or Defendant's actions and/or inactions described in the Amended Complaint, Plaintiff became depressed, angry, and suffered a loss of self-esteem. Plaintiff also states that Defendant's actions and/or inactions described in the Amended Complaint had a material effect upon her ability to perform her job and conduct her personal like.

Plaintiff also states that Defendant's actions and/or inactions described in the Amended Complaint detracted from her quality of life, damaged her sorority relationships, and caused her to be wrongfully denied and/or excluded from conferences, activities, formal and informal meetings, and other social functions.

Subscribed and sworn under oath this 5th day of September, 2006, by

_____
Salome Tinker, Plaintiff

Respectfully submitted,

_____
Jimmy A. Bell, Esq.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September, 2006, a copy of the foregoing Supplemental Responses to Defendant's First Set of Interrogatories was mailed, first-class postage pre-paid to:

Thomas Schaufelberger
Wright Robinson Osthimer and Tatum
5335 Wisconsin Avenue, NW
Suite 920
Washington, DC 20015-2054

_____
Jimmy A. Bell, Esq.

4

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE *et al.* : | |
| Plaintiffs : | CASE NUMBER   1:05CV-01982 |
| v. : | |
| ALPHA KAPPA ALPHA : SORORITY, INC. : | |
| Defendant : | |

From:   Joie Jolevare
c/o Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD   20772

To:   Defendant Alpha Kappa Alpha Sorority, Inc.
c/o Thomas S. Schaufelberger
WRIGHT, ROBINSON, MCCAMMON, OSTHIMER & TATUM
5335 Wisconsin Avenue, NW
Washington, DC 20015-2030

### PLAINTIFF JOIE JOLEVARE'S SUPPLEMENTAL RESPONSES TO DEFENDANT, ALPHA KAPPA ALPHA SORORITY, INC'S FIRST SET OF INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, Plaintiff Joie Jolevare, by and through counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., hereby Supplements Plaintiff Jolevare's response to Defendant Alpha Kappa Alpha's First Set of Interrogatories furnishes knowledge, facts, and information presently available and, as requested, if subsequent or different information is obtained before trial, this Response to Defendant's First Set of

Interrogatories will be appropriately further supplemented, either formally or informally, by communicating the information to all parties.

## GENERAL OBJECTIONS

A. The Plaintiff objects to the Defendant's First Set of Interrogatories to the extent that it is not designed to lead to relevant discovery in this case.

B. Plaintiff's investigation is continuing and to the extent further information, responsive to these Interrogatories becomes known to this Plaintiff, these answers will be supplemented.

C. In addition to these General Objections, which apply to each Response below, the Plaintiff has noted certain additional specific objections in response to the various requests for production.

D. Plaintiff re-raises any and all objections raised in Plaintiff Jolevare's Responses to Defendant's First Set of Interrogatories

## SUPPLEMENTED RESPONSES

**INTERROGATORY NO. 17:** With respect to damages, itemize all amounts you are seeking to recover from AKA in this action, indicate the basis upon which you claim they are owed, how each item was calculated, persons with knowledge about these amounts and identify all documents that refer or reflect such amounts.

**SUPPLEMENTAL RESPONSE NO. 17:** In response to the foregoing Interrogatory, Plaintiff states that, as a result of events and/or Defendant's actions and/or inactions described in the Amended Complaint, Plaintiff became depressed, angry, and suffered a loss of self-esteem. Plaintiff also states that Defendant's actions and/or inactions described in the Amended Complaint had a material effect upon her ability to perform her job and conduct her personal like.

2

Plaintiff also states that Defendant's actions and/or inactions described in the Amended Complaint detracted from her quality of life, damaged her sorority relationships, and caused her to be wrongfully denied and/or excluded from conferences, activities, formal and informal meetings, and other social functions.

Subscribed and sworn under oath this __5__ day of September, 2006, by

*[signature]*
Joie Jolevare, Plaintiff

Respectfully submitted,

*[signature]*

Jimmy A. Bell, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September, 2006, a copy of the foregoing Supplemental Responses to Defendant's First Set of Interrogatories was mailed, first-class postage pre-paid to:

Thomas Schaufelberger
Wright Robinson Osthimer and Tatum
5335 Wisconsin Avenue, NW
Suite 920
Washington, DC 20015-2054

_____
Jimmy A. Bell, Esq.

4

9610 Marlboro Pike, Upper Marlboro, Maryland 20772
Phone (301) 599-7620 Fax (301) 599-7623
Web: www.jimbellesq.com
E-mail: jimbellesq@aol.com

Law Office of
Jimmy A. Bell, P.C.



| | | | |
|---|---|---|---|
| **To:** | Thomas Schaufelberger | **From:** | Jimmy A. Bell, Esq. / Matthew Walters |
| **Of:** | Wright Robinson Osthimer & Tatum | **Pages (including coversheet):** | 10 |
| **Fax:** | 202-244-5135 | **Date:** | September 5, 2006 |
| **Phone:** | 202-244-2054 | **CC:** | |
| **Re:** | Jolevare et al. v. Alpha Kappa Alpha, Inc. | | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Please find transmitted herewith Plaintiff Jolevare's Supplemental Responses to Defendant Alpha Kappa Alpha Sorority, Inc.'s First Set of Interrogatories and Plaintiff Tinker's Supplemental Responses to Defendant Alpha Kappa Alpha Sorority, Inc.'s First Set of Interrogatories.

If you have any questions regarding any of the above, please advise.

Jimmy A. Bell, Esq.

Note:   The information contained in this facsimile transmittal may be confidential and may also be attorney-privileged. This information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended party, recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmittal in error please immediately notify us by telephone and return the original message to us at the address above via the postal service. THANK YOU.