IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:05-cv-01982-RBW |
| v. ) | |
| ) | Judge Reggie B. Walton |
| ALPHA KAPPA ALPHA SORORITY, INC.) | |
| ) | |
| Defendant ) | |

### NOTICE OF DEPOSITION

Please take notice that on **Friday, September 22, 2006**, pursuant to the provisions of Federal Rule of Civil Procedure 30(a)(1) and this Notice, counsel for the Defendant Alpha Kappa Alpha Sorority, Inc. will take the deposition upon oral examination of Plaintiff Joie Jolevare at 10:00 a.m. at the offices of Saul Ewing LLP, 1025 Thomas Jefferson Street, NW, Suite 425 West, Washington, D.C. 20007. The deposition will be taken before a notary public or other officer authorized to administer oaths, will be recorded stenographically, and will continue until completed.

Respectfully submitted,

_____
Thomas S. Schaufelberger, Bar No. 371934
Shannon H. Bates, Bar No. 480186
Saul Ewing LLP
1025 Thomas Jefferson Street, NW
Suite 425 West
Washington, D.C. 20007
Telephone:   202-295-6600
Facsimile:    202-295-6700

-2-

## CERTIFICATE OF SERVICE

    I certify that the foregoing Notice of Deposition was served this 7th day of September 2006 upon Plaintiffs by Federal Express overnight delivery and facsimile to:

Jimmy A. Bell
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 599-7623 (facsimile)

_____
Thomas S. Schaufelberger, Bar No. 371934