```
TRANSMISSION VERIFICATION REPORT

                                    TIME  : 09/17/2006 00:09
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER. # : BROK3J768888
```

```
DATE,TIME          09/17 00:01
FAX NO./NAME       12022956700
DURATION           00:07:10
PAGE(S)            28
RESULT             OK
MODE               STANDARD
                   ECM
```

9610 Marlboro Pike, Upper Marlboro, Maryland 20772
Phone (301) 599-7620 Fax (301) 599-7623
Web: www.jimbellesq.com
E-mail: jimbellesq@aol.com

Law Office of
Jimmy A. Bell, P.C.

# Fax 

| | | | |
|---|---|---|---|
| **To:** | Thomas Schaufelberger | **From:** | Jimmy A. Bell, Esq. / Matthew Walters |
| **Of:** | Saul Ewing, LLP | **Pages (including coversheet):** | 28 |
| **Fax:** | 202-295-6700 | **Date:** | September 18, 2006 |
| **Phone:** | 202-295-6600 | **CC:** | |
| **Re:** | Jolevare v. AKA | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Please find transmitted herewith Plaintiff Tinker and Plaintiff Jolevare's Supplemental Responses to Defendant's First Set of Interrogatories.

If you have any questions regarding any of the above, please advise.

Jimmy A. Bell, Esq