IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOIE JOLEVARE, et al.** : | |
| : | |
| Plaintiffs, : | |
| : | Case No.: 1:05-cv-01982 (RBW) |
| v. : | |
| : | |
| **ALPHA KAPPA ALPHA** : | |
| **SORORITY, INC.** : | |
| : | |
| Defendant. : | |

**NOTICE OF WITHDRAWL OF AMENDED OPPOSITION**

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, Counsel for Plaintiffs Joie Jolevare and Salome Tinker hereby respectfully withdraw Plaintiff's Jolevareand Plaintiff Tinker's Supplemental Opposition to Defendant Alpha Kappa Alpha Sorority, Inc.'s Motion to Strike and Motion for Sanctions, filed September 27, 2006.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
The Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620 (Tel)
(301) 599-7623 (Fax)
Bar No. 14639