IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOIE JOLEVARE, et al.** : | |
| : | |
| Plaintiffs, : | |
| : | Case No.: 1:05-cv-01982 (RBW) |
| v. : | |
| : | |
| **ALPHA KAPPA ALPHA** : | |
| **SORORITY, INC.** : | |
| : | |
| Defendant. : | |

**PLAINTIFF JOLEVARE AND PLAINTIFF TINKER'S MOTION FOR LEAVE TO AMEND PLAINTIFF JOLEVARE AND PLAINTIFF TINKER'S OPPOSITION TO DEFENDANT ALPHA KAPPA ALPHA SORORITY, INC.'S MOTION TO STRIKE AND MOTION FOR SANCTIONS**

COMES NOW Plaintiffs Joie Jolevare and Salome Tinker (collectively "Plaintiffs"), by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, PC, pursuant to Fed. R. Civ. P. 12(f) and Fed. R. Civ. P. 37(b) and respectfully presents this Motion for Leave to Amend Plaintiff Jolevare and Plaintiff Tinker's Opposition to Defendant Alpha Kappa Alpha Sorority, Inc.'s Motion to Strike and Motion for Sanctions. For Cause, Plaintiffs state as follows:

**FACTS**

1. This is an action by Plaintiffs against the sorority to which they belong, Defendant Alpha Kappa Alpha, Inc. ("Defendant"), for defamation, breach of contract, negligence and a violation of the D.C. Human Rights act as a result of Defendant's suspension of Plaintiffs.

2. On August 23, 2006, Defendant filed Defendant Alpha Kappa Alpha Sorority,

Inc.'s Motion to Strike and Motion for Sanctions (hereinafter "Defendant's Motion for Sanctions") on the grounds that Plaintiffs' response to Interrogatory No. 17 was deficient.

3. On September 5, 2006, Defendant received a Supplemental Response to Interrogatory No. 17.

4. On September 18, 2006, Defendant received a Second Supplemental Response to Interrogatory No. 17.

5. Defendant's Motion requests relief including, in part, "striking Plaintiffs' damages claim" and essentially dismissing Plaintiffs' entire claim. (*See* Defendant's Motion for Sanctions at 2).

6. Plaintiffs now wish to amend their initial Opposition to Defendant Alpha Kappa Alpha Sorority, Inc.'s Motion to Strike and Motion for Sanctions to reflect that Plaintiffs' has provided Defendant with a Second Supplemental Response to Interrogatory No. 17 and to include a copy of the same.

    Respectfully submitted

    _____/s/_____
    Jimmy A. Bell, Esq.
    Law Office of Jimmy A. Bell, P.C.
    9610 Marlboro Pike
    Upper Marlboro, Maryland 20772
    (301) 599-7620
    (301) 599-7623 (FAX)
    Bar No. MD 1463

IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOIE JOLEVARE, et al.** : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **ALPHA KAPPA ALPHA** : <br> **SORORITY, INC.** : <br> : <br> Defendant. : <br> : | Case No.: 1:05-cv-01982 (RBW) |

## **ORDER**

In consideration of Defendant Alpha Kappa Alpha Sorority, Inc.'s Motion for Leave to Amend Plaintiff Jolevare and Plaintiff Tinker's Opposition to Defendant Alpha Kappa Alpha Sorority, Inc.'s Motion to Strike and Motion for Sanctions, all opposition thereto, and in the interests of justice, Defendant Alpha Kappa Alpha Sorority, Inc.'s Motion for Leave to Amend Plaintiff Jolevare and Plaintiff Tinker's Opposition to Defendant Alpha Kappa Alpha Sorority, Inc.'s Motion to Strike and Motion for Sanctions is hereby GRANTED.

SO ORDERED this ____ of _____ 2006.

_____
US DISTRICT COURT JUDGE