```
                    TRANSMISSION VERIFICATION REPORT

                                          TIME   : 09/17/2006 00:09
                                          NAME   :
                                          FAX    :
                                          TEL    :
                                          SER. # : BROK3J768888


DATE,TIME              09/17 00:01
FAX NO./NAME           12022956700
DURATION               00:07:10
PAGE(S)                28
RESULT                 OK
MODE                   STANDARD
                       ECM
```

9610 Marlboro Pike, Upper Marlboro, Maryland 20772
Phone (301) 599-7620 Fax (301) 599-7623
Web: www.jimbellesq.com
E-mail: jimbellesq@aol.com

Law Office of
Jimmy A. Bell, P.C.



| | | | |
|---|---|---|---|
| **To:** | Thomas Schaufelberger | **From:** | Jimmy A. Bell, Esq. / Matthew Walters |
| **Of:** | Saul Ewing, LLP | **Pages (including coversheet):** | 28 |
| **Fax:** | 202-295-6700 | **Date:** | September 18, 2006 |
| **Phone:** | 202-295-6600 | **CC:** | |
| **Re:** | Jolevare v. AKA | | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Please find transmitted herewith Plaintiff Tinker and Plaintiff Jolevare's Supplemental Responses to Defendant's First Set of Interrogatories.

If you have any questions regarding any of the above, please advise.

Jimmy A. Bell, Esq