## IN THE UNITED STATES DISRTICT COURT
## FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| JOIE JOLEVARE, et al. | : |
| Plaintiffs, | : |
| v. | : Case No.: 1:05-cv-01982 (RBW) |
| ALPHA KAPPA ALPHA SORORITY, LTD. | : |
| Defendant. | : |

**PLAINTIFF JOLEVARE AND PLAINTIFF TINKER'S CONSENT
MOTION TO EXTEND LIMITED DISCOVERY FOR THIRTY DAYS**

COMES NOW, Plaintiff Joie Jolevare and Plaintiff Salome Tinker, by and through counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., and hereby respectfully submits this Motion, with consent of Defendant, to Extend Limited Discovery for Thirty Days. For cause and authority, Plaintiff states as follows:

1. Under Fed. R. Civ. P. 6(b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2. Discovery in this matter is set to close on September 29, 2006.

3. Plaintiff has not yet deposed Joy Elaine Daley and/or Defendant's corporate representative pursuant to Federal Rule of Civil Procedure 30(b)(6) notice already served.

4. Although Plaintiff has noticed the deposition twice, due to scheduling conflicts, Plaintiff has not yet been able to depose Defendant's 30(b)(6) witness.

5. Defendant's 30(b)(6) witness is a critical witness to the case at bar.

6. By mutual agreement on September 26, 2006 and again on September 28,

2006, the parties agreed that they would consent, subject to the court's approval, to holding the deposition of Defendant's 30(b)(6) witness within the next thirty (30) days.

      7.     Plaintiff has not been able to depose Joy Elaine Daley.

      8.     Joy Elaine Daley is a critical witness to the case at bar.

      9.     Joy Elaine Daley is a former agent, employee, and/or representative of Defendant, but Plaintiff has not been able to successfully serve her with a Subpoena to date.

      9.     The parties believe that Joy Elaine Daley will be successfully located and served with a subpoena in the immediate future.

      10.     By mutual agreement on September 26, 2006 and again on September 28, 2006, the parties agreed that they would consent, subject to the court's approval the deposition of Joy Elaine Daley within the next thirty (30) days.

      11.     This matter will not be unduly delayed by the extension of limited discovery for thirty (30) days.

WHEREFORE, for the reason of all of the foregoing, Plaintiffs respectfully pray this court GRANT Plaintiffs' Motion, with consent of Defendant, to Extend Limited Discovery for Thirty Days solely for the purpose of deposing a 30(b)(6) representative of the Defendant and Joy Elaine Daley. All other date and deadlines are to remain unaffected.

      Respectfully submitted,

      _____/s/_____
      Jimmy A. Bell, Esq.
      Law Office of Jimmy A. Bell, P.C.
      9610 Marlboro Pike
      Upper Marlboro, MD 20772
      (301) 599-7620 (Tel)
      (301) 599-7623 (Fax)
      Bar No. 14639

### IN THE UNITED STATES DISRTICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOIE JOLEVARE, et al.** : | |
| : | |
| Plaintiffs, : | |
| : | **Case No.: 1:05-cv-01982 (RBW)** |
| v. : | |
| : | |
| **ALPHA KAPPA ALPHA SORORITY, INC.** : | |
| : | |
| Defendant. : | |

### **ORDER**

Upon consideration of Plaintiffs' Motion, with consent of Defendant, to Extend Limited Discovery for Thirty Days, and the interests of justice, Plaintiffs' Consent Motion to Extend Limited Discovery for Thirty Days is hereby GRANTED and it is ORDERED, that discovery in this matter shall be extended by thirty (30) days limited to the taking of the depositions of Joy Elaine Daley and Defendant's corporate representative pursuant to Fed. R. Civ. P. 30(b)(6). All other date and deadlines are to remain unaffected.

SO ORDERED, this ___ day of September 2006,

_____
United States District Court Judge