IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOIE JOLEVARE, et al.** : : Plaintiffs, : : v. : : **ALPHA KAPPA ALPHA SORORITY, INC.** : : Defendant. : | Case No.: 1:05-cv-01982 (RBW) |

**PLAINTIFF JOLEVARE AND PLAINTIFF TINKER'S
MOTION TO COMPEL**

COMES NOW, Plaintiff Joie Jolevare and Plaintiff Salome Tinker, by and through counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., pursuant to Fed. R. Civ. P. 37(d) and hereby respectfully submits this Motion to Compel. For cause and authority, Plaintiff submits Plaintiff Jolevare and Plaintiff Tinker's Memorandum of Points and Authorities in Support of Plaintiff's Motion to Compel and Certificate of Good Faith.

                                                    Respectfully submitted,

                                                  _____/s/_____
                                                  Jimmy A. Bell, Esq.
                                                  Law Office of Jimmy A. Bell, P.C.
                                                  9610 Marlboro Pike
                                                  Upper Marlboro, MD 20772
                                                  (301) 599-7620 (Tel)
                                                  (301) 599-7623 (Fax)
                                                  Bar No. 14639

## IN THE UNITED STATES DISRTICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOIE JOLEVARE, et al.** : | |
| : | |
| Plaintiffs, : | |
| : | **Case No.: 1:05-cv-01982 (RBW)** |
| v. : | |
| : | |
| **ALPHA KAPPA ALPHA** : | |
| **SORORITY, INC.** : | |
| : | |
| Defendant. : | |

## **CERTIFICATE OF GOOD FAITH**

COMES NOW, Plaintiffs Joie Jolevare and Salome Tinker, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby files this Certificate of Good Faith and states as follows:

1. Plaintiff propounded a Request for Production of Documents to the Defendant on March 2, 2006.

2. Defendant has not properly responded to said discovery as of the filing date of this Motion.

2. Plaintiffs sent Defendant correspondence on September 21, 2006 via facsimile transmission and First-Class mail informing Defendant that Defendant's responses to Plaintiff Tinker's First Set of Interrogatories were deficient and identifying those deficiencies.

3. Plaintiffs sent Defendant correspondence on September 21, 2006 via facsimile transmission and First-Class mail informing Defendant that

        Defendant's responses to Plaintiff Jolevare's First Set of Interrogatories were deficient and identifying those deficiencies.

4. On September 22, 2006, counsel for Plaintiff met with counsel for Defendant and asked if or when Defendant intended to supplement Defendant's deficient discovery responses.

5. On September 22, 2006, in response to counsel for Plaintiffs' questions described in paragraph 4, counsel for Defendant stated that Plaintiff would receive complete responses to Plaintiffs' discovery requests on or before September 26, 2006.

6. Defendant has now had numerous occasions to supplement said discovery information.

7. As of the date of the filing of Plaintiff's Motion to Compel, the Defendant has not submitted complete responses to Plaintiffs' First Sets of Interrogatories nor supplemented Defendant's deficient responses to Plaintiff's First Sets of Interrogatories.

8. Plaintiffs tried to contact Defendant via telephone, but were not able to gain consent.

WHEREFORE, the Plaintiff, by and through counsel, Jimmy A. Bell, Esq., represents that he has made good faith attempts to resolve this discovery dispute and that, to date, has been unable to reach an agreement on the disputed issues.

        Respectfully submitted,

        /s/

        Jimmy A. Bell, Esq.

IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOIE JOLEVARE, et al.** : | |
| : | |
| Plaintiffs, : | |
| : | Case No.: 1:05-cv-01982 (RBW) |
| v. : | |
| : | |
| **ALPHA KAPPA ALPHA** : | |
| **SORORITY, INC.** : | |
| : | |
| Defendant. : | |

**ORDER**

Upon consideration of Plaintiff Jolevare and Plaintiff Tinker's Motion to Compel, Plaintiffs' Memorandum in support thereof, all opposition thereto, and in the interests of justice, it is hereby ORDERED that Plaintiff Jolevare and Plaintiff Tinker's Motion to Compel is hereby GRANTED.

It is FURTHER ORDERED that Plaintiffs shall serve written responses to Plaintiff Jolevare and Plaintiff Tinker's First Set(s) of Interrogatories on or before October 5, 2006.

SO ORDERED his ___ day of September 2006.

_____
U.S. District Court Judge