IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOIE JOLEVARE, *et al.*            )
                                   )
        Plaintiffs,                )
                                   )   Case No. 1:05-cv-01982-RBW
    v.                             )
                                   )   Judge Reggie B. Walton
ALPHA KAPPA ALPHA SORORITY, INC.)
                                   )
        Defendant                  )

## ORDER

This matter is before the Court on plaintiffs Joie Jolevare and Salome Tinker's (collectively "Plaintiffs") Motion to Compel (the "Motion").

Upon consideration of the Motion, and Defendant Alpha Kappa Alpha Sorority, Inc.'s ("AKA") opposition thereto,

It appearing to the Court that good cause exists to do so, it is

ORDERED that Plaintiffs' Motion is denied.

Entered on this____ day of _____, 2006.

_____
Reggie B. Walton
United States District Court Judge