IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:05-cv-01982-RBW |
| v. ) | |
| ) | Judge Reggie B. Walton |
| ALPHA KAPPA ALPHA SORORITY, INC.) | |
| ) | |
| Defendant ) | |

## ORDER

This matter is before the Court on plaintiffs Joie Jolevare and Salome Tinker's (collectively "Plaintiffs") Motion for Leave to Amend Plaintiff Jolevare and Plaintiff Tinker's Opposition to Defendant Alpha Kappa Alpha Sorority, Inc.'s Motion to Strike and Motion for Sanctions (the "Motion").

Upon consideration of the Motion, and Defendant Alpha Kappa Alpha Sorority, Inc.'s ("AKA") opposition thereto,

It appearing to the Court that good cause exists to do so, it is

ORDERED that Plaintiffs' Motion is denied; it is

FURTHER ORDERED that Plaintiffs shall pay AKA the fees its counsel incurred in responding to the Motion.

Entered on this____ day of _____, 2006.

_____
Reggie B. Walton
United States District Court Judge