IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:05-cv-01982-RBW |
| v. ) | |
| ) | Judge Reggie B. Walton |
| ALPHA KAPPA ALPHA SORORITY, INC.) | |
| ) | |
| Defendant ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Joie Jolevare and Salome Tinker ("Plaintiffs"), and Defendant Alpha Kappa Alpha Sorority, Inc. ("AKA" or "Defendant"), by counsel, move the Court to amend the scheduling order in this matter by extending the settlement conference date to such other and further time as the Court sets after the close of discovery. In support of this Motion, the parties respectfully represent as follows:

1. The settlement conference in this matter is currently set to occur before Magistrate Judge Robinson on October 17, 2006 beginning at 9:30 a.m.

2. On September 28, 2006, Plaintiffs filed a motion to extend the discovery deadline (the "Motion").

3. On September 29, 2006, the Court granted Plaintiffs' Motion and entered a Minute Order extending discovery through November 13, 2006.

4. The parties maintain that proceeding with the settlement conference at this time would not be beneficial due to the current status of this matter. A settlement conference would be more beneficial after discovery closes, and the parties have had an opportunity to assess the strength of their claims and/or defenses based on information learned during the discovery period.

5.  The parties submit that the additional time requested under the scheduling order would benefit both parties, and prevent either party's rights from being prejudiced in this matter.

WHEREFORE, Plaintiffs and Defendant AKA move for the Court to amend the scheduling order in this matter by extending the settlement conference date to such other and further time as the Court sets after the close of discovery, as set forth in the accompanying proposed order.

Respectfully submitted,

/s/
Jimmy A. Bell, MD Bar No. 14639
Law Office of Jimmy A. Bell, Esq.
9610 Marlboro Pike
Upper Marlboro, MD 20772
Washington, D.C. 20007
Telephone:   301-599-7620
Facsimile:    301-599-7623
*Counsel for Joie Jolevare & Salome Tinker*

/s/
Thomas S. Schaufelberger, Bar No. 371934
Saul Ewing LLP
2600 Virginia Avenue, NW
Suite 1000 – The Watergate
Washington, D.C. 20007
Telephone:   202-295-6609
Facsimile:    202-295-6709
*Counsel for Alpha Kappa Alpha Sorority, Inc.*