IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, *et al.*        ) | |
| ) | |
| Plaintiffs,        ) | |
| ) | Case No. 1:05-cv-01982-RBW |
| v.        ) | |
| ) | Judge Reggie B. Walton |
| ALPHA KAPPA ALPHA SORORITY, INC.) | |
| ) | |
| Defendant        ) | |

## ORDER

This matter is before the Court on Plaintiffs Joie Jolevare and Salome Tinker, and Defendant Alpha Kappa Alpha Sorority, Inc.'s, Joint Motion to Amend Scheduling Order (the "Joint Motion").

Based on the Joint Motion, and it appearing to the Court that good cause exists to do so, it is this _____ day of October, 2006

ORDERED that the Scheduling Order is hereby modified as follows:

Settlement Discussions Period:     November 15, 2006 – January 15, 2007

Status Conference:     To be determined by the Court.

_____
Reggie B. Walton
United States District Court Judge