UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOIE JOLEVARE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1982 (RBW) |
| ALPHA KAPPA ALPHA SORORITY, INC, | ) ) ) ) | |
| Defendant. | ) ) | |

## SCHEDULING ORDER

On October 12, 2006, the parties filed a joint motion to amend the scheduling order.

Based upon the parties' joint motion, it is on this 17th day of October, 2006, hereby **ORDERED** that

1. Discovery shall be concluded by November 13, 2006.

2. This matter shall be referred to a magistrate judge for a period of sixty days, commencing on November 14, 2006 and concluding on January 15, 2007 for settlement discussions.

3. A status conference shall be held on January 26, 2007 at 11:00 a.m. in Courtroom 16 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge