# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOIE JOLEVARE, *et al.*     )
                                   )
          Plaintiffs,     )
                                   )     Case No. 1:05-cv-01982-RBW
     v.                   )
                                   )     Judge Reggie B. Walton
ALPHA KAPPA ALPHA SORORITY, INC.)
                                   )
          Defendant     )

## CONSENT ORDER

This matter is before the Court on the stipulation of plaintiffs Joie Jolevare and Salome Tinker ("Plaintiffs"), and defendant Alpha Kappa Alpha Sorority, Inc. ("Defendant") (collectively, the "Parties"). Pursuant to a telephone call the Parties received from Judge Walton's chambers on October 17, 2006, the Parties agreed to withdraw all motions, memoranda, oppositions and any other pleadings and/or documents related to Defendant's Motion to Strike, and Motion for Sanctions, and Plaintiffs' Motion to Compel, which were filed on August 23 and September 29, 2006 respectively. The Parties therefore stipulate and agree to the Court withdrawing the following pleadings:

(1)    Defendant's Motion to Strike, and Motion for Sanctions, filed August 23 and reflected in the Court's docket as entry nos. 14 and 15;

(2)    Plaintiffs' Opposition to Defendant Alpha Kappa Alpha Sorority, Inc.'s Motion to Strike and Motion for Sanctions, filed September 5 and reflected in the Court's docket as entry no. 16;

(3)    Defendant's Reply in Support of Motion to Strike and Motion for Sanctions, filed September 8 and reflected in the Court's docket as entry no. 17;

(4)    Plaintiffs' Motion for Leave to Amend Plaintiff Jolevare and Plaintiff Tinker's

Opposition to Defendant Alpha Kappa Alpha Sorority, Inc.'s Motion to Strike and Motion for

Sanctions, filed September 28 and reflected in the Court's docket as entry no. 21;

(5)    Plaintiffs' Motion to Compel, filed September 28 and reflected in the Court's

docket as entry no. 23;

(6)    Defendant's Opposition to Plaintiffs' Motion for Leave to Amend Their

Opposition to Defendant's Motion to Strike and Motion for Sanctions, filed October 10 and

reflected in the Court's docket as entry nos. 25 and 27; and

(7)    Defendant's Opposition to Plaintiffs' Motion to Compel, filed October 10 and

reflected in the Court's docket as entry no. 26.

Upon consideration of the Parties' consent, and it appearing that it is proper to do so, it is

ORDERED that the aforementioned pleadings shall be withdrawn, and that the Court will

take no further action in relation to these pleadings.

Date:    October _____, 2006

_____
Reggie B. Walton
United States District Court Judge

**STIPULATED AND AGREED:**

/s/_____
Jimmy A. Bell, MD Bar No. 14639
Law Office of Jimmy A. Bell, Esq.
9610 Marlboro Pike
Upper Marlboro, MD 20772
Washington, D.C. 20007
Telephone:    301-599-7620
Facsimile:    301-599-7623
*Counsel for Joie Jolevare & Salome Tinker*


/s/_____
Thomas S. Schaufelberger, Bar No. 371934
Saul Ewing LLP
2600 Virginia Avenue, NW
Suite 1000 – The Watergate
Washington, D.C. 20007
Telephone:    202-295-6600
Facsimile:    202-295-6700
*Counsel for Alpha Kappa Alpha Sorority, Inc*