IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALPHA KAPPA ALPHA SORORITY, INC.)<br>)<br>Defendant ) | Case No. 1:05-cv-01982-RBW<br><br>Judge Reggie B. Walton |

**JOINT MOTION TO DEPOSE DEFENDANT AND JOY ELAINE DALEY BEYOND
THE CLOSE OF DISCOVERY**

Plaintiffs Joie Jolevare and Salome Tinker ("Plaintiffs"), and Defendant Alpha Kappa Alpha Sorority, Inc. ("AKA" or "Defendant"), by counsel, move the Court to allow Plaintiffs to depose Defendant and Joy Elaine Daley beyond the close of discovery, on or before December 14, 2006. In support of this Motion, the parties respectfully represent as follows:

1. Discovery in this matter closes on November 13, 2006.

2. Plaintiffs have noticed the deposition of AKA pursuant to Federal Rule of Civil Procedure 30(b)(6), but have not yet been able to depose AKA's corporate designee.

3. AKA's corporate designee is a critical witness to the case at bar.

4. On November 7, 2006 the parties agreed, subject to the Court's approval, that AKA's 30(b)(6) deposition will occur on December 6, 2006.

5. Plaintiffs have not yet been able to depose Joy Elaine Daley ("Ms. Daley") because they have not been able to effect service of a subpoena on Ms. Daley for her deposition. Upon information and belief, Plaintiffs have located Ms. Daley and she will be successfully served with a subpoena on or before November 30, 2006.

6.      Ms. Daley formerly served as the North Atlantic Regional Director of AKA and is a critical witness to the case at bar.

7.      On November 7, 2006 the parties agreed, subject to the Court's approval, that Ms Daley's deposition will occur on December 14, 2006. Accordingly, Plaintiffs intend to subpoena Ms. Daley's deposition to occur on December 14, 2006.

8.      A trial date has not been set and this matter will not be unduly delayed by allowing AKA and Ms. Daley's depositions to be taken beyond the close of discovery.

9.      Neither party will be prejudiced if the instant motion is granted.

WHEREFORE, Plaintiffs and Defendant AKA move for the Court to allow AKA and Joy Elaine Daley to be deposed beyond the close of discovery on December 6, 2006 and December 14, 2006 respectively, as set forth in the accompanying proposed order.

Respectfully submitted,

/s/
Jimmy A. Bell, MD Bar No. 14639
Law Office of Jimmy A. Bell, Esq.
9610 Marlboro Pike
Upper Marlboro, MD 20772
Washington, D.C. 20007
Telephone:   301-599-7620
Facsimile:    301-599-7623
*Counsel for Joie Jolevare & Salome Tinker*

/s/
Thomas S. Schaufelberger, Bar No. 371934
Saul Ewing LLP
2600 Virginia Avenue, NW
Suite 1000 – The Watergate
Washington, D.C. 20007
Telephone:   202-295-6600
Facsimile:    202-295-6700
*Counsel for Alpha Kappa Alpha Sorority, Inc.*