IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALPHA KAPPA ALPHA SORORITY, INC.)<br>)<br>Defendant ) | Case No. 1:05-cv-01982-RBW<br><br>Judge Reggie B. Walton |

### ORDER

This matter is before the Court on Plaintiffs Joie Jolevare and Salome Tinker, and Defendant Alpha Kappa Alpha Sorority, Inc.'s, Joint Motion to Take Depositions Beyond the Close of Discovery (the "Joint Motion").

Based on the Joint Motion, and it appearing to the Court that good cause exists to do so, it is this _____ day of November, 2006

ORDERED that the Joint Motion is hereby granted. It is

FURTHER ORDERED that Plaintiffs are permitted to depose Alpha Kappa Alpha Sorority, Inc. and Joy Elaine Daley, beyond the close of discovery, on or before December 6 and December 14, 2006, respectively.

_____
Reggie B. Walton
United States District Court Judge