UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOIE JOLEVARE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1982 (RBW) |
| | ) | |
| ALPHA KAPPA ALPHA SORORITY, INC, | ) | |
| | ) | |
| Defendant. | ) | |

### SCHEDULING ORDER

On November 7, 2006, the parties filed a joint motion to depose the defendant and Joy Elaine Daley beyond the conclusion of discovery. Based upon the parties' joint motion, it is on this 9th day of November, 2006, hereby **ORDERED** that

1. Discovery shall be concluded by December 15, 2006. The defendant shall be deposed on December 6, 2006 and Joy Elaine Daley shall be deposed on December 14, 2006.

2. This matter shall be referred to a magistrate judge for a period of sixty days, commencing on December 18, 2006 and concluding on February 26, 2007 for settlement discussions. However, the parties are advised that the Court shall be in recess from December 25, 2006 to January 2, 2007.

3. A status conference shall be held on March 9, 2007 at 11:00 a.m. in Courtroom 16 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge