IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOIE JOLEVARE, et al.** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Case No.: 1:05-cv-01982 (RBW) |
| v. | : | |
| | : | |
| **ALPHA KAPPA ALPHA SORORITY, INC.** | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaitniffs, Joie Jolevare, et al., by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and pursuant to Federal Rule of Civil Procedure 56 hereby files this Motions for Summary Judgment.

Plaintiff's reasoning for said motion is more fully detailed in the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment.

WHEREFORE, for the foregoing reasons, Plaintiff requests that this Honorable Court grant Plaintiffs' Motions for Summary Judgment and order judgment in favor of Plaintiffs on all counts of Plaintiffs' Complaint.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620



(301) 599-7623
Bar No. MD 14639

2

