0001
```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLUMBIA
 3    ----------------------------x
 4    JOIE JOLEVARE, et al.        :
 5              Plaintiffs,        :
 6         v.                      : Case No.
 7                                 : 1:05CV-01982
 8    ALPHA KAPPA ALPHA            :
 9    SORORITY, INC.              :
10                Defendant.       :
11    ----------------------------x
12                                    Washington, D.C.
13                          Wednesday, December 6, 2006
14    Deposition of:
15                    EVELYN SAMPLE-OATES
16         called for examination by counsel for Plaintiffs,
17    pursuant to notice, at the Law Offices of Saul Ewing LLP,
18    The Watergate, 2600 Virginia Avenue, N.W., Suite 1000,
19    Washington, D.C. 20037-1922, before Joseph Kanahele, Jr.
20    of Capital Reporting Company, a notary public in and for
21    the District of Columbia, beginning at 11:40 a.m., when
22    were present on behalf of the respective parties:
```
0002
```
 1                    A P P E A R A N C E S
 2
 3    On behalf of the Plaintiffs:
 4         JIMMY A. BELL, ESQUIRE
 5         Law Office of Jimmy A. Bell, P.C.
 6         9610 Marlboro Pike
 7         Upper Marlboro, Maryland  20772
 8         (301) 599-7620
 9
10    On behalf of the Defendant:
11         SHANNON H. BATES, ESQUIRE
12         Saul Ewing LLP
13         The Watergate
14         2600 Virginia Avenue, N.W.
15         Suite 1000
16         Washington, D.C.  20037-1922
17         (202) 295-6603
18
19    Also Present:
20         Joie Jolevare, Plaintiff
21
22                         * * * * *
```
0003
```
 1                    C O N T E N T S
 2    EXAMINATION BY:                         PAGE
 3     Mr. Bell, Counsel for Plaintiffs          4
 4     Ms. Bates, Counsel for Defendant         93
 5    FURTHER EXAMINATION BY:                  PAGE
 6     Mr. Bell, Counsel for Plaintiffs         94
 7    SAMPLE-OATES DEPOSITION EXHIBITS*        PAGE
 8    1   Undergraduate Membership Intake       10
 9        Process Manual
10    2   Graduate Advisors' Intake             10
```



created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
11      Certification and Procedure Manual
12   3  Manual of Standard Procedure (2004)        11
13   4  Anti-Hazing Handbook - Say "No"            11
14      To Hazing!
15   5  Constitution and Bylaws (2004)             11
16   6  Letter from Joy Elaine Daley               46
```

```
17
18
19           (*Exhibits were retained by counsel.)
20
21                       * * * * *
22
0004
 1              P R O C E E D I N G S
 2          WHEREUPON,
 3                  EVELYN SAMPLE-OATES,
 4      called as a witness, having been first duly sworn,
 5   was examined and testified as follows:
 6          EXAMINATION BY COUNSEL FOR PLAINTIFFS
 7   BY MR. BELL:
 8      Q    Good morning.
 9      A    Good morning.
10      Q    Can you state your name for the record?
11      A    Evelyn Sample-Oates.
12      Q    And your business address?
13      A    Business address?
14      Q    Yes.
15      A    501 Monticello Lane, Plymouth Meeting, PA
16   19462.
17      Q    And your current title?
18      A    Professional or in the sorority?
19      Q    In the sorority, you're here as a --
20      A    North Atlantic Regional Director.
21      Q    Can you tell me what that title means?
22          MS. BATES:  Okay, excuse me, I'm sorry, Mr.
0005
 1   Bell.
 2          MR. BELL:  Yes.
 3          MS. BATES:  Before we continue, I just want
 4   you to know since we're on the record that when Matt
 5   Walters and you and I corresponded, we just wanted to
 6   have it here on the record that the understanding is that
 7   that information, as you know, is incumbent upon us for a
 8   30(b)(6) deposition, so the information that the
 9   organization itself currently has available to us is what
10   we can and will provide, that Joy Elaine Daley -- who is
11   the previous North Atlantic Regional Director -- is the
12   person who has personal knowledge of some of the events
13   and circumstances and that she would be the more
14   appropriate person to testify.  That being said,
15   obviously we have designated Ms. Sample-Oates to testify.
16    We've acknowledged that she has limited personal
17   knowledge regarding some of these events and
18   circumstances and that we're going forward on those
19   grounds.
20          MR. BELL:  Gotcha.
21          MS. BATES:  Thank you very much.
```


created using
BCL easyPDF
Printer Driver

```
22                 MR. BELL:  Gotcha.
0006
 1  BY MR. BELL:
 2        Q       You said your title, can you tell me what
 3  those responsibilities are?
 4        A       Yes.  I'm responsible for overseeing 130
 5  chapters from Maine down to Washington, D.C., the
 6  chapters of Alpha Kappa Alpha Sorority, Incorporated --
 7  both undergraduate and graduate.
 8        Q       By overseeing, can you explain what that
 9  means for the record?
10        A       Yes.  Overseeing, approving their membership
11  intake processes, approving their end-of-the-year
12  reports, helping them to maintain proper chapter
13  procedures, assisting in any way to help them implement
14  the programs of the organization.
15        Q       You said 120 chapters?
16        A       130.
17        Q       130 chapters.  Is that both undergraduate and
18  graduate?
19        A       Yes.
20        Q       Okay.  Is there a separate set of rules and
21  regulations for undergraduates versus the graduate
22  chapters?
0007
 1        A       No, no.
 2                (Discussion off the record.)
 3        Q       You said that you oversee the membership
 4  intake process for 130 chapters, which includes the
 5  undergraduate and graduate, is that correct?
 6        A       Right.  I oversee approving the process.
 7        Q       Okay.  Now, approving the process, is that
 8  also including if they wanted to do a presentation on
 9  campus for the new initiates for undergrads?
10        A       Yes, I have to approve it or deny it.
11        Q       Okay.  And is that process written down
12  anywhere?
13        A       Yes.
14        Q       Where is that process written down?
15        A       However, we no longer do that since I've been
16  Regional Director; so I was installed on July 15th.
17  Since that time we no longer do post-initiation activity.
18        Q       Okay.  So in 2005 did Alpha Kappa Alpha
19  participate in post-initiation activities?
20        A       I am not sure the day that they ruled it out;
21  I'm not sure.  They ruled it out at a directorate
22  meeting, which is our Board of Directors and I was not on
0008
 1  the Board of Directors then; so I'm not sure exactly what
 2  day, but I know we no longer do it now.
 3        Q       Do you know what year it was?
 4        A       I believe it was 2005; I believe it was.
 5        Q       And those directorate meetings, what months
 6  are those usually?
 7        A       Those are March, November, and July.
 8        Q       Okay.  Can you state your title again?
 9        A       North Atlantic Regional Director.
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
10        Q      Did you hold any titles before that?
11        A      Yes, I was basileus of a graduate chapter.
12        Q      Okay.  And what is the role of a basileus?
13        A      The basileus oversees her individual chapter,
14   the operations of the chapter, financial fundraising
15   operations, and all the activities of a chapter.
16        Q      Now, does that also include membership
17   intake?
18        A      Yes.
19        Q      Okay.  And I just want to make sure I got
20   this straight for the record, the basileus will submit
21   whatever documentation that needs to be approved to the
22   Regional Director?
0009
 1        A      Yes.
 2        Q      For the membership intake process?
 3        A      Yes, for graduate chapter.
 4        Q      Okay.
 5        A      For undergraduate chapter, the Graduate
 6   Advisor does it.
 7        Q      Okay.
 8               MR. BELL:  Can we mark all of these?
 9               MS. BATES:  We can, well --
10               MR. BELL:  I'm just asking a quick question.
11               MS. BATES:  No, I understand.  With respect
12   to however you want to mark them, because we do want to
13   make an objection for the record so why don't you tell me
14   what order you're going to do it and then I'll do it if
15   you like.
16               MR. BELL:  This one and this one so we can
17   make the objection right up front.
18               MS. BATES:  Okay.
19               MR. BELL:  Make this 1 and make this 2.
20               MS. BATES:  Okay.
21               MR. BELL:  Okay.
22               MS. BATES:  So it appears for the record that
0010
 1   we're identifying as Exhibit A or Exhibit 1 --
 2               MR. BELL:  One (1).
 3               MS. BATES:  The Undergraduate Membership
 4   Intake Process Manual and as Exhibit 2 we're doing the
 5   Graduate Advisors' Intake Certification and Procedure
 6   Manual.
 7                    (Sample-Oates EXHIBIT NO. 1 --
 8                    "Undergraduate Membership Intake
 9                    Process Manual" -- was marked for
10                    identification.)
11                    (Sample-Oates EXHIBIT NO. 2 --
12                    "Graduate Advisors' Intake
13                    Certification and Procedure Manual"
14                    -- was marked for identification.)
15               MR. BELL:  Yeah.
16               MS. BATES:  For the record we both stipulate
17   that any questions that you ask regarding those documents
18   so that your questions flow a little more smoothly in
19   lieu of me continuing to object.  If you'd like to
20   stipulate for the record that there's an ongoing
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
21  objection with respect to any questions pursuant to these
22  two documents, because I don't believe that they fall
0011
 1  within the scope of the subject areas that you've
 2  identified for the 30(b)(6) deposition of Ms.
 3  Sample-Oates.  Thank you.
 4              MR. BELL:  Okay.
 5              MS. BATES:  And would you stipulate to that
 6  ongoing objection, or would you like me to raise my
 7  objection?
 8              MR. BELL:  I stipulate to the ongoing
 9  objection regardless.
10              MS. BATES:  I just wanted to make sure.
11  Thank you.
12              MR. BELL:  Uh-huh.  And this will be 3, 4,
13  and 5.
14                      (Sample-Oates EXHIBIT NO. 3 --
15                      "Manual of Standard Procedure
16                      (2004)" -- was marked for
17                      identification.)
18                      (Sample-Oates EXHIBIT NO. 4 --
19                      "Anti-Hazing Handbook - Say 'No'
20                      To Hazing!" -- was marked for
21                      identification.)
22                      (Sample-Oates EXHIBIT NO. 5 --
0012
 1                      "Constitution and Bylaws (2004)"
 2                      -- was marked for identification.)
 3  BY MR. BELL:
 4      Q    I'm showing you what's been marked as Exhibit
 5  1.
 6      A    Yes.
 7      Q    Can you state for the record what that
 8  document is?
 9      A    It's the Undergraduate Membership Intake
10  Process Manual.
11      Q    Have you ever seen that document before?
12      A    Yes.
13      Q    When did you see that document before today?
14      A    Well, I've seen it throughout the last seven
15  years.
16      Q    Can you tell me how you've seen that
17  throughout the last seven years?
