IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOIE JOLEVARE, et al.** : | |
| : | |
| Plaintiffs, : | |
| : | Case No.: 1:05-cv-01982 (RBW) |
| v. : | |
| : | |
| **ALPHA KAPPA ALPHA** : | |
| **SORORITY, INC.** : | |
| Defendant. : | |

## ORDER

UPON CONSIDERATION of Plaintiffs' Motion for Summary Judgment, Defendant's Opposition thereto, and in the interests of justice, it is this _____ day of _____, 2007, hereby

ORDERED, that Plaintiffs' Motion is hereby GRANTED.

_____
United States District Court Judge

