IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOIE JOLEVARE, et al.** : | |
| : | |
| Plaintiffs, : | |
| : | Case No.: 1:05-cv-01982 (RBW) |
| v. : | |
| : | |
| **ALPHA KAPPA ALPHA SORORITY, INC.** : | |
| : | |
| Defendant. : | |

## NOTICE OF INTENT TO FILE HARD COPY

COMES NOW Plaintiffs, Joie Jolevare, et al., by and through counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and states that a complete copy of Plaintiff's Motion for Summary Judgment, including exhibits, has been mailed via first class mail to the Clerk of the Court. A copy of Plaintiffs' Motion will also be mailed, via first class mail, to Counsel for Defendant:

John F. Henault, Jr.
U.S. ATTORNEY'S OFFICE
Public Corruption
555 Fourth Street, NW
Washington, DC 20001

Respectfully Submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
(301)599-7620
(301)599-7623 (FAX)



Bar # 14639

