IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, *et al.*, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:05-cv-01982 |
| v. ) | |
| ) | Judge: Reggie B. Walton |
| ALPHA KAPPA ALPHA SORORITY, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT ALPHA KAPPA ALPHA SORORITY INC.'S
## CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant Alpha Kappa Alpha Sorority, Inc. hereby cross-moves for summary judgment on all of plaintiffs Joie Jolevare and Salome Tinker's claims. The grounds for this Motion are fully set forth in the accompanying Memorandum.

/s/
_____
Thomas S. Schaufelberger, DC Bar No. 371934
Shannon H. Bates, DC Bar No. 480186
Saul Ewing LLP
1025 Thomas Jefferson Street, NW
Suite 425 West
Washington, DC 20007-5209
Telephone: 202-295-6600
Facsimile: 202-295-6700
*Counsel for Defendant Alpha Kappa Alpha Sorority, Inc.*