# EXHIBIT 1

# CONSTITUTION
# AND BYLAWS

## 2004

**Alpha Kappa Alpha Sorority, Incorporated**

**Corporate Office**
**5656 South Stony Island Avenue**
**Chicago, Illinois  60637**

ALPHA KAPPA ALPHA SORORITY, INCORPORATED

# CONSTITUTION AND BYLAWS

2004

## PREAMBLE

We, as college women, being aware of the increasing complexity of women's problems, especially those of Negro women, and realizing the necessity of forming an organization for the purpose of studying and solving such problems, do therefore organize this Sorority in order to cultivate and encourage high scholastic and ethical standards, improve the social stature of the race, promote unity and friendship among college women, and keep alive within graduates an interest in college life and progressive movement emanating therefrom.

## ALPHA KAPPA ALPHA NATIONAL SONG
### J. Marjory Jackson

Through the years as we struggle
With main and with might
To capture a vision fair
There is one thing that spurs us
To victory's height
With a fellowship sincere and rare.

Chorus

Oh, Alpha Kappa Alpha
Dear Alpha Kappa Alpha
Hearts that are loyal
And hearts that are true
By merit and culture
We strive and we do
Things that are worthwhile
And with a smile
We help each other
For we know there's no other
Like our sisterhood
Alpha Kappa Alpha.

So together anew
We will pledge our faith
And united we'll forge a way
Greater laurels to win
Greater tasks to begin
For thy honor and glory today.

(Repeat Chorus)

## ARTICLE IV-BOULE

SECTION 1. Description of the Boule

a)  The Boule shall meet biennially in the summer.

b)  The Boule shall be open to active and honorary members.

c)  The officers of the Boule shall be the Supreme Basileus, the First Supreme Anti-Basileus, the Second Supreme Anti-Basileus, the Supreme Grammateus, the Supreme Tamiouchos, the Supreme Parliamentarian, Regional Directors, and two Undergraduate *Members-at-Large*. The officers of the Boule constitute the Directorate.

d)  The following are entitled to voting privileges: designated delegates, Past Supreme Basilei, members of the Directorate, Executive Director and Deputy Director.

e)  The quorum for the Boule shall be six members of the Directorate and delegates from one-third of the active chapters. The presence of a copy of the charter is required for the opening of the Boule.

SECTION 2. Powers of the Boule

a)  The Boule shall have the power to organize, constitute, and charter chapters, both graduate and undergraduate, and have general supervision over the same; to form new regions whenever warranted by the growth of the Sorority; to make, write, compile and promulgate the ritualistic work; to hear and make decisions on all questions that are referred to it, on appeal or otherwise, for final adjudication; and in general, to do and perform every lawful act and thing necessary or expedient for efficiently conducting said Sorority and its branches, as authorized under the laws of Congress, and to have and exercise all powers conferred under subsection 3 of Chapter XVIII of the incorporation laws of the District of Columbia.

b)  The Boule has sole power to dissolve chapters and expel members.

## ARTICLE V-DIRECTORATE

SECTION 1. Powers of the Directorate

a)  The Directorate shall have the power to hear and to act upon all appeals brought before it by members, chapters, or regions. It shall have the power to make recommendations to the Boule, approve the proposed program of the Boule, and to submit for circulation proposed amendments to the Alpha Kappa Alpha *Constitution and Bylaws.*

b)  The Directorate shall have the power to conduct the business of the Sorority when the Boule is not in session.

SECTION 2. Eighteen (18) sorors shall constitute the Directorate. Election shall follow the procedures prescribed in the *Bylaws.*

SECTION 3.   The members  of the Directorate shall be the Supreme Basileus, the First Supreme Anti-Basileus, the Second Supreme Anti-Basileus, the Supreme Grammateus, the Supreme Tamiouchos, the Supreme Parliamentarian, Regional Directors, and two Undergraduate *Members-at-Large*.

The Second Supreme Anti-Basileus and the two *Members-at-Large* shall be undergraduates at the time of their election. All other members of the Directorate shall be graduate sorors.

SECTION 4. With the exception of the Supreme Parliamentarian and the International Regional Director, the members of the Directorate shall be elected by a plurality vote at the regular meeting of the Boule.  The Supreme Parliamentarian and the International Regional Director shall be appointed by the Supreme Basileus with whom they will serve, and the appointments shall be approved by the Directorate.

SECTION 5.   No more than two members of the same chapter may hold an office on the Directorate during the same two or four-year term.

## ARTICLE VI-REGIONS

SECTION 1. Alpha Kappa Alpha Sorority, Incorporated shall be divided geographically into regions, the number and boundaries of which shall be determined by the Boule.

SECTION 2. Each region shall hold an annual conference.

SECTION 3. In the year of the Boule, each Regional Conference, except the International Regional Conference, shall nominate a Regional Director.

SECTION 4. The Regional Conference shall also nominate a soror and one alternate to serve on the Nominating Committee. The alternate shall serve only in the event the nominee is unable to complete her term of office.

SECTION 5. The Regional Conference shall have the power to make recommendations to the Directorate or to the Boule, and to propose amendments to the *Constitution and Bylaws* of the Sorority.

## ARTICLE VII-CHAPTERS

SECTION 1. Each chapter shall have the power to select its own members, subject to the rules and regulations of Alpha Kappa Alpha Sorority, Incorporated.

SECTION 2. Each chapter shall have the power to hear and  adjust matters of differences between its members, to suspend and restore members,  and to recommend to the Directorate cases for expulsion. Where no settlement of differences is reached within the chapter, an appeal may be made to the Regional Director and, if necessary, to the Directorate.

SECTION 3. Each chapter shall have the power to make its own bylaws. These bylaws must not conflict with the *Constitution and Bylaws* of Alpha Kappa Alpha Sorority, Incorporated.

## ARTICLE VIII-
## AMENDING THE CONSTITUTION

SECTION 1. This *Constitution,* shall be amended by the following procedure:

a)   Any chapter or general member wishing to amend the *Constitution,* shall forward the proposed change, in writing, to the Regional Conference for consideration. If favorably acted on by two-thirds of the votes cast, within thirty (30) days following the conference, the Regional Director shall send one copy of the proposed change to the Alpha Kappa Alpha Corporate Office and one copy to the Constitution Committee Chairman (Supreme Parliamentarian).

b)   Changes proposed by the Directorate or by Standing or Special Committees shall be forwarded to the Alpha Kappa Alpha Corporate Office and to the Supreme Parliamentarian, postmarked no later than January 15, preceding the Boule.

c)   The proposed amendments shall be read and discussed at the regular meeting of the Boule.

d)   Following the Boule at which amendments shall have been read, the proposed changes shall be circulated to chapters no later than April 30, prior to the next regular meeting of the Boule.

e)   Voting on the proposed constitutional amendments shall be by mail. Chapters shall be entitled to cast the same number of votes they are allotted delegates according to Article VIII, Section 5, of the *Bylaws.* Each active chapter shall register its votes on a special ballot form, enclose it in an envelope labeled, **Ballot,** and return it to the Alpha Kappa Alpha Corporate Office, postmarked no later than June 1. Designated tellers shall open the envelopes and count the votes at the Boule.

f)   Two-thirds of the total number of votes cast shall be required for adoption.

g)   Amendments to the Constitution shall take effect immediately following adjournment of the Boule at which they are adopted.

# BYLAWS

## ARTICLE I-BOULE OFFICERS

SECTION 1. With the exception of the Supreme Parliamentarian and the International Regional Director, members of the Directorate listed in Article V, Section 3 of the *Constitution,* shall be elected by ballot at a regular meeting of the Boule. Subject to the approval of the Directorate, the Supreme Basileus shall appoint the Supreme Parliamentarian and the International Regional Director. Whenever an office has only one candidate, the presiding person can declare that the candidate is officially elected by unanimous consent or by acclamation, thus eliminating the need to include that office on the ballot.

SECTION 2. The term of office of each member of the Directorate, with the exception of the Supreme Basileus and the First Supreme Anti-Basileus, shall be two (2) years, beginning with the close of the Boule during which election takes place. Any officer other than the Supreme Basileus and the First Supreme Anti-Basileus shall be eligible to succeed herself once in any given office. The term of office for the Supreme Basileus and the First Supreme Anti-Basileus shall be four (4) years.

SECTION 3. In case of the unexpired term of the Supreme Basileus, the First Supreme Anti-Basileus shall fill the vacancy. The Directorate, at its next meeting, shall appoint an interim First Supreme Anti-Basileus to fill the vacancy. An election will be held at the next regular session of the Boule.

In case of an unexpired term of the First Supreme Anti-Basileus, the Directorate, at its next meeting shall appoint an interim First Supreme Anti-Basileus. An election for the office of First Supreme Anti-Basileus will be held at the next regular session of the Boule to fill the unexpired term.

In case of an unexpired term of the First Supreme Anti-Basileus occurring during the last two years of the term, a Supreme Basileus shall be elected at the Boule.

