# EXHIBIT 3

ALPHA KAPPA ALPHA SORORITY, INCORPORATED

# MANUAL OF STANDARD PROCEDURE

2004

# FOREWORD

The *Manual of Standard Procedure* is one of several internal documents of Alpha Kappa Alpha Sorority, Incorporated. Its specific purpose is to clarify the procedures that enable the membership to execute the regulations contained in the *Constitution and Bylaws*.

In those instances where it is feasible or necessary to present detailed procedures, the Manual expands on features related to operations within the Sorority, based on the *Constitution and Bylaws* to which it is subordinate.

The *Manual of Standard Procedure* is designed to be used in conjunction with the *Constitution and Bylaws*.

The rank order of authority of Alpha Kappa Alpha Sorority, Incorporated documents is as follows:

## Constitution and Bylaws

## Manual of Standard Procedure

*Robert's Rules of Order, newly revised, is the parliamentary authority used by the Sorority. It does not supersede the Alpha Kappa Alpha Sorority, Incorporated Constitution and Bylaws and Manual of Standard Procedure.*

Other procedural documents and publications of the Sorority are listed on pages **64-65** of this Manual.

The adoption of new procedures and the revision of all procedural documents, including the *Manual of Standard Procedure*, is an administrative duty of the Directorate.

# TABLE OF CONTENTS

Inception/Objectives . . . . . . . . . . . . . . . . . . . . . . . 1
Boule Meetings . . . . . . . . . . . . . . . . . . . . . . . . . 2
Boule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Directorate . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Standing Committees . . . . . . . . . . . . . . . . . . . . . 3
Constitution Committee . . . . . . . . . . . . . . . . . . . 3
Nominating Committee . . . . . . . . . . . . . . . . . . . . 4
Evaluation of Chapters . . . . . . . . . . . . . . . . . . . . 4
Program Development and Implementation . . . . . . . . . . . 5
   The Leadership Fellows Program . . . . . . . . . . . . . 5
   The Leadership Seminar . . . . . . . . . . . . . . . . . 6
   The Graduate Advisor Certification Program . . . . . . . 6
The Alpha Kappa Alpha Corporate Office
   And the Executive Director . . . . . . . . . . . . . . . . 7
Regions . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Regional Conferences . . . . . . . . . . . . . . . . . . . . . 8
Chapters . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
   Duties and Powers of Chapters . . . . . . . . . . . . . . 14
   Founders' Day . . . . . . . . . . . . . . . . . . . . . . 20
   Chapter Records and Reporting . . . . . . . . . . . . . . 20
Establishment of New Chapters . . . . . . . . . . . . . . . 23
Establishment of an Additional Graduate Chapter . . . . . . 24
Dissolution of Chapters . . . . . . . . . . . . . . . . . . . 24
Requests for Contributions . . . . . . . . . . . . . . . . . . 25
Members . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
   Active Membership Status . . . . . . . . . . . . . . . . 26
   Membership Classifications . . . . . . . . . . . . . . . 26
   Honorary Members . . . . . . . . . . . . . . . . . . . . 27
   Life Members . . . . . . . . . . . . . . . . . . . . . . 29
   Special Categories . . . . . . . . . . . . . . . . . . . . 29
Steps to Membership - Undergraduate . . . . . . . . . . . . 30

Procedures for Processing Candidates Who Attend
    Colleges Without Existing Chapters of the Alpha
    Kappa Alpha Sorority, Incorporated . . . . . . . . . . 32
Procedures for Processing Candidates for Graduate
    Chapters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
Transfers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
Penalties and Restoration of Privileges . . . . . . . . . . . 35
Withdrawal of Privileges and Suspension Individual
    or Chapter. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
    Individual Violations. . . . . . . . . . . . . . . . . . . . . . . 36
    Suspension . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
    Expulsion.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
    Revocation of Membership . . . . . . . . . . . . . . . . . 38
    Chapter Violations . . . . . . . . . . . . . . . . . . . . . . . 38
    Revocation of Chapter Charter . . . . . . . . . . . . . . . 39
    Fines and Restitution . . . . . . . . . . . . . . . . . . . . . . 39
Appeals Process . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
    Stage I - Reconsideration. . . . . . . . . . . . . . . . . . . 41
    Stage II - Hearing. . . . . . . . . . . . . . . . . . . . . . . . 41
Restoration to Good Standing. . . . . . . . . . . . . . . . . . 42
Finances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
    Chapter Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
    Charter Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
    Per Capita Tax . . . . . . . . . . . . . . . . . . . . . . . . . . 45
    Fines. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
    Corporate Office Improvement Project
    (COIP) Assessment Fees - Member. . . . . . . . . . . . . 45
    (COIP) Assessment Fees - New Member . . . . . . . . 45
    Membership Intake Fees . . . . . . . . . . . . . . . . . . . 45
    Reinstatement Fee . . . . . . . . . . . . . . . . . . . . . . . . 46
Steps for Submission of Proposed Constitution and
    Bylaw Amendments . . . . . . . . . . . . . . . . . . . . . . 47
Campaign Procedures for Office and the Nominating
    Committee . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

Elections at Boule. . . . . . . . . . . . . . . . . . . . . . . . . . 49
    Nominations . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
Voting at Boule. . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
General Boule Responsibilities. . . . . . . . . . . . . . . . . 51
Specific Boule Responsibilities . . . . . . . . . . . . . . . . 52
    Supreme Basileus. . . . . . . . . . . . . . . . . . . . . . . . . 53
    Executive Director . . . . . . . . . . . . . . . . . . . . . . . . 53
    National Protocol Committee . . . . . . . . . . . . . . . . 54
    Hostess Chapter(s) . . . . . . . . . . . . . . . . . . . . . . . . 55
    Expenses and Activities paid for by Hostess
    Chapter(s). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
    Shared Responsibilities . . . . . . . . . . . . . . . . . . . . 57
Boule Operation . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
Official Stationery, Crest And Chapter Supplies . . . . . 59
    Stationery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
    Crest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
    Chapter Supplies . . . . . . . . . . . . . . . . . . . . . . . . . 59
Publications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
    Ivy Leaf Magazine . . . . . . . . . . . . . . . . . . . . . . . 60
    Boule Minutes . . . . . . . . . . . . . . . . . . . . . . . . . . 61
    Rituals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
    Other Publications . . . . . . . . . . . . . . . . . . . . . . . . 62
    Other Items. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64
The Educational Advancement Foundation . . . . . . . . . 65
Emblems . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
Official Representation at Public and Special Occasions . 66
Songs for Public Occasions . . . . . . . . . . . . . . . . . . . 66
Songs for Private and Ritualistic Ceremonies . . . . . . . 66
Soror Code of Ethics. . . . . . . . . . . . . . . . . . . . . . . . 67
Directorate Code of Conduct . . . . . . . . . . . . . . . . . . 71
Supreme Basilei (Listing) . . . . . . . . . . . . . . . . . . . . 73
Honorary Members (Listing) . . . . . . . . . . . . . . . . . . 74

# INCEPTION/OBJECTIVES

In 1908, Alpha Kappa Alpha Sorority became America's first Greek-letter organization established by Black women. Her roots date back to Howard University, Washington, D.C., where the idea for formation was conceived by Ethel Hedgemen Lyle of St. Louis, Missouri. She viewed the Sorority as an instrument for enriching the social and intellectual aspects of college life by providing mental stimulation through interaction with friends and associates.

Through the years, however, Alpha Kappa Alpha's function has become more complex. After her incorporation as a perpetual body on January 29, 1913, Alpha Kappa Alpha gradually branched out and became the channel through which selected college-trained women improved the social and economic conditions in their city, state, nation and the world.

Today, that tradition has continued locally, nationally, and internationally. Alpha Kappa Alpha cultivates and encourages high scholastic and ethical standards; promotes unity and friendship among college women; alleviates problems concerning girls and women; maintains a progressive interest in college life; and serves all mankind through a nucleus of more than 170,000 women and over 900 chapters.

**Soror Code of Ethics** - details shown in the final pages of this Manual.

**Directorate Code of Conduct** - details shown in the final pages of this Manual.

# BOULE MEETINGS
## (*Constitution*, Article IV, Section 1)

The Boule shall meet biennially in the summer. PROCEDURES FOR INVITING THE BOULE TO YOUR CITY: Any chapter(s) desiring to host the Boule should send a letter of intent to the Executive Director. The letter should include a description of meeting facilities, hotels available and the extent to which the city can accommodate the families and guests of sorors. In addition, letters of invitation from state and local officials, convention bureau and others interested in convention business should be included. Supporting letters including the invitation should be transmitted in a portfolio. The Executive Director will report her findings to the Boule, via the Directorate, for action.

# BOULE
## (*Constitution*, Article IV, Section 2)

The executive power of Alpha Kappa Alpha Sorority, Incorporated lies in the Boule. This body has final authority in all policy decisions and adjudications. The Boule has delegated powers to the Directorate to administer the business of the Sorority when the Boule is not in session.

The Boule is the constitutional, decision-making body of the Sorority. The Boule, when in session, exercises its power to elect the Directorate, to approve or disapprove policies recommended by the Directorate, regions, committees and/or its members or commissions. The Directorate is directly responsible to the Boule.

1

## DIRECTORATE
### (*Constitution*, Article V, Section 5)

No more than two members of the same chapter may hold offices on the Directorate during the same two or four year term.

## STANDING COMMITTEES
### (*Bylaws*, Article I, Sections 15-16)
#### (Refer to *Officer-Committee Handbook*)

The Standing Committees, traditionally listed in the order of their establishment, are: Constitution, Finance, Program, Nominating, Standards, Undergraduate Activities, Human Resources, Membership, Connection, Building and Properties, Archives, Honorary Members/Awards, and Technology. Details about their structure and functions are presented in the references shown above and in the expansion of their related features throughout the *Manual Of Standard Procedure*. The rotation schedules for undergraduate members on the Constitution and Nominating Committees are presented here:

### Constitution Committee

The undergraduate members of the Constitution Committee shall be appointed according to the following rotation schedule (*Bylaws*, Article I, Section 15a):

**2004 - Mid-Western, South Eastern, Far Western**
**2006 - South Atlantic, North Atlantic, Mid-Atlantic**
**2008 - Great Lakes, South Central, Central, International**

### Nominating Committee

The Nominating Committee is composed of one soror from each region (*Bylaws*, Article I, Section 15d). The Regional Conference selects one soror as its nominee and one soror as alternate (*Bylaws*, Article II, Section 6). The Region's nominee shall appear on the ballot at the next Boule, and she will serve a two-year term on the committee.

If the soror elected to the Nominating Committee is unable to serve or moves out of the region, the alternate shall complete the unexpired term. This recommendation must be confirmed by the Directorate.

The undergraduate members of the Nominating Committee shall be elected according to the following rotation schedule (*Bylaws*, Article I, Section 15d):

**2004 - North Atlantic, Mid-Atlantic, South Atlantic**
**2006 - South Eastern, Mid-Western, Far Western**
**2008 - Great Lakes, Central, South Central, International**

An undergraduate soror who is elected to the Nominating Committee and graduates prior to the end of her term may complete the term for which she was elected.

