# EXHIBIT 4

ORIGINAL

1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLUMBIA
 3
 4     JOIE JOLEVARE and              )
 5     SALOME TINKER,                 )
 6              Plaintiffs,           )
 7              vs.                   )  Civil Action No.
 8     ALPHA KAPPA ALPHA SORORITY,    )  1:05CV-01982
 9     INC.,                          )
10              Defendant.            )
11                    -    -    -    -    -
12              The deposition of SALOME TINKER was taken
13     on Friday, September 22, 2006, commencing at
14     2:50 p.m., at the offices of Saul Ewing LLP, 1025
15     Thomas Jefferson Street, N.W., Suite 425W,
16     Washington, D.C., before Karen Hinnenkamp,
17     Registered Merit Reporter and Notary Public.
18                    -    -    -    -    -
19
20
21
22
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tinker

25

1    go and sit in the class with them.  I could attest
2    that Pamela Chew is because she was in fact the
3    graduate advisor.  I was in a class, in the class
4    with I think Alyssa King Turner and I was in the
5    class with Leslie Jones.  We all went to the same
6    class.  But the other ones I don't -- I mean I'm
7    assuming -- I can't assume they are now because I
8    didn't actually --
9         Q    Sure.  I asked a confusing question.  By
10   class do you mean undergraduate classes at Howard?
11        A    Okay.  So I'm sorry, what was your
12   question?  I thought you asked me who was a member
13   of -- then it would be Leslie Jones is the only
14   person who went to school with me.
15        Q    Okay, that's fine.
16        A    And Joie Jolevare.
17        Q    So she did go to school with you as
18   well.
19        A    Right.  For one year.  I didn't know
20   her, but I assume when you say school together, we
21   were in school together.
22        Q    Right.  Now describe for me if you will

1   the purpose of the rehearsals that were taking
2   place in the spring of 2005 with the new initiates.
3   What was the purpose of those rehearsals?
4       A    Every time there is an initiating class,
5   they vote to have, whether or not they want to have
6   like a show, just to present themselves to the
7   campus. And the purpose of the rehearsal was to
8   practice for the show.
9       Q    Okay. Did the graduate advisor and the
10  graduate certified advisors become involved in that
11  process?
12      A    Yes, sir.
13      Q    What was that involvement?
14      A    The first thing, because they are new
15  initiates, they taught them the songs of Alpha
16  Kappa Alpha and steps of Alpha Kappa Alpha which
17  they would not have known. As a graduate advisor,
18  it is our requirement that we are present at all
19  activities that are held by the undergraduates, and
20  so in that case we were present as well.
21      Q    Okay. Why is it important that graduate
22  certified advisors be present at all activities?

1      A     It's important for graduate advisors to
2  be present to make sure that the activities that
3  are held are in accordance with the rules of Alpha
4  Kappa Alpha.
5      Q     Do you know how many rehearsals there
6  were altogether for the show?
7      A     No, I don't.
8      Q     How many rehearsals did you attend
9  either in part or in whole?
10     A     Just that one.
11     Q     Just that one on like March 22nd?
12     A     If that's the date that this transpired,
13 yes, sir.
14     Q     Were you there throughout the entire
15 rehearsal?
16     A     Yes, sir.
17     Q     Do you recall about what time it began?
18     A     The rehearsal began about, the rehearsal
19 began about 11:00, 10:00 or 11:00.
20     Q     That's p.m.?
21     A     P.M., sir.
22     Q     Okay.  How long did it last?

Tinker

28

1      A      The rehearsal lasted until at which time
2    -- about 1:00 a.m.
3      Q      How did it end?
4      A      It ended with the president of Xi Omega
5    on the phone with the regional director indicating
6    to her to stop the practice.
7      Q      Were you involved in any way in the
8    decisionmaking process as to where the rehearsals
9    would be held?
10     A      No, sir.
11     Q      Who was?
12     A      The Xi Omega members pick, sir, I
13   assumed.
14     Q      You assume?
15     A      Yes, because I don't know.
16     Q      Phyllis Young was the president, is that
17   correct?
18     A      Yes, sir. Of the graduate chapter. The
19   room that had been reserved is for the first part
20   of the rehearsal. The rehearsal was in two parts.
21   It started inside. That's where they learned the
22   basic steps, because it was cold. Then the actual

