# EXHIBIT 6

SC-558 MLM
GA-119 XXM
CA-4KT 4347

Attendance

| | | |
|---|---|---|
| Jolivere | Joie | ?Mgel 6is ① |
| Roy | Kisleen | Atziri Shel — Atalie Short |
| Muhammad | Kimberly | Elan Ously — Elan Ously |
| | Ashontee | Stephanie — Stephanie Holland |
| Tinker | Oshawntee Olivia Salome | |
| Darrough | Misha | |
| McCormack | Tanika | |
| Jones | Alex (Andria) | |

✓ Rachel Cooper
✓ Holly — Holly Jenkins
✓ Amanda Clincy
✓ Crystal Tate ~~or Bailey~~
✓ Ashlay Vann
10 ✓ Brittany Mara
   Keunita Tid...

✓ Kimberly Jones
  ~~[redacted]~~ Arienne Williams
✓ Marchlena Rodgers
✓ Alexis Logan
✓ TAYLOR COOK
✓ Nicole Judd
✓ Lauren Johnson
✓ Lenora Robinson
✓ Danielle Carty
✓ Calla V. Morris
✓ Ariel Washington
✓ Ariel Triplett
✓ Trenita Tillman
✓ Nineshia Taylor
✓ Cuetisha Travis
✓ Freda Henry
✓ Brandi Womack
✓ Kevia Strum
  Leah Carrington
✓ Meatrice ...

DEF 00001

| | |
|---|---|
| ✓ Anina Tolett | Errin Simpkins |
| ✓ Vincella McIntosh | ✓ M. Black |
| ✓ Jessica Blakely | Chervanti Jones |
| ✓ DeBran Jacobs | ✓ Codie Elane Brooks |
| ✓ Jennifer Owens | ✓ Nicole Lynn |
| ✓ Brittney Johnson | Nicole Ramsey |
| ✓ Lauren Wilson Wilkins | ✓ Adrienne Dekee |
| ✓ Frayouri Talley | ✓ Sharelle Switon |
| 49 ✓ Ashley Lyles | ✓ Dana Bryant |
| ✓ Veketa Harris | Traci Ailor |
| ✓ (illegible) | ✓ Erika Rollins-Tappin |
| ✓ (illegible) | Danielle P. |
| ✓ (illegible) | ✓ (illegible)     Brittney Madison |
| ✓ Tiffany Soffes | ✓ D. M. (illegible)    65 |
| ✓ Amber English | ✓ Kristen Cibley  Kenitra Cavin |
| ✓ Ashley Jones | ✓ Brittany Lawson |
| ✓ (illegible) | ✓ Catherine Thornton |
| ✓ (illegible) Jones | ✓ Ciara Famble |
| 50 ✓ (illegible) | ✓ Valerie Colter |
| ✓ Porsha Sumner | ✓ Crystal Briley |

DEF 00002

| | |
|---|---|
| ✓ Andario D. Thomas | M. Thomas |
| ✓ Laleshe Richmond | K. Williams |
| ✓ Stephanie Jackson | S. Frierson |
| ✓ Andrea Byrd | D. Allen |
| ✓ Cwetanya Colson | F. Crabtree |
| ✓ Monique Lewis | K. Hurley |
| ✓ Karen Alexis Cum | _____ "Krystal Reuben |
| ✓ Hillary Thomas | _____ |
| ✓ Patricia Roberts | _____ (Cari Jackson) |
| ✓ Danice S. Byrd | K. Laughton |
| ⑬ ? Maryanne Nucherin | C.M.    Carmen Muhammad |
| ✓ _____ | J. _____ |
| ✓ _____ Chanelle Dumas | Cari Jean |
| ✓ Raven A. Johnson | Khalvin Jm    Khalia Jackson |
| ✓ Brittany Stampley | Syly Sylite    Sydney Singleton |
| ✓ A. Brock | _____ |
| ✓ Isoke Nimmons | Alajoli Ward |
| ? _____ | Kristina Foster |
| ✓ Kamaria Cross | A. Harewood |
| ✓ Christyn Page | _____ |
| ✓ _____  Courtney Richardson | _____  Sonja Sims |

80

DEF 00003



- Mia M[...]
- Siomhara Tweedie
- Allison Armstrong
- Anna Neil
- Nabila Williams
- Sharyn Dickerson
- Kimberly Mitchell
- [illegible]
- Tia Lopie
- Danielle Beard
- Olisa Tollett
- [illegible]
- Denika Mitchell
- Mia Hampton

Notations: 125, 120, 120, 125, (12?)

