# EXHIBIT 9

**ORIGINAL**

1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLUMBIA
 3
 4    JOIE JOLEVARE and            )
 5    SALOME TINKER,               )
 6            Plaintiffs,          )
 7       vs.                       )  Civil Action No.
 8    ALPHA KAPPA ALPHA SORORITY, ) 1:05CV-01982
 9    INC.,                        )
10            Defendant.           )
11                   -   -   -   -   -
12            The deposition of JOIE JOLEVARE was taken
13    on Friday, September 22, 2006, commencing at
14    10:30 a.m., at the offices of Saul Ewing LLP, 1025
15    Thomas Jefferson Street, N.W., Suite 425W,
16    Washington, D.C., before Karen Hinnenkamp,
17    Registered Merit Reporter and Notary Public.
18                   -   -   -   -   -
19
20
21
22
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Jolevare

36

1  humiliating to an outsider?
2     A   No.
3     Q   Were you aware of any incidents where
4  the initiates or even the post initiates were made
5  to feel uncomfortable or shamed in any way?
6     A   No.
7     Q   When you became a member of the AKA
8  Chapter, did you sign any documents?
9     A   Yes.
10    Q   Okay.  What did you sign?
11    A   Let's see.  I know I signed -- I signed
12 documents.  Like I know I signed like anti-hazing
13 documents and I signed documents that -- when we --
14 we took training.  Right before we brought other
15 initiates in, we go through like an introductory
16 course about bringing in new members and you have
17 to sign a whole bunch of different sheets about the
18 process, the intake process.  There is all these
19 different forms we have to sign.  So I know there
20 is just different forms we have to sign for that.
21    Q   When you were the initiate?
22    A   Yeah, when we're the -- when you're the

Jolevare

37

1  person actually bringing in new members and the
2  initiate.
3       Q     How about when -- okay.
4       A     The same set you sign -- there is like
5  two sets of forms, and I remember that -- because
6  this was like when I became a member.  That was in
7  '98.  So I can't remember all the forms then.  But
8  I remember that when we were initiating 2005, it
9  was the same set of forms, that the forms we were
10 signing to bring in 2005, it was the same forms
11 that we were signing as the graduate members the
12 undergraduate was signing a well.
13      Q     So it was the same forms.
14      A     It was the same forms that we were
15 signing.
16      Q     Did you keep copies of those?
17      A     I didn't get copies of those.  I signed
18 them.  I had to sign them.
19      Q     But they didn't give you a copy.
20      A     Of the one I actually signed, no.  No.
21 Not the one I actually signed.  I gave that to her.
22      Q     Okay.  Is there only one document you

1   signed?  I'm trying to understand this a little
2   better.
3       A    I'm not sure.  I don't think -- let me
4   see.  I know there is -- I know there are -- let me
5   see.  I'm not sure how many forms there are.  I
6   want to say -- I'm not sure how many forms there
7   are.  But I know that we review some paperwork in
8   the process and I'm not sure, I know there is some
9   we actually read and there is some that's signed.
10  I'm not sure what the number is.  But I know there
11  is some paperwork that's reviewed.  So I don't
12  know.
13      Q    So you do remember signing at least some
14  documents though, is that correct?
15      A    Yeah.  In regards to the process, yeah.
16      Q    Okay.  Do you recall whether you got
17  copies of any of them back or do you recall you
18  didn't get copies of any of them back?  Those are
19  just the documents you signed.
20      A    I know that it was not -- I know it
21  wasn't a process of they make copies and give them
22  back to me.  I know we didn't do anything like

Jolevare

39

1     that.  So if it was anything, it was probably more
2     of a -- probably like the written statement.  I'm
3     sure I have something somewhere like in the
4     documents because I keep everything.  So I'm sure
5     that in one of my handbooks I have the actual
6     original documents somewhere.
7          Q    Okay.  Could I ask you to take a look
8     for those and give them to your attorney to give us
9     copies if you locate them?
10         A    Okay.
11         Q    Because I will represent to you those
12    were not produced in response to our request for
13    production.
14         A    This is which ones?  This is the ones
15    for as a graduate?
16         Q    Either one.  As either an initiate or
17    graduate member.
18         A    Okay.
19         Q    Let me ask you, have you looked for
20    those previously in the past year?
21         A    No.
22         Q    Did you understand we issued a request

