# EXHIBIT 2

**Capital Reporting Company**

                                                                Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF COLUMBIA

3    ------------------------------x

4    JOIE JOLEVARE, et al.          :

5              Plaintiffs,          :

6         v.                        : Case No.

7                                   : 1:05CV-01982

8    ALPHA KAPPA ALPHA              :

9    SORORITY, INC.                 :

10             Defendant.           :

11   ------------------------------x

12                                         Washington, D.C.

13                                 Wednesday, December 6, 2006

14   Deposition of:

15                       EVELYN SAMPLE-OATES

16       called for examination by counsel for Plaintiffs,

17   pursuant to notice, at the Law Offices of Saul Ewing LLP,

18   The Watergate, 2600 Virginia Avenue, N.W., Suite 1000,

19   Washington, D.C. 20037-1922, before Joseph Kanahele, Jr.

20   of Capital Reporting Company, a notary public in and for

21   the District of Columbia, beginning at 11:40 a.m., when

22   were present on behalf of the respective parties:

1  Q  Can you tell me what it says for Maryland?

2  A  It defines hazing as an act which subjects a
3  student to the risk of serious bodily injury. When such
4  injury occurs, a violator is guilty of a misdemeanor and
5  subject to a fine of up to $500 and imprisonment up to
6  six months or both.

7  Q  Okay. Does your Anti-Hazing Handbook have a
8  definition for hazing?

9  A  Yes.

10 Q  Is it similar to that?

11 A  A piece of it is. I mean, it's a much more
12 in-depth definition, but --

13 Q  Can you find the definition?

14 A  Yes.

15 Q  Page 7, I think.

16 A  Do you want me to read it?

17 Q  Yes.

18 A  Okay. "Hazing is an act or a series of acts
19 which includes, but is not limited to, physical acts such
20 as hitting, striking, laying hands upon, or threatening
21 to do bodily harm to any individual while acting in one
22 capacity as a member of Alpha Kappa Alpha; behavior that

Page 34

1  is directed against any individuals for the purpose of

2  causing shame, abuse, insult, humiliation, intimidation,

3  or disgrace in a variety of prohibited practices

4  including, but not limited to, underground hazing,

5  financial hazing, pre-pledging, post-pledging, or

6  post-initiation pledging."

7      Q    Okay. Now the activity that you had spoken

8  of before about post-initiation activities, that's not

9  hazing is it?

10          MS. BATES: Objection, misstates her prior

11  testimony; she said the definition speaks for itself.

12     A    It is not defined as hazing if permission is

13  granted by the Regional Director.

14     Q    But if it wasn't granted, then that means

15  that that would be hazing, is that correct?

16     A    It may be construed as hazing.

17     Q    Okay. If it wasn't an approved activity,

18  then people involved in it would be disciplined, is that

19  correct?

20          MS. BATES: Objection, it calls for

21  speculation; you may answer the question.

22     A    It may or may not be; it's up to the

```
 1   and graduates are required to follow Exhibits 1 through
 2   5.
 3        A    Yes.
 4        Q    Okay.  My clients were suspended for hazing
 5   by Alpha Kappa Alpha, is that correct?
 6        A    Yes.
 7        Q    And you stated that in your "Say 'No' To
 8   Hazing!" manual, there's a requirement for individuals
 9   who witnessed hazing to report it?
10        A    Yes.
11        Q    And if they didn't report it, that they would
12   be disciplined, is that correct?
13        A    Yes.
14        Q    Have you seen any documents where those 125
15   women from the 2005 membership intake class were
16   suspended?
17        A    No, I have not seen any.
18        Q    Do you have any knowledge that those 125 were
19   suspended for failing to report that my clients hazed
20   them?
21             MS. BATES:  Objection.  I just want to make
22   sure I understand that it's clear that we're talking
```

```
1   about the undergraduate sorors?
2           MR. BELL:  Yeah, the 125 -- yeah.
3           THE WITNESS:  No, I have not -- no.
4   BY MR. BELL:
5       Q   I want to make sure I got this straight.  You
6   testified that there's a duty upon individuals who having
7   witnessed victims of hazing to report it?
8           MS. BATES:  Objection.  That question has
9   been asked and answered, but you may answer the question.
10  BY MR. BELL:
11      Q   There are sanctions and penalties if they do
12  not report it?
13      A   And we find out that they witnessed or were
14  involved in it, yes.
15      Q   Let me show you Exhibit 6 again.  You've
16  testified -- well, let me ask you this question.  Does
17  Exhibit 6 state that my clients had -- there was 125
18  women outside in 35-degree weather participating in,
19  what, is it singing?
20      A   Singing?
21      Q   Yes.
22          MS. BATES:  Objection, the document speaks
```

```
 1              THE WITNESS:  Right, I didn't --
 2              MR. BELL:  Just for the record I'm not making
 3   a thing that counsel's withholding.  I'm just trying to
 4   find out what's in those boxes, because I haven't seen
 5   from the documents that --
 6              MS. BATES:  I understand.  You can ask her
 7   your question.
 8              MR. BELL:  Okay.
 9   BY MR. BELL:
10       Q     Was there a file that dealt with my clients
11   as it relates to their suspension?
12       A     Yes.
13       Q     Did you look at that file?
14       A     Yes.
15       Q     Okay.  Can you tell me what was in that file?
16       A     The same exact documents my attorney gave me.
17       Q     Okay.
18       A     The same thing.
19       Q     Was there anything else different in that
20   file?
21       A     No.
22       Q     Okay.  Can you tell me what does it mean when
```

