# EXHIBIT 3

# CONSTITUTION AND BYLAWS

## 2004

**Alpha Kappa Alpha Sorority, Incorporated**

**Corporate Office**
**5656 South Stony Island Avenue**
**Chicago, Illinois  60637**

ALPHA KAPPA ALPHA SORORITY, INCORPORATED

# CONSTITUTION AND BYLAWS

2004

or documents, shall on the recommendation of the Regional Director, and by majority vote of the Directorate, have her membership revoked until the next Boule at which a vote on expulsion will be taken.

### Transfers

SECTION 40. Membership in Alpha Kappa Alpha Sorority, Incorporated is transferable from one chapter to another.

SECTION 41. A transfer from the Alpha Kappa Alpha Corporate Office shall be necessary when a soror's membership classification or chapter affiliation changes.

a) Immediately after graduation a soror shall transfer to a graduate chapter or to the Boule with the status of General member.

b) A soror who was a member of a dissolved chapter shall be transferred to the Boule with the status of General member.

c) An undergraduate soror who withdraws from school may be transferred to Associate membership or to General membership.

d) An undergraduate who is a part-time student and has been a member of the same chapter for four years must be transferred through the Alpha Kappa Alpha Corporate Office to the graduate chapter in the community or to General membership. If there is no graduate chapter in the community where she resides, she must transfer to the Boule with the status of General member.

SECTION 42. A graduate member may request membership in the chapter of her choice.

SECTION 43. A soror must clear through the Alpha Kappa Alpha Corporate Office all financial obligations to her former chapter and the Boule before receiving her transfer. No chapter shall accept a soror into active membership before receiving the soror's transfer from the Alpha Kappa Alpha Corporate Office, and no chapter shall have the power to refuse to accept a soror for whom a transfer has been received. A soror's current financial obligations to her chapter begin as of the date of the transfer on a *pro-rata* basis. Where two or more graduate chapters exist in a city, transfer from other chapters will be issued to either chapter in accordance with the soror's request. The inactive soror(s) in a city where there are two or more graduate chapters may be reinstated in either chapter.

## ARTICLE V
## HAZING DEFINITION AND PROHIBITION

Alpha Kappa Alpha Sorority, Incorporated defines hazing as an act or series of acts which includes, but is not limited to physical acts such as hitting, striking, laying hands upon or threatening to do bodily harm to any individual(s) while acting in one's capacity as a member of Alpha Kappa Alpha, behavior which is di-

44

45

rected against any individual(s) for the purpose of causing shame, abuse, insult, humiliation, intimidation or disgrace, and a variety of prohibited practices, including but not limited to, "underground hazing," "financial hazing," "pre-pledging," "post-pledging," or "post-initiation pledging."

Hazing is strictly prohibited and will not be tolerated in any form by Alpha Kappa Alpha Sorority, Incorporated.

## ARTICLE VI
## PENALTIES AND
## RESTORATION OF PRIVILEGES

### INDIVIDUAL MEMBER AND CHAPTER VIOLATIONS
### PENALITIES GENERALLY

SECTION 1. Each individual member and every chapter shall have knowledge of and shall fully comply, in good faith, with all provisions of the *Constitution and Bylaws* of Alpha Kappa Alpha Sorority, Incorporated. Penalties or sanctions shall be imposed when an individual member or chapter violates her/their obligations under the *Constitution and Bylaws*.

SECTION 2. The Regional Director shall have the authority to determine whether an individual member or chapter violation has occurred and to impose an appropriate penalty, subject to the approval of the Supreme Basileus. This authority does not include individual expulsion or the lifting (revocation) of the

46

chapter charter.

SECTION 3. The penalties for violation of the *Constitution and Bylaws* of Alpha Kappa Alpha Sorority, Incorporated, by an individual member or chapter may include: a) withdrawal of individual or chapter privileges, b) suspension, c) expulsion, d) revocation of chapter charter, and e) fines.

a) <u>Withdrawal of Individual or Chapter Privileges</u> shall be imposed for a period not to exceed twelve (12) months.

b) <u>Suspension</u> of an individual member or chapter shall be imposed for a period not less than twelve (12) months or more than five (5) years.

c) <u>Expulsion</u> of an individual member shall be imposed as a permanent revocation of membership.

d) <u>Revocation</u> of the chapter charter shall dissolve the chapter.

e) <u>Fines</u> may be imposed in accordance with the table of fines set in the *Manual Of Standard Procedures*, upon the approval of the Supreme Basileus.

