# EXHIBIT 4

# ORIGINAL

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3

 4    JOIE JOLEVARE and            )

 5    SALOME TINKER,               )

 6            Plaintiffs,          )

 7            vs.                  )   Civil Action No.

 8    ALPHA KAPPA ALPHA SORORITY, )   1:05CV-01982

 9    INC.,                        )

10            Defendant.           )

11                  -    -    -    -    -

12          The deposition of SALOME TINKER was taken

13    on Friday, September 22, 2006, commencing at

14    2:50 p.m., at the offices of Saul Ewing LLP, 1025

15    Thomas Jefferson Street, N.W., Suite 425W,

16    Washington, D.C., before Karen Hinnenkamp,

17    Registered Merit Reporter and Notary Public.

18                  -    -    -    -    -

19

20

21

22
```

Tinker

19

1  equivalent of junior and senior year at Howard,

2  right?

3       A     Yes, sir.

4       Q     At that time did you join up with the

5  sorority?

6       A     Yes, sir.  My senior year, 1996.

7       Q     Okay.  What was the process for joining?

8       A     The process for joining was that we

9  attended an activity called a rush and at the rush

10  you brought documents to include your transcripts

11  and a letter of intent of why you wanted to be a

12  member of the sorority, and I think that was about

13  it.  And you waited and then they called you back

14  and said you made it or you didn't make it.

15       Q     Okay.  Now in connection with the rush

16  were there a series of parties or anything that

17  they had for people who were rushing the sorority?

18       A     No.

19       Q     You just kind of walked around, got to

20  know them, gave them your paperwork and then they

21  would call back?

22       A     Yes.

Tinker

20

1      Q      Okay.  I take it you got the thumbs up?

2      A      I got the thumbs up.

3      Q      After that what was involved in the

4  process of initiating into the sorority?

5      A      The sorority had an initiation I guess

6  plan you can say:  that it was a Friday where we

7  met at a hotel and they had ritual activities that

8  Friday, that Saturday, and following that Sunday.

9  And then there was a banquet afterwards to indicate

10  that, you know, we had been officially deemed

11  members of the sorority.  Thereafter we had

12  scheduled I guess meetings to indoctrinate us to

13  sorority life I guess, things like etiquette.  I

14  think there may have been like four classes or so.

15  It's been some years, I apologize.  About three or

16  four classes thereafter that were scheduled.  And

17  then I graduated, so that was it for me.

18      Q      Did you opt to go into Xi Omega

19  immediately thereafter?

20      A      Yes, sir.  That was the overseeing

21  graduate chapter.

22      Q      What sort of rituals were you involved

Tinker

25

1    go and sit in the class with them.  I could attest

2    that Pamela Chew is because she was in fact the

3    graduate advisor.  I was in a class, in the class

4    with I think Alyssa King Turner and I was in the

5    class with Leslie Jones.  We all went to the same

6    class.  But the other ones I don't -- I mean I'm

7    assuming -- I can't assume they are now because I

8    didn't actually --

9        Q    Sure.  I asked a confusing question.  By

10   class do you mean undergraduate classes at Howard?

11       A    Okay.  So I'm sorry, what was your

12   question?  I thought you asked me who was a member

13   of -- then it would be Leslie Jones is the only

14   person who went to school with me.

15       Q    Okay, that's fine.

16       A    And Joie Jolevare.

17       Q    So she did go to school with you as

18   well.

19       A    Right.  For one year.  I didn't know

20   her, but I assume when you say school together, we

21   were in school together.

22       Q    Right.  Now describe for me if you will

Tinker

1    the purpose of the rehearsals that were taking

2    place in the spring of 2005 with the new initiates.

3    What was the purpose of those rehearsals?

4         A      Every time there is an initiating class,

5    they vote to have, whether or not they want to have

6    like a show, just to present themselves to the

7    campus.  And the purpose of the rehearsal was to

8    practice for the show.

9         Q      Okay.  Did the graduate advisor and the

10   graduate certified advisors become involved in that

11   process?

12        A      Yes, sir.

13        Q      What was that involvement?

14        A      The first thing, because they are new

15   initiates, they taught them the songs of Alpha

16   Kappa Alpha and steps of Alpha Kappa Alpha which

17   they would not have known.  As a graduate advisor,

18   it is our requirement that we are present at all

19   activities that are held by the undergraduates, and

20   so in that case we were present as well.

21        Q      Okay.  Why is it important that graduate

22   certified advisors be present at all activities?

Tinker

27

1     A    It's important for graduate advisors to

2  be present to make sure that the activities that

3  are held are in accordance with the rules of Alpha

4  Kappa Alpha.

5     Q    Do you know how many rehearsals there

6  were altogether for the show?

7     A    No, I don't.

