# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOIE JOLEVARE, *et al.*,                    )
                                            )
                                            )
        Plaintiffs,                         )
                                            )        Case No. 1:05-cv-01982
    v.                                      )
                                            )        Judge: Reggie B. Walton
ALPHA KAPPA ALPHA SORORITY,                 )
INC.,                                       )
                                            )
        Defendant.                          )

## CERTIFICATION OF JOY ELAINE DALEY

Joy Elaine Daley certifies and states as follows:

1.      I am a competent adult citizen and resident of the United States and the State of
New York.  I am submitting this Affidavit in support of Defendant Alpha Kappa Alpha Sorority,
Inc.'s Motion for Summary Judgment and memorandum in support thereof.

2.      I have personal knowledge of the facts set forth herein, and if called to testify at a
hearing in this matter, I would and could give testimony as to these facts.

3.      I was an agent and the former North Atlantic Regional Director of Defendant
during the time period at issue in this matter.

4.      At the 73rd North Atlantic Regional Conference at the Marriot Marquis in New
York City on March 20, 2005 (the "Regional Conference"), a soror complained to me that her
newly initiated daughter of Alpha Chapter at Howard University was staying out late at night
studying AKA history and rehearsing a show in a location(s) other than the Xi Omega house.

5.      I asked the soror the name of her daughter.  The soror refused to tell me.  The
soror stated that her daughter did not want anyone to know the daughter's identity because she
was afraid of what other sorors might do if they learned the daughter had complained.  I asked
the soror to contact me next time she learned that her daughter was going to rehearse.

6.    On Monday March 21, 2005 at around 11:00 p.m., the soror I spoke with at the Regional Conference called me and told me that her daughter had called her, and that her daughter and others were going to rehearse outside of the Xi Omega house.

7.    I then called Phyllis Young and Pamela Chew and instructed them to go find the group of sorors who were rehearsing. Phyllis Young told me she had an idea of where the sorors were going, and that she would go there.

8.    Around 2:00 a.m. on March 22, 2005, Phyllis Young called me and told me that she had found the sorors rehearsing at an outdoor, parking lot and the temperature outside was approximately thirty-five degrees Fahrenheit.

9.    I instructed Phyllis Young to have all the persons present at that rehearsal sign their names on a sheet of paper. Pamela Chew later created a document that reflects those sorors, of the March 2005 Alpha Chapter initiates, who were present at the rehearsal on March 21 – 22, 2005. Copies of these documents are labeled DEF 00001 – DEF 00008.

10.    After the rehearsal in the parking lot, I decided to interview some of the sorors in order to determine what had happened. Certain members of the North Atlantic Region's Anti-Hazing Task Force assisted me with the interviews.

11.    During the course of the investigation, it was confirmed for me what I had previously learned – the majority of the new initiates of Alpha Chapter at Howard University were rehearsing for the campus introduction show, outdoors, in a parking lot on March 21 – 22, 2005. This rehearsal began late in the evening and Phyllis Young and Pamela Chew discovered the rehearsal around 2:00 a.m. on March 22, 2205. The temperature outside was approximately thirty-five degrees Fahrenheit. Also present were Joie Jolevare, Salome Tinker and other graduate sorors of the Xi Omega Chapter.

12.    Based on these facts, I determined that Joie Jolevare, Salome Tinker and the other graduate sorors had committed hazing. I announced as a recommendation at the Xi Omega chapter meeting in September 2005 that Joie Jolevare, Salome Tinker and the other graduate members who were present at the parking lot rehearsal be suspended for hazing.

-2-

13.    Only sorors of AKA are permitted to attend chapter meetings, and to the best of my knowledge and belief, only AKA sorors were present at the Xi Omega chapter meeting in September 2005.

14.    Subsequent to the Xi Omega chapter meeting in September 2005, AKA suspended Joie Jolevare, Salome Tinker and the other Xi Omega graduate sorors who were present during the parking lot rehearsal on March 21 – 22, 2005.

I certify under penalty of perjury that the forgoing is true and correct.  Executed on

January____, 2006.

_____
Joy Elaine Daley