# EXHIBIT 6

ALPHA KAPPA ALPHA SORORITY, INCORPORATED

# MANUAL OF STANDARD PROCEDURE



## 2004

The Standards Committee is charged with the responsibility of evaluating at least two chapters from each region annually. *(refer to Standards Resource Guide)*

## PROGRAM DEVELOPMENT AND IMPLEMENTATION
*(Bylaws, Article I, Section 17)*

The Program of Alpha Kappa Alpha is consistently centered around significant issues which affect society. This tradition of service and social action continues to characterized the Sorority and its members in their respective communities. Leadership of the organization establishes the theme, the priorities and the direction of the program, which is then implemented at the local, national and international levels.

The following programs are implemented on a continuous basis:
- The Leadership Fellows Program.
- The Leadership Seminar.
- The Graduate Advisor Certification Program

### The Leadership Fellows Program

The program is conducted for thirty undergraduate sorors who are chosen on a competitive basis from the ten geographic regions and from the category of general membership.

Two components, which are conducted over successive summers, may constitute the program. During the first summer, the Fellows attend a week of intensive training in leadership skills in a retreat setting. The second summer, an internship in leadership is provided in a work setting. Therefore, two groups of Leadership Fellows may be in the program simultaneously each summer.

### The Leadership Seminar

This seminar, structured to meet the needs of current and potential leaders of Alpha Kappa Alpha Sorority, Incorporated, is offered biennially in the summers when the Boule does not meet.

As part of the program of the Sorority, it may be the responsibility of the Program Committee to structure a seminar experience which will help the leadership and the sorors of Alpha Kappa Alpha Sorority, Incorporated to manage the organization and to implement its program of service.

### The Graduate Advisor Certification Program

The program is conducted to train graduate members of the sorority to serve as advisors to undergraduate members of the sorority, and to supervise all activities of undergraduate chapters of the sorority.

The program is offered annually at each regional conference, and/or the Leadership Seminar or Boule.

To be admitted to the program a soror must not have been suspended for hazing and must be at least a five year post graduate from an undergraduate college or university education program.

- Chapters which fail to discipline their members in accordance with Article VI, Sections 1–4 of the *Bylaws*.

**Revocation of Chapter Charter**

Sole authority for the revocation of a chapter charter, also know as the lifting of the chapter charter, or dissolution of a chapter, is vested in the Boule. Recommendations for revocation of the chapter charter must be forwarded through the Directorate.

**Fines and Restitution**

An additional penalty option of the Regional Director/Directorate, shall be the imposition of fines. Fines may be imposed in conjunction with the imposition of other penalties such as withdrawal of privileges, suspensions, revocation and expulsion, or imposed as the single penalty.

Fines may be imposed for violations including but not limited to:

- Wearing Sorority symbols while on suspension.
- Conducting and attending Sorority meetings and events while on suspension.
- Participating in step shows and party walking/strolling while on suspension.
- Conducting and attending unauthorized membership intake activities.
- Conducting Sorority meetings and events without the presence of a graduate advisor (undergraduates)

- Circulating letters, telegrams, emails, facsimiles, etc without approval.
- Disorderly conduct during a Sorority meeting and/or event.
- Falsifying documents.
- Allowing the presence and/or participation of inactive sorors and nonmembers of the Sorority at unauthorized membership intake activities.
- Causing physical injury to another Sorority member and/or candidate.
- Destruction of Sorority property.
- Embezzlement of Sorority funds.
- Collecting unauthorized membership intake funds.

A fine shall not be less than $1,000.00 per occurrence.

Any individual found guilty of a criminal act resulting in damages to Alpha Kappa Alpha Sorority, Incorporated, will immediately be expelled by the Directorate; and the sorority will recover at a minimum, damages to the institution (Alpha Kappa Alpha Sorority, Incorporated) from the individual. This action will be ratified by the Boule at its next meeting.

### APPEALS PROCESS
*(Bylaws, Article VI, Sections 16–17)*

A soror or chapter having grievances with a ruling of a Regional Director, including withdrawal of privileges, suspension, a recommendation for expulsion, and the imposition of fines, has the right to reconsideration and appeal using the following steps:

## STAGE I - RECONSIDERATION

The soror or chapter who disagrees with a ruling of the Regional Director has the right to request reconsideration of her decision within thirty (30) days of the date of the notice of imposition of penalties or sanctions. Failure to respond to the Regional Director within thirty (30) days will result in confirmation of the imposition of penalties or sanctions, and reconsideration will not be heard. No particular form is necessary to request reconsideration; but the request must be submitted in writing, describing the reasons for the request, and providing any additional evidence to substantiate the request. The request and documentation will be forwarded to the Regional Director who imposed the penalties or sanctions.

The Regional Director will review the request for reconsideration within thirty (30) days of the receipt of the request. If the Regional Director grants the relief requested, she will forward a letter stating the relief granted to the soror or chapter. If the Regional Director cannot grant the relief requested, she will forward the entire investigatory file to the Supreme Basileus. The Regional Director will advise the soror or chapter by letter that the reconsideration request was sent to the Supreme Basileus for decision.

The Supreme Basileus will review the file, and, within sixty (60) days of receipt of the file, issue a decision in writing to the soror or chapter and Regional Director.

## STAGE II - HEARING

If the soror or chapter is dissatisfied with the decision of the Supreme Basileus, that decision can be appealed to the Directorate, in writing, through the Supreme Basileus. The appeal request must be received within thirty (30) days of the date of the decision of the Supreme Basileus.

A hearing will be scheduled by the Supreme Basileus at the next regularly scheduled meeting of the Directorate. The involved parties will be given thirty (30) days notice of the hearing. The hearing is limited to the involved parties. After the hearing, the involved parties will be excused from the setting, and the Directorate will deliberate and issue its decision to the soror or chapter within thirty (30) days of the date of the hearing. The decision of the Directorate is final and conclusive. However, in the case of a Directorate recommendation of expulsion, an affirmative two-thirds vote of the Boule is required.

## RESTORATION TO GOOD STANDING
### (Bylaws, Article VI, Section 17)

A chapter or member subject to withdrawal of chapter or individual privileges shall be restored to good standing when all of the following applicable conditions have been met:

- When the cause of the penalty is removed.
- When the time authorized in the *Bylaws* has expired.
- By a two-thirds vote of the chapter when the penalty was invoked by the chapter for infractions of sorority rules not covered in Section 8, 9, and 10 of Article VI, of the *Bylaws*.