# EXHIBIT 8

# Alpha Kappa Alpha Sorority INCORPORATED

Alpha Kappa Alpha Corporate Office • 5656 South Stony Island Avenue • Chicago, IL 60637-1997 • (773)684-1282

OFFICE OF:
JOY ELAINE DALEY
North Atlantic Regional Director
Highland Estates
57 Raimond Road
Newburgh, NY 12550
At.L: (845) 566-9962
Fax: (845) 566-9163

## Alpha Chapter Improprieties and Penalties

On Saturday, March 13, 2004 at the 73rd North Atlantic Regional Conference in Philadelphia, a Graduate soror informed me that a young lady at Howard University who was interested in becoming a soror asked her for a letter of recommendation, to give to the sorors at Howard. I asked the soror who told the young lady to get the recommendation and she said, "The sorors at Howard." I asked the soror if she had a copy of the recommendation to give me and she sent it to me upon returning home from the conference.

Immediately upon hearing about the request I told the Graduate Advisor, Soror Pamela Chew and the Basileus of Xi Omega, Soror Phyllis Young. They both told me that no one made such request and interested young ladies took it upon themselves to do those things thereby giving Alpha sorors a bad name. Soror Young further stated that she would look into the matter to ensure that no one made such a request. A few weeks after the conference Soror Young informed me that no one made such request of the interested young lady.

On March 19, 2005 at the 74th Regional Conference at the Marriott Marquis in New York City a mother and soror informed me that her daughter who was newly initiated at Alpha Chapter was staying out late at night studying history and rehearsing for a show in a parking lot late at night. I told her I needed to know the next time a rehearsal was scheduled in the parking lot.

On Monday, March 21, 2005 just before 11:00 PM I received a call from the soror's mother telling me that Alpha Chapter members were going to the parking lot to rehearse. I immediately called Basileus Young and apprised her of the situation. I also informed the Graduate Advisor who told me that the sorors met to conduct the mandatory post-initiation workshops that were scheduled for 3/10/05; 3/21/05; 3/25/05 and 5/1/05. After telling Soror Young where they might be, she decided to go in search of them and I asked Soror Chew to accompany her. Soror Chew told me she did not feel comfortable going with Soror Young to find the Undergraduates. Instead, she wanted to call the Graduate soror who was with them and I told her not to call anyone to let them go. Soror Young told Soror Chew that she had to go with her and to find the sorors. The Undergraduates and members of the Undergraduate Activities Committee were found at approximately 2:00 AM singing in the parking lot in 35 degrees temperature on Tuesday, March 22, 2005.

❖ Members of the Anti-Hazing Task Force conducted a Fact-Finding that revealed the following:
  125 Undergraduates were in the parking lot in addition to:

  Sorors Jole Jolivere, Kamilah Mohhammed, Ashawntee Dingle, Salome Tinker, Karleen Roy, Miesha Darrough and Tamika McCormack (Members of Xi Omega Chapter).

❖ Members of the Undergraduate Activities Committee dominated Alpha Chapter Meetings by determining what activities occur and the Graduate Advisor allowed it to happen by being present and not stopping them from doing so.



DEF 00062

- Prior to the last MIP the two members of Alpha Chapter were required to wear black and study AKA history and other information before they could initiate anyone in Alpha Chapter. They were given notebooks to record information and the Graduate Advisor was a part of the group that met with them and gave them the study information. They had to be made the Alpha way.

- Soror Chew told transfer students in Alpha Chapter that they were not made the Alpha Chapter way, and that Alpha Chapter members are made differently from most chapters.

- The Graduate Advisor was present at every Alpha Chapter meeting and allowed former members of Alpha Chapter to attend every chapter meeting and dominated the them. Sorors Joie Jolivere, Julita Blair, Candace Reynolds, Rashida Rogers, Ashante Dingle were some of the sorors present at all chapter meetings.

### Recommendations

1. Alpha Chapter Undergraduate Activities Committee must be reconfigured with sorors who were initiated in other chapters as well as Alpha Chapter and must meet all other requirements as set forth in the Alpha Kappa Alpha Constitution and Bylaws. (No soror who had been suspended for hazing can serve on the committee or as mentor) A list of committee members, date and chapter of initiation is to be sent to me two weeks from today.

2. All members of the Undergraduate Activities Committee who participated in the parking lot rehearsals (Sorors Joie Jolivere, Kamilah Mohhammed, Ashawntee Dingle, Salome Tinker, Karleen Roy, Mieasha Darrough and Tamika McCormack) will be suspended for two years effective September 3, 2005 until August 31, 2007 for hazing and violating the Undergraduate MIP.

3. The Graduate Advisor, Soror Pamela Chew will be suspended for two years effective September 3, 2005 until August 31, 2007 for failure to adhere to the Undergraduate MIP directives, allowing members of the Undergraduate Activities Committee to haze the undergraduates and exposing them to 35 degrees temperature from late evening into the early morning hours. Additionally, a recommendation will be made to expel this soror from the organization.

Those who are in leadership positions to preserve and uphold the integrity of the organization must do so with sincerity and truth. Placing Alpha Kappa Alpha in harm's way, will not be tolerated. There is but one tradition in this organization and it is the ALPHA KAPPA ALPHA SORORITY, INCORPORATED tradition not Alpha Chapter. Alpha Chapter is the birthplace and a part of a larger group not separate and apart with its own rules. As members we must abide by the rules and regulations of the organization. When the rules are violated, there are consequences and punishment that will be imposed on all violators.

Signed: Joy Elaine Daley
North Atlantic Regional Director
September 3, 2005

DEF 00063