# EXHIBIT 9

9610 Marlboro Pike, Upper Marlboro, Maryland 20772
Phone (301) 599-7620 Fax (301) 599-7623
Web: www.jimbellesq.com
E-mail: jimbellesq@aol.com

**Law Office of
Jimmy A. Bell, P.C.**



| | | | |
|---|---|---|---|
| **To:** | Shannon Bates | **From:** | Jimmy A. Bell, Esq. / Matthew Walters |
| **Of:** | Saul Ewing, LLP | **Pages (including coversheet):** | 5 |
| **Fax:** | (202) 295-6703 | **Date:** | November 14, 2006 |
| **Phone:** | (202) 295-6603 | **CC:** | |
| **Re:** | Jolevare v. AKA | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Please find the following transmitted herewith:

1. Affidavit of Lisa Braz

2. Affidavit of Kimberly Mitchell

If you have any questions regarding any of the above, please advise.

Jimmy A. Bell, Esq.

Note: The information contained in this facsimile transmittal may be confidential and may also be attorney-privileged. This information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended party, recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmittal in error please immediately notify us by telephone and return the original message to us at the address above via the postal service. THANK YOU.

Received 11/14/2006 03:07PM in 02:04 on line [6] for 5007 * Pg 2/6

11/07/2006  17:28   0000000000           ATL MAILROOM                         PAGE  01/02

## AFFIDAVIT OF KIMBERLY MITCHELL

NOW COMES Kimberly Mitchell, a resident of Atlanta, GA, and who makes this her statement and affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts, and things set forth are true and correct to the best of her knowledge:

1. I am over 18 years old.

2. I am a member of Alpha Kappa Alpha Sorority, Incorporated.

3. In and about April 2005, I was the Basileus of the Alpha Chapter of Alpha Kappa Alpha Sorority.

4. On or about March 22, 2005, the Alpha Chapter of Alpha Kappa Alpha Sorority held a rehearsal.

5. I was told by Joie Jolevare and Salome Tinker that the rehearsal described in paragraph 4 was strictly voluntary.

6. The rehearsal described in paragraph 4 was not a hazing activity.

7. During a sorority meeting, Alpha Kappa Alpha Regional Director, Joy Elaine Daley, entered the meeting and stated that several members of Xi Omega Chapter of Alpha Kappa Alpha Sorority, Incorporated, including Joie Jolevare and Salome Tinker, were suspended for hazing.

8. After making the statement described in paragraph 7, Ms. Daley and "Fact-finders" [members of the anti-hazing committee], interviewed several members of the undergraduate chapter.

9. During the course of the interviews described in paragraph 8, the members of the undergraduate chapter told Ms. Daley that they had not been hazed, the rehearsal described in paragraph 3 was not a hazing activity, and that the rehearsal described in paragraph 3 was strictly voluntary.

10. In response to the statements described in paragraph 9, Ms. Daley stated that the undergraduate members were "too young to make the determination about the March 22nd rehearsal" described in paragraph 4. Ms. Daley also stated that the rehearsal was not in accordance with the *Constitution and Bylaws*, *Manual of Standard Procedure*, or any other Alpha Kappa Alpha Sorority, Incorporated doctrine, and therefore, whether the rehearsal described in paragraph 3 was voluntary or not is "irrelevant".

11. In October of 2005, during a conversation following the Cluster 1 Undergraduate Round-up, Ms. Daley stated, "I [Ms. Daley] did not want to punish the

Received 11/14/2006 03:07PM in 02:04 on line [6] for 5007 * Pg 3/6
11/07/2006  17:28   0000000000                    ATL MAILROOM                       PAGE  02/02

undergraduate members of Alpha Chapter for participating in the March 22nd rehearsal because you all [the undergraduate members of Alpha Chapter, Alpha Kappa Alpha Sorority, Incorporated] were too new to the sorority to know that the rehearsal was not in accordance with the *Constitution and Bylaws* and *Manual of Standard Procedure* for Alpha Kappa Alpha Sorority, Incorporated. The members of Xi Omega that were suspended as a result of the March 22nd rehearsal have been members of the sorority for a substantial number of years and were well aware that they were violating the *Constitution and Bylaws* and *Manual of Standard Procedure*."

Dated: November 7, 2006
Atlanta, GA

Kimberly Mitchell