# EXHIBIT 10

# ORIGINAL

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF COLUMBIA

3

4    JOIE JOLEVARE and              )

5    SALOME TINKER,                 )

6              Plaintiffs,          )

7         vs.                       )   Civil Action No.

8    ALPHA KAPPA ALPHA SORORITY, )   1:05CV-01982

9    INC.,                          )

10              Defendant.          )

11              -    -    -    -    -

12         The deposition of JOIE JOLEVARE was taken

13    on Friday, September 22, 2006, commencing at

14    10:30 a.m., at the offices of Saul Ewing LLP, 1025

15    Thomas Jefferson Street, N.W., Suite 425W,

16    Washington, D.C., before Karen Hinnenkamp,

17    Registered Merit Reporter and Notary Public.

18              -    -    -    -    -

19

20

21

22

Jolevare

36

1    humiliating to an outsider?

2         A    No.

3         Q    Were you aware of any incidents where

4    the initiates or even the post initiates were made

5    to feel uncomfortable or shamed in any way?

6         A    No.

7         Q    When you became a member of the AKA

8    Chapter, did you sign any documents?

9         A    Yes.

10        Q    Okay.  What did you sign?

11        A    Let's see.  I know I signed -- I signed

12   documents.  Like I know I signed like anti-hazing

13   documents and I signed documents that -- when we --

14   we took training.  Right before we brought other

15   initiates in, we go through like an introductory

16   course about bringing in new members and you have

17   to sign a whole bunch of different sheets about the

18   process, the intake process.  There is all these

19   different forms we have to sign.  So I know there

20   is just different forms we have to sign for that.

21        Q    When you were the initiate?

22        A    Yeah, when we're the -- when you're the

Jolevare

37

1   person actually bringing in new members and the

2   initiate.

3        Q     How about when -- okay.

4        A     The same set you sign -- there is like

5   two sets of forms, and I remember that -- because

6   this was like when I became a member.  That was in

7   '98.  So I can't remember all the forms then.  But

8   I remember that when we were initiating 2005, it

9   was the same set of forms, that the forms we were

10  signing to bring in 2005, it was the same forms

11  that we were signing as the graduate members the

12  undergraduate was signing a well.

13       Q     So it was the same forms.

14       A     It was the same forms that we were

15  signing.

16       Q     Did you keep copies of those?

17       A     I didn't get copies of those.  I signed

18  them.  I had to sign them.

19       Q     But they didn't give you a copy.

20       A     Of the one I actually signed, no.  No.

21  Not the one I actually signed.  I gave that to her.

22       Q     Okay.  Is there only one document you

Jolevare

38

1   signed?  I'm trying to understand this a little

2   better.

3        A    I'm not sure.  I don't think -- let me

4   see.  I know there is -- I know there are -- let me

5   see.  I'm not sure how many forms there are.  I

6   want to say -- I'm not sure how many forms there

7   are.  But I know that we review some paperwork in

8   the process and I'm not sure, I know there is some

9   we actually read and there is some that's signed.

10  I'm not sure what the number is.  But I know there

11  is some paperwork that's reviewed.  So I don't

12  know.

13       Q    So you do remember signing at least some

14  documents though, is that correct?

15       A    Yeah.  In regards to the process, yeah.

16       Q    Okay.  Do you recall whether you got

17  copies of any of them back or do you recall you

18  didn't get copies of any of them back?  Those are

19  just the documents you signed.

20       A    I know that it was not -- I know it

21  wasn't a process of they make copies and give them

22  back to me.  I know we didn't do anything like

Jolevare

39

1    that.  So if it was anything, it was probably more

2    of a -- probably like the written statement.  I'm

3    sure I have something somewhere like in the

4    documents because I keep everything.  So I'm sure

5    that in one of my handbooks I have the actual

6    original documents somewhere.

7         Q    Okay.  Could I ask you to take a look

8    for those and give them to your attorney to give us

9    copies if you locate them?

10        A    Okay.

11        Q    Because I will represent to you those

12   were not produced in response to our request for

13   production.

14        A    This is which ones?  This is the ones

15   for as a graduate?

16        Q    Either one.  As either an initiate or

17   graduate member.

18        A    Okay.

19        Q    Let me ask you, have you looked for

20   those previously in the past year?

21        A    No.

22        Q    Did you understand we issued a request

Jolevare

79

1    right.

2        Q    That was not the question.

3        A    Okay.  Because you're trying to ask

4    about the weather.

