# EXHIBIT 11





# Say "No" To Hazing!

ALPHA KAPPA ALPHA SORORITY, INCORPORATED
*Corporate Office*
*5656 S. Stony Island Avenue*
*Chicago, Illinois 60637*
*www.aka1908.com*

ALPHA KAPPA ALPHA SORORITY, INCORPORATED

*2005 Edition*

DEF 00201

Alpha Kappa Alpha Sorority, Incorporated

# ANTI-HAZING HANDBOOK

*Say "No" To Hazing!*

*First Edition 2001*
*Revised 2005*

1

DEF 00202

graduate advisor, campus advisor, members of the graduate advisory council, the mentor, and the graduate chapter basileus of the supervising graduate chapter;

7) To increase the training for graduate advisors and expand training to graduate chapter basilei, of chapters that supervise undergraduate chapters, members of graduate advisory councils and mentors;

8) To improve the chapter membership intake orientation workshop, membership intake weekend workshops and post intake weekend workshops;

9) To specify by rule who may participate in the undergraduate membership intake process;

10) To develop a *Public Awareness – Public Education Campaign* as part of the sorority's Anti-Hazing strategy; and

11) To develop strategies to change sorors' attitudes and behaviors that reinforce hazing.

In July 2004, Sorors Nekeidra C. Brown, newly elected Second Supreme Anti-Basileus, Diana G. Shipley, former Far Western Regional Director and Mitzi Dease Paige, former member of the National Constitution Committee were appointed to join the original members.

At the 2004 Boule, delegates adopted proposed amendments to the Bylaws that established the Anti-Hazing Policy as a bylaw, increased the eligibility requirements for the office of the graduate advisor, established a provision for supervision of undergraduate chapters, established the additional penalty option of fines for violation of the *Constitution and Bylaws,* and established suspension and expulsion (which may be accompanied by fines) as the only penalties for proven violation of the Alpha Kappa Alpha Sorority, Incorporated Anti-Hazing Policy.

By 2005, all of the original objectives of the Risk Management Task Force had been achieved. Our anti-hazing infrastructure has been enhanced and strengthened.

This is the backdrop upon which Alpha Kappa Alpha continues to wage its war against hazing.

# CHAPTER II

## ANTI-HAZING POLICY
## OF
## ALPHA KAPPA ALPHA SORORITY, INCORPORATED

### PREAMBLE

Hazing will not be tolerated within Alpha Kappa Alpha Sorority, Incorporated ("Alpha Kappa Alpha"). Hazing is harmful and can result in the death of a person. Hazing also interferes with the development of the friendships that are the basis of sisterhood within Alpha Kappa Alpha.

The Anti-Hazing Policy of Alpha Kappa Alpha is adopted to create a standard, uniform and efficient process to address hazing activities by the members active, inactive or prospective, and to resolve complaints regarding hazing. Hazing is strictly prohibited and will not be tolerated in any form by Alpha Kappa Alpha. The effective implementation of the Anti-Hazing Policy depends upon the cooperation of the entire membership. All known instances of hazing must be reported immediately in the manner described in the Procedure to Implement Anti-Hazing Policy.

### AUTHORITY

Alpha Kappa Alpha, pursuant to its *Constitution and Bylaws* and the *Manual of Standard Procedure,* has the authority and responsibility for the fact finding and disciplinary processes related to violations of its Anti-Hazing Policy.

### HAZING DEFINED

Hazing is an act or series of acts which includes, but is not limited to, physical acts such as hitting, striking, laying hands upon or threatening to do bodily harm to any individual(s), while acting in one's capacity as a member of Alpha Kappa Alpha, behavior that is directed against any individual(s) for the purpose of causing shame, abuse, insult, humiliation, intimidation or disgrace, and a variety of prohibited practices, including but not limited to, "underground hazing", "financial hazing", "pre-pledging", "post-pledging", or "post-initiation pledging".

Hazing is strictly prohibited and will not be tolerated in any form by