IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, *et al.*, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALPHA KAPPA ALPHA SORORITY, )<br>INC., )<br>)<br>Defendant. ) | Case No. 1:05-cv-01982<br><br>Judge: Reggie B. Walton |

## ORDER

This matter is before the court on Plaintiffs' Joie Jolevare and Salome Tinker's ("Plaintiffs") Motion for Summary Judgment and their supporting memorandum (the "Motion").

Upon consideration of the Motion, Defendant Alpha Kappa Alpha Sorority, Inc.'s opposition thereto, and the argument of counsel,

It appearing to the Court that good cause exists to do so, it is

ORDERED that Plaintiffs' Motion is denied.

Entered on this____ day of _____, 2007.

_____
Reggie B. Walton
United States District Court Judge