# IN THE UNITED STATES DISRTICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOIE JOLEVARE, et al.** : <br> : <br> : <br> Plaintiffs, : <br> : **Case No.: 1:05-cv-01982 (RBW)** <br> v. : <br> : <br> **ALPHA KAPPA ALPHA** : <br> **SORORITY, INC.** : <br> : <br> Defendant. : <br> : | |

## ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Strike, Defendant's Opposition thereto, and in the interests of justice, it is this _____ day of _____, 2007, hereby

ORDERED, that Plaintiff's Motion is hereby GRANTED.

_____
United States District Court Judge

