IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOIE JOLEVARE, *et al.*,          )
                                  )
                                  )
            Plaintiffs,           )
                                  )        Case No. 1:05-cv-01982
        v.                        )
                                  )        Judge: Reggie B. Walton
ALPHA KAPPA ALPHA SORORITY,       )
INC.,                             )
                                  )
            Defendant.            )

## ORDER

This matter is before the court on Defendant Alpha Kappa Alpha Sorority, Inc.'s

("AKA") Motion to Strike Plaintiffs' Opposition to Defendant's Cross Motion for Summary

Judgment, or Alternatively, Reply to Plaintiffs' Opposition to Defendant's Cross Motion for

Summary Judgment (the "Motion").

Upon consideration of the Motion and the argument of counsel,

It appearing to the Court that good cause exists to do so, it is

ORDERED that AKA's Motion is granted; it is

FURTHER ORDERED that Plaintiffs Joie Jolevare and Salome Tinker's Reply to

Plaintiffs' Opposition to Defendant's Cross Motion for Summary Judgment be struck from the

record; it is

FURTHER ORDERED that this matter is hereby dismissed with prejudice.

Entered on this____ day of _____, 2007.


_____
Reggie B. Walton
United States District Court Judge