# EXHIBIT 1

## Bates, Shannon H.

| | |
|---|---|
| From: | Bates, Shannon H. |
| Sent: | Thursday, November 02, 2006 5:20 PM |
| To: | 'Matt Walters' |
| Cc: | Schaufelberger, Thomas S. |
| Subject: | RE: Jolevare v. AKA |

Hello Matt:

Pursuant to the parties' agreement, Ms. Sample-Oates has planned to be here on November 8 for her afternoon deposition. I provided you with additional dates in December before you and I confirmed the November 8 date. We can't confirm that Ms. Sample-Oates would now be available on any of those days in December. Please know that Ms. Sample-Oates is a busy woman who is traveling here from Pennsylvania to be deposed. Accordingly, we are not in a position to postpone the deposition and we intend to produce Ms. Sample-Oates on November 8 as the parties agreed. That said, it appears that Joy Elaine Daley is the person from whom you seek information and Ms. Sample-Oates does not seem to be a valuable witness for Plaintiffs. Please let us know if you are going to take the 30(b)(6) deposition on November 8 or alternatively, if you are going to forego taking a 30(b)(6) deposition of Alpha Kappa Alpha ("AKA").

Also, you previously indicated that Ms. Daley was being served with a subpoena for her deposition. Has she been served? We have not received a copy of the subpoena and would appreciate it if you would send one to us. Further, we likely would not have a problem with Ms. Daley's deposition occurring via telephone, but we would like to be present when she is deposed as we are entitled to be.

Additionally, we now have in our possession interview tapes which may be responsive to your discovery requests. These interviews are of AKA sorors. The interviews occurred after the initiation of the new sorors into Alpha Chapter in March 2005 and after the rehearsal took place in the parking lot in Maryland. These tapes are available for your inspection and copying at our office in D.C. Please let us know if and when you would like to review these tapes.

Finally, you and I previously discussed that Plaintiffs Joie Jolevare and Salome Tinker stated at their respective depositions that they had documents in addition to, and other than, those documents already produced to us. It is my understanding that you spoke with Ms. Jolevare and Ms. Tinker subsequent to their depositions and inquired whether they had additional documents. Plaintiffs informed you that they do not. Please confirm that Plaintiffs have no documents other than those they've already produced to us which consist of the following:

1. September 30, 2005 Memorandum for Appeal From Suspension of Joie Jolevare;

2. October 7, 2005 Memorandum for Appeal From Suspension of Salome Tinker;

3. Alpha Kappa Alpha Sorority, Incorporated 2004 Manual of Standard Procedure; and

4. Alpha Kappa Alpha Sorority, Incorporated 2004 Constitution and Bylaws.

Thank you Matt. We look forward to hearing from you.

Shannon H. Bates, Esq.
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000 - The Watergate
Washington, D.C.  20037
(202) 295-6603 Tel.
(202) 295-6703 Fax


-----Original Message-----

From: Matt Walters [mailto:mattwalters1@gmail.com]
Sent: Thursday, November 02, 2006 12:50 PM
To: Bates, Shannon H.
Subject: Jolevare v. AKA

Dear Ms. Bates,

Pursuant to our conversation yesterday, and due to the unavailability of a Court Reporter on November 8, 2006 in Newburgh, NY, we were interested in taking the deposition(s) of the 30(b)(6) witness and Ms.
Daley on one of the late November and December dates you provided yesterday. In the interests of time and to make this case more manageable, we intended to take both of these depositions on the same day.

Please advise whether you would be amenable to taking these two (2) depositions only out of time and when Defendant's 30(b)(6) witness will be available.

