IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, *et al.*,  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>ALPHA KAPPA ALPHA SORORITY,  )<br>INC.,  )<br>)<br>Defendant.  ) | Case No. 1:05-cv-01982<br><br>Judge: Reggie B. Walton |

## ORDER

This matter is before the court on Defendant Alpha Kappa Alpha Sorority, Inc.'s ("Defendant" or "AKA") Motion to Strike Plaintiffs' Motion to Strike Affidavit of Ms. Daley, or Alternatively, Opposition to Plaintiffs' Motion to Strike Affidavit of Ms. Daley (the "Motion").

Upon consideration of the Motion and the argument of counsel,

It appearing to the Court that good cause exists to do so, it is

ORDERED that AKA's Motion is granted; it is

FURTHER ORDERED that Plaintiffs Joie Jolevare and Salome Tinker's Motion to Strike Affidavit of Ms. Daley From Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Defendant's Cross Motion for Summary Judgment be stricken from the record.

Entered on this____ day of _____, 2007.

_____
Reggie B. Walton
United States District Court Judge