**IN THE UNITED STATES DISRTICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOIE JOLEVARE, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**ALPHA KAPPA ALPHA SORORITY, INC.**<br><br>Defendant. | **Case No.: 1:05-cv-01982 (RBW)** |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiffs, Joie Jolevare, et al., by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C. and hereby submits this Opposition to Defendant's Motion to Strike Plaintiff's Opposition to Defendant's Cross Motion for Summary Judgment.

For cause, Plaintiffs state as follows:

## ARGUMENT

### I. ACCORDING TO THE JOINT RULE 16.3 REPORT FILED WITH THIS COURT, BOTH PARTIES AGREED THAT ANY OPPOSITIONS TO SUMMARY JUDGMENT MOTIONS WOULD BE FILED 30 DAYS AFTER ANY MOTION FOR SUMMARY JUDGMENT WAS FILED, THUS PLAINTIFF'S OPPOSITION WAS TIMELY FILED.

Defendant's Cross Motion for Summary Judgment was filed on January 18, 2007. Pursuant to the Rule 16.3 Report filed jointly by the instant parties, any opposition to any motion for summary judgment was to be filed 30 days from the date of the filing said motion for


created using BCL easyPDF Printer Driver
Click here to purchase a license to remove this image

summary judgment. As Defendant filed its Cross Motion for Summary Judgment on January 18, 2007, 30 days from that date would have been Saturday, February 17, 2007. According to Federal Rule of Civil Procedure 6(a): "The last day of the period so computed shall be included, unless it is a Saturday, a Sunday, or a legal holiday…'legal holiday' includes…Washington's Birthday." Because the 30th day fell on a Saturday, and President's Day was observed the following Monday, February 19, 2007, Plaintiffs' Opposition was not due until February 20, 2007. Defendant admits and the docket demonstrates that Plaintiffs did, in fact, file their Opposition to Defendant's Cross Motion on February 20, 2007, therefore, Plaintiffs' Opposition was timely filed and Defendant's Motion to Strike must be denied.

## II. DEFENANT'S ACTIONS ARE GOVERNED BY THE DCHRA BECAUSE DEFENANT PROVIDES SERVICES TO THE COMMUNITY AND FURTHERMORE, RECEIVES GOVERNMENT FUNDING FOR SAID SERVICES.

The D.C. Human Rights Act defines places of public accommodation to include "establishments dealing with **goods or services of any kind.**" (emphasis added). James v. Team Washington, Inc.,WL 633323 (DDC 1997). Defendant maintains physical locations that provide educational, social, and career services. Based on the court's own definition of places of public accommodation, Defendant falls squarely within the scope of a place of public accommodation. Moreover, James v. Team Washington states that "[t]he conduct prohibited by the D.C. Human Rights Act is the improper denial of the goods and services *of* a place of public accommodation." Id. It is further "undisputed that the D.C. Human Rights Act prohibits discrimination on the basis of race." Id.

Specifically, Defendant's own website explains the services it provides to the community




created using BCL easyPDF Printer Driver
Click here to purchase a license to remove this image

as follows:

2006 - 2010 Program
The Heart of ESP: An Extraordinary Service Program

Alpha Kappa Alpha responds to the contemporary needs of the Black community with comprehensive non-traditional programs. The ESP vision embraces a five-pronged program designed to excite, galvanize and ignite the passions of more than 180,000 members worldwide. The goal is to transfer this enthusiasm into a collective resolve to parlay members' talents, energy and creativity to realize Alpha Kappa Alpha's enormous potential for empowerment, security and progress.

Drawing from the Sorority's tremendous reservoir of strength and commitment to serve, this extraordinary service program will have an immediate impact on its members, constituents and the broader community and powerful results well into the future.

PLATFORM #1
Non-Traditional Entrepreneur
Women are seizing the reins of entrepreneurship because they realize that it is the key to economic survival. As they become more of the business landscape and their enterprises grow, women are coming face to face with the challenges of managing and expanding new ventures. To build a strong foundation for women in business, Alpha Kappa Alpha will create economic expertise, success in business and power networking opportunities for the non-traditional entrepreneur.

PLATFORM #2
Economic Keys to Success
Economic development is expanding its reach to a new global frontier. The Sorority must be poised to compete in these world markets. Simultaneously, living standards within the Black community must be improved. To achieve these goals, Alpha Kappa Alpha will, through education, synergy and partnerships, develop and disseminate the economic keys to success.

PLATFORM #3
Economic Growth of the Black Family
The strength of the Black community hinges on the viability of the family. If the family foundation is weak, so too will be the broader societal structure that gives life and nourishes the family unit. Alpha Kappa Alpha is sensitive to the fact that within the core structure, the Black male, in particular, faces potentially daunting challenges. Recognizing this, a powerful remedy lies in devising strategies for assisting young males in




created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image

overcoming the formidable challenges to their educational development and well-being. Through activities that enable, support and provide access, Alpha Kappa Alpha will work to achieve the economic growth of the Black family.

PLATFORM #4
Undergraduate Signature Program:
Economic Educational Advancement Through Technology
Technology must be mastered if there is any hope of economic educational advancement. To address this powerful reality, Alpha Kappa Alpha resolves to work with higher educational institutions and other organizations that reach students to develop an exemplary model technology access and training program that serves the community and becomes part of the central activities of the institution. Driven by this platform, the Sorority will initiate an undergraduate signature program: Economic Educational Advancement through Technology.

PLATFORM #5
Health Resource Management and Economics
To reach that stratosphere of satisfaction where one is physically and mentally fit and poised to embrace all of life's rewards and challenges requires a balance of emotional intelligence, optimal psychology and spirituality. Studies prove that when all of these elements are in divine order, physical health, relationships and life satisfaction will be the result. Through health resource management and economics, Alpha Kappa Alpha will address the many health issues and crises that face the Black community in the United States and globally. The mandate in this platform is to gain emotional empowerment, develop social support networks and raise public awareness.

The Alpha Kappa Alpha Educational Advancement Foundation (EAF) is dedicated to providing support for lifelong learning. Created in 1980, it is one of the largest charitable organizations administered by African American women and is a resource which helps young women and men make a difference in their lives and the lives of others.

Through charitable contributions, gifts and endowed funds, EAF is able to award scholarships, fellowships and mini-grants. Awards are made without regard to gender, race, ethnicity or religion. See, http://www.akaeaf.org/; http://www.aka1908.com/present/program/; http://www.akaxo.org/programs_education.html.

As described above, and contained on Defendant's own website, Defendant boasts of the





services provided to the community and funded at least in part by government funds. The "improper denial of the goods and services *of* a place of public accommodation," is a violation of the DCHRA, James v. Team Washington, Inc.,WL 633323 (DDC 1997), and therefore, because Defendant admittedly provides government funded services to the community it is governed by the DCHRA and this Court must deny Defendant's Cross Motion for Summary Judgment.

**CONCLUSION**

In light of the foregoing, Plaintiffs respectfully request that this Court deny Defendant's Motion to Strike and Defendant's Cross Motion for Summary Judgment.

Respectfully submitted,

___________________________

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 599-7620
(301) 599-7623 (Fax)



