IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOIE JOLEVARE, et al.** : <br> : <br> : <br> Plaintiffs, : <br> : **Case No.: 1:05-cv-01982 (RBW)** <br> v. : <br> : <br> **ALPHA KAPPA ALPHA** : <br> **SORORITY, INC.** : <br> : <br> Defendant. : <br> _____ : | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Strike Plaintiff's Opposition to Defendant's Cross Motion for Summary Judgment, Plaintiffs' Opposition thereto, and in the interests of justice, it is this _____ day of _____, 2007, hereby

ORDERED, that Defendant's Motion is hereby DENIED.

_____
United States District Court Judge

