IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOIE JOLEVARE, et al.** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | **Case No.: 1:05-cv-01982 (RBW)** |
| v. | : | |
| | : | |
| **ALPHA KAPPA ALPHA SORORITY, INC.** | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

UPON CONSIDERATION of Defendant's Motion to Strike Plaintiff's Motion to Strike Affidavit of Ms. Daley or Alternatively, Opposition to Plaintiff's Motion to Strike Affidavit of Ms. Daily and Plaintiff's Opposition thereto, and in the interests of justice, it is this _____ day of _____, 2007, hereby

ORDERED, that Defendant's Motion is hereby DENIED.

_____
United States District Court Judge