# Law Office of Jimmy A. Bell, P.C.

9610 Marlboro Pike ~ Upper Marlboro, MD 20772
Phone (301) 599-7620 ~ Fax (301) 599-7623
Website: www.jimbellesq.com
Email: jimbellesq@aol.com

December 1, 2006

**Via Electronic and First-Class Mail**
Thomas S. Schaufelberger
Saul Ewing, LLP
2600 Virginia Avenue, NW
The Watergate
Suite 1000
Washington, DC 20037

Re:    Jolevare and Tinker v. Alpha Kappa Alpha
       Civil No. 05-1982

Dear Mr. Schaufelberger,

Please be advised that we have been attempting to serve Joi Elaine Daley with a subpoena to appear for a deposition on December 14, 2006. Our process server in Newburgh, New York has made twenty three (23) different attempts to serve Ms. Daley at her last known address, but has been unsuccessful in serving her.

In or about October 2006, you advised us that you do not have any information of Ms. Daley's whereabouts. If you have further information regarding Ms. Daley, please advise.

Please be advised that if we are unable to depose Ms. Daley, we intend to make a motion with the Court to disallow her as a witness at trial.

If you have any questions regarding any of the above, please advise.

Sincerely,

Jimmy A. Bell, Esq.

End.