IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, *et al.*, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:05-cv-01982 |
| v. ) | |
| ) | Judge: Reggie B. Walton |
| ALPHA KAPPA ALPHA SORORITY, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the court on Defendant Alpha Kappa Alpha Sorority, Inc.'s ("Defendant" or "AKA") cross motion for summary judgment (the "Motion").

Upon consideration of the Motion and the argument of counsel,

It appearing to the Court that good cause exists to do so, it is

ORDERED that AKA's Motion is granted; it is

FURTHER ORDERED that this matter is dismissed in its entirety with prejudice.

Entered on this____ day of _____, 2007.

_____
Reggie B. Walton
United States District Court Judge