# EXHIBIT 1

**Bates, Shannon H.**

| | |
|---|---|
| **From:** | Bates, Shannon H. |
| **Sent:** | Thursday, November 02, 2006 5:20 PM |
| **To:** | 'Matt Walters' |
| **Cc:** | Schaufelberger, Thomas S. |
| **Subject:** | RE: Jolevare v. AKA |

Hello Matt:

Pursuant to the parties' agreement, Ms. Sample-Oates has planned to be here on November 8 for her afternoon deposition. I provided you with additional dates in December before you and I confirmed the November 8 date. We can't confirm that Ms. Sample-Oates would now be available on any of those days in December. Please know that Ms. Sample-Oates is a busy woman who is traveling here from Pennsylvania to be deposed. Accordingly, we are not in a position to postpone the deposition and we intend to produce Ms. Sample-Oates on November 8 as the parties agreed. That said, it appears that Joy Elaine Daley is the person from whom you seek information and Ms. Sample-Oates does not seem to be a valuable witness for Plaintiffs. Please let us know if you are going to take the 30(b)(6) deposition on November 8 or alternatively, if you are going to forego taking a 30(b)(6) deposition of Alpha Kappa Alpha ("AKA").

Also, you previously indicated that Ms. Daley was being served with a subpoena for her deposition. Has she been served? We have not received a copy of the subpoena and would appreciate it if you would send one to us. Further, we likely would not have a problem with Ms. Daley's deposition occurring via telephone, but we would like to be present when she is deposed as we are entitled to be.

Additionally, we now have in our possession interview tapes which may be responsive to your discovery requests. These interviews are of AKA sorors. The interviews occurred after the initiation of the new sorors into Alpha Chapter in March 2005 and after the rehearsal took place in the parking lot in Maryland. These tapes are available for your inspection and copying at our office in D.C. Please let us know if and when you would like to review these tapes.

Finally, you and I previously discussed that Plaintiffs Joie Jolevare and Salome Tinker stated at their respective depositions that they had documents in addition to, and other than, those documents already produced to us. It is my understanding that you spoke with Ms. Jolevare and Ms. Tinker subsequent to their depositions and inquired whether they had additional documents. Plaintiffs informed you that they do not. Please confirm that Plaintiffs have no documents other than those they've already produced to us which consist of the following:

1. September 30, 2005 Memorandum for Appeal From Suspension of Joie Jolevare;

2. October 7, 2005 Memorandum for Appeal From Suspension of Salome Tinker;

3. Alpha Kappa Alpha Sorority, Incorporated 2004 Manual of Standard Procedure; and

4. Alpha Kappa Alpha Sorority, Incorporated 2004 Constitution and Bylaws.

Thank you Matt. We look forward to hearing from you.

Shannon H. Bates, Esq.
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000 - The Watergate
Washington, D.C. 20037
(202) 295-6603 Tel.
(202) 295-6703 Fax

-----Original Message-----

From: Matt Walters [mailto:mattwalters1@gmail.com]
Sent: Thursday, November 02, 2006 12:50 PM
To: Bates, Shannon H.
Subject: Jolevare v. AKA

Dear Ms. Bates,

Pursuant to our conversation yesterday, and due to the unavailability of a Court Reporter on November 8, 2006 in Newburgh, NY, we were interested in taking the deposition(s) of the 30(b)(6) witness and Ms.
Daley on one of the late November and December dates you provided yesterday. In the interests of time and to make this case more manageable, we intended to take both of these depositions on the same day.

Please advise whether you would be amenable to taking these two (2) depositions only out of time and when Defendant's 30(b)(6) witness will be available.

Thanks,
Matt

--
Matthew J. Walters
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
phone: 301-599-7620
fax: 301-599-7623