# EXHIBIT 2

**Bates, Shannon H.**

| | |
|---|---|
| From: | Matt Walters [mattwalters1@gmail.com] |
| Sent: | Monday, October 30, 2006 1:59 PM |
| To: | Bates, Shannon H. |
| Cc: | Schaufelberger, Thomas S. |
| Subject: | Re: Jolevare, et al. v. Alpha Kappa Alpha Sorority, Inc. |

Dear Ms. Bates,

Please be advised that we will be available for the 8th of November at 10:00am for the deposition of the below-described 30(b)(6) designee.
Please be advised that we will also be noticing the telephone deposition of Joi Elaine Daley for later that morning. Notices of Depositions will follow.

Thanks,
Matt

On 10/27/06, Bates, Shannon H. <sbates@saul.com> wrote:
>
> Hello Matt:
>
> We spoke with the client and AKA's 30(b)(6) designee is available to
> be deposed in the afternoon of November 7 or 8. Please let us know if
> either of these dates work for you. Thank you.
>
> Shannon H. Bates, Esq.
> Saul Ewing LLP
> 2600 Virginia Avenue, N.W.
> Suite 1000 - The Watergate
> Washington, D.C. 20037
> (202) 295-6603 Tel.
> (202) 295-6703 Fax
>
>
>
> "Saul Ewing LLP <saul.com>" made the following annotations:
> ~~~~~~~~~~~~~~~~~~~~~~~~
> NEW IRS RULES RESTRICT WRITTEN FEDERAL TAX ADVICE FROM LAWYERS AND
> ACCOUNTANTS. WE INCLUDE THIS STATEMENT IN ALL OUTBOUND EMAILS BECAUSE
> EVEN INADVERTENT VIOLATIONS MAY BE PENALIZED. NOTHING IN THIS MESSAGE
> IS INTENDED TO BE USED, OR MAY BE USED, TO AVOID ANY PENALTY UNDER
> FEDERAL TAX LAWS. THIS MESSAGE WAS NOT WRITTEN TO SUPPORT THE
> PROMOTION OR MARKETING OF ANY TRANSACTION. CONTACT THE SENDER IF YOU
> WISH TO ENGAGE US TO PROVIDE FORMAL WRITTEN ADVICE AS TO TAX ISSUES.
>
> THIS E-MAIL MAY CONTAIN PRIVILEGED, CONFIDENTIAL, COPYRIGHTED, OR
> OTHER LEGALLY PROTECTED INFORMATION. IF YOU ARE NOT THE INTENDED
> RECIPIENT (EVEN IF THE E-MAIL ADDRESS ABOVE IS YOURS), YOU MAY NOT
> USE, COPY, OR RETRANSMIT IT. IF YOU HAVE RECEIVED THIS BY MISTAKE
> PLEASE NOTIFY US BY RETURN E-MAIL, THEN DELETE. THANK YOU. SAUL EWING'S WEB SITE IS
WWW.SAUL.COM .
> ~~~~~~~~~~~~~~~~~~~~~~~~
>
>

--
Matthew J. Walters
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
phone: 301-599-7620
fax: 301-599-7623

1

## Bates, Shannon H.

**From:** Matt Walters [mattwalters1@gmail.com]
**Sent:** Thursday, November 02, 2006 1:50 PM
**To:** Bates, Shannon H.
**Subject:** Jolevare v. AKA

Dear Ms. Bates,

Pursuant to our conversation yesterday, and due to the unavailability of a Court Reporter on November 8, 2006 in Newburgh, NY, we were interested in taking the deposition(s) of the 30(b)(6) witness and Ms.
Daley on one of the late November and December dates you provided yesterday. In the interests of time and to make this case more manageable, we intended to take both of these depositions on the same day.

Please advise whether you would be amenable to taking these two (2) depositions only out of time and when Defendant's 30(b)(6) witness will be available.

Thanks,
Matt

--
Matthew J. Walters
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
phone: 301-599-7620
fax: 301-599-7623

1

**Bates, Shannon H.**

---

**From:** Matt Walters [mattwalters1@gmail.com]
**Sent:** Tuesday, November 07, 2006 12:51 PM
**To:** Bates, Shannon H.
**Subject:** Re: Jolevare et al v. AKA

**Attachments:** Daley Depo Notice (Amended)-11-7-06.doc



Daley Depo Notice
(Amended)-11...

        Hi Shannon:

Please find the correct Notice of Deposition transmitted herewith.

