IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOIE JOLEVARE, *et al.*, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:05-cv-01982 |
| v. | ) | |
| | ) | Judge: Reggie B. Walton |
| ALPHA KAPPA ALPHA SORORITY, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on Defendant Alpha Kappa Alpha Sorority, Inc.'s

("Defendant" or "AKA") Motion to Strike Plaintiffs' Motion to Strike Affidavit of Ms. Daley,

Or Alternatively, Opposition to Plaintiffs' Motion to Strike Affidavit of Ms. Daley (the

"Motion").

Upon consideration of the Motion and the argument of counsel,

It appearing to the Court that good cause exists to do so, it is

ORDERED that AKA's Motion is granted; it is

FURTHER ORDERED that Plaintiffs Joie Jolevare and Salome Tinker's motion to strike

the certification of Joy Elaine Daley that was filed on February 26, 2007,

and is docket entry no. 38, shall be stricken from the record in this matter.

Entered on this____ day of _____, 2007.

_____
Reggie B. Walton
United States District Court Judge