UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JOIE JOLEVARE, et al.           )
                                )
    Plaintiffs,                )
                                )
v.                              )   Civil Action No. 05-1982 (RBW)
                                )
ALPHA KAPPA ALPHA               )
SORORITY, INC.,                 )
                                )
    Defendant,                 )
_____)

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby this 28th day of September, 2007

    **ORDERED** that the plaintiffs' Motion to Strike the Affidavit of Ms. Daley From Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Defendant's Cross Motion for Summary Judgment is **GRANTED**. It is further

    **ORDERED** that the defendant's Motion to Strike Plaintiffs' Motion to Strike Affidavit of Ms. Daley is **DENIED**. It is further

    **ORDERED** that the plaintiffs' Motion for Summary Judgment as to (1) their District of Columbia Human Rights Act, D.C. Code § 2-1401.01 et seq. (2001) claim (Count I); (2) their breach of contract claim (Count II), (3) their defamation claim (Count III); and (4) their negligence claim (Count IV) is **DENIED** . It is further

    **ORDERED** that the defendants' Cross-Motion for Summary Judgment as to all of the plaintiffs' claims is **GRANTED**. It is further

**ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge