IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, *et al.*, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v.                                        )<br>)<br>ALPHA KAPPA ALPHA SORORITY, )<br>INC.,                                   )<br>)<br>Defendant.                      ) | Case No. 1:05-cv-01982<br><br>Judge: Reggie B. Walton |

## BILL OF COSTS

Alpha Kappa Alpha Sorority, Inc. ("AKA"), by counsel and pursuant to Federal Rule of Civil Procedure 54(d), Local Civil Rule 54.1, and Section 1920 of Title 28 of the United States Code, submits the following bill of costs to be taxed against plaintiffs Joie Jolevare and Salome Tinker (collectively, "Plaintiffs"). AKA submits this Bill of Costs pursuant to the Court's November 9, 2007 Order entering judgment in favor of AKA, which terminated this matter as to AKA and in its entirety:

(1)   **$1,087.50.**  This cost represents the amount charged for a reporter to record the depositions of Plaintiffs Joie Jolevare and Salome Tinker, and for AKA to receive a copy of the transcript from each of these depositions. AKA noticed these depositions of Plaintiffs. This cost does not include the delivery fee charged for such deposition transcripts, and is recoverable pursuant to Local Civil Rule 54.1(d)(6).

(2)   **$302.50.**  This cost represents the amount charged for a copy of the transcript from the deposition of Evelyn Sample-Oates as the 30(b)(6) corporate designee of AKA. Plaintiffs noticed this deposition, and it was used on the record. Portions of the deposition were

cited in Plaintiffs' motion for summary judgment. This cost does not include the delivery fee charged for such transcript, and is recoverable pursuant to Local Civil Rule 54.1(d)(6).

(3)     **$196.75**. This cost represents the charges incurred for copying those exhibits that were introduced into evidence and/or filed with the Clerk in this matter, and is recoverable pursuant to Local Civil Rule 54.1(d)(8). All copies of documents were made in-house at the rate of $0.25 (twenty-five cents) per page. Upon information and belief, copies of the exhibits were made on the following dates and relate to the following event or filings:

(a)     6/14/06 & 6/15/06: 2 copy sets of the exhibits that were attached to AKA's motion to compel discovery that was filed with the Clerk on 6/15/06. AKA's counsel retained one copy set and sent the other copy set to Plaintiffs' counsel. The cost for these copies was *$9.75*.

(b)     8/23/06: 2 copy sets of the exhibits that were attached to AKA's motion to strike and motion for sanctions that was filed with the Clerk on 8/23/06. AKA's counsel retained one copy set and sent the other copy set to Plaintiffs' counsel. The cost for these copies was *$16.50*.

(c)     12/6/06: Copies of some of the documents introduced into evidence by Plaintiffs, through Plaintiffs' counsel, during the deposition of Evelyn Sample-Oates that occurred on 12/6/06. The cost for these copies was *$90.25*.

(d)     1/18/07: 1 copy set of exhibits that were attached to AKA's cross – motion for summary judgment that was filed with the Clerk on 1/18/07. The cost for this copy set was *$43.75*.

(e) 1/30/07: 1 copy set of exhibits that were attached to AKA's memorandum in opposition to Plaintiffs' motion for summary judgment that was filed with the Clerk on 1/29/07. The cost for this copy set was *$33.75*.

(f) 3/09/07: 1 copy of the exhibit that was attached to AKA's motion to strike Plaintiffs' motion to strike the affidavit of Ms. Daley, which was filed with the Clerk on 3/9/07. The cost for this copy was *$2.75*.

(4) **$300.00**. This cost represents other charges incurred for copying in this matter beyond those charges listed in paragraph no. 3 above. This cost is recoverable pursuant to Local Civil Rule 54.1(d)(9).

Pursuant to Section 1924 of Title 28 of the United States Code, AKA submits the Affidavit of Thomas S. Schaufelberger in support of, and to verify, this Bill of Costs. The Affidavit of Thomas S. Schaufelberger is attached hereto as <u>Exhibit 1</u>.

WHEREFORE, AKA respectfully requests that the Court tax costs in the amount of **$1,886.75** against Plaintiffs, and grant AKA such other and further relief as the Court deems just and equitable.

>                   /s/
> Thomas S. Schaufelberger, DC Bar No. 371934
> Shannon H. Bates, DC Bar No. 480186
> Saul Ewing LLP
> 2600 Virginia Avenue, NW
> Suite 1000 – The Watergate
> Washington, DC 20037
> Telephone: 202-295-6600
> Facsimile: 202-295-6700
> *Counsel for Defendant Alpha Kappa Alpha Sorority, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 28th day of November, 2007, a true and correct copy of the foregoing was served, via electronic filing, upon:

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772
*Counsel for Plaintiffs Joie Jolevare and Salome Tinker*

                              /s/
                    _____
                    Thomas S. Schaufelberger