# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOIE JOLEVARE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHA KAPPA ALPHA SORORITY, INC.,<br><br>Defendant. | Case No. 1:05-cv-01982<br><br>Judge: Reggie B. Walton |

### AFFIDAVIT OF THOMAS S. SCHAUFELBERGER

Thomas S. Schaufelberger, being first duly sworn, deposes and states as follows:

1. I am a competent adult citizen and resident of the United States. I am submitting this Affidavit in support of Alpha Kappa Alpha Sorority, Inc.'s Bill of Costs to be taxed against plaintiffs Joie Jolevare and Salome Tinker that is filed herewith (the "Bill of Costs").

2. I am a partner at the law firm of Saul Ewing LLP and attorney for defendant Alpha Kappa Alpha Sorority, Inc. in this action styled as *Jolevare, et al. v. Alpha Kappa Alpha Sorority, Inc.*, Case No. 1:05-cv-01982-RBW.

3. I am and was at all relevant times the supervising partner for this action. In this capacity, I have gained personal knowledge of the facts set forth in the Bill of Costs, and if called to testify at a hearing in this matter, I would and could give testimony as to these facts.

4. The items/costs contained in the Bill of Costs are correct and have been necessarily incurred in this action, and these services for which fees have been charged to Alpha Kappa Alpha Sorority, Inc. were actually and necessarily performed.

DATED:   November 28, 2007

-2-

      I hereby certify that the foregoing is true and correct to the best of my knowledge, information and belief.

_____<br>
Thomas S. Schaufelberger

DISTRICT OF COLUMBIA:

I hereby certify that on this 28th day of November, 2007, before me, the undersigned Notary Public, personally appeared Thomas S. Schaufelberger, known to me (or satisfactorily proven) to be the person whose name is subscribed to this document.

      IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year last above mentioned.

_____
Notary Public
My Commission Expires: Cheryl A. Shifflett
Notary Public, District of Columbia
My Commission Expires 09-30-2008