IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOIE JOLEVARE, et al.,** | ) | |
| Plaintiffs, | ) | Case No. 1:05-cv-01982 |
| v. | ) | |
| | | **Judge: Reggie B. Walton** |
| **ALPHA KAPPA ALPHA SORORITY, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Pending in this case filed, is Defendant's Bill of Costs. Upon consideration of Defendant's Bill of Costs and Plaintiff's opposition. In accordance with the foregoing costs requested by Defendant are denied. DATED this _____ day of \_\_\_\_\_December _____, 2007.

_____

Clerk Of The Court