OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

JOIE JOLEVARE, et al,                )
             *Plaintiffs*       )
V.                                   )  Civil Action No. 05-1982
                                     )
ALPHA KAPPA ALPHA SORORITY,          )
             *Defendant*        )

After review of the Bill of Costs filed November 28, 2007 and the response filed December 10, 2007, costs are taxed in the amount of $1,886.75 and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk

By: *Jeffrey Blanchard*
    Deputy Clerk

3/18/08
Date