18      A    I became familiar with it when I was basileus
19  of my graduate chapter because we had two undergraduate
20  chapters, so the last time I really looked at it and
21  perused it would've been 2004, which was the last time I
22  was basileus.
0013
 1      Q    Okay.  And you stated that you utilized it
 2  because you had two undergraduate chapters.  Can you
 3  explain for the record what you mean by that?
 4      A    Yes, we oversee two undergraduate chapters in
 5  our chapter.  We have two graduate advisors that work
 6  with those chapters and we supervise those chapters, so
 7  we have to have a graduate chapter supervise every
 8  undergraduate chapter.
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
 9        Q     Is there a process that a person has to go
10   through in order to supervise or oversee the
11   undergraduate process?
12        A     Yes.
13        Q     Can you tell me what that process is?
14        A     It's the graduate advisors' certification
15   process.  They go through a one-day, eight-hour institute
16   in order to become certified.
17        Q     Can you tell me what that eight hours consist
18   of?
19        A     I do not know; I've never sat through one.
20        Q     You've never sat through one?
21        A     No.  I'm not certified as a graduate advisor.
22        Q     Okay.  On Exhibit 1, I want to turn your
0014
 1   attention to its Roman number II-13; it's Roman number
 2   II-13, I'm just saying this for the record.  Can you tell
 3   me what that document is?
 4        A     Yes, this is the Request to Participate in
 5   Post-Initiation Activity Guidelines.
 6        Q     And is that what you were referring to
 7   earlier as it relates to what a person has to submit to
 8   do those post-initiation activities?
 9        A     Yes.
10        Q     Can you explain how that process works?
11        A     Yes.  The Graduate Advisor will fill this
12   document out and then send it to the Regional Director
13   for her approval, and it has to be done within seven days
14   after initiation; and they must get a signature on this
15   in order to conduct any activity.
16        Q     Okay.  If the Regional Director had not
17   approved that -- what did you call it?
18        A     Request to Participate.
19        Q     If it's not approved by the Regional
20   Director, could the undergraduate chapter have
21   post-initiation activities?
22        A     No.
0015
 1        Q     If post-initiation activities took place,
 2   would that be a violation?
 3        A     Direct violation.
 4        Q     Can you tell me what it would be a violation
 5   of?
 6        A     Well, it would be in violation of this
 7   manual, which is the Undergraduate Membership Intake
 8   Process; they have to get permission.  It clearly states
 9   that they have to get permission from the Regional
10   Director; if they don't, they violate our procedures.
11        Q     And what's the consequence of violating those
12   procedures?
13        A     To be put on inactive status and it may lead
14   to suspension.
15        Q     Okay.  Was that just for the chapter or was
16   it for the individuals who participated?
17        A     It should be for the individuals who
18   participated as well as the Graduate Advisors and any
19   council members that may be involved.
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
20        Q      Okay.  Let me make sure I got this correct.
21   If a post-initiation activity happens, can you describe
22   what it usually is?
0016
 1        A      Usually it's a step show, a walk, a singing
 2   kind of thing -- just a coming out kind of show.
 3        Q      I have to ask some questions you may think I
 4   already know the answers to but I have to ask them for
 5   the record.
 6        A      Right, I understand.
 7        Q      Okay.  Now, you said that's like a step show?
 8        A      Yes.
 9        Q      How would they learn to do the steps?
10        A      They could be taught by those individuals
11   that were already in the chapter, or some of the grad
12   chapter members could teach them.
13        Q      Okay.  Are the steps a process that takes
14   some time to learn?
15        A      Yes.
16        Q      Now, with the number of individuals that were
17   actually participating in that activity in terms of
18   learning the steps, the more people you have would it be
19   more difficult for everyone to be on step?
20        A      Yes.
21        Q      So if you had 100 or more people, would it
22   take more time than if you had 10 or 15?
0017
 1        A      Yes.
 2        Q      Have you ever witnessed a post-initiation
 3   activity where there were 50 or more individuals?
 4        A      Yes.
 5        Q      And can you describe for the record what you
 6   saw?
 7        A      What I saw was a group of young ladies that
 8   were either lined up who had on the same outfit, same
 9   shoes, same clothing, and they were singing and doing
10   steps.
11        Q      Now, were they stepping in unison?
12        A      Yes.
13        Q      Okay.  And were the songs that they were
14   singing, were they songs specific to Alpha Kappa Alpha
15   Sorority?
16        A      Yes.
17        Q      And those songs, they had to be taught?
18        A      Yes.
19        Q      And, as I've already asked you the question
20   as it relates to learning the steps, if you had 100 or
21   so more individuals, does that process take longer for
22   people to all learn the songs too?
0018
 1        A      Yes.
 2        Q      Okay.  Now, when they stepped and marched in
 3   unison, is it a situation where they just stand in place?
 4        A      No, they could stand in place or they can
 5   move and do a formation of some sorts.
 6        Q      Have you ever seen a formation with 50 or so?
 7        A      Uh-hum.
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
 8        Q      You have to answer "yes."
 9        A      Oh, I'm sorry -- yes.
10        Q      Okay.  And when they have this formation, is
11   it large?
12        A      Yes.
13        Q      Is it something that attracts a lot of
14   people?
15        A      Yes.
16        Q      What's the purpose of doing it?
17        A      Traditionally, it's the coming-out show; so,
18   once the members have been initiated, you kind of want to
19   come out and show the campus who you are, that you're a
20   part of this organization, that you're a new initiate, so
21   it's kind of a coming-out thing.
22        Q      And it's something to be proud of?
0019
 1        A      Yes.
 2        Q      And I would take it that it's difficult to
 3   become a member of Alpha Kappa Alpha Sorority?
 4        A      Well, that's subjective; I wouldn't say
 5   difficult.
 6        Q      What would a person --
 7        A      It's selective.
 8        Q      Selective.  Okay, why selective, can you tell
 9   me what you mean?
10        A      Well, because there's certain criteria that
11   we look for in young ladies to become members:  grade
12   point average, moral and ethical standards, their
13   volunteerism, different organizations they're involved in
14   throughout their communities or on their campuses, so we
15   look at all of that.
16        Q      Is it your understanding that there are
17   individuals who try to become members who are not
18   selected?
19        A      Yes.
20        Q      Does that happen frequently?
21        A      Frequently -- well, I wouldn't say
22   frequently.  It happens often.  Does that mean the same
0020
 1   thing, frequently and often.  No, I wouldn't say it's
 2   frequent; it happens sometimes.
 3        Q      Does the place where a person tries to become
 4   a member at, does that have any impact on the
 5   selectiveness?
 6                MS. BATES:  Objection, it's confusing.
 7   BY MR. BELL:
 8        Q      I'll ask it this way.
 9        A      Okay.
10        Q      Is it more difficult to become a member at
11   Howard University's Alpha chapter than it would be at
12   some other institution?
13                MS. BATES:  Objection, no showing of personal
14   knowledge.
15                MR. BELL:  You can answer.
16                MS. BATES:  You may answer the question.
17        A      It could be, it could be.
18        Q      What's your understanding of the number of
```



19   the last individuals who became members of Alpha Kappa
20   Alpha at Howard University; how many was it?
21       A     I believe it was about 125; I'm not quite
22   sure but I believe it was.
0021
 1       Q     Do you know prior to that time how many
 2   people?
 3       A     Well, they did not have one the year before.
 4   In previous years, my understanding is it's been between
 5   50 and 75.
 6       Q     Is that how generally it is on other
 7   campuses, they have --
 8       A     No, no.
 9       Q     What's the general number?
10          MS. BATES:  Objection.  I'm going to object
11   to the extent we're going along this line in the subject
12   matter and this does not fall within the scope of the
13   categories identified in the 30(b)(6) notice of
14   deposition.  You may answer.
15       A     Well, I think that really if you take HVCU
16   and a majority of schools -- okay, historically, Black
17   colleges and universities, and predominantly White
18   universities, your numbers are going to be different; so
19   that's like comparing apples and oranges.  If you compare
20   Howard University to Hampton University; yes, their
21   numbers are going to be similar.  But if you compare
22   American University to Howard University, they're very
0022
 1   different.
 2       Q     What do you mean by very different?
 3       A     Well, American University will be much lower
 4   than Howard University because they have more minority
 5   students -- more African-American students at Howard
 6   University than they do at American University; so the
 7   numbers will be higher at Howard.
 8       Q     Is 125 high?
 9       A     Yes, it is high.
10       Q     Drawing your attention back to Exhibit 1, you
11   stated earlier before we went on to the other subject
12   matters that this request form must be approved before
13   and after initiation activities could take place?
14       A     Yes.
15       Q     And that individuals who participated in an
16   activity that was not approved would be subject to
17   sanctions?
18       A     Yes.
19       Q     Okay.  Are you aware whether or not the
20   Howard 2005 initiates actually did post-initiation
21   activities?
22          MS. BATES:  Objection, it doesn't fall within
0023
 1   the scope of the 30(b)(6) notice of deposition.
 2       A     Am I aware that they do it?
 3       Q     Yes.
 4       A     Yes, I am aware of that.
 5       Q     Were the individuals who participated in that
 6   activity, were they disciplined?


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
 7          A     As far as I know they were not.
 8          Q     Okay.  Is it safe to say that if that
 9    activity was not approved, they would've been
10    disciplined?
11          A     Yes.
12          Q     Okay.  I'm not sure if I asked this.  The
13    undergraduate and the graduate chapters have to follow
14    the Manual of Standard Procedure?
15          A     Yes.
16          Q     They have to follow the Anti-Hazing Handbook?
17          A     Yes.
18          Q     They have to follow the Constitution and
19    Bylaws?
20          A     Yes.
21          Q     Besides the Graduate Advisors' Intake
22    Certification and Procedure Manual, the Manual of
0024
 1    Standard Procedure, the Anti-Hazing Handbook, and the
 2    Constitution and Bylaws, are there any other documents
 3    that define hazing for Alpha Kappa Alpha?
 4          MS. BATES:  Objection, misstates prior
 5    testimony; Ms. Sample-Oates did not say that the graduate
 6    certified advisors' manual -- pardon me, Exhibit 2 --
 7    indicates or defines hazing.  You may answer the
 8    question.
 9          A     I don't believe you mentioned the
10    Undergraduate Membership Intake Manual, which defines
11    hazing.
12          Q     Okay.  And these are --
13          A     To my knowledge, that is all that talks about
14    hazing.
15          Q     Now, when you say to your knowledge, as the
16    Regional Director for the 135?
17          A     130.
18          Q     Excuse me, 130 chapters, you would have to be
19    familiar with the documents that Alpha Kappa Alpha has as
20    it relates to hazing, am I correct?