In case of unexpired terms of all other officers, the Supreme Basileus shall appoint sorors to complete the term, and the appointment shall be confirmed by the Directorate.

SECTION 4. A graduate soror, to be a candidate for membership on the Directorate, must have been financial for a period of at least four (4) consecutive years immediately preceding her candidacy. She must be certified via the Alpha Kappa Alpha Leadership Development Training program, must have attended at least one (1) of the last two Boules and must be present at the Boule where the election is held.

With the exception of the Supreme Tamiouchos, a graduate soror, to be a candidate for other positions on the Directorate, must have served at least one (1) term as Basileus of a graduate chapter or one term as an undergraduate member of the Directorate.

8

9

A graduate soror, to be a candidate for Supreme Tamiouchos, must have served at least one (1) term as Tamiouchos of a graduate chapter.

A soror, to be a candidate for the office of First Supreme Anti-Basileus, must at some time have served at least one (1) term as a member of the Directorate and as Basileus of a graduate chapter. The First Supreme Anti-Basileus shall be the next Supreme Basileus. At the time of her election, she shall possess all of the required qualifications of the Supreme Basileus.

A soror, to be a candidate or appointee for Regional Director, must have served at least one term as Basileus of a graduate chapter, and must have attended at least one (1) of the last three (3) Regional Conferences immediately preceding her nomination or appointment.

An undergraduate soror, to be a candidate for the office of Second Supreme Anti-Basileus or Undergraduate *Member-at-Large*, must have served or be serving as an elected or appointed officer in a chapter, must be an active member, must have at least one (1) academic year remaining in her undergraduate career at the time of her election and must be present at the Boule where she is to be elected.

## DUTIES, POWERS AND PROCEDURES OF THE DIRECTORATE

SECTION 5. The Directorate shall meet immediately preceding the opening of the Boule and at least once every six months during the interval between meetings of the Boule. The Directorate also shall meet at the close of the Boule when outgoing and newly-elected members shall assemble for administrative business. The Directorate shall deliberate on all policies and problems of the organization. It also shall be the duty of the Directorate to hear and act on all appeals brought before it by members, chapters, or regions; to approve the proposed program of the Boule; to recommend to the Boule the establishment or the dissolution of chapters; to exercise through the Supreme Basileus supervision over employed personnel; and to administer the business of the Sorority when the Boule is not in session. The Directorate shall present its recommendations to the Boule for action.

The Directorate shall have the authority to act on recommendations from the Supreme Basileus and the Finance Committee regarding the adjustment of fees of sorors in International Region Chapters in a manner commensurate with their country's cost of living differential.

If a situation should arise which requires the attention of the Directorate, it shall be the duty of the Supreme Basileus to circularize or call a special meeting of the Directorate. If the Supreme Basileus is unable to call the meeting, the Directorate may be convened by the First Supreme Anti-Basileus upon a two-thirds vote of the members of the Directorate.

All business requiring approval or rejection shall be decided by majority vote of the Directorate. Two-thirds (12) of the members of the Directorate must be present to transact business. Whenever a proposal is circulated, a favorable vote shall consist of two-thirds (12) of the Directorate.

10

11

SECTION 6. The Supreme Basileus shall preside at all meetings of the Boule and the Directorate. She shall perform the duties which are usually executed by the chief officer. She shall appoint, with the approval of the Directorate, all delegates to national organizations with which Alpha Kappa Alpha Sorority, Incorporated, is affiliated. She shall exercise general supervision over employed personnel and over the Boule. The program of the Boule shall be prepared under her direction. She shall be an *ex-officio* member of all committees except the Nominating Committee.

SECTION 7. It shall be the duty of the First Supreme Anti-Basileus to assist the Supreme Basileus in the performance of her duties and to preside during the absence of the Supreme Basileus. She shall be an *ex-officio* member of all committees except the Nominating Committee.

SECTION 8. It shall be the duty of the Second Supreme Anti-Basileus to assist the Supreme Basileus in the performance of her duties. She shall be Chairman of the Undergraduate Activities Committee and a member of the Program Committee and Finance Committee.

SECTION 9. It shall be the duty of the Supreme Grammateus to be secretary of the Boule, Directorate and Constitution Committee. She shall be a member of the Constitution Committee.

SECTION 10. It shall be the duty of the Supreme Tamiouchos to monitor all receipts and expenditures of the Sorority from the Alpha Kappa Alpha Corporate Office. She shall make periodic reports in writing on the finances of the Sorority. She shall be Chairman of the Finance Committee and present the budget of estimated income and expenditures to the Boule for approval.

SECTION 11. It shall be the duty of the Supreme Parliamentarian to advise the presiding officer in the interpretation of the *Constitution and Bylaws of* Alpha Kappa Alpha Sorority, Incorporated and *Robert's Rules of Order Newly Revised—Tenth Edition*. She shall be Chairman of the Constitution Committee.

SECTION 12. It shall be the duty of the Regional Director to exercise general supervision over the chapters of her region. She shall have the power to adjust problems in her region. She shall notify chapters when candidates have been approved for the membership intake process. She shall preside over the Regional Conferences and other regional meetings, e.g. Cluster Meetings, Retreats and Roundups. She shall have responsibility for the establishment of chapters in the region. Except for the International Regional Director, the Regional Director shall reside within the region throughout her term. She shall have voting privileges in the Region, on the Directorate and at Boule.

SECTION 13. It shall be the duty of each Undergraduate *Member-at-Large* to serve as a member of the Undergraduate Activities Committee and to assist the Second Supreme Anti-Basileus in designing, developing, coordinating and promoting the Alpha Kappa Alpha Program among undergraduate chapters.

12

13

SECTION 14. It shall be the duty of each officer to submit a written report to the Supreme Basileus no later than thirty (30) days prior to the Directorate Meetings, and it shall be the duty of each officer to submit a written report to the Corporate Office no later than thirty (30) days prior to the Boule. It shall be the duty of each officer to deliver to her successor all files, supplies, and other materials in her possession within thirty (30) days after the closing of the Boule.

### STANDING COMMITTEES

SECTION 15. The following are Standing Committees. With noted exceptions, The Supreme Basileus, with the approval of the Directorate, shall appoint chairmen and members of all committees.

a) **Constitution Committee**. The committee shall consist of the Supreme Parliamentarian as chairman, the Supreme Grammateus as secretary and a member from each of the ten regions; to include seven graduate and three undergraduate sorors. The undergraduate members are appointed on a prescribed rotating regional basis. (*See Manual of Standard Procedure-* Standing Committees).
The Constitution Committee shall propose needed changes in the *Constitution and Bylaws,* carefully examine all proposed amendments from approved sources, and formulate same to be circulated.

b) **Finance Committee**. The committee shall consist of the Supreme Tamiouchos as chairman, the Second Supreme Anti-Basileus, chairman of the International Program Committee, a Regional Director, one Undergraduate *Member-at-Large* and two graduate members. It shall prepare and supervise the operation of the annual budget of the Sorority, promote support for any current fund-raising drive and be responsible for the auditing of all accounts not otherwise assigned. The Finance Committee shall be responsible for originating and administering a program of investments.

c) **Program Committee**. The committee shall consist of the Second Supreme Anti-Basileus and a representative from each region. It shall be the function of this Committee to formulate the Alpha Kappa Alpha Program for recommendation to the Directorate.

d) **Nominating Committee**. The committee shall consist of ten members elected by the membership with representation from each region. There shall be three undergraduate members who are elected on a prescribed rotating regional basis (*Manual of Standard Procedure-* Standing Committees). The chairman of the committee shall be appointed by the Supreme Basileus from those elected to the committee.

The Nominating Committee shall convene in January for the purpose of certifying the credentials of all candidates for office and preparing the official list of nominees. It shall circulate the list of officers to chapters no later than April 15 of the year of the Boule.

The Nominating Committee also shall establish checks, subject to the approval of the Directorate, to ensure that campaign rules are strictly followed and shall supervise campaign practices.

14

15

In the event a candidate is disqualified by the Nominating Committee prior to its report to the Boule, she shall be notified of the action and the reason(s) as soon as possible. The candidate shall be given the opportunity to respond to the committee, subject to rules promulgated by the committee.