## EVALUATION OF CHAPTERS
### (*Bylaws*, Article I, Section 15k)

Chapters should conduct an annual self evaluation using the Chapter Evaluation Form developed by the Standards Committee. Chapter Evaluation Forms may be obtained from the Alpha Kappa Alpha Corporate Office.

The Standards Committee is charged with the responsibility of evaluating at least two chapters from each region annually. *(refer to Standards Resource Guide)*

# PROGRAM DEVELOPMENT AND IMPLEMENTATION
### (*Bylaws,* Article I, Section 17)

The Program of Alpha Kappa Alpha is consistently centered around significant issues which affect society. This tradition of service and social action continues to characterized the Sorority and its members in their respective communities. Leadership of the organization establishes the theme, the priorities and the direction of the program, which is then implemented at the local, national and international levels.

The following programs are implemented on a continuous basis:
- The Leadership Fellows Program.
- The Leadership Seminar.
- The Graduate Advisor Certification Program

## The Leadership Fellows Program

The program is conducted for thirty undergraduate sorors who are chosen on a competitive basis from the ten geographic regions and from the category of general membership.

Two components, which are conducted over successive summers, may constitute the program. During the first summer, the Fellows attend a week of intensive training in leadership skills in a retreat setting. The second summer, an internship in leadership is provided in a work setting. Therefore, two groups of Leadership Fellows may be in the program simultaneously each summer.

## The Leadership Seminar

This seminar, structured to meet the needs of current and potential leaders of Alpha Kappa Alpha Sorority, Incorporated, is offered biennially in the summers when the Boule does not meet.

As part of the program of the Sorority, it may be the responsibility of the Program Committee to structure a seminar experience which will help the leadership and the sorors of Alpha Kappa Alpha Sorority, Incorporated to manage the organization and to implement its program of service.

## The Graduate Advisor Certification Program

The program is conducted to train graduate members of the sorority to serve as advisors to undergraduate members of the sorority, and to supervise all activities of undergraduate chapters of the sorority.

The program is offered annually at each regional conference, and/or the Leadership Seminar or Boule.

To be admitted to the program a soror must not have been suspended for hazing and must be at least a five year post graduate from an undergraduate college or university education program.

# THE ALPHA KAPPA ALPHA CORPORATE OFFICE

## AND THE

## EXECUTIVE DIRECTOR
### (Bylaws, Article I, Sections 18-19)

The Executive Director is responsible for the administration of the Alpha Kappa Alpha Sorority Corporate Office. The duties and responsibilities are as follows:

- Report to Supreme Basileus/Directorate. Plan and execute an orderly and efficient office management program.
- Develop and ensure the dissemination of communication.
- Maintain communication with standing committees.
- Coordinate and interpret the Alpha Kappa Alpha program.
- Develop recommendations for the implementation of policy and program procedures.
- Implement policies adopted by the Directorate and/or Boule and apprise the Supreme Basileus of those matters that require action by the Directorate.
- Serve as custodian of all permanent records.
- Serve as coordinator of the Boule.
- Review and analyze proposals and assist in the development of budgets.
- Receive, deposit, and account for all Alpha Kappa Alpha Sorority funds and make financial records available to the Supreme Tamiouchos and the Finance Committee.
- Operate the Alpha Kappa Alpha Corporate Office with ultimate accountability for all Corporate Office employees.
- Require all employees to know the written procedures and operations of the Alpha Kappa Alpha Corporate Office and to know how these procedures and Operations are to be achieved.
- Apprise the Supreme Basileus, Human Resources Committee, and Directorate of the status of the employee benefit package.

Duties and responsibilities of other staff members are delineated in the *Manual Of Personnel Policies and Procedure.*

# REGIONS
### (Constitution, Article VI, Sections 1-5)
### (Bylaws, Article II, Sections 1-7)

## Regional Conferences

Each region shall hold an annual conference. Proposed contracts shall not be signed in the name of Alpha Kappa Alpha Sorority, Incorporated. Proposed contracts shall be negotiated in the name of the respective hostess chapter(s) (e.g. Cluster 1, North Atlantic Region), then sent by the Regional Director to the Supreme Basileus and to the Corporate Office for review by the Sorority attorney. After that liability/security step, the signatures on the contract shall include that of the respective Regional Director.

The hosting of Conferences shall rotate among chapters within the Region according to a schedule designed to meet the specific needs of the Region.

Proposed dates shall be set by the Regional Director in cooperation with the hostess chapter(s). With the exception of the International Region, the dates of the Regional Conferences must be prior to May 1 in a Boule year.

Regional conferences are study sessions designed to clarify procedures and resolve problems of the chapters within a region through workshops, discussions, demonstrations and other types of group activity.

The agenda of the Regional Conference is the responsibility of the Regional Director in cooperation with the Supreme Basileus who may wish to maintain a certain level of uniformity among all of the regions.

The Regional Director, who is the official representative of the region, shall be the presiding officer of the Regional Conference. All public occasions, especially at the Regional Conference, shall be led by her.

The general program for the Regional Conference must be formulated by the Regional Director in cooperation with the Directorate and the hostess chapter(s).

Details of program and arrangements for the preferred or selected events shall be coordinated by the hostess chapter(s) in consultation with the Regional Director.

The Memorial Service (Ivies Beyond The Wall) and/or Rededication Service must be included in the Regional Conference program. *(Refer to the Alpha Kappa Alpha Sorority Rituals Manual for instructions on attire and ceremony procedure.)*

The hostess chapter(s) may arrange social affairs and activities of interest which will add to the success of the Regional Conference. Such activities should be kept to a minimum and must be approved by the Regional Director before they are planned or listed on the conference agenda.

Local committees responsible for registration, housing, escorts, banquets, hospitality, public meeting program, social affairs, publicity, etc., should be appointed by the hostess chapter(s) well in advance of the Regional Conference. The chairman of the Regional Conference Steering Committee must maintain close communication with the Regional Director.

Invitations and general information about the dates, location, registration, tentative conference schedule, transportation, and housing must be circulated to the chapters at least two (2) months prior to the date of the conference.

A uniform registration fee, established by the Directorate, shall be collected by the hostess chapter(s). The fee is used to defray administrative and business expenses of the Regional Conference, such as publicity, photography, duplication and distribution of conference minutes, conference expenses of the Regional Director, and other general expenditures of the conference. Payment of the registration fee entitles a soror entry to all plenary sessions, workshops

and one designated meal; and receipt of a badge, conference kit and workshop materials. Additional fees may be charged for special events such as tours and luncheons.

After the Conference, any remaining amounts of money from the registration fee, the collection of late fines or any other source shall be disposed of according to the adopted conference rules. The minutes of the Regional Conference must include a complete financial report.

The Conference, through the hostess chapter(s), should pay the expenses of all Directorate members and other guests who are invited to serve as program/workshop participants, with the exception of the Supreme Basileus and the Executive Director. Expenses incurred by the Regional Director in planning with the hostess chapter(s) for the conference shall be hostess chapter expenses. All Directorate members and former Supreme Basilei shall receive courtesy registration and conference social amenities. Corporate Office staff members involved in program activities shall receive courtesy registration and conference social amenities.

Courtesy registration for the region's former Regional Directors and its other former Directorate officers is left to the discretion of the hostess chapter(s) and the Regional Director.

The Registration Committee must be prepared to handle registration by mail at least one (1) month preceding the conference. There shall be no on-site registration at the Conference.

The status of any soror participating in the Regional Conference program must be cleared through the Alpha Kappa Alpha Corporate Office.

A current membership card is required to participate in the plenary sessions and social events. A duplicate membership card can be obtained from the Alpha Kappa Alpha Corporate Office. If a soror does not have a current card, verification of payment of the current per capita tax may be secured from the Alpha Kappa Alpha Corporate Office.

Sorors must wear identification badges and/or ribbons which clearly denote their status as voting delegates, alternates or non-voting delegates. These badges and/or ribbons shall be provided by the hostess chapter(s) and used as a basis for seating. For orderly seating, advance placement of delegate signs and aisle microphones should be established in the location of the plenary sessions before the first conference session. Information about reserved seating for delegates and Golden Sorors should be included in the conference packets where delegates received their badges.

The chairman of the Registration Committee, appointed by the Regional Director, shall be in charge of accepting credentials of duly elected delegates. She also shall assist with the mechanics for seating delegates. In cooperation with the Election Committee, she shall make provisions for the facilities for the ballot voting.

The number of delegates to the Regional Conference shall be determined by the same formula used to determine the number of Boule delegates to which the

11

chapter or group of assembled General Members is entitled. (See Voting, in this document). Immediately preceding the opening of the conference, the Executive Director will furnish the Regional Director with the official number of delegates for which each chapter in the region is eligible, and the total number of general members in the region. This report determines the voting strength of the Conference.

Voting at the Regional Conference shall follow the same procedure utilized at the Boule. (See *Bylaws*, Article IX, Sections 10-15). Because of the provision in *Bylaw*, Article I, Section 1, voting by ballot is required. Whenever an office has only one candidate, the presiding person can declare that the candidate is officially elected by unanimous consent or by acclamation, thus eliminating the need to include that office on the ballot.

In voting on candidates for the Office of Regional Director, the Region's representative on the Nominating Committee (a Standing Committee) and the Alternate for the Nominating Committee, there shall be one ballot containing the names of these nominees. In each case, the candidate receiving a plurality vote, (the largest number), shall be the nominee. In the case of the Region's representative on the Nominating Committee, the candidate receiving the second highest votes shall be the Alternate for the Nominating Committee. The Alternate only serves in the event the position is vacated by the duly elected Nominee.

In case of a tie vote, the Conference shall vote on the names which have the equal number of votes in order to determine the nominee.

There shall be no nominations from the Boule floor for the Directorate office of Regional Director or the Nominating Committee membership.

The Conference Grammateus and other necessary Conference officers and committee members are appointed by the Regional Director with the approval of the body at the opening session of the conference.

The Regional Director and other special guests shall be housed comfortably and conveniently.

Arrangements for transportation of the Regional Director to all meetings and social events must be made.

# CHAPTERS
## (*Bylaws*, Article III, Sections 8-23)

### Duties and Powers of Chapters

Chapter officers shall be elected in November and installed at the close of the December meeting, except on campuses where the National Panhellenic Conference or National Pan-Hellenic Council regulations differ. The terms of office shall begin January 1.

If a chapter chooses to do so, a preliminary report of the Nominating Committee may be received at the October meeting, including nominations from the floor, without closing the nominations until the November meeting at which the final report of the Nominating Committee, and nominations from the floor are completed. Voting takes place at the November meeting. Utilizing this schedule can

13

provide the opportunity to introduce the candidates and receive their biographic summaries as related to the office they seek. The complete alphabetic listing of all candidates on the ballot can be done. Modifications of this procedure are being followed in some chapters; therefore, it is recommended for consideration by all.

A chapter shall have all elected officers listed in the *Bylaws*, Article III, Section 21, and any other officers deemed necessary. The duties of the elected officers shall correspond to those of similar designation as the Boule. Chapters may also require sorors to meet additional requirements including but not limited to, a specified number of regional conferences, Boules, and/or Leadership Seminars to be eligible for election of certain or all offices of the chapter.

Graduate chapters in cities where there is an undergraduate chapter shall have the office of Graduate Advisor (Refer to *Bylaws*, Article III, Sections 22-23).