Tinker

29

1    rehearsal moved outside.  The second part of the
2    rehearsal did not start until about 12:00.  So
3    there was a travel time involved as well.
4         Q    Gotcha.  The second part was over in a
5    parking lot somewhere in College Park, Maryland?
6         A    Yes, sir.
7         Q    Was there enough room in the Xi Omega
8    house to undertake the second part of the
9    rehearsal?
10        A    No, sir.
11        Q    Is that why they decided to go outside?
12        A    Yes, sir.
13        Q    Who made that decision?
14        A    It was mutually decided.  Xi Omega house
15   maximum capacity I think is only up to like 167 to
16   200.  I'm not sure what it was.  So it was already
17   180 of us without moving.
18        Q    Who is it that told -- I'm sorry.
19        A    You know, whatever the number is.
20        Q    Okay.  Who announced to everyone that
21   the rehearsal was going to move out to the College
22   Park parking lot?

Tinker

30

1   A    They had more than one rehearsal and so
2   they had already been doing this.  It was
3   understood that was part.
4   Q    When the decision was made to take it
5   outside, did anyone suggest that it was too cold to
6   be practicing outside?
7   A    No, sir.
8   Q    It was a cold evening though, wasn't it?
9   A    Yes, sir.  But I'm an EMT certified and
10  they were all more -- they were all prepared for
11  the weather because they had been practicing
12  before.
13  Q    So they had a lot of outer clothing and
14  things like that?
15  A    Yes, sir.
16  Q    Do you recall about how cold it was?
17  A    I thought it was about 40 degrees, but
18  you can check the weather.
19  Q    I think that's a pretty good estimate.
20  A    Which is warm for a March day.
21  Q    It's all relative.
22  A    Right.

Tinker

41

1  was very brief.  The only thing that sticks out in
2  my mind is these classes.
3       Q    That's all you remember?
4       A    Hm-mm.  I think her question might have
5  been were you present at the rehearsal, and then
6  the questioning went on, were you -- did you know
7  that -- can you tell me more about these classes.
8       Q    Okay.  And you had seen people taking
9  names the day the rehearsal was terminated.
10      A    Actually it was me.
11      Q    What's that?
12      A    It was me.
13      Q    Oh, you were taking --
14      A    Right.
15      Q    You were assigned to get people's names?
16      A    Well, at first the undergraduates were
17 scared and so I assured them this was the normal
18 process, you know, because, you know, they think an
19 event has happened so we should cooperate.  So I
20 assisted the president --
21      Q    Phyllis?
22      A    Yes.  -- in obtaining the names of the

Tinker

42

1   people that were there.
2       Q     Based on the AKA representative asking
3   for the names, I think you indicated earlier you
4   thought there might be an issue.
5       A     Well, when someone comes out and says
6   stop.
7       Q     Give me your names.
8       A     Yeah.
9       Q     I understand.  So when the anti-hazing
10  task force member called you on the phone, you knew
11  that there might well be an issue with the
12  rehearsal, correct?
13      A     Yes.  But at that point, you have to
14  remember this was in May.  That happened in
15  February.  The show had already passed.  I thought
16  that this was just more of a formality, let's
17  follow up, tie in some loose ends type things.  It
18  wasn't indicated that this was sort of like, you
19  know, the basis.  Again, the show had already
20  happened.  The decision had already been made I
21  assumed.
22      Q     So did you understand what the purpose

Tinker

57

1    Q    Okay.  Let's go through a little bit if
2 we can the defamation count.
3    A    Okay.
4    Q    I just want to know the particular
5 statements that you are claiming were defamatory by
6 or on behalf of AKA.  Okay?  I believe you touched
7 on one that I suspect is one that you're going to
8 describe to me and that involves the September 3rd
9 statement at the chapter meeting.  Is that correct?
10    A    Yes, sir.
11    Q    Was that the first statement that you're
12 relying upon?
13    A    Yes, sir.
14    Q    Tell me a little bit about what was
15 said.
16    A    Yes, sir.  At the chapter meeting Joy
17 Elaine Daley set a tone that improprieties are
18 going on and that, in Alpha Chapter, and that she
19 kept saying what goes on in the dark will come, I
20 don't know, come out in the light, or if you wait
21 it will just, it will come out, those types of
22 comments.  And she went on and she said that she