DEF 00004

ALPHA CHAPTER
ALPHA KAPPA ALPHA SORORITY, INC.
SPRING 2005
INITIATED: MARCH 6, 2005

|   | 1 | 2 |
|---|---|---|
| 1 |   | Present 3/22/05 from sign in sheet |
| 2 | Allen, D'Andre | X |
| 3 | Allen, Traci | X |
| 4 | Bailey, Crystal | X |
| 5 | Bell, Brittany |   |
| 6 | Black, Melissa | X |
| 7 | Blake, Jamila | X |
| 8 | Blakely, Jessica | X |
| 9 | Boveland, Danielle | X |
| 10 | Braz, Lisa | X |
| 11 | Bridges, Randi |   |
| 12 | Brock, Alison | X |
| 13 | Brooks, Codie E. | X |
| 14 | Bryant, Dana | X |
| 15 | Byrd, Andreadionnia | X |
| 16 | Cano-Maldonado, Magaly |   |
| 17 | Carrington, Leah | X |
| 18 | Carter, LaClaire | X |
| 19 | Carty, Danielle | X |
| 20 | Cavin, Kenitra | X |
| 21 | Charles, Dominque |   |
| 22 | Christopher, Allison D. | X |
| 23 | Clincy, Amanda |   |
| 24 | Colter, Valerie | X |
| 25 | Cook, Taylor | X |
| 26 | Cooper, Rachel | X |
| 27 | Crabtree, Felicia | X |
| 28 | Dawson, Brittany | X |
| 29 | Dickerson, Shyah | X |
| 30 | Drew, Amber |   |
| 31 | Dukes, Adrienne | X |
| 32 | Dumas, Chanelle | X |
| 33 | English, Amber | X |
| 34 | Famble, Ciara | X |
| 35 | Fawole, Ololade |   |
| 36 | Foster, Kristina | X |
| 37 | Franklin, Latina | X |
| 38 | Frierson, Sheri | X |

Submitted by: Pamela Chew
Graduate Advisor

DEF 00005

**ALPHA CHAPTER**
**ALPHA KAPPA ALPHA SORORITY, INC.**
**SPRING 2005**
**INITIATED: MARCH 6, 2005**

|    | 1 | 2 |
|----|---|---|
| 39 | Gaither, Jacqueline | X |
| 40 | Glover, Danielle | |
| 41 | Goins, Megan | |
| 42 | Gross, Kamaria | X |
| 43 | Gunn, Karen | X |
| 44 | Hampton, Mia | X |
| 45 | Harewood, Ashley | X |
| 46 | Harris, Veketa | X |
| 47 | Henry, Freda | X |
| 48 | Holland, Stephanie | X |
| 49 | Holmes, Melanie | X |
| 50 | Howard, Kristin | |
| 51 | Hurley, Kathryn | X |
| 52 | Hyman, Brooke | |
| 53 | Jackson, Candice | |
| 54 | Jackson, Cari L. | X |
| 55 | Jackson, Khaliah M. | X |
| 56 | Jackson, Stephanie | X |
| 57 | Jacobs, DeBran | X |
| 58 | Jenkins, Holly | X |
| 59 | Johnson, Brittney | X |
| 60 | Johnson, Lauren | X |
| 61 | Johnson, Raven | X |
| 62 | Jones, Ashley | X |
| 63 | Jones, Chervonti | X |
| 64 | Jones, Kimberly | X |
| 65 | Jones, Kisha | X |
| 66 | Jordan, Tamra | X |
| 67 | Judd, Nicole | X |
| 68 | Laughton, Kimberly | X |
| 69 | Law, Jennifer | |
| 70 | Lewis, Monique | X |
| 71 | Logan, Alexis C. | X |
| 72 | Lynch, Nicole | X |
| 73 | Mabra, Brittany | X |
| 74 | Madison, Brittney | |
| 75 | McIntosh, Danielle | |
| 76 | McIntosh, Voncella | X |