Jolevare

79

```
1    right.
2        Q    That was not the question.
3        A    Okay.  Because you're trying to ask
4    about the weather.
5        Q    Let me ask it.  The point is I take it
6    from your answer that it wouldn't matter what the
7    weather was, you would still not have considered
8    that event, the event for which you were suspended,
9    to have constituted hazing, is that correct?
10            MR. BELL:  Objection.
11            THE WITNESS:  No.  I mean I think there
12   is a line where I think if I was -- if it was --
13   there is a line, yes.  I do understand there is a
14   line, yeah.
15            BY MR. SCHAUFELBERGER:
16       Q    Okay.  Let me ask you to turn to
17   paragraph 55 of Exhibit 1.
18       A    Wait.  Could I ask for a clarification?
19   When I just answered that question, you do
20   understand when I said yes, because I said --
21       Q    You know -- yeah, go ahead, tell me.
22       A    When I said it doesn't matter whether or
```

Jolevare

80

1    not -- when I said yes, you understand when I said
2    yes, it does matter, you understand that I wasn't
3    saying that -- when I said there is a line.
4        Q    Right.  I understand.
5        A    Okay.
6        Q    You weren't talking about that night in
7    question.
8        A    Right.
9        Q    But you were talking about --
10       A    I'm saying in general it does matter.
11       Q    Okay.
12       A    Yeah.
13       Q    Okay, 55.  It talks about the AKA
14   constitution and AKA anti-hazing handbook "Say No
15   To Hazing," that they were contracts between AKA
16   and you that you were required to read and sign.
17       A    Hm-mm.
18       Q    Now does that refresh your recollection?
19   Did you actually read and sign the AKA constitution
20   and the AKA anti-hazing handbook?
21       A    Yeah.
22       Q    Okay.  Before you told me you couldn't

Jolevare

81

1  remember what you had signed so I'm just following
2  up to make sure we can kind of come to the universe
3  of what you believe you read and you signed when
4  you became a member of AKA and also later on as a
5  graduate certified advisor.
6      A    Yes.
7      Q    So does this refresh your recollection
8  that at least those two documents were documents
9  you read and signed?
10     A    Yes.
11     Q    Okay.  And was that when you became a
12 member of AKA?
13     A    Say it again?
14     Q    Is that when you first became an
15 initiate into AKA?
16     A    I don't believe -- this "Say No To
17 Hazing" book was not around when -- this is the
18 book that came out recently, so I don't know what
19 version was out then.  But I'm sure there was some
20 form of the anti-hazing book then.
21     Q    Okay.  So you signed some form of the
22 anti-hazing book?

Jolevare

82

1     A    I probably signed some form back then or
2  whatever.  I don't know what it was back then.
3  That was in '98 and this book just came out.  You
4  know, this is like a new version.  So I don't know
5  what was out then.
6     Q    Right.  Now when you got this version of
7  the book, that is the new version, did you sign
8  that?
9     A    Yes.
10    Q    Okay.  Now when you were out on March
11  22nd in the parking lot for the rehearsal, how was
12  the rehearsal ended that night?
13    A    Phyllis Young, the president of Xi
14  Omega, and Pamela Chew, the graduate advisor of
15  Alpha Chapter at that time, came to the practice,
16  holding a cell phone, and they said they had the
17  regional director, Joy Elaine Daley, on the phone
18  and stated that the practice was over and that they
19  wanted everyone's names.  And that was it.
20    Q    Do you recall what time that was?
21    A    No.
22    Q    Do you have any basis for an estimate of

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Jolevare

153

1    Q    Were there any of them that were going
2    to Howard at the same time you were?
3    A    Julita and Jorielle.
4    Q    When you mentioned Alexandria Jones,
5    what were you --
6    A    Oh, Alexandria was there, but I don't
7    know what year she was.  But yeah, she was there.
8    Q    Okay.  Now you described for me what was
9    said by Joy Elaine Daley at the September 3rd
10   chapter meeting.
11   A    Hm-mm.
12   Q    I understand you are relying on that in
13   part for your defamation claim, is that correct?
14   A    What she said at the meeting?
15   Q    Yeah.
16   A    Hm-mm.  Yes.
17   Q    Is there anything else you are relying
18   upon for your defamation claim?  Any other
19   statements made about you?
20   A    Yes.
21   Q    Okay.  What are they?
22   A    Can I refer back to the documents, too?