1  a person is suspended from Alpha Kappa Alpha; what does
2  that mean?
3       A     That means that they can no longer attend
4  chapter meetings, they cannot vote, they cannot
5  participate in any Alpha Kappa Alpha functions that are
6  strictly just for members, they should not wear
7  paraphernalia or represent themselves on behalf of the
8  sorority at all.
9       Q     Okay.  I have to ask you some of these
10 questions.  I already may know the answer but I have to
11 make a record of this.  Can you tell me when Alpha Kappa
12 Alpha was founded?
13      A     January 15th, 1908.
14      Q     Where was it founded at?
15      A     Howard University.
16      Q     And does Howard University have -- is there a
17 designated certain chapter at Howard University?
18      A     Yes, Alpha chapter.
19      Q     And that means what?
20      A     The first, the beginning.
21      Q     As Regional Director, have you come to have
22 an understanding of any sort of reverence that the

Page 74

1  millions, I'm sure.

2  Q    Whew.  You said that when a person is
3  suspended, there are certain activities that they cannot
4  participate in; can you tell me some of those activities?

5  A    Membership intake process, voting, step
6  shows, service projects, things that are for AKA only --
7  those kinds of things -- but public events they can
8  certainly participate in.

9  Q    Now, when you say -- what about the national
10 convention?

11 A    No.  No national or regional meeting.

12 Q    Can you tell me the type of things that go on
13 at a regional meeting and then the same for a national
14 meeting?

15 A    Yes.  Regional meeting we discuss the
16 business of the organization, any kind of new procedures
17 or policies within the organization; we talk about what
18 is new in the different chapters, any milestone events,
19 we go over our numbers -- and the same thing, national or
20 local, same thing, just on a broader scale for national.

21 Q    Are those at the regional or national levels,
22 are those events very well attended?

1    Q    For how long?

2    A    Forever.

3    Q    So it has -- the suspension for hazing has a
4  permanent disqualification from participating and being a
5  Graduate Advisor or the Graduate Advisors' Council for
6  the rest of your life?

7    A    Yes.

8    Q    The person who gets suspended for stealing
9  money, do they have that same prohibition?

10   A    No.

11   Q    That prohibition is only for people who were
12 suspended for hazing?

13   A    Right, yes.

14        MR. BELL:  I have nothing further, counsel.

15        MS. BATES:  Okay.  I just have a couple of
16 questions and then we should be done.

17       EXAMINATION BY COUNSEL FOR DEFENDANT
18 BY MS. BATES:

19   Q    We talked earlier about the AKA corporate
20 website, correct?

21   A    Yes.

22   Q    Okay.  And there was a discussion about those

**Capital Reporting Company**

Page 93

```
 1   members who have been suspended for hazing; their names
 2   should be listed on the website, is that correct?
 3        A    Yes.
 4        Q    Okay.  And the website also has information
 5   other than just those members who have been suspended for
 6   hazing, is that correct?
 7        A    Yes, I believe so.
 8        Q    Okay.  So the corporate website -- as it's
 9   been referred to, I just want to make sure -- is a
10   website for various types of information regarding AKA,
11   is that correct?
12        A    Yes.
13        Q    Okay.  I just wanted to clarify.
14        FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFFS
15   BY MR. BELL:
16        Q    One part of clarification, is there a
17   specific link on that website for suspended members or
18   hazing; how do you get to it?
19        A    Members that have been suspended, yes.
20        Q    Does it say members who were suspended or
21   members who have been suspended for hazing?
22             MS. BATES:  Objection to the extent that it
```