The penalty for hazing by an individual member or chapter shall be suspension or expulsion or revocation of chapter charter. A fine may also be imposed on an individual or chapter for hazing.

47

chairman of the committee by the Supreme Basileus with the approval of two-thirds of the Directorate.

SECTION 12. A member who does not meet the financial obligations of her chapter and the national body shall be suspended until financial obligations have been met. (See *Bylaw* Article VII, Finances, Sections 5 and 8.)

SECTION 13. A chapter may impose the penalty of withdrawal of individual privileges on a member for infractions of the Sorority rules not covered in Sections 8,9 and 10 above. A decision to invoke the penalty must be voted by a two-thirds vote of the membership at a meeting for which written notice has been given. In the case of an undergraduate chapter, the Graduate Advisor must be present. The member must be notified in writing of the action taken by the chapter and the conditions of restoration of privileges. A copy of the notice shall be sent to the Regional Director and the Alpha Kappa Alpha Corporate Office.

SECTION 14. A soror may be expelled from Alpha Kappa Alpha Sorority, Incorporated only by action of the Boule. Expulsion shall require two-thirds of the votes cast.

## APPEALS PROCESS

SECTION 15. Any individual or chapter having grievances with the ruling of the Regional Director affecting any substantial question should not hesitate to appeal according to the following steps and as outlined in the *Manual of Standard Procedure*.

a)    The process for a chapter/individual making an appeal is that the request be made in writing to the Supreme Basileus. A copy must be sent to the Regional Director for informational purposes. This appeal should be made to the Supreme Basileus no later than sixty (60) days following the Regional Director's ruling.

b)    If the decision rendered by the Supreme Basileus is unsatisfactory to the grievant, the grievant may appeal in writing to the Directorate through the Supreme Basileus. The Supreme Basileus will schedule a hearing with the Directorate at the earliest appropriate time. Only the involved parties shall be present at the time of the hearing.

c)    All involved parties shall be excused at the time of deliberation by the Directorate.

d)    The Directorate has the power to make the final decision to resolve the issue.

e)    The soror/chapter shall be kept informed, in writing, regarding the stages of the appeal.

f) The soror/chapter will be notified of the decision no later than thirty (30) days following the meeting of the Directorate at which the decision has been rendered.

### RESTORATION TO GOOD STANDING

SECTION 16.   A chapter or member subject to withdrawal of chapter or individual privileges shall be restored to good standing when the cause of the penalty is removed; when the time specified in the Bylaws has expired; when the financial obligations, including the payment to the Alpha Kappa Alpha Corporate Office of the annual chater tax for each year of a chapter's inactive status resulting from withdrawal of privileges or chapter suspension, have been met, or by a two-thirds vote of the chapter if the penalty was invoked by the chapter as stated in Article V, Section 4, for violations.

## ARTICLE VII
## FINANCES

SECTION 1. Proposed budget and financial assessments shall be submitted to the chapters no later than April 30 preceding the Boule.

SECTION 2. The fiscal year of the Boule shall be from January 1 to December 31.

SECTION 3. All regular Boule dues and assessments are due and payable to Alpha Kappa Alpha Sorority Corporate Office by January 1 of each year.

SECTION 4. Each chapter shall pay a chapter tax annually to the Boule.

SECTION 5. Each graduate chapter member, each undergraduate chapter member and each general member shall pay an annual per capita tax. Proposals for the amount of the per capita tax shall be presented with the budget report and voted on at the Boule.

SECTION 6. Each member affiliated with a chapter shall pay to the local chapter all regular dues and assessments constituting the chapter's annual budget which must include the cost of one copy of the current Alpha Kappa Alpha Sorority *Constitution and Bylaws* and the *Manual of Standard Procedure* unless a member presents her own copies of these documents.  The per capita tax, which shall be included in the chapter budget, shall not be transmitted to the Alpha Kappa Alpha Corporate Office until financial obligations to the chapter have been met in accordance with chapter bylaws. For General members, the cost of this document and implementing handbook will accompany their per capita tax.

SECTION 7. Each chapter shall bond its Tamiouchos and Pecunious Grammateus.

SECTION 8. The Past Supreme Basilei of Alpha Kappa Alpha Sorority, Incorporated shall be active