8     Q    How many rehearsals did you attend

9  either in part or in whole?

10    A    Just that one.

11    Q    Just that one on like March 22nd?

12    A    If that's the date that this transpired,

13  yes, sir.

14    Q    Were you there throughout the entire

15  rehearsal?

16    A    Yes, sir.

17    Q    Do you recall about what time it began?

18    A    The rehearsal began about, the rehearsal

19  began about 11:00, 10:00 or 11:00.

20    Q    That's p.m.?

21    A    P.M., sir.

22    Q    Okay.  How long did it last?

Tinker

1      A      The rehearsal lasted until at which time

2   -- about 1:00 a.m.

3      Q      How did it end?

4      A      It ended with the president of Xi Omega

5   on the phone with the regional director indicating

6   to her to stop the practice.

7      Q      Were you involved in any way in the

8   decisionmaking process as to where the rehearsals

9   would be held?

10      A      No, sir.

11      Q      Who was?

12      A      The Xi Omega members pick, sir, I

13   assumed.

14      Q      You assume?

15      A      Yes, because I don't know.

16      Q      Phyllis Young was the president, is that

17   correct?

18      A      Yes, sir.  Of the graduate chapter.  The

19   room that had been reserved is for the first part

20   of the rehearsal.  The rehearsal was in two parts.

21   It started inside.  That's where they learned the

22   basic steps, because it was cold.  Then the actual

Tinker

29

1   rehearsal moved outside.  The second part of the

2   rehearsal did not start until about 12:00.  So

3   there was a travel time involved as well.

4        Q     Gotcha.  The second part was over in a

5   parking lot somewhere in College Park, Maryland?

6        A     Yes, sir.

7        Q     Was there enough room in the Xi Omega

8   house to undertake the second part of the

9   rehearsal?

10       A     No, sir.

11       Q     Is that why they decided to go outside?

12       A     Yes, sir.

13       Q     Who made that decision?

14       A     It was mutually decided.  Xi Omega house

15   maximum capacity I think is only up to like 167 to

16   200.  I'm not sure what it was.  So it was already

17   180 of us without moving.

18       Q     Who is it that told -- I'm sorry.

19       A     You know, whatever the number is.

20       Q     Okay.  Who announced to everyone that

21   the rehearsal was going to move out to the College

22   Park parking lot?

Tinker

30

1    A    They had more than one rehearsal and so

2    they had already been doing this.  It was

3    understood that was part.

4    Q    When the decision was made to take it

5    outside, did anyone suggest that it was too cold to

6    be practicing outside?

7    A    No, sir.

8    Q    It was a cold evening though, wasn't it?

9    A    Yes, sir.  But I'm an EMT certified and

10    they were all more -- they were all prepared for

11    the weather because they had been practicing

12    before.

13    Q    So they had a lot of outer clothing and

14    things like that?

15    A    Yes, sir.

16    Q    Do you recall about how cold it was?

17    A    I thought it was about 40 degrees, but

18    you can check the weather.

19    Q    I think that's a pretty good estimate.

20    A    Which is warm for a March day.

21    Q    It's all relative.

22    A    Right.

Tinker

41

1    was very brief.  The only thing that sticks out in

2    my mind is these classes.

3        Q    That's all you remember?

4        A    Hm-mm.  I think her question might have

5    been were you present at the rehearsal, and then

6    the questioning went on, were you -- did you know

7    that -- can you tell me more about these classes.

8        Q    Okay.  And you had seen people taking

9    names the day the rehearsal was terminated.

10       A    Actually it was me.

11       Q    What's that?

12       A    It was me.

13       Q    Oh, you were taking --

14       A    Right.

15       Q    You were assigned to get people's names?

16       A    Well, at first the undergraduates were

17   scared and so I assured them this was the normal

18   process, you know, because, you know, they think an

19   event has happened so we should cooperate.  So I

20   assisted the president --

21       Q    Phyllis?

22       A    Yes.    -- in obtaining the names of the

Tinker

42

1    people that were there.

2        Q    Based on the AKA representative asking

3    for the names, I think you indicated earlier you

4    thought there might be an issue.

5        A    Well, when someone comes out and says

6    stop.

7        Q    Give me your names.

8        A    Yeah.

9        Q    I understand.  So when the anti-hazing

10   task force member called you on the phone, you knew

11   that there might well be an issue with the

12   rehearsal, correct?

13       A    Yes.  But at that point, you have to

14   remember this was in May.  That happened in

15   February.  The show had already passed.  I thought

16   that this was just more of a formality, let's

17   follow up, tie in some loose ends type things.  It

18   wasn't indicated that this was sort of like, you

19   know, the basis.  Again, the show had already

20   happened.  The decision had already been made I

21   assumed.

22       Q    So did you understand what the purpose