5        Q    Let me ask it.  The point is I take it

6    from your answer that it wouldn't matter what the

7    weather was, you would still not have considered

8    that event, the event for which you were suspended,

9    to have constituted hazing, is that correct?

10            MR. BELL:  Objection.

11            THE WITNESS:  No.  I mean I think there

12    is a line where I think if I was -- if it was --

13    there is a line, yes.  I do understand there is a

14    line, yeah.

15            BY MR. SCHAUFELBERGER:

16        Q    Okay.  Let me ask you to turn to

17    paragraph 55 of Exhibit 1.

18        A    Wait.  Could I ask for a clarification?

19    When I just answered that question, you do

20    understand when I said yes, because I said --

21        Q    You know -- yeah, go ahead, tell me.

22        A    When I said it doesn't matter whether or

Jolevare

1    not -- when I said yes, you understand when I said

2    yes, it does matter, you understand that I wasn't

3    saying that -- when I said there is a line.

4        Q    Right.  I understand.

5        A    Okay.

6        Q    You weren't talking about that night in

7    question.

8        A    Right.

9        Q    But you were talking about --

10        A    I'm saying in general it does matter.

11        Q    Okay.

12        A    Yeah.

13        Q    Okay, 55.  It talks about the AKA

14    constitution and AKA anti-hazing handbook "Say No

15    To Hazing," that they were contracts between AKA

16    and you that you were required to read and sign.

17        A    Hm-mm.

18        Q    Now does that refresh your recollection?

19    Did you actually read and sign the AKA constitution

20    and the AKA anti-hazing handbook?

21        A    Yeah.

22        Q    Okay.  Before you told me you couldn't

Jolevare

81

1    remember what you had signed so I'm just following

2    up to make sure we can kind of come to the universe

3    of what you believe you read and you signed when

4    you became a member of AKA and also later on as a

5    graduate certified advisor.

6        A      Yes.

7        Q      So does this refresh your recollection

8    that at least those two documents were documents

9    you read and signed?

10       A      Yes.

11       Q      Okay.  And was that when you became a

12   member of AKA?

13       A      Say it again?

14       Q      Is that when you first became an

15   initiate into AKA?

16       A      I don't believe -- this "Say No To

17   Hazing" book was not around when -- this is the

18   book that came out recently, so I don't know what

19   version was out then.  But I'm sure there was some

20   form of the anti-hazing book then.

21       Q      Okay.  So you signed some form of the

22   anti-hazing book?

Jolevare

82

1       A       I probably signed some form back then or

2    whatever.  I don't know what it was back then.

3    That was in '98 and this book just came out.  You

4    know, this is like a new version.  So I don't know

5    what was out then.

6       Q       Right.  Now when you got this version of

7    the book, that is the new version, did you sign

8    that?

9       A       Yes.

10      Q       Okay.  Now when you were out on March

11   22nd in the parking lot for the rehearsal, how was

12   the rehearsal ended that night?

13      A       Phyllis Young, the president of Xi

14   Omega, and Pamela Chew, the graduate advisor of

15   Alpha Chapter at that time, came to the practice,

16   holding a cell phone, and they said they had the

17   regional director, Joy Elaine Daley, on the phone

18   and stated that the practice was over and that they

19   wanted everyone's names.  And that was it.

20      Q       Do you recall what time that was?

21      A       No.

22      Q       Do you have any basis for an estimate of

Jolevare

153

1    Q    Were there any of them that were going
2    to Howard at the same time you were?

3    A    Julita and Jorielle.

4    Q    When you mentioned Alexandria Jones,
5    what were you --

6    A    Oh, Alexandria was there, but I don't
7    know what year she was.  But yeah, she was there.

8    Q    Okay.  Now you described for me what was
9    said by Joy Elaine Daley at the September 3rd
10   chapter meeting.

11   A    Hm-mm.

12   Q    I understand you are relying on that in
13   part for your defamation claim, is that correct?

14   A    What she said at the meeting?

15   Q    Yeah.

16   A    Hm-mm.  Yes.

17   Q    Is there anything else you are relying
18   upon for your defamation claim?  Any other
19   statements made about you?

20   A    Yes.

21   Q    Okay.  What are they?

22   A    Can I refer back to the documents, too?

Jolevare

154

1       Q       What do you --

2       A       You mean statements made by Joy Elaine?

3       Q       No.  Just that you are relying on

4    against AKA, right.