Thanks,
Matt

--
Matthew J. Walters
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
phone: 301-599-7620
fax: 301-599-7623

2

**Bates, Shannon H.**

| | |
|---|---|
| **From:** | Matt Walters [mattwalters1@gmail.com] |
| **Sent:** | Tuesday, November 07, 2006 12:51 PM |
| **To:** | Bates, Shannon H. |
| **Subject:** | Re: Jolevare et al v. AKA |
| **Attachments:** | Daley Depo Notice (Amended)-11-7-06.doc |



Daley Depo Notice
(Amended)-11...

```
            Hi Shannon:

Please find the correct Notice of Deposition transmitted herewith.

Thanks,
Matt

On 11/7/06, Bates, Shannon H. <sbates@saul.com> wrote:
> Hello Matt:
>
> Thank you for the amended notices of deposition.  Please note,
> however, that the incorrect date was put in Joy Elaine Daley's notice
> for December 14.  We agreed that you would try to subpoena her for a
> December 14 deposition, but the notice states December 6.
>
> I am drafting the joint motion to take AKA's 30(b)(6) and Ms. Daley's
> depositions out of time and will send it to you as soon as possible
> for your review.  Please send me a revised notice of deposition for Ms.
> Daley when you have a moment.  Thank you.
>
> Shannon H. Bates, Esq.
> Saul Ewing LLP
> 2600 Virginia Avenue, N.W.
> Suite 1000 - The Watergate
> Washington, D.C.  20037
> (202) 295-6603 Tel.
> (202) 295-6703 Fax
>
>
> -----Original Message-----
> From: Matt Walters [mailto:mattwalters1@gmail.com]
> Sent: Tuesday, November 07, 2006 12:38 PM
> To: Bates, Shannon H.
> Subject: Jolevare et al v. AKA
>
> Dear Ms. Bates,
>
> As per our conversation today, please find Notices of Deposition for
> the
> 30(b)(6) witness and Ms. Daley in the above-referenced case.  Hard
> copies to follow via US Mail.
>
> Thanks for the cooperation and open communication today.
>
> Matt
>
> --
> Matthew J. Walters
> Law Office of Jimmy A. Bell, P.C.
> 9610 Marlboro Pike
```

1

```
> Upper Marlboro, Maryland 20772
> phone: 301-599-7620
> fax: 301-599-7623
>
>
>
> "Saul Ewing LLP <saul.com>" made the following annotations:
>
> ~~~~~~~~~~~~~~~~~~~~~~~
> NEW IRS RULES RESTRICT WRITTEN FEDERAL TAX ADVICE FROM LAWYERS AND ACCOUNTANTS.  WE
INCLUDE THIS STATEMENT IN ALL OUTBOUND EMAILS BECAUSE EVEN INADVERTENT VIOLATIONS MAY BE
PENALIZED.  NOTHING IN THIS MESSAGE IS INTENDED TO BE USED, OR MAY BE USED, TO AVOID ANY
PENALTY UNDER FEDERAL TAX LAWS.  THIS MESSAGE WAS NOT WRITTEN TO SUPPORT THE PROMOTION OR
MARKETING OF ANY TRANSACTION.  CONTACT THE SENDER IF YOU WISH TO ENGAGE US TO PROVIDE
FORMAL WRITTEN ADVICE AS TO TAX ISSUES.
>
> THIS E-MAIL MAY CONTAIN PRIVILEGED, CONFIDENTIAL, COPYRIGHTED, OR OTHER LEGALLY
PROTECTED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT (EVEN IF THE E-MAIL ADDRESS
ABOVE IS YOURS), YOU MAY NOT USE, COPY, OR RETRANSMIT IT. IF YOU HAVE RECEIVED THIS BY
MISTAKE PLEASE NOTIFY US BY RETURN E-MAIL, THEN DELETE. THANK YOU. SAUL EWING'S WEB SITE
IS WWW.SAUL.COM .
> ~~~~~~~~~~~~~~~~~~~~~~~
>
>
>
>


--
Matthew J. Walters
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
phone: 301-599-7620
fax: 301-599-7623
```

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE *et al.* <br><br> Plaintiffs <br><br> v. <br><br> ALPHA KAPPA ALPHA SORORITY, INC. <br><br> Defendant | CASE NUMBER   1:05CV-01982 |

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs Joie Jolevare and Salome Tinker (collectively "Plaintiffs") by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, PC, will take the deposition under oath of Joi Elaine Daley on **December 14, 2006** commencing at **10:00** o'clock in the **A.M.** at the offices of Mary T. Babiarz Court Reporting, 5031 Route 9W North, Newburgh, New York 12550 (845) 565-1801 before an officer duly authorized by law to administer oaths pursuant to the applicable rules of Court.