Thanks,
Matt

On 11/7/06, Bates, Shannon H. <sbates@saul.com> wrote:
> Hello Matt:
>
> Thank you for the amended notices of deposition.  Please note,
> however, that the incorrect date was put in Joy Elaine Daley's notice
> for December 14.  We agreed that you would try to subpoena her for a
> December 14 deposition, but the notice states December 6.
>
> I am drafting the joint motion to take AKA's 30(b)(6) and Ms. Daley's
> depositions out of time and will send it to you as soon as possible
> for your review.  Please send me a revised notice of deposition for Ms.
> Daley when you have a moment.  Thank you.
>
> Shannon H. Bates, Esq.
> Saul Ewing LLP
> 2600 Virginia Avenue, N.W.
> Suite 1000 - The Watergate
> Washington, D.C.  20037
> (202) 295-6603 Tel.
> (202) 295-6703 Fax
>
>
> -----Original Message-----
> From: Matt Walters [mailto:mattwalters1@gmail.com]
> Sent: Tuesday, November 07, 2006 12:38 PM
> To: Bates, Shannon H.
> Subject: Jolevare et al v. AKA
>
> Dear Ms. Bates,
>
> As per our conversation today, please find Notices of Deposition for
> the
> 30(b)(6) witness and Ms. Daley in the above-referenced case.  Hard
> copies to follow via US Mail.
>
> Thanks for the cooperation and open communication today.
>
> Matt
>
> --
> Matthew J. Walters
> Law Office of Jimmy A. Bell, P.C.
> 9610 Marlboro Pike

1

```
> Upper Marlboro, Maryland 20772
> phone: 301-599-7620
> fax: 301-599-7623
>
>
>
> "Saul Ewing LLP <saul.com>" made the following annotations:
>
> ~~~~~~~~~~~~~~~~~~~~~~~
> NEW IRS RULES RESTRICT WRITTEN FEDERAL TAX ADVICE FROM LAWYERS AND ACCOUNTANTS.  WE
INCLUDE THIS STATEMENT IN ALL OUTBOUND EMAILS BECAUSE EVEN INADVERTENT VIOLATIONS MAY BE
PENALIZED.  NOTHING IN THIS MESSAGE IS INTENDED TO BE USED, OR MAY BE USED, TO AVOID ANY
PENALTY UNDER FEDERAL TAX LAWS.  THIS MESSAGE WAS NOT WRITTEN TO SUPPORT THE PROMOTION OR
MARKETING OF ANY TRANSACTION.  CONTACT THE SENDER IF YOU WISH TO ENGAGE US TO PROVIDE
FORMAL WRITTEN ADVICE AS TO TAX ISSUES.
>
> THIS E-MAIL MAY CONTAIN PRIVILEGED, CONFIDENTIAL, COPYRIGHTED, OR OTHER LEGALLY
PROTECTED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT (EVEN IF THE E-MAIL ADDRESS
ABOVE IS YOURS), YOU MAY NOT USE, COPY, OR RETRANSMIT IT. IF YOU HAVE RECEIVED THIS BY
MISTAKE PLEASE NOTIFY US BY RETURN E-MAIL, THEN DELETE. THANK YOU. SAUL EWING'S WEB SITE
IS WWW.SAUL.COM .
> ~~~~~~~~~~~~~~~~~~~~~~~
>
>
>
>


--
Matthew J. Walters
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
phone: 301-599-7620
fax: 301-599-7623
```

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE *et al.* :<br>:<br>Plaintiffs :<br>:<br>v. :<br>:<br>ALPHA KAPPA ALPHA :<br>SORORITY, INC. :<br>:<br>Defendant :<br>: | CASE NUMBER  1:05CV-01982 |

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs Joie Jolevare and Salome Tinker (collectively "Plaintiffs") by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, PC, will take the deposition under oath of Joi Elaine Daley on **December 14, 2006** commencing at **10:00** o'clock in the **A.M.** at the offices of Mary T. Babiarz Court Reporting, 5031 Route 9W North, Newburgh, New York 12550 (845) 565-1801 before an officer duly authorized by law to administer oaths pursuant to the applicable rules of Court.

The deposition will continue from day to day until completed, and shall be conducted for the purpose of discovery, trial, and any other permitted use under the applicable Rules of Procedure and evidence.

                Respectfully submitted,

                _____/s/_____
                Jimmy A. Bell, Esq.
                Law Office of Jimmy A. Bell, PC
                9610 Marlboro Pike
                Upper Marlboro, Maryland 20772
                (301) 599-7620
                (301) 599-7623 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November 2006, a copy of the foregoing Amended Notices of Deposition was mailed, first-class postage pre-paid to:

Thomas Schaufelberger, Esq.
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000 - The Watergate
Washington, DC  20037


_____/s/_____
Jimmy A. Bell, Esq.