21          A     Yes.
22          Q     Okay.  So that being said, is there any
0025
 1    document besides Exhibits 1, 2, 3, 4, and 5 that define
 2    hazing?
 3          MS. BATES:  Objection, misstates prior
 4    testimony; Ms. Sample-Oates did not testify that Exhibit
 5    2 defines or it's not on the record either that these
 6    exhibits define hazing.  You may answer the question.
 7          A     No.
 8          Q     Okay.  Let's go to Exhibit 2; I want to turn
 9    your attention to page 36.  Have you ever seen this
10    document before?
11          A     I have seen this but I am not thoroughly
12    familiar with it; we now have a new document, so this no
13    longer exists in our documents.
14          Q     Okay, but was this document in existence in
15    2005?
16          A     Yes.
17          Q     Was it required to be followed in 2005?
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
18        A     Yes.
19        Q     Okay.
20        A     36?
21        Q     Yes, 36.  Can you tell me what page 36 is?
22        A     36 is the anti-hazing policy.  Do you want me
0026
1   to read it?
2         Q     No.  It speaks for itself.  I don't want to
3   have you here all day.
4         A     Yes.
5         Q     I just want to ask a couple of questions.
6         A     Okay.
7         Q     Had you ever seen that document prior to
8   today?
9         A     I've never read this document prior to today.
10   I've seen it but I'm not familiar with it.
11        Q     Okay.  Now, can you tell me what that
12  document -- not the page of the actual document -- what
13  is it utilized for.  Excuse me, what was it utilized for
14  in 2005?
15        A     It was used to train our members to become
16  certified graduate advisors.
17        Q     And in order for a person to work with
18  undergraduates, they would have to go through that
19  one-day training you were talking about?
20        A     Yes.
21        Q     And that's something at a regional level or a
22  national level -- the training?
0027
1         A     Training is done regionally and nationally.
2         Q     Okay.  So it's not a local thing?
3         A     No, it's done at our regional conferences and
4   our national conferences.
5         Q     So it's information that's come down from the
6   national office?
7         A     Yes.
8         Q     Okay.  Let's go back to 36.  You said that
9   this document is no longer in existence.  Is it something
10  that's been updated and so now it's a new document?
11        A     Yes.
12        Q     Okay.  And the new document -- what's the
13  difference between this document and the new one?
14        A     Well, I can't answer that because I'm not
15  really familiar with what's inside here; and the other
16  one I just received the other day and I haven't really
17  looked through that one thoroughly.
18        Q     Okay.  It's an update?
19        A     It's an update, yes.  We've changed our
20  membership intake process slightly, so this is in
21  conjunction with our new membership intake process.
22        Q     Okay.  But have the definitions of hazing
0028
1   changed?
2         A     No.
3         Q     Okay.  Let me ask the question again.
4   Sometimes if you can just let me ask the question.  You
5   seem like you know where I'm going with the questions.
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
 6   But just for the record because later on we're going to
 7   have to read the transcript, so I want to make sure I got
 8   that question right.  Has the definition of hazing for
 9   Alpha Kappa Alpha changed between this book, Exhibit 2,
10   and the new book?
11        A    I'm not sure.  I can't answer that for a fact
12   because I just saw this for the first time now and I
13   haven't read that one; but what I can say is that, as
14   anti-hazing relates in our organization, the definition
15   has not changed.
16        Q    Okay.  Is there any other definition
17   regarding hazing that's contained in any other official
18   Alpha Kappa Alpha document besides Exhibits 1, 2, 3, 4,
19   and 5?
20        A    No.
21        Q    Okay.  I guess I'll ask the same question, in
22   2005 was there any other document besides Exhibits 1, 2,
0029
 1   3, 4, and 5 that defined hazing?
 2        A    No.
 3        Q    This document has been marked as Exhibit 4.
 4        A    Okay.
 5        Q    Can you tell me what that document is?
 6        A    The Anti-Hazing Handbook.
 7        Q    Have you ever seen that document before?
 8        A    Yes.
 9        Q    Was that document in existence in 2005?
10        A    Yes.
11        Q    Can you tell me what that document is?
12        A    This is a document that states what our
13   hazing policy is and it covers if you are suspended;
14   well, it defines what hazing is and then it talks about
15   if you are suspended, if there's a fact-finding committee
16   that's assigned, what your appeal process can be, the
17   different rights that someone has if they're suspended,
18   and the rights of the person who is accusing -- sorors,
19   if they're suspended -- and what their rights are.  And
20   it just goes through step by step.
21        Q    Okay.  Now, I'm going to ask you some more
22   questions.
0030
 1             MR. BELL:  And counsel, instead of having her
 2   read the document, I'm just going to ask questions
 3   because the document will speak for itself; that will
 4   make the process quicker.
 5             MS. BATES:  Okay.  And then if she needs to
 6   refer to the document --
 7             MR. BELL:  Yeah, that's not a problem.
 8   BY MR. BELL:
 9        Q    Okay.  Can you tell me who is responsible for
10   reporting hazing?
11        A    The person who was either involved with it,
12   who was the subject of it, or who was a witness to it, or
13   somebody else who may have knowledge of it.
14        Q    Okay.  A person who is a member of Alpha
15   Kappa Alpha Sorority, do they sign a document which
16   states that they will not participate in hazing?
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
17        A      Yes.
18        Q      Can you tell me how they go about signing
19   that document -- the process?
20        A      It's a document that's given to them once
21   they go through the membership intake process, and the
22   individuals in the sorority have to go through a
0031
 1   membership intake process workshop; these are members
 2   that are already members.  Before bringing in a group,
 3   they have to go through a workshop and they have to sign
 4   a commitment statement that says that they will not
 5   participate in hazing activities.
 6        Q      So let me see if I got this straight.  The
 7   people who are trying to become members of Alpha Kappa
 8   Alpha, they have to sign a document stating that they
 9   wouldn't participate in and that they would report
10   hazing?
11        A      Yes.
12        Q      And the same for people who are already
13   members of Alpha Kappa Alpha who are participating in
14   bringing these new members in, they also have to sign a
15   document stating that they will not participate in hazing
16   or they would notify someone if they witnessed hazing, is
17   that correct?
18        A      Yes.
19        Q      Okay.  So that means a person who is
20   participating -- who witnesses hazing -- has an
21   obligation to inform who?
22        A      To inform first, if it's an undergraduate,
0032
 1   their Graduate Advisor; if it's a graduate, their
 2   basileus.  And then that soror will then take it on to
 3   the Regional Director.
 4        Q      Okay.  I'm looking at -- it starts on page 28
 5   of Exhibit 4.  Can you tell me what that is?
 6        A      This is a digest of state anti-hazing laws.
 7        Q      Okay.  And that digest is in the Anti-Hazing
 8   Handbook?
 9        A      Yes.
10        Q      And that's a document that Alpha Kappa Alpha
11   created?
12        A      Yes.
13        Q      Okay.  And it lists the anti-hazing laws for
14   each state?
15        A      Right, yes.
16        Q      Does it define hazing for each state?
17              MS. BATES:  Objection.  She lacks personal
18   knowledge.  The document speaks for itself.  You may
19   answer the question.
20        A      Yes.
21        Q      Does it define hazing for Maryland?
22        A      Yes.
0033
 1        Q      Can you tell me what it says for Maryland?
 2        A      It defines hazing as an act which subjects a
 3   student to the risk of serious bodily injury.  When such
 4   injury occurs, a violator is guilty of a misdemeanor and
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
 5   subject to a fine of up to $500 and imprisonment up to
 6   six months or both.
 7        Q    Okay.  Does your Anti-Hazing Handbook have a
 8   definition for hazing?
 9        A    Yes.
10        Q    Is it similar to that?
11        A    A piece of it is.  I mean, it's a much more
12   in-depth definition, but --
13        Q    Can you find the definition?
14        A    Yes.
15        Q    Page 7, I think.
16        A    Do you want me to read it?
17        Q    Yes.
18        A    Okay.  "Hazing is an act or a series of acts
19   which includes, but is not limited to, physical acts such
20   as hitting, striking, laying hands upon, or threatening
21   to do bodily harm to any individual while acting in one
22   capacity as a member of Alpha Kappa Alpha; behavior that
0034
 1   is directed against any individuals for the purpose of
 2   causing shame, abuse, insult, humiliation, intimidation,
 3   or disgrace in a variety of prohibited practices
 4   including, but not limited to, underground hazing,
 5   financial hazing, pre-pledging, post-pledging, or
 6   post-initiation pledging."
 7        Q    Okay.  Now the activity that you had spoken
 8   of before about post-initiation activities, that's not
 9   hazing is it?
10             MS. BATES:  Objection, misstates her prior
11   testimony; she said the definition speaks for itself.
12        A    It is not defined as hazing if permission is
13   granted by the Regional Director.
14        Q    But if it wasn't granted, then that means
15   that that would be hazing, is that correct?
16        A    It may be construed as hazing.
17        Q    Okay.  If it wasn't an approved activity,
18   then people involved in it would be disciplined, is that
19   correct?
20             MS. BATES:  Objection, it calls for
21   speculation; you may answer the question.
22        A    It may or may not be; it's up to the
0035
 1   discretion of the Regional Director.
 2        Q    Do you have a book for Regional Directors --
 3   a manual, training manual?
 4        A    No.  We have several manuals.  It's training
 5   as Regional Directors like all of these manuals, but not
 6   one just as Regional Director training.
 7        Q    Okay.  Besides Exhibits 1, 2, 3, 4, and 5, is
 8   there any other document that you're given as a Regional
 9   Director that you utilize?
10        A    Yes.
11        Q    What document is that?
12        A    Protocol Manual, Graduate Membership Intake
13   Process, our national programs, national standards.
14        Q    Which one of those documents that you just
15   talked about deals with the issue of hazing and
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

16  investigating hazing?
17          MS. BATES:  Objection, assumes facts not in
18  evidence.  You may answer the question.
19      A    Our Manual of Standard Procedure, our
20  Constitution and Bylaws, our Anti-Hazing Manual -- those
21  deal with hazing and suspensions, is that what you're
22  asking?
0036
1       Q    Yes.  Besides these exhibits that are here --
2   Exhibits 1, 2, 3, 4, and 5 -- is there any other document
3   that you Regional Directors utilize in terms of
4   procedures of what's supposed to be followed as it
5   relates to investigating allegations of hazing?
6       A    No.
7       Q    You said that you were given some training as
8   a Regional Director?
9       A    Yes.
10      Q    Okay.  And what training was that?
11      A    Our orientation was July 17th in Detroit,
12  Michigan; then we continued that training August 1st in
13  Chicago, Illinois.
14      Q    Is this training that's been ongoing for
15  persons who become Regional Directors?