If, after reconsideration of the candidate's response, the Nominating Committee's decision stands, the candidate may withdraw her name prior to presentation of the report. If the candidate's name is not withdrawn, the report of the Committee shall be read without exception. The candidate may appeal the decision of the committee to the Boule at the time of the report.

e)  **Standards Committee**. The committee shall consist of a representative from each region. The committee shall establish the criteria and implement the evaluation of chapters.

f)  **Undergraduate Activities Committee**. The committee shall consist of the Second Supreme Anti-Basileus as chairman, the other two undergraduate members of the Directorate and six additional undergraduate members. The Supreme Basileus shall appoint these six sorors from regions not represented by the three undergraduate officers. The committee shall stimulate interest in the total Sorority Program, study those problems pertinent to undergraduate chapters, and encourage high scholastic and ethical standards

g)  **Human Resources Committee**. The committee shall consist of five members. It shall have the responsibility of recommending to the Directorate the employment of all professional personnel. It shall formulate and make recommendations for all personnel policies, practices, procedures and salary ranges. It shall also have the responsibility of keeping the *Personnel Manual* current.

h)  **Membership Committee**. The committee shall consist of a representative from each region and one Undergraduate Member-At-Large. It shall be the duty of this committee to monitor membership status and trends and recommend strategies for recruitment, retention and reactivation of members. The Committee shall develop, cultivate, consistently communicate and evaluate systems that maintain and support lifelong active membership.

i)  **Connection Committee**. The committee shall consist of a chairman and a representative from each region. The committee shall identify and study national and international issues which impact upon the quality of life, design strategies for communication with the membership regarding issues, and mobilize the membership for action to formulate and recommend position statements to the Supreme Basileus and/or Directorate.

j)  **Building and Properties Committee**. The committee shall consist of a chairman and five other members, one of whom shall be an undergraduate and one of whom shall be a member of the Finance Committee. It shall be the responsibility of this committee to oversee building and properties. The committee shall

16

17

make recommendations to the Directorate for upkeep and improvements.

k) **Archives Committee**. The committee shall consist of five members. The committee shall have the responsibility of serving as the custodian of the Sorority's print and non-print materials housed on the campus of Howard University. The committee shall also develop policies for the collection of and procedures for the use of materials by sorors and non-sorors.

l) **Honorary Members/Awards Committee**. The committee shall list specific criteria for selecting Honorary Members, screen nominations for honorary membership, present recommendations to the Directorate for induction, design plans for maintaining contact with Honorary Members, and deal with any other matters related to honorary members. This committee shall establish the criteria, review the nominations and make recommendations to the Directorate for the Sorority's National Achievement Awards.

m) **Technology Committee**. The committee shall consist of a chairman and six other members, one of whom shall be a member of the Finance Committee. It shall be the function of this committee to address technology issues throughout the organization, and provide strategic direction to the Directorate and Corporate Office on the effective utilization of technology to increase communication and connection throughout our sisterhood.

SECTION 16. **Reports**. It shall be the duty of all chairmen of standing committees to submit written reports for each Boule to the Alpha Kappa Alpha Corporate Office no later than thirty (30) days prior to the Boule.

SECTION 17. **The Program**. The Boule shall foster specific national and international programs for achievement of the accepted goals of the organization. The Boule shall establish program foci for continuity. These goals shall be recommended by the Directorate and shall require a majority vote of the Boule.

SECTION 18. **The Alpha Kappa Alpha Corporate Office**. The Alpha Kappa Alpha Corporate Office shall be located in a place designated by the Boule on recommendation of the Directorate.

SECTION 19. **The Executive Director**. There shall be an Executive Director responsible for the administration of the Alpha Kappa Alpha Corporate Office. It shall be the function of the Executive Director to maintain the permanent records, transact business, implement the program of Alpha Kappa Alpha Sorority, Incorporated as approved by the Directorate, and perform such other duties as may be assigned. She shall attend Directorate meetings without a vote. She shall be an *ex-officio* member, with a vote, on all committees except the Nominating Committee.

## ARTICLE II-REGIONS

SECTION 1. The Regions of Alpha Kappa Alpha Sorority, Incorporated shall be known as:

a) NORTH ATLANTIC: Massachusetts, eastern New York, eastern Pennsylvania, New Jersey, Delaware, Connecticut, Maryland, District of Columbia, Rhode Island, Maine, New Hampshire, and Vermont.

b) MID-ATLANTIC: Virginia and North Carolina.

c) SOUTH ATLANTIC: South Carolina, Georgia, and Florida.

d) GREAT LAKES: Ohio, West Virginia, Michigan, western Pennsylvania, and western New York.

e) SOUTH EASTERN: Tennessee, Alabama, and Mississippi.

f) SOUTH CENTRAL: Arkansas, Texas, New Mexico, and Louisiana.

g) CENTRAL: Wisconsin, Illinois, Indiana, Kentucky, St. Louis and Cape Girardeau, Missouri, Minnesota, North Dakota, and South Dakota.

h) MID-WESTERN: Iowa, Nebraska, Kansas, Missouri (except St. Louis and Cape Girardeau), Oklahoma, Colorado, Montana, and Wyoming.

i) FAR WESTERN: Arizona, California, Oregon, Washington, Nevada, Utah, Idaho, Alaska, and Hawaii.

20

j) INTERNATIONAL: All chapters located outside the United States.

SECTION 2. Each region shall be under the supervision of a Regional Director who must, with the exception of the International Regional Director, live within the confines of that region throughout her term of office. As presiding officer in her region, she shall have all voting privileges therein.

SECTION 3. The proposed dates of the Regional Conference shall be set by the Regional Director in cooperation with the hostess chapter or chapters. In a Boule year, the Regional Conference must be held prior to May 1, except for the International Region.

SECTION 4. Delegates to the Regional Conference shall be the duly elected and certified representatives of chapters and general members. For each of these categories, the number of delegates to the Regional Conference shall be determined by the same formula used to determine the number of Boule delegates to which a chapter is entitled. For General Members, the total number in each region will be the determining factor for the formula. (See Voting at Boule in Corrected Copy of the 2000 Manual of Standard Procedure, 54).

SECTION5. Essentially, the Regional Conference shall be a work conference, using business procedures similar to those followed at the Boule. Delegates to the

21

Regional Conference shall be the duly elected and certified representatives of chapters and general members.

SECTION 6. The Regional Conference, except for the International Region, shall nominate a soror for Regional Director. There shall be no further nominations for this office. The name shall be submitted to the Nominating Committee. If there is only one candidate for the office of Regional Director, the presiding person can declare that the candidate is officially nominated by unanimous consent or by acclamation.

SECTION 7. The Regional Conference shall nominate a soror to serve on the Nominating Committee and a second as an alternate. The names shall be submitted in order of preference to the Nominating Committee, in care of the Alpha Kappa Alpha Corporate Office. There shall be no further nominations for this committee. If there is only one candidate for Nominating Committee representative and/or alternate, the presiding person can declare that the candidate(s) has/have been officially nominated by unanimous consent or by acclamation. The International Region shall nominate its representative in the calendar year preceding the Boule (odd year). She shall assume office the following year after the Boule.

SECTION 8. As an option of the Regional Director, a region may be arranged, preferably geographically, into clusters or similar sub-units. The purposes of these groups shall be (1) to plan and provide for workshops, one-day or other short-term events for the members within the respective units, and/or (2) the assumption of responsibility for hosting Regional Conferences or other specified events according to an approved rotation schedule. Each of these units may have a coordinator who is appointed by the Regional Director whom she will assist. Because of the Internal Revenue classification and Sorority policies, these units within a region must not assess sorors or chapters or collect funds. In consultation with the Regional Director, a registration fee to cover the costs of the meeting or event may be set. The ultimate responsibility for the supervision and coordination of activities within the region remains with the Regional Director.

## ARTICLE III-CHAPTERS

SECTION 1. The chartering of all chapters shall be coordinated by the respective Regional Director. A period of three (3) years shall be allowed between the point of original contact with the Regional Director and the chartering ceremony date.

SECTION 2. A group of twelve (12) or more women pursuing a course leading to a baccalaureate (bachelor's) degree in an accredited two, three, or four-year senior college or university is eligible to form an undergraduate chapter of Alpha Kappa Alpha Sorority, Incorporated. Each applicant shall have attained a cumulative average of at least a C+ or the average required by the National Panhellenic Conference in those schools where such standards govern admission to sororities. In those two, three, or four-year senior colleges or universities using pass-fail, required compe-

tency, or good standing systems of grading, that system shall be acceptable.

SECTION 3.   Any group of fifteen (15) or more graduate sorors is eligible to petition for a chapter in a geographic area where no graduate chapter exists.

SECTION 4. Any group of twenty-five (25) or more active graduate sorors may petition for an additional chapter in a city where one or more graduate chapters already exist, provided certain conditions are met.  The existing graduate chapter (s) must have active memberships of seventy-five (75) or more.  The total number seeking membership in the additional chapter must not reduce memberships of the other chapters to less than fifty (50) active sorors.  The reason(s) for the establishment of the additional chapter must be fully approved by the Regional Director. To become a member of a group interested in forming a new chapter, a soror must be a General Member, not an active member of an existing chapter.

SECTION 5. When the number of active members in a chapter is less than eight (8) for a period of three (3) consecutive years, the Regional Director shall recommend to the Directorate that the chapter be dissolved. The final decision to dissolve the chapter shall be made by the Boule. Upon the dissolution of the chapter, each active member shall be transferred to the Boule with the status of General member.

## NAMING

SECTION 6.  Undergraduate chapters shall be named after the letters of the Greek alphabet in the order of their establishment, i.e., Alpha, Beta, Gamma, etc., until the twenty-fourth chapter is established and the twenty-four letters of the alphabet are exhausted. Then Alpha will precede each letter, i.e., Alpha Alpha, Alpha Beta, Alpha Gamma, etc. Each succeeding letter shall likewise precede letters in alphabetical sequence as needed, i.e., Beta Alpha, Beta Beta, etc.