The Graduate Advisor(s) must be a member of the graduate chapter. The graduate chapter shall determine how many sorors have the qualifications and are willing to serve as Graduate Advisor to the undergraduate chapter. To be eligible for the office of Graduate Advisor, immediately prior to her election, a soror shall have been a member of the graduate chapter for at least two years, must have attended one of the last two Boules or one of the last two Regional Conferences and must be certified by the Alpha Kappa Alpha Sorority, Incorporated *Graduate Advisor Certification Program*. There must be at least a five year period between the time a soror graduates from an undergraduate college or

university education program and her nomination/appointment to the office of Graduate Advisor. A soror who has been suspended for hazing shall never be eligible to hold the office of Graduate Advisor to an undergraduate chapter. If there are choices available, the entire list of the most suitable eligible candidates as determined by the Nominating Committee and the Graduate Chapter Basileus shall be sent to the undergraduate chapter which will select three (3) names. The graduate chapter elects one or more from the three to be Graduate Advisor(s). When a list is given, and the undergraduate chapter makes their selections from the list, there will be no nominations from the floor for the office of graduate advisor. Under extenuating circumstances, the Supreme Basileus or the Regional Director may appoint the Graduate Advisor to an undergraduate chapter.

The Graduate Advisor(s) must have a working knowledge of the following documents: *Constitution and Bylaws, Manual Of Standard Procedure,* and *Anti-Hazing Handbook* of Alpha Kappa Alpha Sorority, Incorporated, chapter bylaws, and other pertinent Sorority documents. She/They shall have knowledge and understanding of the current national program of the Sorority, Membership Intake Process, and rules and regulations of the National Pan-Hellenic Council, National Panhellenic Conference, and college or university where the chapter is located. She/They must be certified by Alpha Kappa Alpha Sorority, Incorporated prior to being elected to the office of graduate advisor.

At least one Graduate Advisor or member of the Undergraduate Advisory Committee/Council must be present at all undergraduate chapter activities, including

15

Membership Intake Process, public programs, rush activities, executive committee meetings, step shows, chapter socials, meetings with the graduate sorors, special meetings, and all other chapter meetings.

The specific functions and responsibilities of the Graduate Advisor in chapter activities include:

- Approve and supervise all facets of the Membership Intake Process.
- Read and approve all reports, forms and correspondence emanating from the undergraduate chapter(s) and going to the Alpha Kappa Alpha Corporate Office, Regional Director, other chapters, general public, and those agencies conducting Business with Alpha Kappa Alpha Sorority, Incorporated.
- Approve all expenses relating to the Membership Intake Process.
- Countersign all chapter checks.
- Send an itemized statement of expenses to the parent(s) or guardian(s) of each candidate who is in dependent status.
- Determine whether the undergraduate chapter adheres to the initiation budget approved by the Regional Director.
- Recommend to the Regional Director, if necessary, the suspension of a candidate from the Membership Intake Process.
- Approve and sign all forms and records required for the processing of candidates for membership intake in Alpha Kappa Alpha Sorority, Incorporated.

- Secure copies of all Sorority resource materials. Especially:
  *Constitution and Bylaws*
  *Manual Of Standard Procedure*
  *Anti-Hazing Handbook*
  *The Graduate Advisors' Manual*
  *The Undergraduate Membership Intake Process Manual*
  *General Information For The Collegian Brochure*
  *Membership Intake Procedure Video*
  *Mentoring Handbook*
  *Sisterly Relations Handbook*

The responsibility for supervision of the undergraduate chapter shall be with the graduate chapter *(Bylaw, Article III, Section 24)*. In addition to providing a qualified graduate advisor(s) to the undergraduate chapter, the graduate chapter shall:

- Provide a mentor for each member of the undergraduate chapter, including pairing graduate chapter officers with the undergraduate chapter officers. Activities between the mentor and undergraduate shall follow the guidelines found in the current edition of the *Mentoring Handbook,* and shall last through the undergraduates' membership with the undergraduate chapter to her transition to graduate membership. To serve as a mentor to an undergraduate, a soror must be a five year post graduate of an undergraduate college or university education program, and must not have been suspended for hazing.

17

- Provide a graduate advisory committee to support the work of the elected Graduate Advisor(s). Members of the graduate advisory committee shall be appointed by the graduate chapter basileus, must have been members of the graduate chapter for at least two consecutive years immediately prior to appointment to the committee and a five year post graduate of an undergraduate college or university education program, must be drawn from the leadership of the graduate chapter - such as current or former graduate chapter officers and standing committee chairmen and standing committee members, must not have been suspended for hazing, and must be certified by the Alpha Kappa Alpha Sorority, Incorporated Graduate Advisors Certification Program. The Chairman of the committee must be an elected graduate advisor.
- Establish a working relationship between the graduate chapter basileus, graduate advisor(s) and the office of Greek affairs, student life, and other pertinent college and university offices, including meeting with officials on a regular basis.
- Attend activities of the undergraduate chapter as appropriate.
- Include the graduate advisor as a member of the graduate chapter executive board where the graduate advisor shall give regular reports on the status of the undergraduate chapter.
- Provide financial support to the graduate advisor for attendance to cluster, regional, and national meetings.

- Provide incentive and recognition programs for scholastic and other achievements to the undergraduate chapter members.
- Support, encourage and assist the undergraduate chapter in reporting inappropriate contact, participation, and other unauthorized communication and interaction of inactive members of the Sorority with the undergraduate chapter.
- Assist the graduate advisor in the maintenance and security of the undergraduate chapter charter, files, and records, including finances and other assets.
- Assist the graduate advisor as necessary in enforcing the Alpha Kappa Alpha Sorority, Incorporated Anti-Hazing Policy.

## Founders' Day

All chapters shall observe Founders' Day annually during the months of January, February, or March on a date which does not conflict with Regional Conferences.

## Chapter Records and Reporting

The chapter charter, rituals, rosters and minutes shall be retained in permanent chapter files.

Minutes of each chapter meeting shall be kept in a permanent record book that can be either a ledger with handwritten minutes or a bound book with printed copies of minutes developed from utilizing a word processing application, i.e. WORD. The draft of the minutes of each chapter meeting, as developed by the chapter Grammateus, should

19

e sent to each member or distributed at the next chapter meeting for approval. Corrections should be entered in the margin. Chapter approval causes this draft to become the official minutes of a meeting. The chapter copy should have the date of approval and the signatures of the Grammateus and Basileus entered thereon. At the end of the each year, both the minutes and the reports should be bound by a printing company, etc. for storage in the chapter files or its archives.

Copies of chapter bylaws shall be retained on file.

According to the *Constitution*, Article VII, Section 5, each chapter shall have the power to make its own bylaws. These bylaws must not conflict with the *Constitution and Bylaws* of Alpha Kappa Alpha Sorority, Incorporated. Adherence to this principle is important in maintaining a reasonable level of uniformity within the organization. The *Constitution*, Article III, Section 1 specifically states that the governing body of Alpha Kappa Alpha Sorority, Incorporated shall be known as the Boule to which all chapters shall be subordinate. It is through the Boule that members, chapters, committees and the Directorate have the ongoing privilege and responsibility to amend the documents.

Two (2) copies of the chapter bylaws must be submitted to the Regional Director who will review them, make necessary corrections, and return corrected copies to the chapter. The chapter will make final revisions and forward two (2) copies to the Regional Director who will send a copy of the corrected bylaws to the Alpha Kappa Alpha Corporate Office. Two (2) copies of subsequent changes will be forwarded by the chapter to the Regional Director who will

send a copy of the approved changes to the Alpha Kappa Alpha Corporate Office.

A copy of the chapter bylaws shall be provided to each chapter member.

Financial records of the Grammateus and Tamiouchos, and accounts of expenditures of officers shall be examined by an auditing committee appointed by the Basileus. Refer to the *Fiscal Fitness: Guide to Chapter Financial Procedures*.

Annual reports of incumbent officers shall be presented at the December meeting prior to the installation of officers.

Chapter records from all officers shall be completed for the year and transferred to the new officers within the thirty (30) day period following the election.

The retiring officers are responsible for compiling and sending the required annual Chapter Report Book to the Alpha Kappa Alpha Corporate Office.

If the yearly budget of the chapter involves one thousand dollars ($1,000.00) or more, the chapter may engage a professional accountant to review its records and to establish a bookkeeping system.

Each chapter shall bond its Tamiouchos and Pecunious Grammateus. It is recommended that bonding include any other officer(s) who handle money and, in the case of undergraduate chapters, that the Graduate Advisor(s)

21

be bonded by the undergraduate chapter, and that she countersign all chapter checks.

Written permission must be secured from the Directorate for chapters to use the name Alpha Kappa Alpha Sorority, Incorporated in issuing statements, resolutions, endorsements or protests. A copy of the verification shall accompany the circulated document.

The fiscal year for all chapters shall be the same as the fiscal year for the Boule, January 1 through December 31.

Undergraduate chapters shall give particular attention to the care of their records. During vacation months the chapter records shall be kept by the Graduate Advisor.

Each chapter shall have in its file the current copy of *Fiscal Fitness: Guide to Financial Procedures.*

## ESTABLISHMENT OF NEW CHAPTERS
### (*Bylaws*, Article III, Sections 1-7)

The requirements for establishing a new chapter are presented in Article III of the *Bylaws* and in the following pamphlets: *Procedure For The Establishment Of A Graduate Chapter* and *Procedure For The Establishment Of An Undergraduate Chapter.* The Regional Director and the Executive Director will furnish additional information or clarification, if requested. These documents are available from the Alpha Kappa Alpha Corporate Office.

## ESTABLISHMENT OF AN ADDITIONAL GRADUATE CHAPTER
### (*Bylaws*, Article III, Sections 4-5)

For details concerning the establishment of an additional chapter in a city where a graduate chapter(s) already exist(s), refer to the *Bylaws*, Article III, Sections 4-5, and the pamphlet: *Procedure For The Establishment Of A Graduate Chapter,* which is available from the Regional Director and Alpha Kappa Alpha Corporate Office.

## DISSOLUTION OF CHAPTERS
### (*Bylaws*, Article III, Section 5)

The Regional Director shall recommend to the Directorate that a chapter be dissolved if the number of active members in a chapter has been fewer than eight (8) for a period of three (3) years. By February 15, the Executive Director shall notify the Regional Director if a chapter has not maintained the required number of active members for three (3) years.

Following the acceptance of the Directorate recommendations by the Boule, the charter of the dissolved chapter and other records shall be recalled by the Regional Director and deposited in the Alpha Kappa Alpha Corporate Office within six (6) months after Boule action.

The name of any chapter which has been declared officially dissolved may be used for a new chapter.

During the three (3) year period in which a chapter is unable to maintain chapter status, individual sorors may

23

become general members. Upon dissolution of the chapter, each financial soror will be transferred to general membership.

## REQUESTS FOR CONTRIBUTIONS
### *(Bylaws,* Article III, Section 16)

Chapters wishing to solicit money shall adhere to the following guidelines:

1. To solicit contributions within the Sorority, the chapter basileus shall submit to the Supreme Basileus the request for Contribution Authorization Form. The form is available in the Corporate Office.