Tinker

58

1   started like in 19 -- in 2003, she named some
2   incidents that occurred, but I knew if I waited,
3   you know, it will come.
4           And then she went on to start talking
5   about the incidents where the women were wearing
6   black and things like that, and which I was even
7   aghast by because I mean I had no idea if that was
8   true. I would have been -- I'm appalled as a soror
9   as well.
10          At this time I was still, you know,
11  blind to where she was going with it. She talked
12  about members dominating the chapter meetings and
13  to show a pattern that the sorors were exerting
14  undue influence or whatever on the undergraduate
15  chapters.
16      Q    The Xi Omega folks?
17      A    The Xi Omega. Well, she said Alpha, the
18  graduate Alpha Chapter.
19      Q    I see.
20      A    She talked about the graduate advisor as
21  well.
22      Q    Pamela Chew?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1  A    Yes. And then she said but -- then she
2  started talking about the night of the incident and
3  she said I came out, when I called the chapter
4  president, Basileus, Phyllis, out there, I caught
5  them in the parking lot hopping and skipping and I
6  put it to a halt immediately. And so thereafter
7  she said therefore -- and each time she named
8  different names, of which again I was not included
9  in the names except for when she did the hopping
10 and skipping because I was present there.
11       And then she went on to say the
12 following people were suspended, and of the people
13 that she named all throughout the letter, the only
14 people that got suspended were the people who were
15 at that rehearsal day. So she set the stage as if
16 that as a result of all of these actions, this is
17 why she was suspending the people.
18       Again, I was floored. And so I stood up
19 and she didn't ask any questions. She just said
20 that's it. So I stood up and I said you know, will
21 we have -- this is the first time I'm hearing about
22 this. Can I ask a question? And she said -- and I

Tinker

60

1  guess someone whispered who is that?  I said I
2  don't think it matters who I am, I just want to ask
3  a question.  You know, you're making a picture
4  that's really not right.  Can you tell the chapter
5  in fact were they hopping and skipping out in the
6  parking lot or were they practicing for a show that
7  you approved?  Can you clarify that?  Because it's
8  important because you just painted a picture that
9  we were suspended for this hazing activity.  In
10 fact you approved the activity.
11           And she said soror, your tone is a
12 little bit out of line.  I said well, I'm a little
13 emotional because you've just suspended me.  And
14 then someone sat me down because at that time my
15 voice was kind of waving.  Then she tried to
16 clarify, you know, what she thought I meant.
17           So at that time I think Joie ran to the
18 bathroom crying, because actually we were the only
19 two of the entire list at the meeting.
20 Typically -- it was the Labor Day meeting and only
21 diehards go to the Labor Day meeting because it's
22 the Labor Day weekend.

Tinker

61

1        So then the Basileus and her and the
2   parliamentarian conferred a minute and they said
3   will the following individuals stand up and leave
4   the meeting.  And at that time we were escorted out
5   of the meeting as well.
6        So sorors began to stand up and say
7   Soror Daley, I knew it and I'm glad that you have
8   came in and did what you did, you know.  You know,
9   it was like applause.  So I mean my career as a
10  treasurer had no bearing at that point.  I was
11  treasurer three weeks ago and this week I'm
12  suspended.
13       So we were escorted out.  We stood
14  outside for a minute.  Then it got to be a little
15  bit more like a shame thing that people were
16  walking past you.  You know, trying to gather some
17  information of what's going on, does she want to
18  talk to us afterwards.  But it's more it got to be
19  people would walk past and some people pat you on
20  your back, it's okay, and some people would be
21  like, you know, should I talk to her, should I talk
22  to her.