Submitted by: Pameta Chew
Graduate Advisor

DEF 00006

**ALPHA CHAPTER**
**ALPHA KAPPA ALPHA SORORITY, INC.**
**SPRING 2005**
**INITIATED: MARCH 6, 2005**

|     | 1 | 2 |
|-----|---|---|
| 77  | McLain, Amie |   |
| 78  | Mitchell, Denika | X |
| 79  | Mitchell, Kimberly | X |
| 80  | Monk, Tevie M. |   |
| 81  | Montgomery, Mia | X |
| 82  | Morris, Lalla | X |
| 83  | Muhammad, Carmen | X |
| 84  | Nelson, Courtney | X |
| 85  | Nimmons, Isoke F. | X |
| 86  | Ousley, Elan | X |
| 87  | Owens, Jennifer | X |
| 88  | Paige, Christyn | X |
| 89  | Perry, Danielle | X |
| 90  | Peters, Zina | X |
| 91  | Pigott, Denise | X |
| 92  | Ramsey, Nicole | X |
| 93  | Reuben, Krystal | X |
| 94  | Richardson, Courtney |   |
| 95  | Richmond, LaKesha | X |
| 96  | Roberts, Patricia | X |
| 97  | Robinson, Lenora | X |
| 98  | Rodgers, Marchlena | X |
| 99  | Rollins-Tappin, Erica | X |
| 100 | Ryles, Ashley | X |
| 101 | Settles, Tiffany | X |
| 102 | Short, Atalie | X |
| 103 | Simpkins, Errin | X |
| 104 | Sims, Sonja | X |
| 105 | Singleton, Sydney | X |
| 106 | Smith, Ayesha | X |
| 107 | Stampley, Brittany | X |
| 108 | Strum, Kerra | X |
| 109 | Summerville, Porshe | X |
| 110 | Sumpter, Crystal S. |   |
| 111 | Swinton, Charnisette | X |
| 112 | Swinton, Shanelle | X |
| 113 | Syncon, Toni-Ann |   |
| 114 | Talley, Frajovon | X |

Submitted by: Pamela Chew
Graduate Advisor

DEF 00007

**ALPHA CHAPTER**
**ALPHA KAPPA ALPHA SORORITY, INC.**
**SPRING 2005**
**INITIATED: MARCH 6, 2005**

|  | 1 | 2 |
|---|---|---|
| 115 | Tate, Crystal | X |
| 116 | Taylor, Charla |  |
| 117 | Taylor, Donneshia N. | X |
| 118 | Tewelde, Semhara | X |
| 119 | Thomas, Andante | X |
| 120 | Thomas, Hillary | X |
| 121 | Thomas, Mercii T. | X |
| 122 | Thornton, Catherine | X |
| 123 | Tidwell, Eunita | X |
| 124 | Tillman, Trenile |  |
| 125 | Tisdale, Ruth | X |
| 126 | Tollett, Anina | X |
| 127 | Tollett, Lisa | X |
| 128 | Travis, Curtisha | X |
| 129 | Triplett, Ariel | X |
| 130 | Vann, Ashley | X |
| 131 | Ward, Wajolie | X |
| 132 | Washington, Ariel | X |
| 133 | Washington, Jacqueline | X |
| 134 | Williams, Arrionne | X |
| 135 | Williams, Kim | X |
| 136 | Williams, Nakisha | X |
| 137 | Wilson-Williams, Tamena | X |
| 138 | Womack, Brandi | X |
| 139 | Wortham, Sandra |  |

Submitted by: Pamela Chew
Graduate Advisor

DEF 00008