Jolevare

154

```
1        Q      What do you --
2        A      You mean statements made by Joy Elaine?
3        Q      No.  Just that you are relying on
4   against AKA, right.
5        A      Well, one, that it's on the website.
6   That's one of the things, too, that my name is on
7   the website for hazing.
8        Q      What does it say on the website?
9        A      It's under the hazing.  It is the hazing
10  website, and it is on the AKA website for hazing.
11       Q      Okay.
12       A      It has my name, you know, all my
13  information or whatever, for hazing.
14       Q      Does the website say you have been
15  suspended for hazing?  Is that what it says?
16       A      Yeah.
17       Q      Okay.  Anything else?
18       A      I mean other than what is already listed
19  in here?  I mean I don't know what else.
20       Q      Go ahead and take a look at it and let
21  me know.
22       A      I mean other than defamation in itself,
```

1   just the fact that I've been suspended for hazing
2   in itself, that's enough.  The fact that she is
3   saying that I hazed when I haven't done it.  Based
4   on what is in our documents, they are saying what
5   hazing is, I haven't done that.
6       Q    So basically it is their assertion that
7   you were suspended for hazing.
8       A    Yeah.  Yeah, it's her saying that I've
9   hazed, yeah.  Her lying saying I've hazed, yeah.
10      Q    Just so I'm clear, was the fact she said
11  you have been suspended because you hazed or just
12  told somebody that you had hazed?
13      A    No, it's the whole concept.  You know,
14  it's the whole thing where first you have -- it's
15  like the -- it's not just saying -- it's saying I
16  hazed.  It is the whole thing put on my name that,
17  you know, you've hazed somebody.
18           One, you start at the meeting where you
19  are saying this is what she has done.  It is one
20  thing where you say you hazed, oh, you can appeal
21  it.  But it wasn't saying Joie, you hazed, you can
22  appeal it.  It was done in front of a meeting of

Jolevare

156

1    80, 100 people, this is what she has done, and then
2    all these false accusations.  It hasn't been
3    investigated or anything like that.  So you have 80
4    people who regardless of whether it has been
5    appealed or not, oh, look what you've done.  They
6    don't know whether it's true or not.  So you have
7    all these women in the room thinking that I've done
8    something, especially when you know what hazing is,
9    and they don't even know what is going on.  They
10   don't even know that it was a practice outside for
11   the show.  When people hear hazing, they think I've
12   done something crazy.
13        Q    You're now talking about the September
14   3rd chapter meeting?
15        A    Yeah.  And that's where it started.  So
16   you're talking about my character.  And she said
17   I've hazed, you know, I've done something wrong,
18   and that's because what she described in her little
19   letter.  She says I'm suspended.  So that's where
20   it started.
21        Q    That was based on the rehearsal,
22   correct?

Jolevare

157

1     A     Right.  So that's the first part.
2     Q     Okay.  Now September 3rd, that was a
3  meeting of the chapter so you had all the sorors as
4  well as --
5     A     Right.
6     Q     -- was it Xi Omega?
7     A     Xi Omega.
8     Q     Okay.  So it was a meeting of the Xi
9  Omega members?
10    A     Right.
11    Q     Okay.
12    A     And now so you have that.  So people
13 leave and start talking like oh, my God, you know,
14 Joie just got suspended, so it's out there.  Then
15 next thing you have, you know, yeah, you can
16 appeal, but time goes by.  So then you have it
17 on -- you know, you get a letter later, but it's on
18 the website now I'm suspended.  So in the meanwhile
19 you're trying to appeal, but your name is still out
20 there on the website.  You know?  And people find
21 out and it's not -- you know, that's a crime to
22 haze somebody.  You worry about your job and people

Jolevare

158

```
 1   finding out and what people think of you.  That's
 2   not a good feeling.  That's about your character.
 3            So it's not simply just saying you hazed
 4   somebody and not like quiet and you can take care
 5   of it.  Time goes by with that.  That messes with
 6   other people's viewpoints of you and what you can
 7   do.  And also with saying you are hazing and you're
 8   suspended, that cuts me off from doing a whole lot
 9   of other things.
10       Q    Because you're no longer a member.
11       A    I'm no longer a member.  So now I can't
12   participate in a whole bunch of stuff.  Because of
13   that, people are saying there is something wrong
14   with your character.  It is not just that she just
15   made a comment; she is making a complete statement
16   that's significant and she is saying you've hazed
17   someone, you're suspended.  That cuts me off from
18   everything.  So now I can't participate in a whole
19   lot of different activities because she is saying
20   I've hazed someone.  It's been a year.  I can't do
21   anything.  I can't participate in anything.  So
22   that word and that suspension is very significant.
```