Tinker

57

1    Q    Okay.  Let's go through a little bit if

2    we can the defamation count.

3    A    Okay.

4    Q    I just want to know the particular

5    statements that you are claiming were defamatory by

6    or on behalf of AKA.  Okay?  I believe you touched

7    on one that I suspect is one that you're going to

8    describe to me and that involves the September 3rd

9    statement at the chapter meeting.  Is that correct?

10    A    Yes, sir.

11    Q    Was that the first statement that you're

12    relying upon?

13    A    Yes, sir.

14    Q    Tell me a little bit about what was

15    said.

16    A    Yes, sir.  At the chapter meeting Joy

17    Elaine Daley set a tone that improprieties are

18    going on and that, in Alpha Chapter, and that she

19    kept saying what goes on in the dark will come, I

20    don't know, come out in the light, or if you wait

21    it will just, it will come out, those types of

22    comments.  And she went on and she said that she

Tinker

58

1    started like in 19 -- in 2003, she named some

2    incidents that occurred, but I knew if I waited,

3    you know, it will come.

4              And then she went on to start talking

5    about the incidents where the women were wearing

6    black and things like that, and which I was even

7    aghast by because I mean I had no idea if that was

8    true.  I would have been -- I'm appalled as a soror

9    as well.

10             At this time I was still, you know,

11   blind to where she was going with it.  She talked

12   about members dominating the chapter meetings and

13   to show a pattern that the sorors were exerting

14   undue influence or whatever on the undergraduate

15   chapters.

16        Q    The Xi Omega folks?

17        A    The Xi Omega.  Well, she said Alpha, the

18   graduate Alpha Chapter.

19        Q    I see.

20        A    She talked about the graduate advisor as

21   well.

22        Q    Pamela Chew?

Tinker

1       A       Yes.  And then she said but -- then she

2  started talking about the night of the incident and

3  she said I came out, when I called the chapter

4  president, Basileus, Phyllis, out there, I caught

5  them in the parking lot hopping and skipping and I

6  put it to a halt immediately.  And so thereafter

7  she said therefore -- and each time she named

8  different names, of which again I was not included

9  in the names except for when she did the hopping

10  and skipping because I was present there.

11              And then she went on to say the

12  following people were suspended, and of the people

13  that she named all throughout the letter, the only

14  people that got suspended were the people who were

15  at that rehearsal day.  So she set the stage as if

16  that as a result of all of these actions, this is

17  why she was suspending the people.

18              Again, I was floored.  And so I stood up

19  and she didn't ask any questions.  She just said

20  that's it.  So I stood up and I said you know, will

21  we have -- this is the first time I'm hearing about

22  this.  Can I ask a question?  And she said -- and I

Tinker

1    guess someone whispered who is that?  I said I

2    don't think it matters who I am, I just want to ask

3    a question.  You know, you're making a picture

4    that's really not right.  Can you tell the chapter

5    in fact were they hopping and skipping out in the

6    parking lot or were they practicing for a show that

7    you approved?  Can you clarify that?  Because it's

8    important because you just painted a picture that

9    we were suspended for this hazing activity.   In

10   fact you approved the activity.

11           And she said soror, your tone is a

12   little bit out of line.  I said well, I'm a little

13   emotional because you've just suspended me.  And

14   then someone sat me down because at that time my

15   voice was kind of waving.  Then she tried to

16   clarify, you know, what she thought I meant.

17           So at that time I think Joie ran to the

18   bathroom crying, because actually we were the only

19   two of the entire list at the meeting.

20   Typically -- it was the Labor Day meeting and only

21   diehards go to the Labor Day meeting because it's

22   the Labor Day weekend.

Tinker

61

1          So then the Basileus and her and the

2      parliamentarian conferred a minute and they said

3      will the following individuals stand up and leave

4      the meeting.  And at that time we were escorted out

5      of the meeting as well.

6          So sorors began to stand up and say

7      Soror Daley, I knew it and I'm glad that you have

8      came in and did what you did, you know.  You know,

9      it was like applause.  So I mean my career as a

10     treasurer had no bearing at that point.  I was

11     treasurer three weeks ago and this week I'm

12     suspended.

13         So we were escorted out.  We stood

14     outside for a minute.  Then it got to be a little

15     bit more like a shame thing that people were

16     walking past you.  You know, trying to gather some

17     information of what's going on, does she want to

18     talk to us afterwards.  But it's more it got to be

19     people would walk past and some people pat you on

20     your back, it's okay, and some people would be