5       A       Well, one, that it's on the website.

6    That's one of the things, too, that my name is on

7    the website for hazing.

8       Q       What does it say on the website?

9       A       It's under the hazing.  It is the hazing

10   website, and it is on the AKA website for hazing.

11      Q       Okay.

12      A       It has my name, you know, all my

13   information or whatever, for hazing.

14      Q       Does the website say you have been

15   suspended for hazing?  Is that what it says?

16      A       Yeah.

17      Q       Okay.  Anything else?

18      A       I mean other than what is already listed

19   in here?  I mean I don't know what else.

20      Q       Go ahead and take a look at it and let

21   me know.

22      A       I mean other than defamation in itself,

Jolevare

1    just the fact that I've been suspended for hazing

2    in itself, that's enough.  The fact that she is

3    saying that I hazed when I haven't done it.  Based

4    on what is in our documents, they are saying what

5    hazing is, I haven't done that.

6        Q    So basically it is their assertion that

7    you were suspended for hazing.

8        A    Yeah.  Yeah, it's her saying that I've

9    hazed, yeah.  Her lying saying I've hazed, yeah.

10       Q    Just so I'm clear, was the fact she said

11   you have been suspended because you hazed or just

12   told somebody that you had hazed?

13       A    No, it's the whole concept.  You know,

14   it's the whole thing where first you have -- it's

15   like the -- it's not just saying -- it's saying I

16   hazed.  It is the whole thing put on my name that,

17   you know, you've hazed somebody.

18           One, you start at the meeting where you

19   are saying this is what she has done.  It is one

20   thing where you say you hazed, oh, you can appeal

21   it.  But it wasn't saying Joie, you hazed, you can

22   appeal it.  It was done in front of a meeting of

Jolevare

156

1    80, 100 people, this is what she has done, and then

2    all these false accusations.  It hasn't been

3    investigated or anything like that.  So you have 80

4    people who regardless of whether it has been

5    appealed or not, oh, look what you've done.  They

6    don't know whether it's true or not.  So you have

7    all these women in the room thinking that I've done

8    something, especially when you know what hazing is,

9    and they don't even know what is going on.  They

10   don't even know that it was a practice outside for

11   the show.  When people hear hazing, they think I've

12   done something crazy.

13        Q    You're now talking about the September

14   3rd chapter meeting?

15        A    Yeah.  And that's where it started.  So

16   you're talking about my character.  And she said

17   I've hazed, you know, I've done something wrong,

18   and that's because what she described in her little

19   letter.  She says I'm suspended.  So that's where

20   it started.

21        Q    That was based on the rehearsal,

22   correct?

Jolevare

157

1       A     Right.  So that's the first part.

2       Q     Okay.  Now September 3rd, that was a

3   meeting of the chapter so you had all the sorors as

4   well as --

5       A     Right.

6       Q     -- was it Xi Omega?

7       A     Xi Omega.

8       Q     Okay.  So it was a meeting of the Xi

9   Omega members?

10      A     Right.

11      Q     Okay.

12      A     And now so you have that.  So people

13  leave and start talking like oh, my God, you know,

14  Joie just got suspended, so it's out there.  Then

15  next thing you have, you know, yeah, you can

16  appeal, but time goes by.  So then you have it

17  on -- you know, you get a letter later, but it's on

18  the website now I'm suspended.  So in the meanwhile

19  you're trying to appeal, but your name is still out

20  there on the website.  You know?  And people find

21  out and it's not -- you know, that's a crime to

22  haze somebody.  You worry about your job and people

Jolevare

158

1    finding out and what people think of you.  That's

2    not a good feeling.  That's about your character.

3            So it's not simply just saying you hazed

4    somebody and not like quiet and you can take care

5    of it.  Time goes by with that.  That messes with

6    other people's viewpoints of you and what you can

7    do.  And also with saying you are hazing and you're

8    suspended, that cuts me off from doing a whole lot

9    of other things.

10       Q     Because you're no longer a member.

11       A     I'm no longer a member.  So now I can't

12   participate in a whole bunch of stuff.  Because of

13   that, people are saying there is something wrong

14   with your character.  It is not just that she just

15   made a comment; she is making a complete statement

16   that's significant and she is saying you've hazed

17   someone, you're suspended.  That cuts me off from

18   everything.  So now I can't participate in a whole

19   lot of different activities because she is saying

20   I've hazed someone.  It's been a year.  I can't do

21   anything.  I can't participate in anything.  So

22   that word and that suspension is very significant.