The deposition will continue from day to day until completed, and shall be conducted for the purpose of discovery, trial, and any other permitted use under the applicable Rules of Procedure and evidence.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, PC
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 599-7620
(301) 599-7623 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November 2006, a copy of the foregoing Amended Notices of Deposition was mailed, first-class postage pre-paid to:

Thomas Schaufelberger, Esq.
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000 - The Watergate
Washington, DC  20037

_____/s/_____
Jimmy A. Bell, Esq.

## Bates, Shannon H.

**From:** Bates, Shannon H.
**Sent:** Tuesday, November 14, 2006 3:38 PM
**To:** 'Matt Walters'
**Subject:** Jolevare, et al. v. Alpha Kappa Alpha Sorority, Inc.

Hello Matt:

When we spoke recently, it was my understanding that you were attempting to serve Ms. Daley with a subpoena noticing her deposition for December 14. Have you been able to successfully serve her? If you have, can you please provide us a with a copy of the affidavit of service? Thanks so much Matt, I hope that you are doing well.

Shannon H. Bates, Esq.
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000 - The Watergate
Washington, D.C. 20037
(202) 295-6603 Tel.
(202) 295-6703 Fax

**Bates, Shannon H.**

| | |
|---|---|
| **From:** | Matt Walters [mattwalters1@gmail.com] |
| **Sent:** | Monday, November 27, 2006 12:21 PM |
| **To:** | Bates, Shannon H. |
| **Subject:** | Re: Mitchell, et al. v. Alpha Kappa Alpha Sorority, Inc. |

Dear Ms. Bates,

The process server indicates that she has not been able to serve Ms. Daley with her subpoena to this point. We will continue to update you of their progress.

Thanks,
Matt

--
Matthew J. Walters
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
phone: 301-599-7620
fax: 301-599-7623


On 11/27/06, **Bates, Shannon H.** <sbates@saul.com> wrote:
> It's my understanding that December 14 is the date for which you were to subpoena Joy Elaine Daley's deposition. Have you successfully served Joy Elaine Daley with the subpoena for her deposition? As you know, we are entitled to receive copies of any subpoenaes and their corresponding affidavits of service that are served upon any person in this matter. Please let me know and we will plan accordingly. Thank you Matt.
>
> Shannon H. Bates, Esq.
> Saul Ewing LLP
> 2600 Virginia Avenue, N.W.
> Suite 1000 - The Watergate
> Washington, D.C. 20037
> (202) 295-6603 Tel.
> (202) 295-6703 Fax

---

**From:** Matt Walters [mailto:mattwalters1@gmail.com]
**Sent:** Monday, November 27, 2006 9:58 AM
**To:** Bates, Shannon H.
**Subject:** Re: Mitchell, et al. v. Alpha Kappa Alpha Sorority, Inc.


Dear Ms. Bates,

Please be advised that we filed the Consent Motion to Continue in the above-referenced case on November 22, 2006. I have not seen an Order on ECF since then.

3/8/2007

As of the date of this correpsondence, Jim is available on the December 13, 2006 and December 14, 2006.

Please advise as to whether you are available on either date.