16      A    Yes.
17      Q    It's something that was in existence in 2005?
18      A    Yes.
19      Q    2004?
20      A    Yes.  We did not have new directors in 2005;
21  they're every two years.
22      Q    Okay.
0037
1       A    So 2004 and 2006.
2       Q    Okay.  In your training as it relates to
3   hazing, did they go over that topic?
4       A    Yes.
5       Q    Did they go over the investigation process
6   for hazing?
7       A    Yes.
8       Q    Which one of these exhibits did they utilize
9   for their training?
10          MS. BATES:  Objection.  It assumes that a
11  particular exhibit was used.  You may answer the
12  question.
13      A    Those three -- the Manual of Standard
14  Procedure, the Constitution and Bylaws, and Say "No" to
15  Hazing!
16      Q    Okay.
17      A    Now, we have a new committee -- the Heritage
18  Committee -- that works with this now that was
19  implemented; it's not a manual, though.
20      Q    Okay.  By new, is that something that's
21  happened post-2005?
22      A    Yes.
0038
1       Q    Okay.  Now, let's get this out.  What
2   specific knowledge do you have regarding my two clients
3   and the allegations of hazing?


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
 4        A      I only have documents that were given to me
 5   that I read.  I don't have any personal knowledge; I
 6   mean, I wasn't personally involved with it.
 7        Q      Who gave you the documents?
 8        A      My attorney.
 9        Q      Okay.  So prior to reading those documents,
10   you had no knowledge of what was going on?
11        A      Hearsay.
12        Q      Okay.  What do you mean by hearsay?
13        A      I've heard people talk about it.  Our former
14   Regional Director talked about it, publicly, that there
15   was a case pending with this particular chapter -- these
16   particular individuals -- and so I wasn't directly
17   involved with it other than what I read on paper and what
18   I hear kind of in the street.  That's all the knowledge I
19   have.
20        Q      Okay.  Tell me who can participate in the
21   membership intake of an undergraduate?
22             MS. BATES:  Objection, it doesn't fall within
0039
 1   the scope of the notice of deposition.  You may answer
 2   the question.
 3        A      The graduate members that are certified to be
 4   Graduate Advisors and the basileus or the president of
 5   that supervising graduate chapter, and those graduate
 6   members that have gone through a membership intake
 7   process workshop.
 8        Q      Why is that in place?
 9        A      The workshop?
10        Q      The certification requirement?
11        A      Because we want to make sure that the
12   graduate members are familiar with the membership intake
13   process of the undergraduates and that they are
14   committed, and that they are dedicating to making sure
15   that their welfare -- as they go through this process --
16   is first and foremost and that they're going through the
17   process properly.
18        Q      Can a person who is not certified participate
19   in the membership intake process?
20        A      Only if they have gone through the membership
21   intake process workshop first of that particular chapter.
22        Q      If they had not, would that be a violation of
0040
 1   the policy and procedures?
 2        A      Yes.
 3        Q      Is that something that you can be suspended
 4   or expelled for?
 5        A      Yes.
 6        Q      So I take it that that's a no-no?
 7        A      Yes.
 8        Q      Okay.  When there's an allegation of hazing,
 9   do the policies and procedures require that the persons
10   who were the victims of the alleged hazing be
11   interviewed?
12        A      Yes.
13        Q      And can you tell me how that process would
14   work.  Is it just an oral, is it something that's written
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
15   down?
16        A    The interview process?
17        Q    Yes.
18        A    It can be onsite, in person, or it can be
19   over the telephone.
20        Q    Have you reviewed any documents which are
21   statements from the 125 undergraduates who were admitted
22   in 2005; have you reviewed any documents from them where
0041
1    they stated they felt they were being hazed?
2             MS. BATES:  Objection, it's not clear you
3    read documents from them.  You may answer the question.
4         A    No.
5         Q    Are you aware of any documents from those 125
6    individuals from the 2005 Howard University membership
7    intake class that alleged that they felt they were being
8    hazed?
9         A    No.
10        Q    Have you read any documents or seen any
11   documents where those 125 women at Howard University for
12   the 2005 class said they felt humiliated?
13        A    No.
14        Q    Can you tell me states that you are over?
15        A    States?
16        Q    Yes.
17        A    Maryland; Pennsylvania; Delaware; New York;
18   Maine; Vermont; Providence, Rhode Island; Massachusetts;
19   Connecticut; and the District of Columbia.
20        Q    Cold states.
21        A    Very cold.
22        Q    Where were you at, you said you were basileus
0042
1    at which state?
2         A    Pennsylvania -- Philadelphia.
3         Q    Real cold.
4         A    Uh-hum.
5         Q    What were the undergraduate chapters that you
6    were over?
7         A    One was Sigma Lambda, which is a mainline
8    suburban chapter in Pennsylvania; and the other one is
9    Rutgers in Camden, New Jersey -- Pi Epsilon.
10        Q    Did you ever go to any of the activities that
11   they had?
12        A    Yes.
13        Q    Did they ever have any activities in the
14   winter?
15        A    Yes.
16        Q    Did you attend?
17        A    Yes.
18        Q    Was it cold?
19        A    Yes.
20        Q    Is there anything in Exhibits 1, 2, 3, 4, and
21   5 that prohibits having activities when it's 50 degrees?
22        A    No.
0043
1         Q    What about when it's 35 degrees?
2         A    No.
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
 3       Q       What about 25 degrees?
 4       A       No.
 5       Q       How actively were you involved in the
 6   undergraduate activities when you were basileus?
 7       A       Very.
 8       Q       And did you ever attend any events when it
 9   was cold?
10       A       Yes.
11       Q       Were you aware whether or not the colleges
12   were open when it was cold?
13       A       Yes.
14       Q       What about when it snowed?
15       A       Were they open?
16       Q       Yes.
17       A       Yes, uh-hum.
18       Q       Did you ever have any activities when it
19   snowed?
20       A       Sometimes we did; if it was too bad, we
21   cancelled them.
22       Q       Too bad meaning what?
0044
 1       A       Driving conditions were bad, too much snow,
 2   too much ice on the ground.
 3       Q       So not because of the coldness but because of
 4   the safety issue as it relates to the driving conditions?
 5       A       Yes.
 6       Q       In your position as a Regional Director, have
 7   you ever had to have meetings with 10 people?
 8       A       Yes.
 9       Q       How hard is it to arrange meetings with 10
10   people?
11       A       Hard.
12       Q       Can you tell me why?
13       A       Well, people have different schedules and all
14   10 of them may not be able to attend.
15       Q       Okay.  Do you think it would be much more
16   difficult if you had over 100 people?
17       A       Yes.
18       Q       How difficult do you think it would be to get
19   100 undergraduates together at one particular time to
20   learn the songs and the steps for a coming-out show?
21       A       Very difficult.
22       Q       In Exhibits 1, 2, 3, 4, and 5, can you tell
0045
 1   me which one of these documents has a provision in there
 2   that talks about the time that individuals could come
 3   together to practice for a coming-out show?
 4       A       The time for practices?
 5       Q       Yes.
 6       A       None, no documents.
 7       Q       So there's nothing in writing that delineates
 8   the time that they can practice?
 9       A       No.
10       Q       Going back to hazing, dealing with the
11   information you have in documents 1 through 5 --
12            MR. BELL:  Can I say it like that, counsel,
13   to make it easier?
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

14    BY MR. BELL:
15         Q    One (1) through five (5), can you tell me
16    what would happen if a person did not come forward with
17    that they were hazed and the sorority found out that they
18    didn't come forward with that; what would happen to that
19    person?
20         A    They would be put on inactive status and it
21    would be investigated and possibly result in suspension.
22         Q    So that's a big deal?
0046
1         A    Yes.
2         Q    Did any of the 125 young women from the
3    Howard 2005 membership intake class come forward and say
4    that they were hazed by my clients?
5         A    I'm not aware of that; I was not involved
6    with that.
7         Q    Have you read any documents that say that?
8         A    No, I have not.
9         Q    What documents have you reviewed?
10        A    I reviewed the letter from Joy Elaine Daley.
11             MR. BELL:  Excuse me, counsel can we mark
12    that?
13                  (Sample-Oates EXHIBIT NO. 6 --
14                  "Letter from Joy Elaine Daley"
15                  -- was marked for identification.)
16             MS. BATES:  And just for the record Ms.
17    Sample-Oates reviewed documents that were provided to you
18    during the course of discovery.
19             MR. BELL:  I want to make sure that we do
20    this so that I don't have to ask 50 million questions.
21    The documents that were presented to me were all the
22    documents as it relates to the investigation that led to
0047
1    the suspension of my clients, is that correct, counsel?
2             MS. BATES:  The documents that Ms.
3    Sample-Oates has reviewed are the documents that have
4    been provided in response to your document request; so,
5    yes, that is correct.
6             MR. BELL:  Okay.  That will make it easier; I
7    won't have to ask 50 million questions.
8    BY MR. BELL:
9         Q    I'm showing what's been marked as Exhibit 6.
10        A    Okay.
11        Q    Have you ever seen that document?
12        A    Yes, I've seen it.
13        Q    Okay.  Can you tell me what that document is?
14        A    This is a letter from the former Regional
15    Director that talks about her findings at an Alpha
16    chapter and the penalties that she is setting forth.
17        Q    Can you tell me what that document says that
18    my clients did that resulted in suspension?
19             MS. BATES:  Objection, the document speaks
20    for itself.  You may answer the question.
21        A    Okay, it says that the members of the
22    Undergraduate Activities Committee were found at
0048
1    approximately 2:00 a.m. singing in the parking lot at


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

2    35-degree temperature on Tuesday, March 22nd, and that
3    includes Sorors Joie Jolivare , Kamilah Mohhammed,
4    Ashawntee Dingle, Salome Tinker, Karleen Roy, Miesha
5    Darrough, and Tamika McCormack -- members of Xi Omega
6    Chapter.
7         Q    Now, I'm confused because I asked you earlier
8    about the policies and procedures that AKA has, and --
9    correct me if I'm wrong -- I believe when I asked you
10   specifically is there something in these policies and
11   procedures that deals with the timeframe that a person
12   can practice.  Your answer was no, is that correct?
13        A    That's correct.
14        Q    When I asked you about is there anything in
15   Exhibits 1 through 5 that specifically deals with a
16   weather requirement, and your answer was no?
17        A    That's correct.
18        Q    So I'm confused.
19        A    Well.
20        MS. BATES:  Objection, it's argumentative.
21   BY MR. BELL:
22        Q    No, I'm confused, I'm trying to understand.
0049
1    Well, let me ask the other question.  You stated that
2    it's difficult -- very difficult -- to get the schedules
3    of 100 people together.  You stated earlier that it's
4    very difficult to get 100 people to learn the steps that
5    they do for the coming-out show, is that correct?