SECTION 7.  Graduate chapters shall be named in the same manner except that Omega will become the final letter for the name of each chapter, i.e.. Alpha Omega, Beta Omega, etc.

## DUTIES AND POWERS OF CHAPTERS

SECTION 8.  Each chapter shall be required to have representatives at a Boule within a six-year period.

SECTION 9.  Chapter officers shall be elected in November and installed at the close of the December meeting, except on campuses where National Panhellenic Conference regulations differ.

SECTION 10.  Each chapter shall file with the Regional Director, for review and approval, two copies of the chapter's bylaws. The Regional Director shall forward one of these copies to the Alpha Kappa Alpha Corporate Office. Copies of subsequent changes shall be forwarded to the Regional Director who will send ap-

proved changes to the Alpha Kappa Alpha Corporate Office.

SECTION 11. Each chapter shall have at least one meeting per month except during the summer months. Failure to meet three consecutive months between September and June will make the chapter inactive and ineligible for representation in the Boule. Except for specific officers, attendance at chapter meetings and activities shall be voluntary.

SECTION 12. Each chapter, through its local program, shall sponsor selected activities which interpret, implement and support the Program of the Sorority.

SECTION 13. An annual report of chapter program activities and finances shall be submitted to the Alpha Kappa Alpha Corporate Office at the end of the fiscal year.

SECTION 14. Each chapter shall observe Founders' Day annually.

SECTION 15. Chapter recommendations must be submitted to the Regional Conference by an authorized delegate.

SECTION 16. Chapters desiring to circulate within the Sorority requests for contributions shall do so only with the approval of the Directorate.

SECTION 17. Individuals, chapters or regions issuing statements, resolutions, endorsements, opinions and protests shall do so in the name of the respective entity rather than in the name of Alpha Kappa Alpha Sorority, Incorporated.

SECTION 18. Each undergraduate chapter shall be required to maintain a scholastic average of at least C+ in an accredited college or university except where there are National Panhellenic Conference regulations. Grades must be sent to the Regional Director by the Graduate Advisor at the end of each grading period. A chapter whose scholastic average falls below C+ shall be subject to withdrawal of chapter privileges until the required average is attained and official evidence sent to the Regional Director, except where the National Panhellenic Conference governs sorority activities.

## JOINT MEETINGS OF CHAPTERS

SECTION 19. Where there are graduate and undergraduate chapters in the same city, there shall be at least two joint meetings of the chapters during the year, between the chapter that provides Graduate Advisor(s) and the Undergraduate chapter(s). The main purpose of these meetings shall be social in order to increase fellowship and better understanding. Only business of joint interest, such as programs of civic and social importance, may be discussed and voted on at these meetings. Such meetings shall be presided over alternately by the Basileus of each chapter and attended by the active members of the chapters.

## PURCHASE OF PROPERTY BY
## GRADUATE CHAPTERS

SECTION 20. Any graduate chapter purchasing a house or other property may incorporate in the chapter's name for the sole purpose of purchasing property but must in no way involve or otherwise obligate Alpha Kappa Alpha Sorority, Incorporated. A record of such a purchase and an annual report of the status and operation of the property must be filed with the Alpha Kappa Alpha Corporate Office. All chapters are prohibited from executing contracts above the threshold of $2,500 unless the chapter is incorporated or otherwise free standing, or unless the chapter first obtains written permission by the Supreme Basileus.

## CHAPTER OFFICERS AND DUTIES

SECTION 21. Each chapter shall have the following elected officers: Basileus, Anti-Basileus, Grammateus, Epistoleus, Tamiouchos, and *Ivy Leaf* Reporter. In addition to the above officers, graduate chapters shall have the office of Graduate Advisor in the cities where there is an undergraduate chapter. Each chapter may elect any other officers deemed necessary. Duties of chapter officers shall correspond to those of similar designation in the Boule.

SECTION 22. To be a candidate for advisor to an undergraduate chapter, immediately prior to her election a soror shall have been a member of the graduate chapter for at least two years, must have attended one of the last two Boules or one of the last two Regional Conferences and be certified by the Directorate approved Alpha Kappa Alpha Sorority Incorporated *Graduate Advisor Certification Program*.

SECTION 23. The Advisor(s) to an undergraduate chapter shall be liaison person(s) between the graduate and undergraduate chapter, and between the undergraduate chapter and the Regional Director. She (they) shall establish a working relationship with the appropriate university or college officials. She (they) shall be advisor(s) to the undergraduate chapter in the interpretation and implementation of the Alpha Kappa Alpha Program, the *Constitution and Bylaws,* the *Manual of Standard Procedure,* the *Undergraduate Membership Intake Process Manual,* the *Alpha Kappa Alpha Sorority, Incorporated Anti-Hazing* Handbook, and other official handbooks.

She (they) shall attend all meetings and activities of the undergraduate chapter. Where colleges or universities appoint their own faculty advisor(s), the Graduate Advisor(s) shall work in cooperation with the faculty advisor(s) appointed by the college or university. Under extenuating circumstances, a Graduate Advisor may be appointed by the Supreme Basileus or the Regional Director.

SECTION 24. The responsibility for supervision of the undergraduate chapter shall be with the graduate chapter which provides the graduate advisor(s) to the undergraduate chapter.

## ARTICLE IV-
## MEMBERSHIP STATUS
## CLASSIFICATION

SECTION 1. An active member of Alpha Kappa Alpha Sorority, Incorporated is a soror who meets all financial requirements for the current year, of both her chapter and the Boule. Every active member is a member of the Boule.

SECTION 2. The Past Supreme Basilei of Alpha Kappa Alpha Sorority, Incorporated shall be active members of the Boule for life without financial obligations to the Sorority.

SECTION 3. Membership in Alpha Kappa Alpha Sorority, Incorporated may be classified as (1) Undergraduate, (2) Graduate, (3) General, (4) Associate, (5) Honorary, and (6) Life.

SECTION 4. **Undergraduate Member**. An undergraduate member is a soror who is pursuing a course of study leading to a baccalaureate (bachelor's) degree in an accredited two, three, or four-year senior college or university who has been initiated under Article IV (New Members) of the *Bylaws*.

SECTION 5. **Graduate Member**. A graduate member is a soror who has earned a baccalaureate (bachelor's), graduate, or professional degree in an accredited two, three, or four-year senior college or university.

30

### SECTION 6. **General Member**

a) A general member is a soror who lives in a locality where there is no graduate chapter and who meets the financial obligation of the Boule according to Article VI, Section 5 of the *Bylaws*.

b) A general member is a graduate soror who moves to another community for the purpose of studying full time. She shall meet the financial obligations of the Boule according to Article VI, Section 5 of the *Bylaws*. Such classification shall be available for the duration of the period of study.

c) A general member is an undergraduate soror who is in attendance at a college or university where no chapter of Alpha Kappa Alpha Sorority, Incorporated exists, or where the chapter is presently suspended or has an inactive status.

d) A general member is an undergraduate soror who leaves school before receiving a degree and who, following her withdrawal, affiliates with the Boule. At the end of two years, she may transfer to a graduate chapter as an Associate Member.

e) A general member is an undergraduate soror classified as an extension student who, after six years continuous membership in the same chapter, affiliates with the Boule.

f) A general member is an active soror who is not a member of a local chapter.

31

g)    A general member is a soror who is enrolled in an accredited college or university, who is pursuing a course of study leading to a graduate or professional degree which is not predicated on the attainment of a baccalaureate (bachelor's) degree.

SECTION 7. **Associate Member.**  An associate member is an undergraduate soror who leaves school before receiving a degree and affiliates with a graduate chapter after a two-year period following her withdrawal. An associate member is also an undergraduate soror classified as an extension or irregular student who, after six years of continuous membership in the same chapter, affiliates with a graduate chapter. If at the time of transfer, she resides in a community where there is a graduate chapter, she may transfer through the Alpha Kappa Alpha Corporate Office to the graduate chapter or to general membership.

SECTION 8. **Honorary Member.** An Honorary Member is a woman to whom honorary membership is extended because of her high ethical standing and national recognition of noteworthy achievement. She shall have the privilege of participating in all activities of the Boule and chapters and shall enjoy speaking but not voting privileges. Honorary Members who become active members relinquish all rights to honorary membership. Names of persons to be considered for honorary membership must be presented in writing by a chapter to the Honorary Members/Awards Committee which shall make recommendations to the Directorate. A two-thirds vote of the Directorate will be required for election.