2. The form includes the following information:

   a. Purpose and use of the contribution to be solicited.
   b. Time frame for collection of the contribution (e.g. ending date for the fund- raising solicitation).
   c. Projected fund-raising goal.
   d. Copy of the proposed solicitation document to be circulated.

3. All requests shall be received by the Supreme Basileus before February 1, June 1 or October 1 to be considered at the March, July, or November Directorate meeting.

## MEMBERS
### *(Bylaws,* Article IV, Sections 1-9)

**Active Membership Status**

1. To be an active member a soror must be in good standing. A soror in good standing meets the academic, fulltime student status (undergraduate) and financial requirements, and has no penalties or sanctions imposed by her school (undergraduates), chapter or Alpha Kappa Alpha Sorority, Incorporated.

   The academic requirement for undergraduate members is a cumulative average of C+. Fulltime status for undergraduate members is as defined by the office of the registrar at the college or university where the undergraduate member is a student.

**Membership Classifications**

1. Membership in Alpha Kappa Alpha Sorority, Incorporated may be classified as:

   1. Undergraduate
   2. Graduate
   3. General
   4. Associate
   5. Honorary
   6. Life

C. Supportive documents; pictorial, illustrative, visual certificates and dates of awards.

## LIFE MEMBERS
### (*Bylaws,* Article IV, Section 9)

A soror who qualifies for and desires a life membership may secure an application form from the Alpha Kappa Alpha Sorority Corporate Office. A member of a graduate chapter must have her application signed by the Basileus and Grammateus of her chapter. All indebtedness to the chapter must be cleared prior to submission of the application form.

The Life Member shall not be required to attend chapter meetings or in any other way participate in chapter activities. Nationally, she shall receive all courtesies accorded an active soror. She shall not be required to assume chapter obligations and, therefore, will have no voting privileges in a chapter. Should she wish to vote and participate in chapter activities, she may do so by assuming her share of a chapter's financial obligations.

## SPECIAL CATEGORIES

75 - Year Member
    An active soror may voluntarily seek recognition as a Diamond Soror (designating at least seventy-five (75) years of membership) by submitting a request to the Alpha Kappa Alpha Corporate Office. Her medallion is a gift from Alpha Kappa Alpha Sorority, Incorporated.

50 - Year Member
    An active soror may voluntarily seek recognition as a Golden Soror (designating at least fifty (50) years of membership) by submitting a request to the Alpha Kappa Alpha Corporate Office. Her medallion is a gift from Alpha Kappa Alpha Sorority, Incorporated.

25 - Year Member
    An active soror may voluntarily seek recognition as a Silver Star (designating at least twenty-five (25) years of membership) by submitting a request to the Alpha Kappa Alpha Corporate Office and purchasing her silver medallion.

## STEPS TO MEMBERSHIP UNDERGRADUATE
### (*Bylaws,* Article IV, Sections 12-26)
### (*See Undergraduate Membership Intake Process Manual*)

1. To be considered a candidate for membership, an undergraduate must have creditable completed one grading period (semester or quarter) in that school, immediately prior to submitting an application, (i.e. Spring GPA's for Fall; Fall GPA's for Spring), and currently be a full-time student when applying for membership. Summer GPA's are acceptable if:
   a. The student matriculated full-time during the Spring immediately prior to application; and,
   b. The full-time hours of the Summer semester or quarter are equivalent to those of Other semester or quarter full-time hours, (i.e. 12 hours for Fall/Spring equal 12 Hours in the semester.)

(Chart for use with *Bylaws*, Article IV - Membership Status Classification - New Members - Undergraduate Section 17)

| Examples of a favorable vote in an undergraduate chapter: (excluding Legacy candidates who are not voted on by the chapter) | | | |
|---|---|---|---|
| MEMBERSHIP SIZE | NO. OF ACTIVE MEMBERS | PRESENT AT MEETING | VOTES REQUIRED |
| Less then 40 | 39 | 26 (2/3 active members required) | 14 (Majority) |
| 40 or more | 45 | 40 (active members present) | 27 (2/3 of members present) |

The Regional Director can make direct inquiries as to why prospective candidates who were not selected did not receive a favorable vote.

Undergraduate candidates who are initiated between December 1 and December 31 in any given year shall be issued the financial card for the following year. This exception does not apply to undergraduates who are initiated at any time prior to December 1, nor does it apply to graduate candidates.

Chapter dues should be paid in advance. For those undergraduates who are initiated during the month of November in any given year, the chapter should collect the dues for the following year at the time of initiation so that they will not become inactive in January.

# PROCEDURES FOR PROCESSING CANDIDATES WHO ATTEND COLLEGES WITHOUT EXISTING CHAPTERS OF ALPHA KAPPA ALPHA SORORITY, INCORPORATED
### (*Bylaws*, Article IV, Section 20)

A graduate chapter in the candidate's home town or a graduate chapter in the city in which the college or university is located may submit to the Regional Director a recommendation that a candidate be considered.

The Regional Director shall present to the Directorate the following for consideration:

- Recommendation from the chapter.
- An official college transcript or official statement validated by the registrar verifying the previous semester and cumulative averages of at least C+.
- Statement of approval from the college the candidate is attending.
- A letter of interest from the candidate.
- An affirmation card signed by the candidate.
- Two (2) *letters of reference* from persons who can attest the candidate's high ethical and moral standards.
- Written evidence of detailed community/campus involvement from a director or advisor of the activity or program (*documented on the Alpha Kappa Alpha Sorority, Incorporated Evidence of Community/Campus Involvement Form*).

If the Directorate approves, the candidate shall be notified by the Regional Director and given instructions concerning initiation.

The Regional Director may designate a chapter to conduct initiation of those candidates who have been approved for general membership, but the ultimate responsibility resides with the Regional Director.

No more than three (3) general members shall be approved for general membership at a college or university without a chapter. If a graduate chapter wishes to recommend more than three candidates for membership at a college or university without a chapter; or if the chapter's recommendation would make the number of general members on a college or university campus more than three (3), then the graduate chapter must follow the procedures for establishing an undergraduate chapter of Alpha Kappa Alpha Sorority, Incorporated *(Refer to the pamphlet - Procedure For The Establishment Of An Undergraduate Chapter.)*

NOTE; Credentials to be processed for candidates for general membership must be submitted to the Corporate Office no later than the deadline dates listed below:

| Directorate Meeting | Deadline Date |
|---|---|
| November | October 1 |
| March | February 1 |

Credentials received after the respective deadline dates will be deferred until the next appropriate Directorate meeting.

# PROCEDURES FOR PROCESSING CANDIDATES FOR GRADUATE CHAPTERS
### (Bylaws, Article IV, Sections 28-38)
##### (See Graduate Membership Intake Process Manual)

A candidate for graduate initiation must be a woman of high ethical and moral standards who can make some definite contribution to Alpha Kappa Alpha Sorority, Incorporated. From an accredited senior college or university, she must have attained:

1. At least a baccalaureate degree with a minimum cumulative average of C+,

**or**

2. A graduate or professional degree.

(Chart for use with *Bylaws,* Article IV - Membership Status Classification - New Members - Graduate, Section 32).

**Examples of a two-thirds vote:**

| CANDIDATE | PRESENT/ELIGIBLE TO VOTE | SORORS VOTING ON EACH | 2/3 VOTE NEEDED FOR ACCEPTANCE |
|---|---|---|---|
| A | 32 | 32 | 22 |
| B | 32 | 28 | 19 |
| C | 32 | 30 | 20 |

Sorors present but not voting are not counted. There shall be no proxy votes or absentee ballots.

## TRANSFERS
### (Bylaws, Article IV, Sections 40-42)

A transfer from the Alpha Kappa Alpha Corporate Office shall be necessary when a soror's membership classification or chapter affiliation changes. This applies to the following:

1. An undergraduate soror upon graduation.
2. A graduate soror who desires to change her chapter.
3. A general member who desires to affiliate with a chapter.
4. An undergraduate soror who is a part-time student and has been a member of an undergraduate chapter for four years.
5. A soror whose chapter has been dissolved.

A soror's chapter dues begin as of the date of the transfer and shall be calculated on a *pro rata* basis.

## PENALTIES AND RESTORATION OF PRIVILEGES
### (Bylaws, Article VI, Sections 1-17)

Both chapter and individual privileges are subject to withdrawal. In instances where chapter privileges are withdrawn, the action is initiated by the Regional Director, subject to approval of the Supreme Basileus, and may be imposed in accordance with Article VI of the *Bylaws*.

Written notice regarding the determination of whether violations of the *Constitution and Bylaws* have occurred and penalties imposed should be sent to the Alpha Kappa Alpha Corporate Office, and to the college or university in the case of undergraduates.

## WITHDRAWAL OF PRIVILEGES AND SUSPENSION INDIVIDUAL OR CHAPTER
### (Bylaws, Article VI, Sections 1-17)

**Individual Violations**

In instances where individual privileges are withdrawn, the action may be initiated by the chapter, subject to the approval of the Regional Director, or by the Regional Director, and may be imposed upon:

- Any soror who violates the *Constitution and Bylaws* of the Alpha Kappa Alpha Sorority, Incorporated.
- An undergraduate soror who fails to maintain a cumulative C+ grade point average.
- An undergraduate soror who fails to maintain full-time status.
- A soror who is under investigation for allegations of hazing.
- A soror who circulates letters, telegrams, petitions, or email messages in the name of Alpha Kappa Alpha Sorority, Incorporated, without prior\Approval by the Directorate.
- A soror who fails to meet her financial obligations.

An undergraduate who is a general member shall submit semester/quarter grades to the Regional Director.

35

The Regional Director shall withdraw the individual privileges of an undergraduate general member who fails to maintain a cumulative C+ grade-point average.

## Suspension

The Regional Director, with the approval of the Supreme Basileus, may impose the penalty of suspension of membership on a soror who has violated the *Constitution and Bylaws* of Alpha Kappa Alpha Sorority, Incorporated. The length of the suspension shall be as outlined in *Bylaws,* Article VI Section 3, or if not provided, as determined by the Regional Director, with the approval of the Supreme Basileus. Unless there are extenuating circumstances, recommendations for suspension do not come before the Directorate or Boule, but are handled by the Regional Director, who has communicated with the Supreme Basileus.

## Expulsion

The Regional Director, with the approval of the Supreme Basileus, may recommend to the Directorate the expulsion of a soror from Alpha Kappa Alpha Sorority, Incorporated. If the Directorate approves the recommendation for expulsion, the soror shall be placed on suspension until the recommendation for her expulsion from the Sorority is acted upon at the next Boule. If the soror is expelled from the Sorority by the Boule, she shall return her badge to the Alpha Kappa Alpha Corporate Office.

## Revocation of Membership

Any person determined to have been ineligible for membership following her initiation into Alpha Kappa Alpha Sorority, Incorporated, due to the submission of fraudulent information or documents, shall upon recommendation of the Regional Director, and by majority vote of the Directorate, have her membership recommended for revocation. When a member is recommended for revocation of membership, she shall deliver her Sorority badge to her respective Regional Director who will keep the badge until the decision is made by the Boule. If the membership is not terminated, the Regional Director will return the badge to the member. Conversely, if the membership is terminated, the badge will be returned to the Alpha Kappa Alpha Corporate Office.