Tinker

62

```
1      Q     You find out who your friends are.
2      A     Yeah, real quick.  So afterwards I just
3   kind of talked to Joie and said we have to go
4   because if we stay here, we are going to be further
5   humiliated.  So we left the meeting at that time.
6            And again, like I said, she indicated
7   when I stood up well, don't -- I said well, what is
8   my charge?  Tell me what was the hazing event that
9   I was involved in because I wasn't involved in any
10  other things that you named but, you know, you set
11  me up to be that way.  What exactly is it that I'm
12  being charged with?  And I never got that answer.
13     Q     Okay.  This Xi Omega meeting, I take it
14  there were a lot of non Alphas present?
15     A     Okay.
16     Q     I mean is that fair?
17     A     When you say non Alphas.
18     Q     People who had not come from the Alpha
19  Chapter.
20     A     Xi Omega is one of the oldest and
21  biggest chapters in D.C. and it's mixed with,
22  right, Alpha Chapter and not Alpha Chapter people.
```

Tinker

63

1    Q    Because I mean it sounds like there was
2    a lot of resentment towards the Alpha Chapter
3    coming out of Joy Elaine Daley. Is that a fair
4    characterization?
5    A    I don't know, because at the time I just
6    heard resentment coming from me because I had just
7    been suspended. So I don't know.
8    Q    Okay. That's one incident you
9    described. Any other statements made by or on
10   behalf of AKA that you rely upon for your
11   defamation claim?
12   A    We were told upon -- you know, after
13   suspension, there was confusion again when we read
14   the book because of course we were shocked. We
15   didn't know -- we didn't think we were suspended.
16   I mean we didn't think it was right. So we wanted
17   to follow the correct procedures. The book
18   indicated, you know, that it's 30 days you have to
19   notify in writing of your appeal after you have
20   been notified. Well, the question was what counted
21   as notification?
22   Q    Was it the letter or was it --

Tinker

64

1   A    Or was it the chapter.  She wrote a
2   letter to the chapter recommending suspension at
3   the September 3rd meeting.  It wasn't directed to
4   me, so again that's why I didn't know what my
5   charges was to fight.  But she had a letter on
6   record September 3rd.  But was it the letter that
7   she was going to send subsequently that I thought
8   would outline exactly what was the findings from
9   the fact finding team or whatever which constituted
10  my suspension.
11           So from her meeting she indicated well,
12  I've already done it, you will probably get it
13  Monday.  Monday came and I didn't get it, so I
14  started getting worried.  You know, that's when I
15  gave her the call.  When she finally gave it to me
16  it's like what is this?  This doesn't tell me
17  anything.  I still don't know what to do.
18           That's when I contacted my lawyer and
19  said look, I think I've been --
20           MR. BELL:  Attorney-client privilege.
21           BY MR. SCHAUFELBERGER:
22       Q   You don't need to tell me what you told

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tinker

82

1          Have you since determined -- and I may
2     have asked you this, I'm sorry.
3          A     Sure.
4          Q     I have done two depositions today.  Do
5     you recall what the temperature was?
6          A     Yes.  You asked me.  But I think it was
7     about 40.
8          Q     Forty degrees?
9          A     Yes, sir.
10         Q     Do you have any reason to believe that
11    Ms. Daley or her investigators had any
12    misapprehension about what the temperature was that
13    day?
14         A     I don't know.  Because the first time I
15    heard about the temperature was at the September
16    3rd meeting.  So I never was --
17         Q     But you have no reason to believe that
18    they did not check what the temperature was.
19         A     I have reason to believe that they did
20    not know what the temperature was at the time they
21    called except for that it was March.
22         Q     How about at the time that they

Tinker

83

1   announced the suspension on September 3rd?
2       A    I don't know what they thought actually.
3   I just know it was March and everybody knows in
4   D.C. it's usually cold in March, so....
5       Q    Okay.  But as you sit here today, you
6   don't know if there were any facts that you could
7   have brought to their attention that would have
8   changed Joy Elaine Daley's decision on the matter,
9   is that correct?
10      A    Since I don't know what her decision was
11  based on, I don't know what I could have given her.
12      Q    Okay.  Let me ask you, that September
13  3rd meeting, that was a chapter meeting?
14      A    For Xi Omega.
15      Q    For Xi Omega?
16      A    Yes, sir.
17      Q    Okay.  The only people in there were Xi
18  Omega chapter members?
19      A    Yes, sir.  And it could have been
20  members of the sorority that may have been
21  interested in joining.
22      Q    Okay.  Recent graduates or upcoming