21     like, you know, should I talk to her, should I talk

22     to her.

Tinker

1      Q      You find out who your friends are.

2      A      Yeah, real quick.  So afterwards I just

3   kind of talked to Joie and said we have to go

4   because if we stay here, we are going to be further

5   humiliated.  So we left the meeting at that time.

6             And again, like I said, she indicated

7   when I stood up well, don't -- I said well, what is

8   my charge?  Tell me what was the hazing event that

9   I was involved in because I wasn't involved in any

10  other things that you named but, you know, you set

11  me up to be that way.  What exactly is it that I'm

12  being charged with?  And I never got that answer.

13     Q      Okay.  This Xi Omega meeting, I take it

14  there were a lot of non Alphas present?

15     A      Okay.

16     Q      I mean is that fair?

17     A      When you say non Alphas.

18     Q      People who had not come from the Alpha

19  Chapter.

20     A      Xi Omega is one of the oldest and

21  biggest chapters in D.C. and it's mixed with,

22  right, Alpha Chapter and not Alpha Chapter people.

Tinker

63

1      Q     Because I mean it sounds like there was

2    a lot of resentment towards the Alpha Chapter

3    coming out of Joy Elaine Daley.  Is that a fair

4    characterization?

5      A     I don't know, because at the time I just

6    heard resentment coming from me because I had just

7    been suspended.  So I don't know.

8      Q     Okay.  That's one incident you

9    described.  Any other statements made by or on

10   behalf of AKA that you rely upon for your

11   defamation claim?

12     A     We were told upon -- you know, after

13   suspension, there was confusion again when we read

14   the book because of course we were shocked.  We

15   didn't know -- we didn't think we were suspended.

16   I mean we didn't think it was right.  So we wanted

17   to follow the correct procedures.  The book

18   indicated, you know, that it's 30 days you have to

19   notify in writing of your appeal after you have

20   been notified.  Well, the question was what counted

21   as notification?

22     Q     Was it the letter or was it --

Tinker

64

1       A       Or was it the chapter.  She wrote a

2    letter to the chapter recommending suspension at

3    the September 3rd meeting.  It wasn't directed to

4    me, so again that's why I didn't know what my

5    charges was to fight.  But she had a letter on

6    record September 3rd.  But was it the letter that

7    she was going to send subsequently that I thought

8    would outline exactly what was the findings from

9    the fact finding team or whatever which constituted

10   my suspension.

11          So from her meeting she indicated well,

12   I've already done it, you will probably get it

13   Monday.  Monday came and I didn't get it, so I

14   started getting worried.  You know, that's when I

15   gave her the call.  When she finally gave it to me

16   it's like what is this?  This doesn't tell me

17   anything.  I still don't know what to do.

18          That's when I contacted my lawyer and

19   said look, I think I've been --

20          MR. BELL:  Attorney-client privilege.

21          BY MR. SCHAUFELBERGER:

22      Q       You don't need to tell me what you told

Tinker

82

1           Have you since determined -- and I may

2    have asked you this, I'm sorry.

3       A    Sure.

4       Q    I have done two depositions today.  Do

5    you recall what the temperature was?

6       A    Yes.  You asked me.  But I think it was

7    about 40.

8       Q    Forty degrees?

9       A    Yes, sir.

10      Q    Do you have any reason to believe that

11   Ms. Daley or her investigators had any

12   misapprehension about what the temperature was that

13   day?

14      A    I don't know.  Because the first time I

15   heard about the temperature was at the September

16   3rd meeting.  So I never was --

17      Q    But you have no reason to believe that

18   they did not check what the temperature was.

19      A    I have reason to believe that they did

20   not know what the temperature was at the time they

21   called except for that it was March.

22      Q    How about at the time that they

Tinker

83

1    announced the suspension on September 3rd?

2        A    I don't know what they thought actually.

3    I just know it was March and everybody knows in

4    D.C. it's usually cold in March, so....

5        Q    Okay.  But as you sit here today, you

6    don't know if there were any facts that you could

7    have brought to their attention that would have

8    changed Joy Elaine Daley's decision on the matter,

9    is that correct?

10       A    Since I don't know what her decision was

11   based on, I don't know what I could have given her.

12       Q    Okay.  Let me ask you, that September

13   3rd meeting, that was a chapter meeting?

14       A    For Xi Omega.

15       Q    For Xi Omega?

16       A    Yes, sir.

17       Q    Okay.  The only people in there were Xi

18   Omega chapter members?

19       A    Yes, sir.  And it could have been

20   members of the sorority that may have been

21   interested in joining.

22       Q    Okay.  Recent graduates or upcoming