Thanks,
Matt

On 11/27/06, **Bates, Shannon H.** <sbates@saul.com > wrote:
> Hello Matt:
>
> Did you file the consent motion to continue the status conference in the matter referenced above? When we spoke last week, you indicated that you would file it last Wednesday. Also, per the judge's order, please provide me with dates that you and/or Jimmy are available to meet at our office to discuss the outstanding discovery issues in this matter. I hope you had a good holiday.
>
> Shannon H. Bates, Esq.
> Saul Ewing LLP
> 2600 Virginia Avenue, N.W.
> Suite 1000 - The Watergate
> Washington, D.C. 20037
> (202) 295-6603 Tel.
> (202) 295-6703 Fax

"Saul Ewing LLP <saul.com>" made the following annotations:

~~~~~~~~~~~~~~~~~~~~~~
NEW IRS RULES RESTRICT WRITTEN FEDERAL TAX ADVICE FROM LAWYERS AND ACCOUNTANTS. WE INCLUDE THIS STATEMENT IN ALL OUTBOUND EMAILS BECAUSE EVEN INADVERTENT VIOLATIONS MAY BE PENALIZED. NOTHING IN THIS MESSAGE IS INTENDED TO BE USED, OR MAY BE USED, TO AVOID ANY PENALTY UNDER FEDERAL TAX LAWS. THIS MESSAGE WAS NOT WRITTEN TO SUPPORT THE PROMOTION OR MARKETING OF ANY TRANSACTION. CONTACT THE SENDER IF YOU WISH TO ENGAGE US TO PROVIDE FORMAL WRITTEN ADVICE AS TO TAX ISSUES.

THIS E-MAIL MAY CONTAIN PRIVILEGED, CONFIDENTIAL, COPYRIGHTED, OR OTHER LEGALLY PROTECTED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT (EVEN IF THE E-MAIL ADDRESS ABOVE IS YOURS), YOU MAY NOT USE, COPY, OR RETRANSMIT IT. IF YOU HAVE RECEIVED THIS BY MISTAKE PLEASE NOTIFY US BY RETURN E-MAIL, THEN DELETE. THANK YOU. SAUL EWING'S WEB SITE IS WWW.SAUL.COM .
~~~~~~~~~~~~~~~~~~~~~~

--
Matthew J. Walters
Law Office of Jimmy A. Bell, P.C.

3/8/2007

9610 Marlboro Pike
Upper Marlboro, Maryland 20772
phone: 301-599-7620
fax: 301-599-7623

"Saul Ewing LLP <saul.com>" made the following annotations:

~~~~~~~~~~~~~~~~~~~~~
NEW IRS RULES RESTRICT WRITTEN FEDERAL TAX ADVICE FROM LAWYERS AND ACCOUNTANTS. WE INCLUDE THIS STATEMENT IN ALL OUTBOUND EMAILS BECAUSE EVEN INADVERTENT VIOLATIONS MAY BE PENALIZED. NOTHING IN THIS MESSAGE IS INTENDED TO BE USED, OR MAY BE USED, TO AVOID ANY PENALTY UNDER FEDERAL TAX LAWS. THIS MESSAGE WAS NOT WRITTEN TO SUPPORT THE PROMOTION OR MARKETING OF ANY TRANSACTION. CONTACT THE SENDER IF YOU WISH TO ENGAGE US TO PROVIDE FORMAL WRITTEN ADVICE AS TO TAX ISSUES.

THIS E-MAIL MAY CONTAIN PRIVILEGED, CONFIDENTIAL, COPYRIGHTED, OR OTHER LEGALLY PROTECTED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT (EVEN IF THE E-MAIL ADDRESS ABOVE IS YOURS), YOU MAY NOT USE, COPY, OR RETRANSMIT IT. IF YOU HAVE RECEIVED THIS BY MISTAKE PLEASE NOTIFY US BY RETURN E-MAIL, THEN DELETE. THANK YOU. SAUL EWING'S WEB SITE IS WWW.SAUL.COM .
~~~~~~~~~~~~~~~~~~~~~

3/8/2007