6         A    That is correct.
7         MS. BATES:  Objection, it misstates her prior
8    testimony.  Ms. Sample-Oates had speculated that it would
9    be difficult for the people to do what you discussed.
10   She lacks the personal knowledge to state whether or not
11   it is, in fact, true.  You may answer the question.
12   BY MR. BELL:
13        Q    Have you ever trained 50 or more individuals
14   to do a step?
15        A    No, I have not.
16        Q    Have you ever seen them being trained?
17        A    No, I have not; I've seen them do the show,
18   not being trained.
19        Q    Do you have any knowledge of how they learn
20   to do the show?
21        A    From different individuals in the chapter or
22   in the graduate chapter.
0050
1         Q    It's not something that they just pick out of
2    the air, is it?
3         A    No.
4         Q    It's something specific to the traditions of
5    Alpha Kappa Alpha, am I correct?
6         A    Yes.
7         Q    And that relates to the songs too, is that
8    correct?
9         A    Yes.
10        Q    Is it just one song or is it usually more
11   than one song?
12        A    More than one.


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
13        Q     From your experience, do some people learn
14   the song faster than the others?
15        A     Yes.
16        Q     From your experience, is it difficult for 100
17   people to learn two songs?
18        MS. BATES:  Objection.  Ms. Sample-Oates just
19   stated that she has never trained anybody -- 50 or more
20   people -- in learning the song or step.  Calls for
21   speculation.  You may answer the question.
22        A     I don't know that.
0051
1         Q     You are the Regional Director?
2         A     Uh-hum.
3         Q     As the Regional Director, you stated that you
4    -- have you ever witnessed a show of 50 or more?
5         A     Yes.
6         Q     And it's your understanding that they have to
7    be trained by someone?
8         A     Yes, or someones -- yes.
9         Q     By someones, you mean?
10        A     More than one, yes.
11        Q     Is it your understanding when you say
12   someones, that if you have 100 people you may need
13   different individuals to -- what; do they break them down
14   into small groups?
15        A     They could.  I've never been involved in it,
16   but possibly.
17        Q     How many were on your line when you pledged?
18        A     Nine.
19        Q     Did you have to learn songs?
20        A     Yes.
21        Q     How many sisters were there to teach you
22   songs?
0052
1         MS. BATES:  Objection to this line of
2    questioning, an ongoing objection that it falls outside
3    the scope of the category defined in the notice of
4    deposition to which Ms. Sample-Oates was to testify.  You
5    may answer the question.
6         A     About 7 or 8.
7         Q     7 or 8, almost one to one?
8         A     Almost, uh-hum.
9         Q     Did you learn a new step?
10        A     Yes.
11        Q     Did you learn it in one night?
12        A     No.
13        Q     How many nights?
14        A     If I can recall, probably about five.
15        Q     Five -- five nights?
16        A     Yes.
17        Q     And there were only nine of you?
18        A     Yes.
19        Q     Would you agree that training 100 people
20   would take more time?
21        A     I would think so, yes.
22        Q     In reviewing that document that we've marked
0053
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
 1    as Exhibit 6, it doesn't state that my clients were not
 2    certified to participate in the membership intake
 3    process, does it?
 4         A    No.
 5         Q    If they were not certified, that would be a
 6    violation of policies and procedures, am I correct?
 7         A    Yes.
 8         Q    And that's something that Alpha Kappa Alpha
 9    takes very seriously, correct?
10         A    Yes.
11         Q    But that there's no allegation of that in
12    there?
13         A    No.
14         Q    When you went to the events regarding
15    undergraduates, you said sometimes that when it snowed
16    that you would still have the events?
17         A    Yes.
18         Q    Were they inside or outside?
19         A    Inside.
20         Q    Were there any outside events?
21         A    Never.
22         Q    Never any outside events?
0054
 1         A    Not in the snow, no.
 2         Q    Not in the snow?
 3         A    No.
 4         Q    What about when it's cold?
 5         A    No.
 6         Q    Where would 100 people practice the step at?
 7         A    In a gym.
 8         MS. BATES:  Objection.  It calls for
 9    speculation.  You may answer the question.
10    BY MR. BELL:
11         Q    Huh?
12         A    A gym.
13         Q    In the gym?
14         A    Uh-hum, that's what I would think.
15         Q    That's what you would think?
16         A    I've never been involved in this, but I would
17    think 100 people would go into a gymnasium.
18         Q    Have you ever seen a coming out at Howard
19    University?
20         A    Yes.
21         Q    Tell me what you saw.
22         A    I saw a group of women stepping, singing, all
0055
 1    dressed alike.
 2         Q    How many of them were there?
 3         MS. BATES:  Objection, calls for speculation.
 4    You may answer the question.
 5         A    If I recall, it was probably about 30 or 40.
 6         Q    Were they in one place or did they walk from
 7    one end of the campus to the other?
 8         A    They walked from one end to the middle of the
 9    campus.
10         Q    To the middle of the campus?
11         A    Right.
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

12      Q      And did they just walk or were they doing
13  steps?
14      A      They were stepping and singing.
15      Q      By the middle of campus -- because Howard
16  University is big -- can you explain what you mean by the
17  middle of campus?
18      A      From Blackburn Center to in front of the
19  chapel -- Rankin Chapel.
20      Q      Rankin Chapel?
21      A      Uh-hum.
22      Q      Okay.  Would you say that's bigger than a
0056
 1  basketball gymnasium?
 2           MS. BATES:  Objection, calls for speculation.
 3  You may answer the question.
 4      A      No.  From Blackburn to Rankin, maybe just as
 5  big.
 6      Q      Are you aware that a basketball court is 92
 7  feet?
 8      A      I didn't know, no.
 9      Q      Is that longer than what you just described,
10  longer than 92 feet?
11           MS. BATES:  Objection, calls for speculation.
12  You may answer the question.
13      A      I don't know, maybe it is, but I don't know.
14      Q      When did you see that there were 30 or 40
15  people in the coming-out show at Howard?
16      A      In 1985.
17      Q      So it's something that has been going on
18  there --
19      A      For many years, yes.
20      Q      Are you aware of any allegations that what
21  the young ladies did from their class of 2005 -- can I
22  just call it that to make it easier -- that they did
0057
 1  something different than what you'd seen in 1985?
 2      A      No.
 3           MS. BATES:  Objection, calls for speculation.
 4  You may answer the question.
 5      A      I'm not aware of that, but I did not see the
 6  show.
 7      Q      Have you read any documents that would lead
 8  you to believe that the show that they did was anything
 9  different than what you'd seen in 1985?
10      A      No.
11           (Short break.)
12  BY MR. BELL:
13      Q      Can you tell me, when a person is suspended
14  for hazing, can you tell me about a website that lists
15  their names?
16      A      Yes, there is; the national website will list
17  the names of those that are suspended.
18      Q      For hazing?
19      A      For hazing.
20      Q      Okay.  And on that national website, does it
21  give a definition of hazing?
22      A      I am not aware of that, I'm not sure if it


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
0058
 1    does on the website.
 2        Q    Uh-hum.  And hazing was defined in this "Say
 3    'No' To Hazing!" book?
 4        A    Yes.
 5        Q    So the purpose of the hazing website is to do
 6    what?
 7        A    It is to let our members know who is
 8    currently suspended for hazing.
 9        Q    By hazing, you mean violating the definitions
10    that are in this book?
11        A    Yes.
12        Q    Can you tell me what definition in this book
13    that my clients violated; this is Exhibit 4?
14             MR. BELL:  It's still 4?
15             MS. BATES:  Is it the same.  I know that
16    there is a 2005 edition, which is the one that's been
17    marked.
18        A    According to our definition of hazing, it
19    states that a variety of prohibited practices; now, if
20    there was not a signed post-initiation activity form,
21    then this could be -- your clients may have been
22    suspended for post-initiation pledging.
0059
 1        Q    I'm going to turn your attention to Exhibit
 2    6, and it's dated September 3rd, 2005?
 3        A    Yes.
 4        Q    Can you tell me in that document where it
 5    says that my clients were suspended for post-initiation
 6    pledging?
 7             MS. BATES:  Objection, argumentative, the
 8    document speaks for itself; you may answer the question.
 9        A    It does not state those words; however, it
10    does state that they were outside at 2:00 a.m. on a
11    school night in 35-degree weather.
12        Q    You stated, when I asked you specifically,
13    can you show me what document -- where in Exhibits 1, 2,
14    3, 4, and 5 -- does it state that there is a time lineup
15    when you can practice for your coming-out show.  You said
16    there's none, is that correct?
17        A    That's correct.
18        Q    I also asked you, can you show me in Exhibits
19    1 through 5 where it states what the weather requirement
20    is for a person to practice for post-initiation
21    activities, and you said there was none; is that correct?
22        A    That's correct.
0060
 1        Q    Is there some other document that you have
 2    from Alpha Kappa Alpha that we don't have that has these
 3    definitions in them?
 4        A    The Graduate Advisors' Certification Manual
 5    talks about the roles of those individuals that are
 6    serving in this capacity, and their responsibilities are
 7    to make sure that the welfare of these young ladies --
 8    these undergraduates -- are taken care of and are looked
 9    after; so 2:00 a.m., 35-degree weather may not be the
10    best judgment for their welfare.
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
11        Q       Did you see any document -- that from one of
12  those 125 women -- where it stated that they felt that
13  they shouldn't have been out there?
14        A       I did not.
15        Q       Did you see any document from those 125 women
16  that stated that they didn't want to be out there and
17  they were forced to be out there?
18        A       I did not.
19        Q       Did you see any document that stated that
20  they felt uncomfortable about the weather out there?
21        A       I did not.
22        Q       You stated earlier that both undergraduates
0061
 1  and graduates are required to follow Exhibits 1 through
 2  5.
 3        A       Yes.
 4        Q       Okay.  My clients were suspended for hazing
 5  by Alpha Kappa Alpha, is that correct?
 6        A       Yes.
 7        Q       And you stated that in your "Say 'No' To
 8  Hazing!" manual, there's a requirement for individuals
 9  who witnessed hazing to report it?
10        A       Yes.
11        Q       And if they didn't report it, that they would
12  be disciplined, is that correct?
13        A       Yes.
14        Q       Have you seen any documents where those 125
15  women from the 2005 membership intake class were
16  suspended?
17        A       No, I have not seen any.
18        Q       Do you have any knowledge that those 125 were
19  suspended for failing to report that my clients hazed
20  them?
21        MS. BATES:  Objection.  I just want to make
22  sure I understand that it's clear that we're talking
0062
 1  about the undergraduate sorors?