32

SECTION 9. **Life Member**. A life member is a soror who possesses the following qualifications and voluntarily requests and accepts the following provisions:

a)    She shall have been a member of the Sorority at least twenty-five years and shall have been continuously active during the ten years preceding application for life membership. All future payments of per capita tax to Alpha Kappa Alpha Sorority shall be canceled upon payment of five hundred fifty dollars ($550.00) to the Alpha Kappa Alpha Corporate Office.

b)    A soror who has been a member of the Sorority for at least twenty-five years and who has been active a total of ten years during the twenty-five years may obtain a life membership by the payment of seven hundred fifty dollars ($750.00) to the Alpha Kappa Alpha Corporate Office.

c)    A soror who has been a financial member for at least fifty years may obtain life membership upon the payment of one hundred dollars ($100.00) to the Alpha Kappa Alpha Corporate Office.

d)    Payments may be in installments of not less than $100.00 to the Alpha Kappa Alpha Corporate Office. Life membership becomes effective on final payment of amount required. Until this time, per capita shall be paid.

33

e)    The funds collected from life memberships will be invested. An amount from the interest shall be transferred annually into the general fund.

f)    A life member shall receive a life membership certificate, a pin, a financial card, and the *Ivy Leaf*. As a member of the Boule, she shall have speaking privileges. She shall not be required to attend chapter meetings or in any other way participate in chapter activities; but nationally, she shall receive all courtesies accorded an active soror. She shall not be required to assume chapter obligations, therefore will have no voting privileges in the chapter. Should she wish to vote or participate in chapter activities, she must assume her share of the chapter's obligations. (See _Manual of Standard Procedure).

## MEMBERSHIP IN OTHER SORORITIES

SECTION 10. A member of Alpha Kappa Alpha Sorority, Incorporated shall not accept any type of membership in other sororities  which belong to the National Pan-Hellenic Council or National Panhellenic Conference. Alpha Kappa Alpha members may belong to other sororities of an honorary or professional nature.

SECTION 11. Alpha Kappa Alpha Sorority, Incorporated shall not consider for membership any woman who is or has been  a member of a sorority which belongs to the National Pan-Hellenic Council or the National Pan Hellenic Conference. This  provision shall not be applicable to membership in honorary or professional organizations.

34

## NEW MEMBERS - UNDERGRADUATE

SECTION 12. An undergraduate, to be considered a candidate for membership in Alpha Kappa Alpha Sorority, Incorporated, must be a woman of high ethical and moral standards, matriculating as a full-time student at the school where the campus chapter is located or matriculating as a full-time student in a school in the community where a city chapter of undergraduate status is located, and must have creditably completed one grading period in school.  They must provide at least two written references from persons who can attest to these qualities.

SECTION 13. Undergraduate candidates must have attained the cumulative average of C+ and the semester average of C+ in the semester immediately prior to submitting an application for membership. In those two, three, or four-year senior colleges or universities using pass-fail, required competency, or good standing systems of grading, either shall be acceptable. Candidates must provide written evidence of detailed community/campus involvement from a director or advisor of the activity or program.

35

## LECACY STATUS - UNDERGRADUATE

SECTION 14. An undergraduate who is the daughter, granddaughter, adopted daughter, stepdaughter or legal ward* of an active or deceased soror is considered a Legacy Candidate. This undergraduate may apply for membership under this provision. The living family-member soror must have been active for at least two (2) years immediately preceding the membership application for the undergraduate Legacy Candidate. Any undergraduate who applies for membership under the legacy provision must meet all of the qualifications required for undergraduate membership. She will not be subject to a vote by the chapter.

*(\* For Alpha Kappa Alpha Sorority, Incorporated, a legal ward is defined as one whose permanent care, control and custody legally have been placed with a soror by an appropriate court of law).*

SECTION 15. An extension student who is attending a school at the time of voting and who has attained the classification of senior (90 semester hours) is eligible to be voted on. An extension student is one who is enrolled in and pursuing a course leading to a degree in an accredited two, three, or four-year senior college or university but not in the regular college session.

SECTION 16. Application for membership in Alpha Kappa Alpha Sorority, Incorporated must be made in writing to the undergraduate chapter. Chapters may hold meetings three times per year at which votes on candidates for membership shall be taken, except where college or university regulations prohibit. A candidate's name may be voted on only once at each of the meetings. At least seven days prior to the voting date, each active chapter member must receive a written notice which stipulates that applications for membership will be considered.

SECTION 17. Except for legacy candidates, names of all candidates for membership in Alpha Kappa Alpha Sorority, Incorporated shall be placed on a ballot and a secret vote taken. In chapters where the membership is less than forty, two-thirds of the active membership must be present at the time of voting. A favorable vote shall consist of a majority vote. In an undergraduate chapter of forty or more, a favorable vote shall consist of two-thirds of the active membership present. (See chart for voting in the *Manual of Standard Procedure - Steps to Membership - Undergraduate, Pg. 34*).

SECTION 18. On college or university campuses where admission to sororities is governed by the National Panhellenic Association of America or National Panhellenic Conference, undergraduate candidates shall be accepted as members of Alpha Kappa Alpha Sorority, Incorporated under the prevailing standards of that college or university.

SECTION 19. Undergraduate candidates of city chapters matriculating in colleges or universities where admission to sororities is governed by the National Panhellenic Conference shall be accepted as members of Alpha Kappa Alpha Sorority, Incorporated under the prevailing standards of that college or university. All other candidates for membership of that city chapter shall be accepted under the same standards.

SECTION 20.  An undergraduate who attends a college or university without an existing chapter of Alpha Kappa Alpha Sorority, Incorporated may be initiated into Alpha Kappa Alpha Sorority on the recommendation of a chapter in her hometown or the chapter of the city in which the college is located. The Regional Director has the responsibility of presenting the credentials of the candidate and the recommendation to the Directorate. Following approval by the Directorate, the candidate is to be initiated by the Regional Director, or her designee, in accordance with the procedures outlined in the *Manual of Standard Procedure and the Undergraduate Membership Intake Process Manual.*

The undergraduate soror, initiated by the Regional Director, becomes a General member until she graduates or transfers to a college where there is a chapter of Alpha Kappa Alpha Sorority, Incorporated. Whenever the number of general members at any college or locality is or will become twelve (12) or more with the initiation of proposed members, the Regional Director shall review the membership to determine whether the establishment of a chapter is feasible. The recommendation of the Regional Director for chapter establishment shall include a statement as to the number of general members and the feasibility of the establishment of a chapter. Review by the Regional Director shall not be necessary if the rules of the college or university preclude or prohibit the formation of a chapter.

SECTION 21. All candidates must be approved by the Regional Director prior to acceptance according to procedures outlined in the *Manual of Standard Procedure* and the *Undergraduate Membership Intake Process Manual.* After favorable action on a candidate has been taken and approval given by the Regional Director, the candidate shall be sent a written notice stating the time and the place of the membership intake.

## MEMBERSHIP INTAKE PROCESS

SECTION 22.  The Membership Intake Process shall be conducted according to the process adopted by the Directorate except on college campuses where university or Panhellenic Conference regulations dictate other procedures.

SECTION 23.  No soror or chapter shall engage actively or passively with individuals who have expressed an interest in Alpha Kappa Alpha Sorority, Incorporated prior to the Membership Intake ceremonies. The official and only membership intake program of Alpha Kappa Alpha Sorority, Incorporated shall be developed by the Directorate.

SECTION 24.  The Membership Intake Process shall not exceed the time allotted for initiation. Activities shall be determined according to prescribed procedures.

SECTION 25.  The Membership Intake Process shall, for just cause, be discontinued for any prospective member, with the approval of the Graduate Advisor and the Regional Director.

SECTION 26.  In the event an undergraduate chapter is inactive, candidates shall be initiated by the

Regional Director or her designee with the assistance of graduate chapters in the area.

SECTION 27. In the event a prospective candidate has experienced or witnessed hazing but refuses to admit proven action, she shall not be initiated.

## NEW MEMBERS-GRADUATE

SECTION 28.  Graduate chapters may hold only one meeting a year at which voting on prospective candidates may take place. A prospective candidate's name may be voted on only once for a given initiation. Graduate chapters of the International Region, with the approval of the Regional Director, shall be permitted to have two Membership Intake Processes in a given year, if there are extenuating circumstances where the chapter's membership is drastically reduced to five or fewer due to relocations, reassignments or promotions.

SECTION 29.  A candidate for graduate initiation must be a woman of high ethical and moral standards who has attained at least a baccalaureate degree with a cumulative average of at least C+. or a graduate or professional degree from an accredited senior college or university who has some definite contribution to make to Alpha Kappa Alpha Sorority, Incorporated.

## LECAGY STATUS - GRADUATE

SECTION 30.  A graduate candidate who is the daughter, granddaughter, adopted daughter, step-daughter or legal ward* of an active or deceased soror is considered a Legacy Candidate and may be considered for membership without a chapter vote. The living family-member soror must have been active at least two (2) years immediately preceding the presentation of the recommendation for the Legacy Candidate.  The Legacy Candidate must meet all of the qualifications required for graduate membership.

(*For Alpha Kappa Alpha Sorority, Incorporated, a legal ward is determined as one whose permanent care, control and custody legally have been placed with a soror by an appropriate court of law.)