## Chapter Violations

In instances where chapter privileges are withdrawn, the action is initiated by the Regional Director, and may be imposed upon:

- Chapters which violate the *Constitution and Bylaws* of Alpha Kappa Alpha Sorority, Incorporated.
- Chapters under investigation for allegations of hazing.
- Chapters which circulate letters, telegrams, petitions or email messages in the name of Alpha Kappa Alpha Sorority, Incorporated, without prior approval of the Directorate.
- Undergraduate Chapters which fail to maintain the required C+ GPA.

- Chapters which fail to discipline their members in accordance with Article VI, Sections 1–4 of the *Bylaws*.

## Revocation of Chapter Charter

Sole authority for the revocation of a chapter charter, also know as the lifting of the chapter charter, or dissolution of a chapter, is vested in the Boule. Recommendations for revocation of the chapter charter must be forwarded through the Directorate.

## Fines and Restitution

An additional penalty option of the Regional Director/Directorate, shall be the imposition of fines. Fines may be imposed in conjunction with the imposition of other penalties such as withdrawal of privileges, suspensions, revocation and expulsion, or imposed as the single penalty.

Fines may be imposed for violations including but not limited to:

- Wearing Sorority symbols while on suspension.
- Conducting and attending Sorority meetings and events while on suspension.
- Participating in step shows and party walking/strolling while on suspension.
- Conducting and attending unauthorized membership intake activities.
- Conducting Sorority meetings and events without the presence of a graduate advisor (undergraduates)

- Circulating letters, telegrams, emails, facsimiles, etc without approval.
- Disorderly conduct during a Sorority meeting and/or event.
- Falsifying documents.
- Allowing the presence and/or participation of inactive sorors and nonmembers of the Sorority at unauthorized membership intake activities.
- Causing physical injury to another Sorority member and/or candidate.
- Destruction of Sorority property.
- Embezzlement of Sorority funds.
- Collecting unauthorized membership intake funds.

A fine shall not be less than $1,000.00 per occurrence.

Any individual found guilty of a criminal act resulting in damages to Alpha Kappa Alpha Sorority, Incorporated, will immediately be expelled by the Directorate; and the sorority will recover at a minimum, damages to the institution (Alpha Kappa Alpha Sorority, Incorporated) from the individual. This action will be ratified by the Boule at its next meeting.

## APPEALS PROCESS
### (*Bylaws*, Article VI, Sections 16-17)

A soror or chapter having grievances with a ruling of a Regional Director, including withdrawal of privileges, suspension, a recommendation for expulsion, and the imposition of fines, has the right to reconsideration and appeal using the following steps:

## STAGE I - RECONSIDERATION

The soror or chapter who disagrees with a ruling of the Regional Director has the right to request reconsideration of her decision within thirty (30) days of the date of the notice of imposition of penalties or sanctions. Failure to respond to the Regional Director within thirty (30) days will result in confirmation of the imposition of penalties or sanctions, and reconsideration will not be heard. No particular form is necessary to request reconsideration; but the request must be submitted in writing, describing the reasons for the request, and providing any additional evidence to substantiate the request. The request and documentation will be forwarded to the Regional Director who imposed the penalties or sanctions.

The Regional Director will review the request for reconsideration within thirty (30) days of the receipt of the request. If the Regional Director grants the relief requested, she will forward a letter stating the relief granted to the soror or chapter. If the Regional Director cannot grant the relief requested, she will forward the entire investigatory file to the Supreme Basileus. The Regional Director will advise the soror or chapter by letter that the reconsideration request was sent to the Supreme Basileus for decision.

The Supreme Basileus will review the file, and, within sixty (60) days of receipt of the file, issue a decision in writing to the soror or chapter and Regional Director.

## STAGE II - HEARING

If the soror or chapter is dissatisfied with the decision of the Supreme Basileus, that decision can be appealed

to the Directorate, in writing, through the Supreme Basileus. The appeal request must be received within thirty (30) days of the date of the decision of the Supreme Basileus.

A hearing will be scheduled by the Supreme Basileus at the next regularly scheduled meeting of the Directorate. The involved parties will be given thirty (30) days notice of the hearing. The hearing is limited to the involved parties. After the hearing, the involved parties will be excused from the setting, and the Directorate will deliberate and issue its decision to the soror or chapter within thirty (30) days of the date of the hearing. The decision of the Directorate is final and conclusive. However, in the case of a Directorate recommendation of expulsion, an affirmative two-thirds vote of the Boule is required.

## RESTORATION TO GOOD STANDING
### (*Bylaws*, Article VI, Section 17)

A chapter or member subject to withdrawal of chapter or individual privileges shall be restored to good standing when all of the following applicable conditions have been met:

- When the cause of the penalty is removed.
- When the time authorized in the *Bylaws* has expired.
- By a two-thirds vote of the chapter when the penalty was invoked by the chapter for infractions of sorority rules not covered in Section 8, 9, and 10 of Article VI, of the *Bylaws*.

A chapter or member subject to suspension shall be restored to good standing when all of the following applicable conditions have been met:

- The chapter or member must not currently be under investigation for allegations of hazing or violation of the terms of their suspension.
- The chapter or member must submit a written request to the Regional Director (from the Region in which the suspension took place), with a copy to the Alpha Kappa Alpha Corporate Office requesting permission to return to active status. In the case of an undergraduate chapter where there may no longer be members on the campus, the request must come from the supervising graduate chapter.
- The chapter or member must pay all financial obligations that are due (i.e. chapter tax (for each year if inactive chapter status resulting from the suspension), per capita tax or reactivation fee, chapter dues, EAF dues, any fines imposed as a penalty for the violations).
- In the case of undergraduates, the chapter or member must provide documentation of a C+ grade point average, full-time student status or documentation of graduation. The documentation must be mailed by the college or university directly to the Regional Director.
- The chapter or member must complete special Membership Training as determined by the Regional Director.

Once all conditions are met, the Regional Director shall confirm by written communication to the chapter, the

individual, the Graduate Advisor, the office of the registrar of the college or university, the Alpha Kappa Alpha Corporate Office, and the Supreme Basileus, the restoration to good standing.

## FINANCES
### (Bylaws, Article VII, Sections 1-19)

Alpha Kappa Alpha Sorority operates on a calendar year basis. Membership cards are valid from January 1 through December 31.

All dues and assessments are due and payable January 1 of each year, and are subject to a late fee of ten percent (10%) of the entire amount if postmarked after February 1.

The appropriate officer in each chapter shall complete the Remittance of Funds form.

The Remittance of Funds form is completed as follows:

- Those sorors who have paid chapter dues, per capita tax, and met other chapter obligations are listed in alphabetical order.
- If a soror has married or changed her name, her maiden name and all other previously used names should be included.
- The address, including zip code, is given for each soror listed.
- The first report submitted should include the chapter tax.

The fees are as follows:

## Chapter Tax
Undergraduate Chapters ...........................................$100.00
Graduate Chapters.................................................$300.00

## Charter Fees
Undergraduate Chapters ...........................................$325.00
Graduate Chapters.................................................$650.00
Interest Groups...................................................$650.00

## Per Capita Tax
Undergraduate Chapter Members............................$ 70.00
Graduate Chapter Members......................................$ 90.00
General Members...................................................$200.00

## Fines
Undergraduate Chapter Members............................$   7.00
Graduate Chapter Members......................................$   9.00
General Members...................................................$  20.00

## COIP Assessment-Member Fees
Undergraduate.......................................................$ 50.00
Graduate..............................................................$200.00

## COIP Assessment-New Member Fees
Undergraduate.......................................................$100.00
Graduate..............................................................$200.00

## Membership Intake Fees
Undergraduate Candidate .......................................$100.00
Graduate Candidate...............................................$200.00

The computation of graduate membership intake fees for each candidate shall include one additional year's chapter dues, per capita fees and EAF dues.

Initiation fees remitted to the Alpha Kappa Alpha Corporate Office for candidates shall include per capita tax and the membership intake fees, history book and standard badge fees. In addition, the new member COIP assessment will be remitted to the Corporate Office as a part of the total monies remitted. Golden Sorors initiated prior to July 31, 1943, shall be exempt from the COIP assessment.

### Reinstatement Fee

A member of a graduate chapter who has been unfinancial for one (1) year or more may be reinstated on payment of the reinstatement fee of $110.00 to the chapter, plus the COIP assessment if applicable. The reinstatement fee shall be accepted after previous indebtedness to their former chapter and the Boule has been paid.

A member of an undergraduate chapter who has been unfinancial for one (1) year or more may be reinstated on payment of the reinstatement fee of $75.00 to the chapter, plus the COIP assessment if applicable. The reinstatement fee shall be accepted after previous indebtedness to their former chapter and the Boule has been paid.

A general member who has been unfinancial for one (1) year or more may be reinstated on payment of the $250.00 reactivation fee to the Alpha Kappa Alpha Corporate Office, plus the COIP assessment if applicable. The reinstatement fee shall be accepted after previous indebtedness to their former chapter and the Boule has been paid.

"Previous indebtedness" is defined as assessments/financial obligations of the chapter and the Boule other than per capita tax, EAF and chapter dues.

Previous indebtedness eligible to be paid to the former chapter and the Boule shall be that incurred beginning July 18, 2004.

Sorors are indebted to the chapter for assessments other than per capita tax, EAF and chapter dues, adopted by the chapter during the period the soror was active in the chapter.

For further details of the above paragraphs, refer to *Bylaws*, Article VII, Sections 11-14.

# STEPS FOR SUBMISSION OF PROPOSED CONSTITUTION AND BYLAW AMENDMENTS
### *(Constitution,* Article VIII, Section 1a-g)
### *(Bylaws,* Article XIII, Section 1a, b, c)

1. Proposals for changes in the *Constitution and Bylaws* must be submitted on the Proposed Constitution/Bylaw Amendment Form.
2. A chapter soror must submit the recommendation(s) for consideration to her chapter.
3. After approval by the chapter via a two-thirds (2/3) vote of the votes cast, recommendations must be sent to the Regional Director and the Region's representative on the National Constitution Committee for consideration by the Regional Conference.
4. Recommendations from general members should be submitted directly to the Regional Director. The envelope must be postmarked at least sixty (60) Prior to the date of the conference.
5. If the recommendation is approved by two-thirds (2/3) vote of the votes cast, the Regional Director must forward the recommendation along with the transmittal form to the Alpha Kappa Alpha Corporate Office and to the Chairman of the Constitution Committee (Supreme Parliamentarian) within thirty (30) days following the Regional Conference.
6. A copy must be retained by the Regional Director.
7. The proposed amendments are presented by the Supreme Parliamentarian to the Constitution Committee and the Directorate for review.
8. The submitting source of a proposed amendment to the *Constitution and Bylaws* will be notified in writing by the Constitution Committee if the proposed amendment is not cleared by the Constitution Committee or not approved by the Directorate. The reason for not receiving approval will be outlined in the written communication.
9. Proposed amendments that are approved shall be circulated to chapters and general members no later than April 30 prior to the Boule at which the amendment(s) will be voted upon.
10. Voting on proposed constitutional amendments shall be by mail. Voting on proposed bylaw amendments shall be by ballot at a designated time during the Boule.