 2        MR. BELL:  Yeah, the 125 -- yeah.
 3        THE WITNESS:  No, I have not -- no.
 4  BY MR. BELL:
 5        Q       I want to make sure I got this straight.  You
 6  testified that there's a duty upon individuals who having
 7  witnessed victims of hazing to report it?
 8        MS. BATES:  Objection.  That question has
 9  been asked and answered, but you may answer the question.
10  BY MR. BELL:
11        Q       There are sanctions and penalties if they do
12  not report it?
13        A       And we find out that they witnessed or were
14  involved in it, yes.
15        Q       Let me show you Exhibit 6 again.  You've
16  testified -- well, let me ask you this question.  Does
17  Exhibit 6 state that my clients had -- there was 125
18  women outside in 35-degree weather participating in,
19  what, is it singing?
20        A       Singing?
21        Q       Yes.
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
22              MS. BATES:  Objection, the document speaks
0063
 1  for itself.  We've discussed it several times so far.
 2              MR. BELL:  Okay.
 3              MS. BATES:  You may answer the question.
 4  BY MR. BELL:
 5       Q     It does say that, correct?
 6       A     Singing, yes -- uh-hum.
 7       Q     Okay.
 8       A     Yes.
 9       Q     And that my clients were subsequently
10  suspended for having those 125 women out there singing,
11  is that correct?
12       A     Yes.
13       Q     Now, those 125 women are members of Alpha
14  Kappa Alpha Sorority, is that correct?
15       A     Yes.
16       Q     And none of them were suspended for failing
17  to report that my clients hazed them, is that correct?
18       A     They weren't suspended, yes; that is correct.
19       Q     For the same activity; because if they were
20  hazed, they would've had to be participants in the
21  hazing, am I correct?
22       A     Yes.
0064
 1              MS. BATES:  Objection.
 2  BY MR. BELL:
 3       Q     But they were not suspended?
 4       A     No, as far as I know they were not.
 5       Q     I'm showing you again what's been marked as
 6  Exhibit 6 as it relates to the recommendation -- the
 7  recommendation issue -- that didn't apply to my clients,
 8  am I correct?
 9              MS. BATES:  Objection, it's unclear and
10  confusing.  To what area or what portion of the document
11  are you talking about; I need you to clarify, please?
12              MR. BELL:  The first and second paragraphs.
13  BY MR. BELL:
14       Q     All right.  You're aware of what I'm talking
15  about, correct?
16       A     No, you said recommendation.  Can you ask the
17  question again?
18       Q     Is there a part in there where an
19  undergraduate says that she was seeking a recommendation
20  that's outside the process?
21              MS. BATES:  Objection, it's confusing.  You
22  may answer the question.
0065
 1  BY MR. BELL:
 2       Q     Why don't you take your time and to re-read
 3  Exhibit 6.
 4       A     Okay, ask your question again.
 5       Q     There's a portion of Exhibit 6 that relates
 6  to an undergraduate inquiring about getting a
 7  recommendation to enter the membership intake process, am
 8  I correct?
 9       A     A letter of recommendation, yes -- uh-hum.
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
10      Q       That had nothing to do with my clients, am I
11  correct?
12      A       You're correct.
13      Q       Okay.  Have you reviewed any board minutes
14  regarding the investigation and suspension of my clients?
15      A       No.
16      Q       Do you know if any exist?
17      A       I don't know.
18      Q       Who would know?
19      A       Joy Elaine Daley.
20      Q       Did she turn over her files to you?
21      A       Yes.
22      Q       Did you look at the files?
0066
1       A       Yes.
2       Q       Did you see any board minutes in there?
3       A       No.
4               MR. BELL:  This is going to take a little
5   time, counsel.
6               MS. BATES:  That's fine.  I just want to
7   restate on the record that we have provided all documents
8   to you that were responsive to your request, so any
9   inquiries regarding any documents that she has or has
10  looked at or has searched for we have provided all
11  documents to you.
12              MR. BELL:  Okay.  Let me ask a couple of
13  questions on that point.
14  BY MR. BELL:
15      Q       How did you come about receiving the files
16  from Ms. Daley?
17      A       She brought them to my home.
18      Q       And can you describe to me what you mean by
19  files?
20      A       They were big, large -- 15 large boxes with
21  file folders in them.
22      Q       And the file folders tell what?
0067
1       A       Chapter names are labeled on them, different
2   brochures or different documents, training documents,
3   chapter reports, different files, paper files from each
4   chapter.
5       Q       Was the Graduate Advisors' Institute
6   Certification and Procedure Manual in those files?
7       A       It may have been.  I have not gone through
8   all 15 boxes, to be honest with you, so it may be in
9   there.
10      Q       So there may be some documents in those 15
11  boxes that have more information than what we already
12  have?
13              MS. BATES:  Objection.  At the time this
14  litigation was instituted, AKA turned over all documents
15  they had regarding this case to counsel.  All documents
16  that are responsive to your request have been provided to
17  you.
18              MR. BELL:  She's just told me that she has 15
19  boxes and she hasn't even gone through them; and, as you
20  know, you have a continuing duty to supplement.  What I'm
```



created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
21   just trying to find out is what's in those boxes that she
22   did see.
0068
1            THE WITNESS:  Right, I didn't --
2            MR. BELL:  Just for the record I'm not making
3    a thing that counsel's withholding.  I'm just trying to
4    find out what's in those boxes, because I haven't seen
5    from the documents that --
6            MS. BATES:  I understand.  You can ask her
7    your question.
8            MR. BELL:  Okay.
9    BY MR. BELL:
10        Q    Was there a file that dealt with my clients
11   as it relates to their suspension?
12        A    Yes.
13        Q    Did you look at that file?
14        A    Yes.
15        Q    Okay.  Can you tell me what was in that file?
16        A    The same exact documents my attorney gave me.
17        Q    Okay.
18        A    The same thing.
19        Q    Was there anything else different in that
20   file?
21        A    No.
22        Q    Okay.  Can you tell me what does it mean when
0069
1    a person is suspended from Alpha Kappa Alpha; what does
2    that mean?
3        A    That means that they can no longer attend
4    chapter meetings, they cannot vote, they cannot
5    participate in any Alpha Kappa Alpha functions that are
6    strictly just for members, they should not wear
7    paraphernalia or represent themselves on behalf of the
8    sorority at all.
9        Q    Okay.  I have to ask you some of these
10   questions.  I already may know the answer but I have to
11   make a record of this.  Can you tell me when Alpha Kappa
12   Alpha was founded?
13       A    January 15th, 1908.
14       Q    Where was it founded at?
15       A    Howard University.
16       Q    And does Howard University have -- is there a
17   designated certain chapter at Howard University?
18       A    Yes, Alpha chapter.
19       Q    And that means what?
20       A    The first, the beginning.
21       Q    As Regional Director, have you come to have
22   an understanding of any sort of reverence that the
0070
1    sorority gives to the Alpha chapter?
2            MS. BATES:  Objection.  You would have to
3    provide a leniency, but this wholly falls outside the
4    scope of the notice of deposition and categories that
5    you've identified -- just so you know as an ongoing
6    objection with respect to that and at some point we're
7    going to have to cap it; but you may answer the question
8    -- thank you.
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
 9        A       Reverence -- you asked me; did you say
10   leniency?
11        Q       No, not your leniency, do you have any sort
12   of reverence for Alpha chapter?
13        A       Oh, absolutely, yes.
14        Q       Why?
15        A       Because they're the first; that's where it
16   all began.
17        Q       Can you explain -- when you say where it all
18   began -- what does that mean; I need to make a record?
19        A       Okay, when the sorority -- that's where it
20   came into fruition, that's where it was founded, at
21   Howard University through Alpha chapter; so we look to
22   them with the greatest deal of respect because that's
0071
 1   where it all began for our organization.
 2        Q       Before Alpha Kappa Alpha was founded, were
 3   there any African-American sororities?
 4        A       No.
 5              MS. BATES:  Objection, calls for speculation.
 6    This wholly falls outside the scope of the notice of
 7   deposition and the categories you have identified that
 8   she's supposed to testify to.  If you'd like to go back
 9   and discuss any of those categories that have been
10   identified, please do so; but, at some point, we would
11   like to wrap that area up because this completely falls
12   outside the scope of the notice of deposition.  You may
13   answer the question.
14              MR. BELL:  I am entitled, counsel, to ask the
15   questions that will lead to relevant discovery, and this
16   is very relevant and I know where I'm going with this.
17              MS. BATES:  You may answer the question.
18        A       Were there any others before Alpha Kappa
19   Alpha, no.
20        Q       Have you ever heard of the term "Legacy"?
21        A       Yes.
22        Q       Can you tell me what that means?
0072
 1        A       Legacy is used for a daughter of one of our
 2   sorority members -- either a daughter, granddaughter,
 3   adopted daughter, ward of the courts would be constituted
 4   as a Legacy.
 5        Q       Is that somewhere in your policies and
 6   procedures?
 7        A       Yes, it's in our Constitution and Bylaws.
 8        Q       Okay.  And can you just explain in layman's
 9   terms what Legacy is all about?
10              MS. BATES:  Objection.  Haven't established
11   that she has personal knowledge and understanding of that
12   area, and it falls outside the scope of the notice of
13   deposition.  You may answer the question.
14   BY MR. BELL:
15        Q       You know the policies and procedures of
16   Regional Director that you're required to know, am I
17   correct?
18        A       Yes.
19        Q       You're required to know the constitution as
```



```
20   being a Regional Director, am I correct?
21        A    Yes.
22        Q    Could you tell me what your policies and
0073
 1   procedures refer to as Legacy and how Legacy is applied?
 2        A    Legacy is applied -- you can come into the
 3   organization through Legacy if your mother, grandmother
 4   -- as a said -- a mother, grandmother, ward of the court
 5   and your guardian has been active the two years prior to
 6   you coming into the organization.  You go through what we
 7   call a Legacy clause, which means that you are not voted
 8   upon.  If you have the grade point average and the other
 9   necessary requirements, you will not be voted on; you
10   will be accepted into the organization.
11        Q    Do you know why that policy exists?
12        A    Well, we voted on it about 12 years ago, so
13   -- it was brought up as a recommendation at our national
14   convention and we voted upon it.
15        Q    So Alpha Kappa Alpha has been in existence
16   about 100 years?
17        A    Ninety-eight years.
18        Q    Ninety-eight years.  Do you know how many
19   women have become members of Alpha Kappa Alpha over those
20   98 years, approximately; I won't hold you to an exact
21   number?
22        A    I don't.  I can't even estimate that --
0074
 1   millions, I'm sure.
 2        Q    Whew.  You said that when a person is
 3   suspended, there are certain activities that they cannot
 4   participate in; can you tell me some of those activities?
 5        A    Membership intake process, voting, step
 6   shows, service projects, things that are for AKA only --
 7   those kinds of things -- but public events they can
 8   certainly participate in.