SECTION 31. In considering candidates for membership, graduate chapters shall take the initial steps. A soror who desires to serve as the sponsor of a prospective candidate is required to have had at least two (2) years of active membership in the graduate chapter where the candidate will be initiated prior to being a sponsor, except in the International Regional.  In the International Region, with the approval of the Regional Director, a soror who desires to serve as the sponsor of a prospective candidate is required to have had at least two (2) years of active membership in the Sorority prior to being a sponsor.

The sponsor of a prospective candidate shall present to the chapter Grammateus a Membership Recommendation Form,   letters of recommendation from three (3) active sorors in that chapter, and one Guide to Sponsorship Form completed by the sponsor and the three sorors who submitted recommendation letters.

The Grammateus will read the Recommendation Form to the chapter at a meeting for which written notice

shall have been sent to each active member at least seven (7) days prior to the meeting.

The Grammateus will have prepared one ballot with names of all prospective candidates, except Legacy Candidates who are not voted on, and secret voting will take place at the same meeting at which candidates' names and recommendations are presented. A favorable vote shall consist of two-thirds of the votes cast for each candidate. (See chart for voting in the *Manual of Standard Procedure* - Procedure for Processing Candidates for Graduate Chapters).

SECTION 32. Names of all prospective candidates shall be placed on one ballot and a secret vote taken. A favorable vote shall consist of two-thirds of the members voting on each candidate.

SECTION 33. All candidates must be approved by the Regional Director prior to the time of the membership intake process. Approval must be obtained in accordance with procedures outlined in the *Manual of Standard Procedure* and the *Graduate Membership Process Manual.* After favorable action on a candidate has been taken and approval given by the Regional Director, all candidates shall be sent written notices stating the time and place of the membership intake activities to be conducted by the chapter. The computation of membership intake fees for each candidate shall include one additional year's chapter dues, per capita fee and EAF dues.

SECTION 34. Initiation for graduate candidates shall be according to the process adopted by the Direc-

42

torate and/or as outlined in the *Manual of Standard Procedure* and the *Graduate Membership Intake Process Manual.*

SECTION 35. The initiation ceremonies of all chapters shall follow the prescribed rituals. Regulations regarding the purchase of badge(s) and procurement of the certificate(s) of membership and financial card(s), which are contained in the *Manual of Standard Procedure* and the *Graduate Membership Intake Process Manual* must be followed.

SECTION 36. Initiation is the ceremony at which a candidate takes the final vows to the Sorority and declares an allegiance from which she cannot later withdraw.

SECTION 37. For just cause, the membership intake process shall be discontinued for any prospective graduate member with the approval of the Regional Director.

SECTION 38. In the event a candidate for graduate membership has experienced or witnessed hazing, but refuses to admit proven action, she shall not be initiated.

**REVOCATION OF MEMBERSHIP**

SECTION 39. Any soror determined to have been ineligible for membership following her initiation in Alpha Kappa Alpha Sorority, Incorporated, because of the revelation or submission of fraudulent information

43

or documents, shall on the recommendation of the Regional Director, and by majority vote of the Directorate, have her membership revoked until the next Boule at which a vote on expulsion will be taken.

### Transfers

SECTION 40. Membership in Alpha Kappa Alpha Sorority, Incorporated is transferable from one chapter to another.

SECTION 41. A transfer from the Alpha Kappa Alpha Corporate Office shall be necessary when a soror's membership classification or chapter affiliation changes.

a)    Immediately after graduation a soror shall transfer to a graduate chapter or to the Boule with the status of General member.

b)    A soror who was a member of a dissolved chapter shall be transferred to the Boule with the status of General member.

c)    An undergraduate soror who withdraws from school may be transferred to Associate membership or to General membership.

d)    An undergraduate who is a part-time student and has been a member of the same chapter for four years must be transferred through the Alpha Kappa Alpha Corporate Office to the graduate chapter in the community or to General membership. If there is no graduate chapter in the community where she resides, she must transfer to the Boule with the status of General member.

SECTION 42. A graduate member may request membership in the chapter of her choice.

SECTION 43. A soror must clear through the Alpha Kappa Alpha Corporate Office all financial obligations to her former chapter and the Boule before receiving her transfer. No chapter shall accept a soror into active membership before receiving the soror's transfer from the Alpha Kappa Alpha Corporate Office, and no chapter shall have the power to refuse to accept a soror for whom a transfer has been received. A soror's current financial obligations to her chapter begin as of the date of the transfer on a *pro-rata* basis. Where two or more graduate chapters exist in a city, transfer from other chapters will be issued to either chapter in accordance with the soror's request. The inactive soror(s) in a city where there are two or more graduate chapters may be reinstated in either chapter.

## ARTICLE V
## HAZING DEFINITION AND PROHIBITION

Alpha Kappa Alpha Sorority, Incorporated defines hazing as an act or series of acts which includes, but is not limited to physical acts such as hitting, striking, laying hands upon or threatening to do bodily harm to any individual(s) while acting in one's capacity as a member of Alpha Kappa Alpha, behavior which is di-

44

45

rected against any individual(s) for the purpose of causing shame, abuse, insult, humiliation, intimidation or disgrace, and a variety of prohibited practices, including but not limited to, "underground hazing," "financial hazing," "pre-pledging," "post-pledging," or "post-initiation pledging."

Hazing is strictly prohibited and will not be tolerated in any form by Alpha Kappa Alpha Sorority, Incorporated.

# ARTICLE VI
# PENALTIES AND
# RESTORATION OF PRIVILEGES

## INDIVIDUAL MEMBER AND CHAPTER VIOLATIONS PENALITIES GENERALLY

SECTION 1. Each individual member and every chapter shall have knowledge of and shall fully comply, in good faith, with all provisions of the *Constitution and Bylaws* of Alpha Kappa Alpha Sorority, Incorporated. Penalties or sanctions shall be imposed when an individual member or chapter violates her/their obligations under the *Constitution and Bylaws*.

SECTION 2. The Regional Director shall have the authority to determine whether an individual member or chapter violation has occurred and to impose an appropriate penalty, subject to the approval of the Supreme Basileus. This authority does not include individual expulsion or the lifting (revocation) of the

46

chapter charter.

SECTION 3. The penalties for violation of the *Constitution and Bylaws* of Alpha Kappa Alpha Sorority, Incorporated, by an individual member or chapter may include: a) withdrawal of individual or chapter privileges, b) suspension, c) expulsion, d) revocation of chapter charter, and e) fines.

a)  <u>Withdrawal of Individual or Chapter Privileges</u> shall be imposed for a period not to exceed twelve (12) months.

b)  <u>Suspension</u> of an individual member or chapter shall be imposed for a period not less than twelve (12) months or more than five (5) years.

c)  <u>Expulsion</u> of an individual member shall be imposed as a permanent revocation of membership.

d)  <u>Revocation</u> of the chapter charter shall dissolve the chapter.

e)  <u>Fines</u> may be imposed in accordance with the table of fines set in the *Manual Of Standard Procedures*, upon the approval of the Supreme Basileus.

The penalty for hazing by an individual member or chapter shall be suspension or expulsion or revocation of chapter charter. A fine may also be imposed on an individual or chapter for hazing.

47

The penalty for an individual member or chapter who subjects themselves to hazing shall be suspension or expulsion or revocation of chapter charter. A fine may also be imposed on an individual or chapter who subjects themselves to hazing.

## WITHDRAWAL OF INDIVIDUAL PRIVILEGES

SECTION 4. Withdrawal of individual privileges may include but shall not be limited to: forfeit the right to vote in chapter meetings, hold office, participate in or attend social affairs of the chapter or officially represent the chapter of Alpha Kappa Alpha Sorority, Incorporated until such time as the privileges are restored.

Withdrawal of individual privileges shall be in force until the Regional Director determines that the cause(s) for the penalty no longer exist, or until the designated period of the penalty has expired, except in the following instances:

a) An undergraduate member whose cumulative grade point average drops below C+ shall be subject to this penalty until the C+ average has been attained;

b) A member found responsible for circulating any unauthorized communication in the name of Alpha Kappa Alpha Sorority, Incorporated, shall be subject to this penalty for not less than ninety (90) days.

SECTION 5. A chapter may impose the penalty of withdrawal of individual privileges on a member for infractions of the sorority rules not covered in Section 4 above. A decision to invoke the penalty must be voted by a two-thirds vote of the membership at a meeting for which written notice has been given. In the case of an undergraduate chapter, the Graduate Advisor must be present. The member must be notified in writing of the action taken by the chapter and the conditions of restoration. A copy of the notice shall be sent to the Regional Director and the Alpha Kappa Alpha Corporate Office.

## WITHDRAWAL OF CHAPTER PRIVILEGES

SECTION 6. Withdrawal of chapter privileges may also be applicable for violations enumerated in Section 4(a) and (b) of this Article, except that an undergraduate chapter that loses scholastic standing because of failure to meet the required average of C+ shall be subject to withdrawal of chapter privileges until the end of the grading period when the scholastic requirement is met.