# CAMPAIGN PROCEDURES FOR CANDIDATES FOR REGIONAL AND NATIONAL OFFICES AND THE NOMINATING COMMITTEE
*(Bylaws, Article I, Section 15d)*
*(Refer to the procedural manual -*
*"So You Want To Run For Office")*

## ELECTIONS AT BOULE
*(Bylaws, Article I, Sections 1-4, 15d)*

**Nominations**

The duties of the Nominating Committee shall include:

- The establishment of checks, as defined, to ensure that campaign rules are strictly maintained.
- Verification of all former Directorate offices held by each candidate.
- Circulation of the campaign rules to all certified candidates and to all chapters.
- Presentation of a report of the names of candidates failing to adhere to the adopted campaign procedures.

The Nominating Committee shall circulate the list of offices to be filled. The Nominating Committee Chairman shall request and receive the nominations for each office.

The Nominating Committee must certify a nominee's credentials. The Nomination Certification Package defined in the manual *"So You Want To Run For Office"*, current edition, lists all required documents and signatures.

The certification meeting of the Nominating Committee shall be held in January of an election year. The Nominating Committee will notify the candidates immediately following the meeting in writing.

A list of certified candidates, their biographical statements and photos will be provided to the Corporate Office for circulation to chapters and for publication in the *Ivy Leaf.*

The Corporate Office will publish certified candidate information for Boule attendees.

Following notification of certification, candidates may distribute campaign promotional material per the guidelines established in the most recent edition of *"So You Want To Run For Office"*.

## VOTING AT BOULE
*(Bylaws, Article IX, Sections 10-15)*

Voting on candidates for office shall take place no later than the morning of the final day of the Boule in accordance with the provisions of the *Bylaws*, Article IX, Sections 10-15. Voting shall be by ballot.

The Executive Director shall forward copies of the ballot to the Nominating Committee and the Constitution Committee Chairmen at least three (3) weeks prior to the Boule.

**Supreme Basileus**

1. Selection of:
   a. Program participants, including speakers and workshop leaders.
   b. International Awards recipients (Directorate approval).
   c. Special guests (attendees).

2. Appointments
   a. Boule officers.
   b. Boule Committees.

3. Establishes Boule agenda.

4. Approves Boule contracts.

**Executive Director** (Boule Coordinator)

1. Responsible for:
   a. Awards Banquet
   b. Boule Convention Guide
   c. Boule personnel
   d. Budget
   e. Decorations (excluding hostess chapter(s) function(s))
   f. Exhibits
   g. Hospitality rooms
   h. Hotel arrangements
   i. International invitations
   j. International underwriting
   k. Kits (selection and purchase)
   l. Liability insurance
   m. Other luncheons
   n. Printing
   o. Program for public meeting (printing)
   p. Regional luncheons
   q. Registration
   r. Souvenirs
   s. Special Activities (including entertainment)
   t. Transportation
   u. Undergraduate luncheon
   v. Voting
   w. Workshops

**National Protocol Committee**

1. Assigns dais seating for all plenary sessions and public meeting (approval of Supreme Basileus).
2. Assigns all reserved seating at special events (approval of Supreme Basileus).
3. Coordinates dais line-up for plenary sessions, public meeting and luncheons.
4. Provides escort for Supreme Basileus.
5. Assists hostess chapter(s) in providing escorts/hostesses for Directorate members and former Supreme Basilei (including a training session for the hostess chapter(s), along with the Executive Director).
6. Oversees logistics for prominent national guests, including security issues.
7. Assists National Honorary Member/Award Committee with logistics for national persons receiving honorary membership, including security issues.
8. Prepares *"Special Guests Guide Book"* for Directorate, former Supreme Basilei, National

Committee Chairmen, Executive Director, Deputy Director, Former Executive Directors, and appointed Boule Officers.

**Hostess Chapter(s)** (Entertainment)

1. Children's Activities
   a. Chaperones.
   b. Suggestions for activities.
   c. Children's hospitality room.

2. Men's Activities
   a. Suggestions for activities.
   b. Hospitality room contents.

3. Soror Hospitality Suite
   a. Room contents.
   b. Refreshments.

4. Courtesies
   a. Directorate, Special Guest of Boule.
   b. Executive Director

5. Directorate Breakfast
   a. Payment for food.
   b. Decorations.
   c. Invitations.
   d. Program.
   e. Souvenirs.

6. Mixer and Formal Dance
   a. Band and refreshments.
   b. Invitations.

   c. Decoration.
   d. Escorts.

7. Information System
   a. Provide Message Board.
   b. Establish system with telephone company.
   c. Manage Desk.

8. Reception Following Public Meeting
   a. Payment for refreshments and invitations.
   b. Ushers.
   c. Plan for receiving line.
   d. Platform party.

9. Music
   a. Sessions.
   b. Special Activities.

10. Assistance to the Executive Director
    a. Registration (Guests)
    b. Regional and Undergraduate Luncheons.
       (1) Hostesses.
       (2) Distribution of souvenirs.
    c. Kits.
       (1) Stuffing.
       (2) Solicitation of contents.
    d. Workshop facilitators and recorders.
    e. Transportation.
       (1) Airport pickups of Directorate, Former Supreme Basilei and special participants.
       (2) On-site transportation monitors for Directorate and special participants' transportation.

56

**Expenses and Activities Paid for by Hostess Chapter(s)**

1. Courtesies.
2. Directorate Breakfast.
3. Formal Dance.
4. Invitations to Social Activities sponsored by hostess group.
5. Mixer.
6. Other functions desired.
7. Public Reception.

**Shared Responsibilities**

1. Public Meeting.
   a. Ushers-Hostess Chapter(s)
   b. Program-Supreme Basileus
   c. Line-Up-National Protocol Committee
2. Public Relations
   a. International coverage-national responsibility.
   b. Local coverage-Hostess Chapter(s).
      (1) Newspaper.
      (2) Local radio and television.

## BOULE OPERATION
### (Bylaws, Article VIII, Sections 2-15)

Credential forms for duly elected chapter delegates and alternates to the Boule should be returned to the Alpha Kappa Alpha Corporate Office at least one month preceding the Boule.

The preparation of the Boule Budget is a joint project between the Supreme Basileus, Supreme Tamiouchos and the Executive Director. Courtesy registration which includes travel and accommodations, shall be included in the budget for the Directorate, invited Honorary Members, Former Supreme Basilei and Executive Directors, Standing and Ad Hoc Committee Chairmen, Members of the Nominating Committee and the Alpha Kappa Alpha Corporate Office staff in attendance.

The Executive Director will develop a file of authorized delegates and alternates.

Changes in the list of authorized delegates may be made only by the Basileus or Grammateus of a graduate chapter from the list of authorized alternates.

Changes in the list of authorized delegates may be made only by the Basileus, Grammateus or Graduate Advisor of an undergraduate chapter from the list of authorized alternates.

It is the responsibility of the Executive Director at the beginning of the first session to inform the general members who are present at the Boule of the procedure for electing their delegates and to assist them in this process.

Prior to the Boule, the Executive Director shall arrange for seating the delegates according to Article VIII, Section 3 of the Bylaws, the Diamond, Golden, and Physically Challenged sorors.

# OFFICIAL STATIONERY, CREST AND CHAPTER SUPPLIES

## Stationery

Stationery for official chapter business must be purchased through the Alpha Kappa Alpha Corporate Office.

Chapters and sorors may not use the official stationery of the Alpha Kappa Alpha Corporate Office or that used by any of the Directorate members.

## Crest

Reproduction without permission is a legal infringement and the violator is subject to prosecution.

## Chapter Supplies

Supplies or printed forms must be secured from the Alpha Kappa Alpha Corporate Office. The supplies which may be secured are published in the *Ivy Leaf.*

Credential forms for Boule delegates and alternates are sent to the Chapter Basileus prior to the Boule.

Duplicate supplies of the items listed below to be purchased through the Alpha Kappa Alpha Corporate Office are:

| | |
|---|---|
| Financial Card | $ 6.00 |
| Membership Certificate | $10.00 |
| Chapter Charter | $75.00 |
| Charter Member Certificate | $10.00 |
| Life Membership Card | $ 6.00 |
| Life Membership Certificate | $15.00 |
| 25-Year Member Certificate | $12.00 |
| 50-Year Member Certificate | $12.00 |
| 75-Year Member Certificate | $12.00 |

Supplies to be secured from the Regional Director are:
- Regional Conference Credential Forms
- Application Forms for New Chapters

# PUBLICATIONS

## Ivy Leaf Magazine

The *Ivy Leaf* is the official journal of Alpha Kappa Alpha Sorority, Incorporated. The journal is published at least four (4) times per year by Alpha Kappa Alpha Sorority, Incorporated. The material for a given issue shall reach the Alpha Kappa Alpha Corporate Office no later than the deadline dates, which are published in each issue.

Material published in the *Ivy Leaf* shall be developed according to the editorial staff. All submissions shall be typewritten, double spaced, and typed on one side of the paper only. Improperly submitted materials will be returned to the chapter. Refer to the *Ivy Leaf* magazine policy in each issue of the magazine.

All pictures must be accompanied by a fee (as specified in *Ivy Leaf*). Certified checks or money orders are to be made payable to ALPHA KAPPA ALPHA SORORITY, INCORPORATED.

Notices of change of names and/or addresses shall be sent to the Alpha Kappa Alpha Corporate Office.

## Boule Minutes

Minutes of each Boule are printed and circulated from the Alpha Kappa Alpha Corporate Office:

- Each chapter receives copies based on the number of chapter delegates. *(Bylaws,* Article VIII, Section 5).

- Additional copies may be purchased from the Alpha Kappa Alpha Corporate Office.

## Rituals

There are established rituals of Alpha Kappa Alpha Sorority, Incorporated to be used in conjunction with various ceremonies.

Rituals are available to chapters (Basilei only) and not to individual sorors. Copies of rituals may be secured from the Alpha Kappa Alpha Sorority Corporated Office.

All ceremonies except "The Ivy Beyond the Wall" and Installation of Officers are restricted to sorors.

Appropriate attire for all participants in each ceremony is stated in Alpha Kappa Alpha Sorority Rituals.