 9        Q    Now, when you say -- what about the national
10   convention?
11        A    No.  No national or regional meeting.
12        Q    Can you tell me the type of things that go on
13   at a regional meeting and then the same for a national
14   meeting?
15        A    Yes.  Regional meeting we discuss the
16   business of the organization, any kind of new procedures
17   or policies within the organization; we talk about what
18   is new in the different chapters, any milestone events,
19   we go over our numbers -- and the same thing, national or
20   local, same thing, just on a broader scale for national.
21        Q    Are those at the regional or national levels,
22   are those events very well attended?
0075
 1        A    Yes.
 2        Q    And it's something that if you're not -- can
 3   you tell me besides those who are not suspended, who else
 4   is precluded from going?
 5        A    Those that are not financial.
 6        Q    Okay.  By financial you mean what?
 7        A    Haven't paid their dues, their annual dues.
```



```
 8        Q     Okay.  Anyone else excluded?
 9        A     No, just suspensions, expulsions, and
10   non-financial -- that's it.
11        Q     Okay.  At the national convention -- well,
12   does your organization have a publication that lists who
13   is suspended?
14        A     A publication, no, not a publication.
15        Q     Can you tell me those places where, if I was
16   member of Alpha Kappa Alpha and I wanted to find out
17   whether or not a person is suspended, is there a list I
18   can go to?
19        A     The corporate office will have a list; they
20   can give you a list of those suspended.
21        Q     If I'm not a member of Alpha Kappa Alpha, is
22   there any document -- is there any place I go to find out
0076
 1   whether a person is suspended?
 2        A     Yes, you can call the corporate office;
 3   they'll tell you.
 4        Q     Okay.  You spoke about a website.
 5        A     The website is for hazing, those individuals
 6   that have been found to be involved in hazing activities
 7   will be on the website.  Those that are suspended for
 8   other reasons will not be; it's only hazing.
 9        Q     Wait a minute, there's a difference between
10   hazing and other reasons?
11        A     Uh-hum, yes.
12        Q     What are things that you can be suspended
13   for?
14        A     Stealing or you can be suspended -- well, we
15   have suspension and being on inactive status; so you can
16   be on inactive status for things like fighting.
17        Q     Okay.  So hazing is seen as something more --
18   well, you tell me the difference between a person who is
19   suspended for hazing and a person that was suspended for
20   stealing; is there a difference?
21        A     Yes.  Hazing is more serious in our eyes than
22   maybe lying or fraudulent behavior.  If it's fraudulent
0077
 1   to the point where we need to prosecute, then that's
 2   another matter altogether.
 3        Q     Okay.  But even if it's fraudulent to the
 4   point where you have to prosecute, that person's name
 5   still wouldn't be on the website for hazing?
 6        A     I'm not totally 100 percent sure of that; I'm
 7   not sure.
 8        Q     Are you aware of any person who's been
 9   prosecuted for stealing whose name is on the hazing
10   website?
11        A     I don't know.  I know people who have been
12   prosecuted; I don't know if their names are on the
13   website.
14        Q     By stealing, you're taking money from the
15   chapter?
16        A     Yes.
17        Q     Okay.
18              (Short break.)
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
19   BY MR. BELL:
20        Q      You're familiar with the Anti-Hazing
21   Handbook?
22        A      Yes.
0078
1         Q      Okay.  Have you see any written document that
2    -- this is going to be a long sentence because I'm
3    reading from here, counsel -- any written document from
4    one of the 125 individuals from the Howard University
5    2005 membership intake class that stated that my clients,
6    either one of them, caused them shame?
7         A      I have not seen it.
8         Q      What about abuse?
9         A      No.
10        Q      An insult?
11        A      No.
12        Q      Humiliation?
13        A      No.
14        Q      Intimidation?
15        A      No.
16        Q      Disgrace?
17        A      No.
18        Q      That they participated in an underground
19   hazing?
20        A      I haven't seen a document that says that.
21        Q      Financial hazing?
22        A      No.
0079
1         Q      Let me ask a different question then.  By
2    financial hazing, is that different than what you were
3    talking about earlier about stealing money?
4         A      Yes.
5         Q      Can you tell me the difference?
6         A      Financial hazing is asking candidates to go
7    buy things for them.
8         Q      Oh, okay.
9         A      They have to put, you know, money out of
10   their pockets.
11        Q      Okay.  Back to the other question.  Have you
12   seen any document as it relates to my clients written by
13   any one of the 125 women from Howard University's 2005
14   membership intake class that said that my clients engaged
15   in pre-pledging?
16        A      No.
17        Q      Post-pledging?
18        A      No.
19        Q      Post-initiation pledging?
20        A      No.
21        Q      You stated earlier that hazing is more
22   serious than even stealing?
0080
1         A      Yes.
2         Q      Can you tell me why?
3         A      Well, hazing could result in death; it's
4    physically abusing somebody or mentally abusing them.
5    Money you can get back but people you can't.
6         Q      Have you seen any document where there's any
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
 7   allegation that my clients physically abused any of the
 8   125 women from the Howard University 2005 membership
 9   intake class?
10        A     I have not seen documents for that.
11        Q     The website where people's names who have
12   been suspended for hazing are put on, what is that -- do
13   you know what it's called?
14        A     That's our national website.
15        Q     And you said it's more serious.  The purpose
16   of the website is to do what?
17        A     It's to let our members know who has been
18   suspended for hazing so they can't transfer to another
19   chapter, go to another region; their names are there.
20        Q     And hazing as defined in Exhibit 4?
21        A     Yes.
22        Q     Did Alpha Kappa Alpha institute any criminal
0081
 1   proceedings against my clients?
 2        A     Not that I'm aware of.
 3        Q     Did they contact the police in Maryland where
 4   the incident took place?
 5        A     I'm not aware of it.
 6        Q     Have you seen any documents that stated that
 7   they instituted criminal proceedings?
 8        A     No.
 9        Q     I'm going to show you Exhibit 6 again and I'm
10   going to ask you a quick question about that.  You stated
11   that Exhibit 6 -- the letter from Ms. Daley -- says that
12   my clients were out with 125 women in 35-degree weather
13   at nighttime and the women were singing, is that correct?
14        A     If that's what this letter says, yes.
15        Q     Does it say that the activity caused those
16   125 women to be at risk of serious bodily injury?
17        A     No, it does not say that.
18        Q     Does the sorority look on the women who were
19   suspended for hazing negatively?
20              MS. BATES:  Objection, it's confusing as to
21   what you mean by negatively.  You may answer the
22   question.
0082
 1              MR. BELL:  I'll strike the question and ask
 2   it a different way.
 3   BY MR. BELL:
 4        Q     Is it a positive thing to be on the hazing
 5   website -- being suspended for hazing?
 6        A     No.
 7        Q     Is it a negative thing?
 8        A     It's not a good thing.
 9        Q     Can members of Alpha Kappa Alpha associate
10   with members who have been suspended for hazing?
11        A     Yes.
12        Q     Can they associate with them at Alpha Kappa
13   Alpha-sponsored functions?
14        A     As long as they're not closed functions, yes.
15        Q     What do you mean by closed functions?
16        A     There are functions that are only opened to
17   members like luncheons, post-MIP luncheons, or initiation
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

18    luncheons; those may be only for members.  But if it's a
19    fashion show, if it's a fundraiser, if it's a public
20    luncheon, certainly they can come and they can socialize.
21         Q    If that was at the closed events, do they get
22    special training; is there special training at any of
0083
1    these closed events?
2         MS. BATES:  Objection, it's confusing as to
3    what you mean by special training, but you may answer the
4    question.
5         A    Can you tell me again?
6         Q    At those closed events is there any training
7    given at those closed events?
8         A    If it's a luncheon, no; is that what you
9    mean?
10        Q    Any of the closed events?
11        A    Some closed events there may be training, if
12    it's a business event.  If it's a social event, there's
13    no training; if it's a closed business event, then there
14    is training.
15        Q    Okay.  Tell me how you define a closed social
16    event?
17        A    A post-initiation luncheon that's only for
18    members, new members and old members.
19        Q    And people who are suspended cannot attend
20    those closed meetings that you describe, is that correct?
21        A    That's correct.
22        Q    You stated earlier that the closed meetings
0084
1    that you had both at the regional and the national levels
2    are very well attended?
3         A    Yes.
4         Q    Are those meetings important to Alpha Kappa
5    Alpha members?
6         A    Yes.
7         Q    Can you tell me why?
8         A    Because you learn about new policies and
9    procedures in the organization; and, if you want to take
10    on leadership roles, it's important that you're there so
11    you can find this information out firsthand.
12        Q    Is that what you were talking about when you
13    said some of the business meetings that dealt with
14    training?
15        A    Yes.
16        Q    Now, is that training only good for Alpha
17    Kappa Alpha, or can that training also be utilized in a
18    person's development in the regular world?
19        A    Yes, in their professional life, yes --
20    uh-hum.
21        Q    So those closed business training meetings
22    are very important to a young person's development?
0085
1         A    Yes.
2         Q    You stated you became the Regional Director
3    when?
4         A    July 15th.
5         Q    2006?


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
 6        A     Yes.
 7        Q     Okay.  And you first became aware of this
 8   lawsuit when?
 9        A     September 2005.
10        Q     Were you aware of whether or not my clients
11   filed the lawsuit by themselves or if they had counsel?
12        A     You mean did they get a lawyer?
13        Q     Yeah.
14        A     Yes, I found out that.
15        Q     Since you've become Regional Director have
16   you ever called my clients?
17        A     One, one of them, yes.
18        Q     Tell me about that conversation.
19        A     I called her -- Ms. Jolevare -- to see if
20   there's a way that we could settle without going to
21   court.
22        Q     Were you aware that she had counsel?
0086
 1        A     Yes.
 2        Q     And you aware that you had counsel?
 3        A     Yes.
 4        Q     Can you tell me why you contacted her versus
 5   contacting your counsel and having your counsel contact
 6   me?
 7              MS. BATES:  Objection to the question to the
 8   extent that it implies that she improperly conducted
 9   herself.  Plaintiffs and defendants and personal people
10   are allowed to contact each other.  You may answer the
11   question.
12        A     I didn't think anything was wrong with it.  I
13   mean, you know, as a member of this organization -- as
14   sisters in this organization -- I'd rather handle this
15   privately and amicably instead of it being dragged
16   through the court system.
17        Q     I'm trying to understand; I thought you said
18   when a person was suspended, they are no longer
19   affiliated with Alpha Kappa Alpha, is that correct?