Withdrawal of chapter privileges may also be imposed for:

a) The failure by a chapter to enforce the withdrawal of individual privileges for violations included in Sections 4 and 5 of this Article; and

b) The failure by a chapter to submit the annual chapter report, as required.

## SUSPENSION OF AN INDIVIDUAL MEMBER OR CHAPTER

SECTION 7. Suspension of an individual member or chapter shall disqualify the individual member or chapter from participating in the sorority and all sorority activities for the period of the suspension and until restored to good standing by the Regional Director, upon the approval of the Supreme Basileus.

a)  Suspension of an Individual Member. Suspension of an individual member shall disqualify the individual from participation in the sorority and all sorority activities for the period of the suspension. The period of the suspension shall be determined by the Regional Director, upon approval of the Supreme Basileus.

b)  Suspension of a Chapter. Serious, intentional, aggravated or continuing violations by a chapter may warrant imposition of the penalty of suspension by the Regional Director. After investigation, the Regional Director may restore the status of the chapter or uphold the suspension of the chapter. The suspension and the duration of the same shall be determined by the Regional Director, subject to approval by the Supreme Basileus. A chapter that has been suspended three (3) times within a period of six (6) years shall be dissolved by the Boule.

## EXPULSION OF AN INDIVIDUAL MEMBER

SECTION 8. Expulsion shall revoke the individual's membership in Alpha Kappa Alpha Sorority, Incorporated, and any chapter thereof. Membership shall not be revoked except by a two-thirds vote of the authorized delegates at a duly convened meeting of the Boule.

## REVOCATION OF CHAPTER CHARTER

SECTION 9. Exclusive authority for the revocation of a chapter charter, also known as lifting of the chapter charter or dissolution of the chapter, is vested in the Boule. Recommendations for revocation of the chapter charter shall be forwarded to the Boule through the Directorate.

## OFFICERS AND OTHERS

SECTION 10. Any member of the Directorate who is found guilty of violating the *Constitution* or *Bylaws,* or disregarding established procedures, or of constantly neglecting or failing to discharge her duties shall be removed from office by a two-thirds vote of the Directorate after findings have been presented by a committee composed of three members of the Directorate and four sorors not holding office on the Directorate. The Supreme Basileus shall appoint this committee.

SECTION 11. A chairman of a standing committee who is found guilty of constantly neglecting or failing to discharge duties assigned to her may be removed as

chairman of the committee by the Supreme Basileus with the approval of two-thirds of the Directorate.

SECTION 12. A member who does not meet the financial obligations of her chapter and the national body shall be suspended until financial obligations have been met. (See *Bylaw* Article VII, Finances, Sections 5 and 8.)

SECTION 13. A chapter may impose the penalty of withdrawal of individual privileges on a member for infractions of the Sorority rules not covered in Sections 8,9 and 10 above. A decision to invoke the penalty must be voted by a two-thirds vote of the membership at a meeting for which written notice has been given. In the case of an undergraduate chapter, the Graduate Advisor must be present. The member must be notified in writing of the action taken by the chapter and the conditions of restoration of privileges. A copy of the notice shall be sent to the Regional Director and the Alpha Kappa Alpha Corporate Office.

SECTION 14. A soror may be expelled from Alpha Kappa Alpha Sorority, Incorporated only by action of the Boule. Expulsion shall require two-thirds of the votes cast.

## APPEALS PROCESS

SECTION 15. Any individual or chapter having grievances with the ruling of the Regional Director affecting any substantial question should not hesitate to appeal according to the following steps and as outlined in the *Manual of Standard Procedure*.

a) The process for a chapter/individual making an appeal is that the request be made in writing to the Supreme Basileus. A copy must be sent to the Regional Director for informational purposes. This appeal should be made to the Supreme Basileus no later than sixty (60) days following the Regional Director's ruling.

b) If the decision rendered by the Supreme Basileus is unsatisfactory to the grievant, the grievant may appeal in writing to the Directorate through the Supreme Basileus. The Supreme Basileus will schedule a hearing with the Directorate at the earliest appropriate time. Only the involved parties shall be present at the time of the hearing.

c) All involved parties shall be excused at the time of deliberation by the Directorate.

d) The Directorate has the power to make the final decision to resolve the issue.

e) The soror/chapter shall be kept informed, in writing, regarding the stages of the appeal.

f) The soror/chapter will be notified of the decision no later than thirty (30) days following the meeting of the Directorate at which the decision has been rendered.

## RESTORATION TO GOOD STANDING

SECTION 16.   A chapter or member subject to withdrawal of chapter or individual privileges shall be restored to good standing when the cause of the penalty is removed; when the time specified in the Bylaws has expired; when the financial obligations, including the payment to the Alpha Kappa Alpha Corporate Office of the annual chater tax for each year of a chapter's inactive status resulting from withdrawal of privileges or chapter suspension, have been met, or by a two-thirds vote of the chapter if the penalty was invoked by the chapter as stated in Article V, Section 4, for violations.

# ARTICLE VII
# FINANCES

SECTION 1. Proposed budget and financial assessments shall be submitted to the chapters no later than April 30 preceding the Boule.

SECTION 2. The fiscal year of the Boule shall be from January 1 to December 31.

SECTION 3. All regular Boule dues and assessments are due and payable to Alpha Kappa Alpha Sorority Corporate Office by January 1 of each year.

SECTION 4. Each chapter shall pay a chapter tax annually to the Boule.

SECTION 5. Each graduate chapter member, each undergraduate chapter member and each general member shall pay an annual per capita tax. Proposals for the amount of the per capita tax shall be presented with the budget  report and voted on at the Boule.

SECTION 6. Each member affiliated with a chapter shall pay to the local chapter all regular dues and assessments constituting the chapter's annual budget which must include the cost of one copy of the current Alpha Kappa Alpha Sorority *Constitution and Bylaws* and the *Manual of Standard Procedure* unless a member presents her own copies of these documents.  The per capita tax, which shall be included in the chapter budget, shall not be transmitted to the Alpha Kappa Alpha Corporate Office  until financial obligations to the chapter have been met in accordance with chapter bylaws. For General members, the cost of this document and implementing handbook will accompany their per capita tax.

SECTION 7. Each chapter shall bond its Tamiouchos and Pecunious Grammateus.

SECTION 8. The Past Supreme Basilei of Alpha Kappa Alpha Sorority, Incorporated shall be active

members of the Boule for life without financial obligations to Alpha Kappa Alpha Sorority, Incorporated.

SECTION 9. The Supreme Basileus shall be provided a stipend when funds are available in the budget.

SECTION 10. Each chapter shall send annually to the Alpha Kappa Alpha Corporate Office a report of its income and disbursements for the fiscal year ending December 31, and a copy of the budget adopted by the chapter for the new fiscal year. The report and budget shall be submitted on forms provided by the Alpha Kappa Alpha Corporate Office.

### SPECIAL FEES AND FINES

SECTION 11. A charter fee for graduate and undergraduate chapters shall be paid to the Alpha Kappa Alpha Corporate Office.

SECTION 12. An initiation fee for graduates and undergraduates shall be paid to the chapter by candidates approved for initiation. The fee shall be sent to the Alpha Kappa Alpha Corporate Office at the time materials for initiation are requested. The maximum cost of initiation per candidate may not exceed the amount most recently adopted by the Boule. This amount shall include the first per capita tax.

SECTION 13. A member of a graduate chapter who has been unfinancial for one year or more may reactivate by paying a designated fee. The fee may be paid through the chapter or to the Alpha Kappa Alpha Corporate Office. Payment of the reinstatement fee will

56

be accepted after previous indebtedness to former chapter and the Boule has been repaid. Current dues and assessments will begin at the time of reactivation.

a)      A general member who has been unfinancial for one year or more may reactivate by paying a designated fee directly to the Alpha Kappa Alpha Corporate Office.

b)      An undergraduate member who has been unfinancial for one year or more may reactivate by paying a designated fee.

SECTION 14. All dues and assessments are due and payable January 1 of each year and are subject to a late fee of ten percent (10%) of the entire amount if postmarked after February 1.

SECTION 15. A duplicate financial card may be obtained from the Alpha Kappa Alpha Corporate Office upon payment of a designated fee.

### AUDITING

SECTION 16. The financial accounts of the Executive Director and the Supreme Tamiouchos shall be audited annually by a certified public accountant.

SECTION 17.  The financial accounts and office expenses of all officers and persons handling funds of the Sorority shall be audited under the direction of the Finance Committee. Expense vouchers must accompany all financial records. Reports shall be presented to the Supreme Tamiouchos thirty (30) days prior to the Boule.

57

SECTION 18. Appropriations for the ensuing year shall not be granted to any officer or other persons handling funds of the Sorority whose accounts have not been properly certified or audited for the current year.

## NOT-FOR-PROFIT STATUS

SECTION 19. Alpha Kappa Alpha Sorority, Incorporated is organized and operates as a not-for-profit corporation.