## Other Publications

*Alpha Kappa Alpha Sorority, Incorporated: 1908 - 1958*

*Alpha Kappa Alpha Sorority, Incorporated: Sixty Years of Service*

*Alpha Kappa Alpha Sorority, Incorporated: In the Eye of the Beholder*

*Alpha Kappa Alpha Sorority, Incorporated: Through the Years 1908 - 1988*

*History of Alpha Kappa Alpha 1908-1999-The Past is Prologue*

*A Love That Equals My Labors: The Life Story of Norma E. Boyd*

*Alpha Kappa Alpha: A Family Album*

*The Legacy: Footprints In The Sands of Time-A Family Album*

*A Legacy Supreme*

*Alpha Kappa Alpha Heritage Series:*
- *Founders, Incorporators and Supreme Basilei*
- *Sports*
- *Physicians*
- *Judges*
- *African-American Women in the Military*
- *Educational Administrators*

*Alpha Kappa Alpha Sorority Song Book*

*Graduate Membership Intake Process Manual*

*Undergraduate Membership Intake Process Manual*

*General Information For The Collegian Brochure*

*General Information Regarding Graduate Membership Brochure*

*General Information For College Bound Teenage Women And Their Parents Brochure*

*Alpha Kappa Alpha Sorority, Incorporated Anti-Hazing Handbook*

*Procedure For The Establishment Of A Graduate Chapter*

*Procedure For The Establishment Of An Undergraduate Chapter*

*Fiscal Fitness - Guide to Financial Procedures*

*So You Want To Run For Office: A handbook of protocol and guidelines for the nominating process*

*So Now You're Elected: A Guide To Effective Chapter Operations*

*Program Resource Guide*

*Program Brochure*

*Public Policy Program (Connection Handbook)*

*Standards Resource Guide*

*The Official Guide to Alpha Kappa Alpha Protocol*

*Graduate Advisors Handbook*

*Sisterly Relations Handbook*

*Mentoring Handbook*

**Other Items**

*Sisterhood Video Cassette*

*Membership Intake Process Video Cassette*

*Ethel Hedgeman Lyle Video Cassette*

*Alpha Kappa Alpha Ceremonial Songs Audio Cassette*

*Crest Decals*

## THE EDUCATIONAL ADVANCEMENT FOUNDATION
### (Bylaws, Article X)

The Educational Advancement Foundation operates under its own bylaws and maintains the Foundation, by supporting the same, in part, with payment of an annual assessment by members of the Alpha Kappa Alpha Sorority, Incorporated.

## EMBLEMS
### (Bylaws, Article XII)

At the time of initiation, each candidate must purchase the official sorority badge. This badge shall be a green enameled ivy leaf, lettered in gold and encrusted with twenty (20) pearls. A diamond may be embedded in the apex of the ivy leaf or in each of the three points. In the final phase of the Ritual, the candidate shall be pinned with the official Sorority Badge. The Badge shall be worn on the left side over the heart, on a blouse or dress. It is NOT to be worn on a jacket, as a lapel pin, or with jeans. A soror may purchase a guard. It may be a guard or the chapter in which she was initiated or the chapter to which she has transferred. It shall be plain gold or encrusted with pearls.

Alpha Kappa Alpha Sorority, Incorporated grants to its members the privilege to keep its official Badge continuously except in the case of revocation of membership or expulsion from the Sorority. When a member has her membership revoked or she is expelled from the Sorority, the Badge must be returned to the Corporate Office.

Each Supreme Basileus of Alpha Kappa Alpha shall wear the distinctive badge of office which will be presented by the Sorority at the time of her installation in office. This yellow gold badge, shaped like an ivy leaf, has a smaller green enameled ivy leaf in its center which is surrounded by twenty (20) pearls. This badge is encircled by a laurel wreath. The top is enhanced by a tiny gavel bearing one diamond on its stem.

Each Honorary Member shall wear a badge of three small green enameled, lettered ivy leaves encircled in a wreath of twenty (20) pearls. The badge shall be presented by the Sorority at the time of her induction.

The badge of an Ivy Beyond the Wall may be interred with the body, retained by the family or by another soror. The Basileus of the chapter shall notify the Alpha Kappa Alpha Corporate Office concerning the final disposition of the Badge.

The colors of the Sorority shall be salmon pink and apple green. They shall be used on all public occasions of the Sorority.

The official flower of Alpha Kappa Alpha Sorority is the Pink Tea Rose.

## OFFICIAL RESPRESENTATION AT PUBLIC AND SPECIAL OCCASIONS

The Supreme Basileus is the official representative of Alpha Kappa Alpha Sorority, Incorporated.

The Regional Director is the official representative of the Region.

The Basileus of a chapter is the official representative of the chapter.

## SONGS FOR PUBLIC OCCASIONS

The official Sorority Hymn is "Alpha Kappa Alpha National Hymn", by Soror J. Marjorie Jackson.

The National Founders' Day Hymn is "All Hail to Alpha Kappa Alpha", by Soror Anna C. Rhodes.

## SONGS FOR PRIVATE AND RITUALISTIC CEREMONIES

(Refer to the Alpha Kappa Alpha Sorority, Incorporated Ritual Book)

## SOROR CODE OF ETHICS

In order to honor its Founders, maintain a standard that allows its members to serve as role models for young women and girls in the global community, preserve Alpha Kappa Alpha Sorority membership as a desirable and honorable affiliation and to protect Alpha Kappa Alpha Sorority, Incorporated from harassment, ridicule, scandal or legal liability, I do voluntarily agree to observe the following rules of conduct:

1. To respect and comply with the Alpha Kappa Alpha Sorority, Incorporated Constitution, Bylaws, Manual of Standard Procedure, Protocol Manual, Membership Intake Manual, Rituals, other official handbooks and documents, as well as Chapter Bylaws and Rules of Order.
2. To remain subject to the authority of the Boule and the Directorate.
3. To respect our elected/appointed leaders and support them in conducting the business of Alpha Kappa Alpha Sorority, Incorporated.
4. To present myself publicly in a way that reflects the high moral and ethical character of Alpha Kappa Alpha women by:
   a. Obeying the law.
   b. Exercising good manners.
   c. Displaying concern for my appearance by following established Alpha Kappa Alpha guidelines.
   d. Refraining from profanity, acts of violence and criminal conduct.
   e. Exhibiting respect for other Pan-Hellenic Organizations by avoiding demeaning remarks or ridiculing them.

f. Wearing identifiable paraphernalia only if conduct or circumstances will bring no negative repercussion to the Sorority.
5. To demonstrate the high regard we have for each other as women and sorors by:
   a. Avoiding derogatory, demeaning and insulting remarks.
   b. Being polite, kind, honest, fair and conciliatory.
   c. Assisting with the special needs of elderly and disabled sorors.
   d. Keeping confidences and maintaining confidentiality.
   e. Refraining from acts of hazing, reporting its occurrence to the appropriate authority and demonstrating compliance with all aspects of the Alpha Kappa Alpha Sorority, Incorporated Anti-Hazing Policy.
   f. Abiding by and actively supporting official Chapter and Sorority decisions even in the event of personal disagreement.
6. To work diligently to foster the programs of the Sorority and participate fully in meetings and conferences that enhance personal knowledge and improve sorority effectiveness.
7. To maintain integrity in financial matters related to the Sorority by:
   a. Remaining current with all dues and financial obligations.
   b. Following accepted financial procedures.
   c. Avoiding the co-mingling of personal and Sorority funds.
   d. Utilizing the tax-exempt status only as legally permitted.
   e. Expecting that financial officers will maintain records, make them available for inspection and pass them on to succeeding officers and/or Graduate Advisors as required.
   f. Purchasing only from officially sanctions vendors at Regional Conferences and Boules.
   g. Reporting the misappropriation of Chapter funds and/or property to the appropriate authority and taking the necessary action to protect or retrieve funds and/or property belonging to the Sorority.
8. To invite for Sorority membership only those community minded women of sufficient high moral and ethical character and scholarship who have true interest in serving Alpha Kappa Alpha Sorority.
9. To refrain from soliciting advertisements, endorsements and sponsorships that harm the image of Alpha Kappa Alpha Sorority or that conflict with its program concerns and values.

I shall remain cognizant that others will judge the values and principles of Alpha Kappa Alpha Sorority by my personal deportment and conduct. Furthermore, should I attain a leadership position in Alpha Kappa Alpha Sorority, Incorporated, that requires me to be an official spokesman or public representative, I understand that my conduct must rise to the highest standard. Should my behavior compromise Alpha Kappa Alpha's image or the reputation of its members, I shall relinquish my position either of my own volition or when instructed to do so by my Chapter or the Directorate.

In promising to obey these rules of conduct, I acknowledge that the perpetuation of Alpha Kappa Alpha Sorority, Incorporated, as an organization of women of high moral and ethical standards depends on my compliance.

*Revised August 2001*

70

# CODE OF CONDUCT
## FOR
## MEMBERS OF THE DIRECTORATE
## (BOARD)

1. To devote time, thought and study to the duties and responsibilities of a Board member so that I may render effective and credible service.

2. To work with my fellow Board members in a spirit of harmony and cooperation in spite of differences of opinion that arise during vigorous debates of points of issues.

3. To base my personal decision on all available facts in each situation; to vote my honest conviction in every case, not influenced by bias of any kind; to abide by and support the final majority decision of the Board.

4. To remember at all times that as an individual I have no legal authority outside the meetings of the Board, and to conduct my relationships with the staff, the membership and all media on the basis of this fact.

5. To resist every temptation and outside pressure to use my position as a Board member to benefit either myself or any other individual or agency apart from the total interest of the Organization; nor will I use my current position as a platform to campaign for a future Board office.

6. To recognize that it is as important for the Board to understand and evaluate the Programmatic functions as it is to plan for the business aspect of the Organization.

7. To bear in mind, under all circumstances, that the primary function of the Board is to Establish the policies by which the Organization is to be administered, but that the administration of the staff and the conduct of business operations shall be left to the employed Executive Director and her professional and non-professional staff.

8. To welcome and encourage active communication by the membership with respect to Established policy and proposed future developments.

9. To support the various committees in carrying out the constitutional duties assigned.

10. Finally, to strive step-by-step, toward ideal conditions for the most effective Board service in a spirit of teamwork and devotion to Alpha Kappa Alpha Sorority and its mission of service to all mankind.

## SUPREME BASILEI

| # | | Name | Years |
|---|---|------|-------|
| 1. | * | Nellie M. Quander | 1913-1919 |
| 2. | * | Loraine R. Green | 1920-1923 |
| 3. | * | L. Pearl Mitchell | 1924-1925 |
| 4. | * | Pauline S. Puryer | 1926-1927 |
| 5. | * | B. Beatrix Scott | 1928-1929 |
| 6. | * | Maudelle B. Bousfield | 1930-1931 |
| 7. | * | Maude Brown Porter | 1932-1933 |
| 8. | * | Ida L. Jackson | 1934-1936 |
| 9. | * | Margaret Davis Bowen | 1937-1939 |
| 10. | * | Dorothy B. Ferebee | 1940-1941 |
| 11. | * | Beulah T. Whitby | 1942-1946 |
| 12. | * | Edna Over Campbell | 1946-1949 |
| 13. | * | Laura T. Lovelace | 1950-1953 |
| 14. | * | Arnetta G. Wallace | 1954-1958 |
| 15. | | Majorie H. Parker | 1958-1962 |
| 16. | | Julia B. Purnell | 1963-1966 |
| 17. | | Larzette G. Hale | 1966-1970 |
| 18. | | Mattelia B. Grays | 1970-1974 |
| 19. | | Bernice I. Sumlin | 1974-1978 |
| 20. | | Barbara K. Phillips | 1978-1982 |
| 21. | | Faye B. Bryant | 1982-1986 |
| 22. | * | Janet Jones Ballard | 1986-1990 |
| 23. | | Mary Shy Scott | 1990-1994 |
| 24. | | Eva Lois Evans | 1994-1998 |
| 25. | | Norma Solomon White | 1998-2002 |
| 26. | | Linda M. White | 2002-2006 |

* Deceased

## HONORARY MEMBERS

* Addams, Jane: Founder of Hull House, Social Worker, Pioneer in professionalizing social work as a field of study, First Honorary Member, Chicago, Illinois, 1913