20              MS. BATES:  Objection, it misstates her prior
21   testimony.  She did not say that they are no longer
22   affiliated with Alpha Kappa Alpha; she stated very
0087
 1   specific instances in which she was not allowed -- that
 2   those suspended members were not allowed to attend or be
 3   at etcetera and so forth, but she did not say that they
 4   are no longer affiliated.  You may answer the question.
 5        A     That's correct, that is not what I said.
 6   They are still members; they're just suspended members,
 7   but they're still members.  They're not active members.
 8   We have tons -- hundreds of thousands of people that are
 9   inactive but still members.
10        Q     Did the national basileus, did she give you
11   permission to talk to my clients regarding a settlement?
12              MS. BATES:  Objection.  Implication to the
13   implication that she needed or spoke with the national
14   basileus before she could contact, I believe you said,
15   Ms. Jolevare.
16              MR. BELL:  Yes, Ms. Jolevare.
```



```
17            MS. BATES:  You may answer the question.
18      A     Yes, she was aware of it.
19      Q     You had a conversation with her before you
20 talked to my client?
21      A     Yes.
22      Q     Tell me about that conversation.
0088
 1      A     I told her -- when I was orientated in July,
 2 we sat down with our attorney and we looked at --
 3            MS. BATES:  Objection.  I have to interrupt
 4 you.  Any conversations that you've had with the attorney
 5 is subject to attorney-client privilege and I ask you not
 6 to discuss that; I instruct you not to discuss any
 7 conversations that you have had directly with an attorney
 8 regarding this matter.
 9      A     Okay.
10            MR. BELL:  That's not the question I asked.
11            MS. BATES:  I know, it isn't; it is not the
12 question you asked.
13      A     The question you asked is what happened with
14 our conversation?
15      Q     Yes.
16      A     So she suggested that we try and work this
17 out without going to court, and I made the phone call to
18 Ms. Jolevare.
19      Q     Okay.
20            (Short break.)
21 BY MR. BELL:
22      Q     Going back to Legacy.
0089
 1      A     Yes.
 2      Q     You stated that some of the benefits of being
 3 a Legacy is a person -- I believe you said if a person
 4 had been active two years prior, two prior years, that
 5 they could fill out, as you said, a petition.  I'm not --
 6
 7      A     Legacy form.
 8      Q     Okay, so it's a Legacy form.  And what would
 9 then -- can you explain that entitlement?
10            MS. BATES:  Objection.  I just want to
11 restate the objection that it falls outside the scope of
12 the notice of deposition and the category she's supposed
13 to testify to.  You may answer the question.
14 BY MR. BELL:
15      Q     Those are in your policies and procedures, am
16 I correct -- Legacy forms?
17      A     Yes.
18      Q     Okay.
19      A     The Legacy forms may be filled out by the
20 person wanting to come into the organization.  Now, they
21 have to go by all the other guidelines.  The only thing
22 is they will not be voted upon if they hand in this
0090
 1 Legacy form.  They have to show proof of Legacy.
 2      Q     By proof of Legacy, what do you mean?
 3      A     That you're the daughter or the granddaughter
 4 or a ward of the court.
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
 5        Q      Of someone who had been active two years
 6  prior?
 7        A      Yes.
 8        Q      Okay.  So let me see if I'm clear on this.
 9  If a person is suspended, are they active or not active?
10        A      Not active.
11        Q      Okay.  So my client's daughter goes to Howard
12  next fall, and can they pledge as freshman or sophomore,
13  I don't remember?
14        A      Howard, sophomore.
15        Q      Sophomore.  So in 2008 -- sophomore year
16  would be 2008, right?
17        A      Yes.
18        Q      In 2008 my client's daughter wouldn't be able
19  to enter in the Legacy clause because her mother has not
20  been active for two years prior because she was
21  suspended, am I correct?
22        A      Correct.
0091
 1        Q      Okay.  Is there something in your policies
 2  and procedures that deals with people who were suspended
 3  for hazing as it relates to them ever being able to work
 4  with the membership intake process again?
 5        A      No, no.
 6        Q      So if a person was suspended for hazing, once
 7  they come back in they could still participate in the
 8  membership intake process?
 9        A      Yes.
10        Q      And be a -- what did you call them, a
11  graduate?
12        A      Advisor.
13        Q      Graduate Advisor?
14        A      No, they cannot be a Graduate Advisor;
15  they're very different.
16        Q      Okay.  Tell me the difference.
17        A      Anybody can -- as long as you're financial,
18  you go through the membership intake process workshop and
19  you're a financial member, you can participate in the
20  membership intake process; but you cannot be a Graduate
21  Advisor or serve on the Graduate Advisors' Council if
22  you've ever been suspended.
0092
 1        Q      For how long?
 2        A      Forever.
 3        Q      So it has -- the suspension for hazing has a
 4  permanent disqualification from participating and being a
 5  Graduate Advisor or the Graduate Advisors' Council for
 6  the rest of your life?
 7        A      Yes.
 8        Q      The person who gets suspended for stealing
 9  money, do they have that same prohibition?
10        A      No.
11        Q      That prohibition is only for people who were
12  suspended for hazing?
13        A      Right, yes.
14               MR. BELL:  I have nothing further, counsel.
15               MS. BATES:  Okay.  I just have a couple of
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
16    questions and then we should be done.
17         EXAMINATION BY COUNSEL FOR DEFENDANT
18    BY MS. BATES:
19         Q    We talked earlier about the AKA corporate
20    website, correct?
21         A    Yes.
22         Q    Okay.  And there was a discussion about those
0093
 1    members who have been suspended for hazing; their names
 2    should be listed on the website, is that correct?
 3         A    Yes.
 4         Q    Okay.  And the website also has information
 5    other than just those members who have been suspended for
 6    hazing, is that correct?
 7         A    Yes, I believe so.
 8         Q    Okay.  So the corporate website -- as it's
 9    been referred to, I just want to make sure -- is a
10    website for various types of information regarding AKA,
11    is that correct?
12         A    Yes.
13         Q    Okay.  I just wanted to clarify.
14         FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFFS
15    BY MR. BELL:
16         Q    One part of clarification, is there a
17    specific link on that website for suspended members or
18    hazing; how do you get to it?
19         A    Members that have been suspended, yes.
20         Q    Does it say members who were suspended or
21    members who have been suspended for hazing?
22         MS. BATES:  Objection to the extent that it
0094
 1    calls for speculation to the extent that she knows.
 2         A    I'm not 100 percent sure, I'm not.
 3         Q    Okay.  But it does direct you to the site; it
 4    does -- there's some button on there or some link that
 5    directs you to a list of people who have been suspended
 6    for hazing?
 7         A    Yes.
 8         Q    And so anyone who looks at that list would
 9    have the understanding that the person there suspended --
10    of the names that were suspended -- violated AKA's
11    anti-hazing policies?
12         A    Yes.
13         MS. BATES:  Objection to the extent that it
14    calls for speculation.  She can't testify as to what
15    other people would understand.  You may answer the
16    question.
17         A    Well, their names are on there if we found
18    they violated our policy; and, by due process, they were
19    found guilty.  Now, only only they are suspended, once
20    their suspension is up, their name comes off.
21         Q    Okay, their name comes off but they still
22    won't be able to be a Graduate Advisor or Graduate --
0095
 1         A    Council.
 2         Q    Graduate Advisors' Council.  Let me ask you
 3    one last question on that one.  Can they be a basileus?
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
 4        A     Yes.
 5        Q     Now, does a basileus oversee the Graduate
 6  Council?
 7        A     No, the Graduate Advisor oversees the
 8  Graduate Council.
 9        Q     Okay.  Does the basileus oversee the Graduate
10  Advisor?
11        A     Yes.
12        Q     They can't be a Graduate Advisor but they can
13  be the basileus?
14        A     Yes.
15        Q     All right.  Thank you.
16              MS. BATES:  Thank you.  We would like to
17  read.
18                    (Whereupon, at 1:42 p.m., the
19                    deposition of EVELYN SAMPLE-OATES
20                    was concluded.)
21
22
0096
 1              CERTIFICATE OF NOTARY PUBLIC
 2
 3        I, JOSEPH KANAHELE, JR., the officer before whom
 4  the foregoing deposition was taken, do hereby certify
 5  that the testimony that appears in the foregoing pages
 6  was recorded by me and thereafter reduced to typewriting
 7  under my direction; that said deposition is a true record
 8  of the proceedings; that I am neither counsel for,
 9  related to, nor employed by any of the parties to the
10  action in which this deposition was taken; and further,
11  that I am not a relative or employee of any counsel or
12  attorney employed by the parties hereto, nor financially
13  or otherwise interested in the outcome of this action.
14
15
16                        JOSEPH KANAHELE, JR.
17                    Notary Public in and for the
18                        District of Columbia
19
20  My commission expires:
21  October 14, 2011
22
0097
 1     A C K N O W L E D G E M E N T   O F   D E P O N E N T
 2
 3        I, EVELYN SAMPLE-OATES, do hereby acknowledge that
 4  I have read and examined the foregoing pages of
 5  testimony, and the same is a true, correct and complete
 6  transcription of the testimony given by me, and any
 7  changes or corrections, if any, appear in the attached
 8  errata sheet signed by me.
 9
10
11
12
13
14
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

```
15
16
17
18
19
20   _____              _____
21
22   DATE                          EVELYN SAMPLE-OATES
0098
 1   SHANNON H. BATES, ESQUIRE
 2   Saul Ewing LLP
 3   The Watergate
 4   2600 Virginia Avenue, N.W.
 5   Suite 1000
 6   Washington, D.C.  20037-1922
 7       IN RE:  Jolevare, et al. v. Alpha Kappa Alpha
 8   Dear Ms. Bates:
 9       As agreed, you will be responsible for contacting
10   the witness regarding signature.  You have the option of
11   either ordering a transcript or making an appointment for
12   your client with Capital Reporting.
13       Within 30 days of receipt, please forward the
14   errata sheet and original signed signature page to Jimmy
15   A. Bell, Esq., counsel for Plaintiffs.
16       If you have any questions, please do not hesitate
17   to call.  Thank you.
18   Yours,
19
20   Joseph Kanahele, Jr.
21   Notary Public for the District of Columbia
22   cc:  Jimmy A. Bell, Esq.
0099
 1   Capital Reporting Company
 2   1000 Connecticut Avenue, N.W.
 3   Suite 505
 4   Washington, D.C. 20006
 5   (202) 857-3376
 6             E R R A T A  S H E E T
 7   Case:  Jolevare, et al. v. Alpha Kappa Alpha
 8   Witness Name:  Evelyn Sample-Oates
 9   Deposition Date:  Wednesday, December 6, 2006
10   Page No.   Line No.   Change
11
12
13
14
15
16
17
18
19
20   _____   _____
21   DATE                        EVELYN SAMPLE-OATES
22
```


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image