# ARTICLE VIII
# RULES GOVERNING THE BOULE

SECTION 1. All business requiring recorded approval or rejection shall be decided by the votes of the authorized chapter and general member delegates, the members of the Directorate, the Past Supreme Basileus, the former Supreme Basilei the Executive Director and the Deputy Director.

SECTION 2. Delegates to the Boule shall be the duly elected and certified chapter delegates, the General member delegates, and those specified in Article VIII, Section 1.

SECTION 3. At the first session of the Boule, the following shall be seated together: authorized delegates of the chapters and authorized delegates of the General members, members of the Directorate, the Executive Director and the Deputy Director. Other sorors attending the Boule shall be seated in a separate section.

SECTION 4. Two sorors shall be appointed to serve as Philacter and Hodegos during the Boule. It shall be the duty of the Philacter to chair a committee to efficiently guard the doors and entrances to the Boule and to announce all alarms. The Hodegos shall receive and introduce all visitors. She also shall assist the Philacter.

SECTION 5. Every financial chapter and each group of assembled financial general members at a Boule shall be entitled to not less than two delegates and two alternates to serve as substitutes if delegates are absent. Every chapter and each group of assembled financial general members at a Boule having a membership of more than ten shall be entitled to one additional delegate and one alternate delegate for every fifteen members or fraction thereof, up to the maximum number of twelve delegates.

SECTION 6. At the beginning of the first session, General members present at the Boule shall elect one or more persons to represent them as authorized delegates, in accordance with Article VIII, Section 5 of the *Bylaws*.

SECTION 7. The operating expenses of the Boule shall be assumed by Alpha Kappa Alpha Sorority, Incorporated.

## REGISTRATION

SECTION 8. At the time of registration, each soror attending the Boule shall pay a fee, the amount of which shall have been approved by the Directorate.

SECTION 9. Courtesy registration shall be provided by the Sorority for Past Supreme Basilei, members of the Directorate, Honorary Members, chairmen of standing committees, members of the Nominating Committee and the Alpha Kappa Alpha Corporate Office staff who are in attendance at the Boule.

## ARTICLE IX
## VOTING AT BOULE

SECTION 10. Each delegate shall have one vote.

SECTION 11. Only the votes of the delegates or their alternates present in session or in the voting booths shall be counted.

SECTION 12. The voting strength of the Boule shall be the total number of delegates registered with the Boule at the time of voting.

SECTION 13. A plurality vote shall be required on all regular business unless otherwise provided for in the *Bylaws*.

SECTION 14. Voting on candidates for office shall take place not later than the morning of the final day of the Boule.

SECTION 15. Directorate, Regional Conference, and standing committee recommendations must be presented and voted on before the close of the morning session of the final day of the Boule.

60

## ARTICLE X
## THE EDUCATIONAL ADVANCEMENT
## FOUNDATION

Alpha Kappa Alpha Sorority, Incorporated, having chartered and incorporated a 501 (C) (3) tax exempt foundation, known as the Alpha Kappa Alpha Educational Advancement Foundation, which operates under its own bylaws, shall maintain said Foundation by supporting the same in part with the payment of an annual assessment by the members of Alpha Kappa Alpha Sorority, Incorporated.

## ARTICLE XI
## OFFICIAL PUBLICATION

The name of the official publication shall be known as the *Ivy Leaf*. It shall be published not less than four times a year.

## ARTICLE XII
## EMBLEMS, BADGES, COLORS, AND
## FLOWER

SECTION 1. Each member of the Sorority must purchase the official Alpha Kappa Alpha badge at the time of initiation.

SECTION 2. The badge shall be a green enameled ivy leaf, lettered in gold and encrusted with twenty (20)

61

pearls. A diamond may be embedded in the apex of the ivy leaf or in each of the three points.

SECTION 3. A soror may purchase a guard. It may be a guard of the chapter in which she is initiated or the chapter to which she transfers. It shall be plain gold or it may be encrusted with twenty (20) pearls.

SECTION 4. The Alpha Kappa Alpha Life Membership Pin is a 10k yellow gold pin with six (6) small green enameled, lettered ivy leaves. (Members who submitted Life Membership fees **prior to** July 20, 1990 may purchase the pin through the Alpha Kappa Alpha Corporate Office. Members who submitted Life Membership fees **after** July 20, 1990, at the new rate, will automatically receive the pin).

SECTION 5. Each Supreme Basileus of Alpha Kappa Alpha shall wear the distinctive badge of office which shall be presented by the Sorority at the time of her installation in office. This yellow gold badge, shaped like an ivy leaf, has a smaller green enameled ivy leaf in its center which is surrounded by twenty (20) pearls. This badge is encircled by a laurel wreath. The top is enhanced by a tiny gavel bearing one diamond on its stem.

SECTION 6. Each Honorary Member shall wear a badge of three small green enameled, lettered ivy leaves encircled in a wreath of twenty (20) pearls. The badge shall be presented by the Sorority at the time of her induction.

SECTION 7. The badge of a Deceased soror, an Ivy Beyond the Wall, may be interred with the body, retained by the family, or retained by another soror. The Basileus of the chapter shall notify the Alpha Kappa Alpha Corporate Office concerning the final disposition of the badge.

SECTION 8. The colors of Alpha Kappa Alpha Sorority, Incorporated shall be salmon pink and apple green. They shall be used on all public occasions of the Sorority.

SECTION 9. The official flower of Alpha Kappa Alpha Sorority, Incorporated shall be the pink tea rose.

## COAT OF ARMS (SORORITY CREST)

SECTION 10. The Sorority shall have as its official insignia a coat of arms (sorority crest) as described in the Initiation Ritual. This crest must not be reproduced under any conditions without the **written permission** of the Alpha Kappa Alpha Corporate Office. Reproduction without permission is a legal infringement and the violator is subject to prosecution.

## TRADEMARKS

SECTION 11. The badge, the coat of arms, the name *Alpha Kappa Alpha Sorority, Incorporated* , the name *Ivy Leaf,* and the term *Fashionetta* are federally registered trademarks with the U.S. Patent and Trademark Office. The badge and coat of arms must not be

be reproduced without the permission of Alpha Kappa Alpha Sorority, Incorporated. All federally registered trademarks should be used with the federal registration symbol (e.g. FASHIONETTA ®, *IVY LEAF* ®).

### THE OFFICIAL SEAL

SECTION 12. The official seal of the Sorority shall be used only by the Alpha Kappa Alpha Corporate Office to validate documents and official papers issued by that office. Under no circumstances shall a chapter or a member use the Sorority seal.

## ARTICLE XIII
## AMENDING THE BYLAWS

SECTION 1. These *Bylaws* shall be amended by the following procedure:

a)   Any chapter or General member wishing to amend the bylaws of the Sorority shall forward the proposed change, on the form entitled **Proposed Constitution/Bylaw Amendment Form**, to the Regional Conference for consideration. If favorably acted upon by two-thirds of the votes cast, it shall be forwarded on the Amendment Form, showing the vote statistics and signatures to the Supreme Parliamentarian, who is Chairman of the Constitution Committee, and to the Alpha Kappa Alpha Corporate Office by the Regional Director within thirty (30) days following the conference.

b)   Changes proposed by the Directorate, by standing or special committees shall be forwarded to the Su-

preme Parliamentarian and to the Alpha Kappa Alpha Corporate Office no later than January 1 preceding the Boule.

c)   The *Bylaws* may be amended at a regular meeting of the Boule by two-thirds of the votes cast, provided that the proposed amendments shall have been circulated to chapters no later than April 30 preceding Boule.

d)   Any active chapter absent from the Boule may vote by mail on proposed amendments to the *Bylaws*. A copy of the proposed amendments with the chapter vote and the signatures of three major officers (Basileus, Grammateus, Tamiouchos), shall be sealed in two envelopes and sent to the Alpha Kappa Alpha Corporate Office. The inner envelope shall be plainly marked **BALLOT**. This envelope shall be opened only by the tellers when the votes are counted at a time designated by the Boule. Absent chapters shall be entitled to cast the same number of votes as they are allotted delegates as prescribed in the *Bylaws,* Article VII, Section 5.

## ARTICLE XIV
## IMPLEMENTATION OF THE BYLAWS

The *Manual of Standard Procedure*, provided for the implementation of the Alpha Kappa Alpha *Constitution and Bylaws*, must be in accordance with the *Constitution and Bylaws of* Alpha Kappa Alpha Sorority, Incorporated.

# ARTICLE XV
# EFFECTIVE DATE

Amendments to the *Bylaws* shall take effect immediately following adjournment of the Boule at which they are adopted.

# ARTICLE XVI
# PARLIAMENTARY AUTHORITY

The rules contained in the current edition of *Robert's Rules of Order Newly Revised (* Tenth Edition) shall govern the Alpha Kappa Alpha Sorority, Incorporated in all cases to which they are applicable and in which they are not inconsistent with these *Bylaws* and any special rules of order adopted by Alpha Kappa Alpha Sorority, Incorporated .