Adkins, Ceclia Nabrit: Publisher of Religious Materials, Nashville,Tennessee, 1990

Albury, Cheryl: Magistrate, Exuma, Bahamas, 1998

* Alpenfels, Ethel Josephine (Dr.): Sociologist, New York, New York, 1952

Amos, Elena Diaz-Verson: Community Philanthropist, Columbus, Georgia, 1986

Anderson, Lauren: World Renown Principal Ballerina, Houston, Texas, 2000

* Anderson, Marian: Concert Artist and Humanitarian, Springarn Medal Winner, First Black to sing at the Metropolitan Opera, Danbury, Connecticut, 1978

Angelou, Maya: Author, Writer-Poet, Singer and Dancer, Winston-Salem, North Carolina, 1983

Armstrong, Joan Bernard (Judge): New Orleans, Louisiana, 1975

* Ayer, Elise McDougald: Educational Administrator and Writer, New York, New York, 1923

* Barrow, Nita (Dame): Permanent Ambassador to United Nations, Barbados, 1989

Bell, Mary L.: Radio Broadcasting Executive, Detroit, Michigan, 1986

Bethel, Keva (Dr.): Educator, Nassau, Bahamas, 1984

74

* Brown, Charlotte Hawkins: President of Palmer Memorial Institute, Boston, Massachusetts, 1927

Brown, Gayleatha: Career Officer in the United States Foreign Service, 2002

* Brown, Sara W. (Dr.): Physician, Educational Lecturer, First woman Trustee of Howard University, Washington, District of Columbia, 1920

Brunson, Dorothy E.: Broadcasting Company Owner, Baltimore, Maryland, 1987

* Bryant, Jessie Mosley: Co-Founder, Smith Robertson Cultural Center, Houston, Texas, 1998

Burke, Rosetta: Army Brigadier General, New York, New York, 1998

Burroughs, Margaret T. (Dr.): Founder, DuSable Museum, Chicago, Illinois, 1992

Busby, Margaret: Poet, London, England, 1998

Campbell, Bebe (Elizabeth) Moore: Novelist, freelance journalist, Los Angeles, California, 1994

Chappell, Emma C.: Chairman, United Bank of Philadelphia, Philadelphia, Pennsylvania, 1998

Charles, Suzette: Former Miss America, Singer and Actress, Mays Landing, New Jersey, 1984

Christmas, June Jackson (Dr.): Psychiatrist and Mental Health Official, New York, New York, 1980

* Clement, Emma Clarissa: Churchwoman, U.S. Mother of the Year, 1946

Cole, Olivia: Actress, New York, New York, 1986

Collins, Cardiss: Congresswoman, Chicago, Illinois, 1976

Curry, Anna A.: Director, Enoch Pratt Free Library, Baltimore, Maryland, 1987

Dash, Julie: Producer, Writer and Director, New York City, New York, 2004

Davis, Alice Coachman: First Black woman to win an Olympic Gold Medal, Albany, Georgia, 1998

Davis, Belva: Journalist, San Francisco, California, 1996

* Delany, Annie Elizabeth (Bessie): Dentist, Educator, Author, Mount Vernon, New York, 1994

de Passe, Suzanne: Executive Producer and Screenplay Writer, Chairman and CEO of de Passe Entertainment, 2002

Delany, Sarah (Sadie): Educator, Businesswoman, Author, Mount Vernon, New York, 1994

* Dickerson, Kathryn: Civic Leader, Chicago, Illinois, 1970

Durr, Virginia Foster: Civil Rights, Montgomery, Alabama, 1988

* Finlayson, Edith: Civic Leader, Woods, Wisconsin, 1984

* Fitzgerald, Ella: Jazz Singer, New York, New York, 1968

Flewellyn, Valada S.: Poet Laureate, Artist and Author, 2002

Flowers, Vonetta Jeffreys: Gold Medalist Winter Olympic Games for the United States (2002), Seven -time NCAA All American, Helena, Alabama, 2002

* Fluller-Fuller, Meta V.: Sculptor.

Gardner, Bettiann (Dr.): Co-owner of Soft Sheen Products and part owner of the Chicago Bulls, Chicago, Illinois, 1992

\* Garnes, Antoinette: Musician, 1923

Garrison, Zina: World Top Ten Tennis Player, Houston, Texas, 1992

Gaston, Marilyn Hughes (Dr.): Assistant Surgeon General, Potomac, Maryland, 1994

Gibbs, Marla: Actress, Los Angeles, California, 1988

Gibson, Patricia: Management Consulting Executive, New York, New York, 1984

Gilchrist, Jan Spivey: Artist, Illustrator of Children's Books, Olympia Fields, Illinois, 1990

Green, Sarah Moore: Educator, Knoxville, Tennessee, 1976

Guggenheimer, Elinor Coleman: Consumer Affairs Commissioner, New York, New York, 1976

Hall, Ethel H.: Vice President, Alabama State Board of Education, Fairfield, Alabama, 1996

\* Hare, Maude Cuney: Pianist, Lecturer, and Writer

\* Harrison, Hazel L.: Pianist, Concert Artist, and Teacher, 1923

Holder, Carmen de Lavellade: Ballet Dancer and Theatre Actress, New York, New York, 1983

Holdsclaw, Chamique: Women's National Basketball Association Player, 2002

Hughes, Catherine L.: CEO/Owner, Radio One, Inc., Washington, District of Columbia, 1996

\* Hunter, Jane Edna: Lawyer and Social Worker, Cleveland, Ohio, 1920

\* Hunton, Addie Waita: Founder of the National Association of Colored Women, 1933

\* Jarboro, Caterina: Singer, Recitalist, New York, New York, 1933

Jemison, Mae (Dr.): Astronaut and Mission Specialist, Houston, Texas, 1988

Johnson, Virginia: Prima Ballerina, New York, New York, 1986

Keys, Alicia: Singer, Composer, Classical Pianist, Author, New York City, New York, 2004

Kheel, Ann: Civic Leader and Philanthropist, New York, New York, 1968

King, Coretta Scott: Concert Artist, Activist and Widow of Civil Rights Leader, Dr. Martin Luther King, Jr., Atlanta, Georgia, 1967

Knight, Gladys: Singer and Actress, Atlanta, Georgia, 1984

Lampkin, Bertina F. (Judge): Associate Judge, Chicago, Illinois, 1988

\* Lathrop, Julia: Organizer and First Director of the Children's Bureau

Lawrence, Margaret Morgan (Dr.): Psychiatrist, Pamona, New York, 1990

\* Lawrence, Wilhemenia: Women's Missionary Society President, Washington, District of Columbia, 1982

Lewis, Elma: Teacher, Administrator, and Lecturer, Boston, Massachusetts, 1975

Lyle-Smith, Muriel: Television Producer/Host, Neptune, New Jersey, 1994

Lyle-Wilson, Andrea: Aircraft Systems and Procedures Specialist, Los Angeles, California, 1994

78

Mack, Julia Cooper: Associate Judge, Washington, District of Columbia, 1976

McCabe, Jewel Jackson: Founder and President, National Coalition of 100 Black Women, New York, New York, 1987

McMillian, Enolia V.: Educator, Baltimore, Maryland, 1987

Morgan, Delores Parker: Jazz Singer and Jazz Pianist, Akron, Ohio, 1990

Morial, Michelle Miller: Television Reporter, New Orleans, Louisiana, 2000

Motley, Constance Baker (Judge): Federal Judge, New York, New York, 1967

Nichols, Nichelle: Stage and Screen Career Role of Lt. Uhura On "Star Trek", 2002

Noble, JoMarie Payton: Entertainer, Actress, Singer, Los Angeles, California, 1994

Norman, Jessye: Opera Soprano, New York, New York, 1987

Padmore, Mai: Secretary to the President of Liberia and Wife of the Former Liberian Ambassador to Washington, Monrovia, Liberia, 1960

* Pandit, Vijaya Lackshmi: Former Ambassador to the United States from India, India, 1949

Parks, Lillian Rogers: Author, Washington, District of Columbia, 1984

Parks, Rosa Louise: "Mother of the Civil Rights Movement", Founder of the Rosa and Raymond Parks Institute for Self Development, Detroit, Michigan, 1986

* Peabody, Mary Elizabeth: Civil and Human Rights Activitist, 1980

Perinchief, Lois Marion Roselyn: Politician, First Woman Mayor in Bermuda (St. Georges), Horologist, St. Georges, Bermuda, 2002

Pinkett, Jada Koren: Actress, Film and Television, Baltimore, Maryland, 1996

Procope, Ernesta B.: President of Bowman Company Inc. and Bowman Proscope Associates, Inc., Insurance Broker, New York, New York, 1976

Range, M. Athalie: Former Florida State Official, Miami, FL, 1975

* Ransom, Emma: Chairman of the Board of Management of Colored YWCA, New York, New York, 1933

Robinson, Cleo Parker: Retired Dancer and Executive Artistic Director, Denver, Colorado, 1992

* Roosevelt, Eleanor: Humanitarian, Author and Delegate to the United Nations, New York, New York, 1949

Sisula, The Honorable Sheila M.: South African Ambassador to the United States, South African Embassy, Washington, District of Columbia, 2000

Shange, Ntozake: Playwright and Author, Philadelphia, Pennsylvania, 1990

Simmons, Ruth: The first African American to head one of the Sister colleges - Smith College, North Hampton, Massachusetts, 1998

Ssempala, The Honorable Edith Grace: Uganda Ambassador to the United States, Embassy of the Republic of Uganda, Washington, District of Columbia, 2000

Stallworh, Alma G.: State Representative, Detroit, Michigan, 1988

Sutton, Lou Nelle: State Representative, San Antonio, Texas, 1980

Talbot, Sylvia Ross: Religion, International Churchwoman, Frederiksled, St. Croix, U.S. Virgin Island, 1990

Thompson, Carol B.: City Administrator, Washington, District of Columbia, 1990

Tree, Marietta: First U.S. Woman Ambassabdor to the United Nations, New York, New York, 1980

Tucker, C. Delores: Secretary of the Commonwealth of Pennsylvania, Harrisburg, Pennsylvania, 1974

Turner, Debbye (Debrah) (Dr.): Miss America 1990, Jonesboro, Arkansas, 1994

Tutu, Madame Leah: Director of Domestic Workers Employee Project and Wife of Activist Bishop Desmond Tutu, Johannesburg, South Africa, 1986

* Vann, Jessie L.: Journalist, Philanthropist, and Publisher, 1946

Vanzant, Iyanla: Spiritual Visionary, Author, Speaker-Teacher, Businesswoman, 2002

* Waring, Laura Wheeling: Artist, Painter, and Writer

Wharton, Delores Duncan: Art Historian, East Lansing, Michigan, 1977

Whitfield, Lynn: Actress, Los Angeles, California, 1994

Wright, Jane C.: Physician and Associate Dean of N. Y. Medical College, New York, New York, 1971

* Deceased

Alpha Kappa Alpha Sorority, Incorporated
Corporate Office
5656 South Stony Island Avenue
Chicago, Illinois 60637-1997
Phone: (773) 684-1282
Fax: (773) 288-8251

Betty N. James, Ed.D.
Executive Director